IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE PACKARD, EDWARD BECK, MICHELLE BERGER, ARI COWAN, CONNOR HICKS, CHARLES MEACHEM, CHRIS PHILLIPS, LARRY SWETMAN and AMADON DELLERBA, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>THE CITY OF NEW YORK, a municipal entity, FORMER NYPD CHIEF OF PATROL JOSEPH ESPOSITO, FORMER NYPD COMMISIONER RAY KELLY,  FORMER MAYOR MICHAEL BLOOMBERG,  NYPD CHIEF THOMAS P. PURTELL,  NYPD DEPUTY CHIEF STEVEN ANGER, NYPD DEPUTY CHIEF JAMES MCNAMARA,<br><br>DEFENDANTS. | Index No. 15CV07130<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned's law office, STECKLOW & THOMPSON, has been retained by the Plaintiffs in this matter, and the undersigned hereby appears in the above-entitled action as co-counsel for all Plaintiffs, and requests that copies of all papers in this action be served upon the undersigned via ECF and/or at the office and post office address stated below.  No actual contact information for the undersigned has changed.

Dated:      September 10, 2015
            New York, New York

_____/-s-/_____
Wylie M. Stecklow
Stecklow & Thompson
Attorneys for Plaintiffs
217 Centre Street -6th Floor
New York, NY   10013
ECF@WylieLaw.com
Ph: (212) 566-8000
F:  (212) 202-4952

1