IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GEORGE PACKARD et al.,                         :     INDEX NO. 15CV7130
                                               :     (AT)(RLE)
                                               :     ECF CASE
                           Plaintiffs,         :
                                               :     Affidavit of Service
         - against -                           :
                                               :
THE CITY OF NEW YORK, et al.                   :
                           Defendants.         :
-----------------------------------------------------------------X

Wylie Stecklow, being duly sworn, deposes and says:

1. I am not a party to the action, I am over eighteen years of age, and I reside in New York, N.Y.

2. On Tuesday, September 22, 2015, at approximately 1:45 PM, I served a true copy of the summons and complaint in this action upon Steve Anger by delivering the same to the New York City Police Department Headquarters:

    New York City Police Department PBMS
    230 E. 21st Street
    New York, NY 10010

    and by leaving the same with Desk Sgt Molina, Shield #10137, a male, approximately 45 years of age, with short cropped dark hair, who was a person of suitable age and discretion.

3. In addition, on Tuesday September 22, 2015, I caused to be mailed a true and accurate copy of the summons and complaint to the defendant at his actual place of business in a post-office or official depository of the US Postal Service within the State of New York.

4. The summons and complaint were mailed via first class mail in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL" with no external indication that it contained legal process or originated from a law office.

                                                         Wylie Stecklow

Sworn to before me this
22nd day of September

NOTARY PUBLIC

DAVID ALLEN THOMPSON
NOTARY PUBLIC-STATE OF NEW YORK
No. 02TH6208118
Qualified in New York County
My Commission Expires June 22, 2017