IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GEORGE PACKARD et al.,  :  INDEX NO. 15CV7130
                                                                                       :  (AT)(RLE)
                                                                                       :  ECF CASE
                             Plaintiffs,          :
                                                                                       :  Affidavit of Service

                - against -                                                      :

THE CITY OF NEW YORK, et al.                   :
                                          Defendants.                   :
-----------------------------------------------------------------X

        Wylie Stecklow, being duly sworn, deposes and says:

1. I am not a party to the action, I am over eighteen years of age, and I reside in New York, N.Y.

2. On Thursday, September 24, 2015, at approximately 9:15 AM, I served a true copy of the summons and complaint in this action upon Ray Kelly by delivering the same to the New York City Law Department Headquarters:

        Corporation Counsel of the City of New York
        100 Church Street, Messenger Center
        New York, NY 10007

and by leaving the same with Madelyn Santana, an document/records clerk with The City of New York Law Department, a female, approximately 30 years of age, who was a person of suitable age and discretion.

3. In addition, I had previously called the NYPD verifications unit and the Corporation Counsel, and learned that the defendant had authorized this location as proper service of this complaint.

                                                              _____
                                                              Wylie Stecklow

Sworn to before me this
22nd day of September

_____
NOTARY PUBLIC

DAVID ALLEN THOMPSON
NOTARY PUBLIC-STATE OF NEW YORK
No. 02TH6208118
Qualified in New York County
My Commission Expires June 22, 2013

7