IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GEORGE PACKARD et al.,

    INDEX NO. 15CV7130 (AT)(RLE)
    ECF CASE

               Plaintiffs,

    Affidavit of Service

- against -

THE CITY OF NEW YORK, et al.

               Defendants.
---------------------------------------------------------------X

Wylie Stecklow, being duly sworn, deposes and says:

1. I am not a party to the action, I am over eighteen years of age, and I reside in New York, N.Y.

2. On Thursday, September 24, 2015, at approximately 9:15 AM, I served a true copy of the summons and complaint in this action upon Michael Bloomberg by delivering the same to the New York City Law Department Headquarters:

    Corporation Counsel of the City of New York
    100 Church Street, Messenger Center
    New York, NY 10007

and by leaving the same with Madelyn Santana, an document/records clerk with The City of New York Law Department, a female, approximately 30 years of age, who was a person of suitable age and discretion.

3. In addition, I had previously called the NYPD verifications unit and the Corporation Counsel, and learned that the defendant had authorized this location as proper service of this complaint.

                                                   Wylie Stecklow

Sworn to before me this
22nd day of September

NOTARY PUBLIC

DAVID ALLEN THOMPSON
NOTARY PUBLIC-STATE OF NEW YORK
No. 02TH6208118
Qualified In New York County
My Commission Expires June 22, 201_