UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

GEORGE PACKARD, EDWARD BECK, MICHELLE BERGER, ARI COWAN, CONNOR HICKS, CHARLES MEACHEM, CHRIS PHILLIPS, LARRY SWETMAN and AMADON DELLERBA, individually and on behalf of all others similarly situated ,

NOTICE OF APPEARANCE

13 Civ. 821 (NRB)

                                             Plaintiffs,

-against-

THE CITY OF NEW YORK, a municipal entity, FORMER NYPD CHIEF OF PATROL JOSEPH ESPOSITO, FORMER NYPD COMMISSIONER RAY KELLY, FORMER MAYOR MICHAEL BLOOMBERG, NYPD CHIEF THOMAS P. PURTELL, NYPD DEPUTY CHIEF STEVEN ANGER, NYPD DEPUTY CHIEF JAMES MCNAMARA,

                                             Defendants.

------------------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that Dara L. Weiss, Senior Counsel should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendant City of New York.

Dated: New York, New York
         September 30, 2015

                                         ZACHARY W. CARTER
                                         Corporation Counsel
                                         of the City of New York
                                         *Attorney for Defendant City of New York*
                                         100 Church Street
                                         New York, New York 10007

                                         By:          /s/
                                               Dara L. Weiss
                                               Senior Counsel
                                               Special Federal Litigation Division

To:    WOLF HALDENSTEIN ADLER FREEMAN AND HERZ, LLP
STECKLOW AND THOMPSON
(via ECF)