UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

GEORGE PACKARD, et al.,

                      Plaintiffs,

      -against-

THE CITY OF NEW YORK, et al.,

                      Defendants.

-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

15cv7130

        **PLEASE TAKE NOTICE** that **Andrew Lucas,** Assistant Corporation Counsel, should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary Carter, attorney for defendant City of New York.

Dated:  New York, New York
          October 2, 2015

                      ZACHARY CARTER
                      Corporation Counsel
                      of the City of New York
                      *Attorney for Defendant City*
                      100 Church Street
                      New York, New York 10007
                      (212) 356-2373

                      By:       /s/
                              Andrew Lucas
                              Assistant Corporation Counsel
                              Special Federal Litigation Division