UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE PACKARD, EDWARD BECK, MICHELLE BERGER, ARI COWAN, CONNOR HICKS, CHARLES MEACHEM, CHRIS PHILLIPS, LARRY SWETMAN and AMADON DELLERBA, *individually and on behalf of all others similarly situated*,

      Plaintiffs,

-against-

THE CITY OF NEW YORK, a municipal entity, FORMER NYPD CHIEF OF PATROL JOSEPH ESPOSITO, FORMER NYPD COMMISSIONER RAY KELLY, FORMER MAYOR MICHAEL BLOOMBERG, NYPD CHIEF THOMAS P. PURTELL, NYPD DEPUTY CHIEF STEVEN ANGER, NYPD DEPUTY CHIEF JAMES MCNAMARA,

      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2016

15 Civ. 7130 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The initial pretrial conference scheduled for January 19, 2016 is RESCHEDULED to **12:30 p.m.** on **January 21, 2016**.

  SO ORDERED.

Dated: January 19, 2016
   New York, New York

               ANALISA TORRES
              United States District Judge