```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE PACKARD, EDWARD BECK, MICHELLE BERGER, ARI COWAN, CONNOR HICKS, CHARLES MEACHEM, CHRIS PHILLIPS, LARRY SWETMAN and AMADON DELLERBA, *individually and on behalf of all others similarly situated*,

Plaintiffs,

-against-

THE CITY OF NEW YORK, a municipal entity, FORMER NYPD CHIEF OF PATROL JOSEPH ESPOSITO, FORMER NYPD COMMISSIONER RAY KELLY, FORMER MAYOR MICHAEL BLOOMBERG, NYPD CHIEF THOMAS P. PURTELL, NYPD DEPUTY CHIEF STEVEN ANGER, NYPD DEPUTY CHIEF JAMES MCNAMARA,

Defendants.

15 Civ. 7130 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The parties having appeared before the Court on January 21, 2016, it is ORDERED that:

1. Defendants shall file their motion to dismiss by **February 18, 2016**;
2. Plaintiffs shall file their opposition papers by **March 17, 2016**; and
3. Defendants shall reply by **March 31, 2016**.

The Clerk of Court is directed to terminate the motion at ECF No. 27.

SO ORDERED.

Dated: January 21, 2016
       New York, New York

_____
ANALISA TORRES
United States District Judge