

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/8/2016_

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**GARY MOY**
*Senior Counsel*
Phone: (212) 356-3522
Fax: (212) 356-3509
gmoy@law.nyc.gov

February 5, 2016

**Via ECF & EMAIL**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

   Re: <u>George Packard, et al. v. City of New York, et al.</u>,
     15 Civ. 7130 (AT) (SDNY)

Your Honor:

   I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney newly assigned to the defense of the above-referenced matter. The undersigned writes to respectfully request a two week extension of the briefing schedule set forth in undocketed entry dated January 21, 2016.

   By way of background, on January 14, 2016, defendants filed a request for a pre-motion conference regarding a proposed motion to dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Docket Entry No. 28) On January 21, 2016, the Court issued the following briefing schedule: motions due by February 18, 2016; responses due by March 17, 2016; and replies due by March 31, 2016. Plaintiffs' counsel, Stecklow & Thompson, do not consent to this request given that they have previously consented to defendants' requests for an extension of time to answer or otherwise respond to the complaint. The undersigned respectfully requests a brief two week extension of the briefing schedule because the undersigned was recently assigned to this case and will be the principal attorney who will be attending to day-to-day matters on this action and drafting the Rule 12(b)(6) motion papers. This request is necessitated because the undersigned needs additional time to transition to this case and to attend to other deadlines and commitments that were scheduled prior to the undersigned's assignment to this case.

Thank you for your consideration herein.

Respectfully submitted,

/s/
Gary Moy
*Senior Counsel*

cc:   **VIA ECF & EMAIL**
Jeffrey G. Smith, Esq.
Janine L. Pollack, Esq.
Kevin G. Cooper, Esq.
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, New York 10016

Wylie M. Stecklow, Esq.
David A Thompson, Esq.
Stecklow & Thompson
217 Centre Street, 6th Floor
New York, New York 10013

DENIED.

SO ORDERED.

Dated:  February 8, 2016
        New York, New York

ANALISA TORRES
**United States District Judge**