UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

George Packard,

                Plaintiff(s),

-against-

The City of New York, et al.,

                Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/31/2016

15-CV-7130 (AT) (RLE)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

**ANALISA TORRES, United States District Judge**:

The above entitled action is referred to the Honorable Ronald L. Ellis, United States Magistrate Judge, for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO **ORDERED**.

Dated: August 31, 2016
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**