UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE PACKARD, EDWARD BECK, MICHELLE BERGER, ARI COWAN, CONNOR HICKS, CHARLES MEACHAM, CHRIS PHILLIPS, LARRY SWETMAN, and AMADON DELERBA, *individually and on behalf of all others similarly situated*,<br><br>                                              Plaintiffs,<br><br>-against-<br><br>THE CITY OF NEW YORK, a municipal entity, FORMER NYPD CHIEF OF PATROL JOSEPH ESPOSITO, FORMER NYPD COMMISSIONER RAY KELLY, FORMER MAYOR MICHAEL BLOOMBERG, NYPD CHIEF THOMAS P. PURTELL, NYPD DEPUTY CHIEF STEVEN ANGER, and NYPD DEPUTY CHIEF JAMES MCNAMARA,<br><br>                                              Defendants. | Index No. 15-cv-7130(AT)(RLE)<br><br>**DISCOVERY PLAN** |

This Discovery Plan is submitted by the parties in accordance with Fed. R. Civ. P. 26(f)(3).

## DISCOVERY PLAN

**I.    SUBJECTS ON WHICH THIS DISCOVERY PLAN RELATES**

1.    This Discovery Plan shall relate to the above captioned-litigation and follow the scope and limits on discovery as set forth in Fed. R. Civ. P. 26(b).

**II.    TIMING OF DISCOVERY**

1.    Initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed within 30 days from the date of the submission of this Discovery Plan.

2.    All fact discovery shall be completed no later than December 20, 2017. This date shall not be modified without application to the Court.

3.  Timing of Expert Discovery

   a.  Within 45 days of the conclusion of fact discovery, as set forth in paragraph II.2 above, Plaintiffs shall provide any expert report(s) intended for use in this action to Defendant. Within 45 days of the provision of Plaintiffs' expert report(s), Defendant shall conduct all expert discovery relating to Plaintiffs' expert report(s), if any.

   b.  Within 45 days of the conclusion of discovery relating to Plaintiffs' expert(s), Defendant shall provide any expert report(s) intended for use in this action to Plaintiffs. Within 45 days of the provision of Defendant's expert report(s), Plaintiffs will conduct all expert discovery relating to Defendant's expert report(s), if any.

   c.  Plaintiffs shall file a rebuttal report, if any, within 21 days of the conclusion of expert discovery of Defendant's expert report.

Privilege Procedures

The parties will prepare privilege logs pursuant to Fed. R. Civ. P. 26(b)(5)(a).

Dated: March 16, 2017

Gary Moy, Esq.
Senior Counsel
Special Federal Litigation Division
The City of New York Law Department
100 Church Street
New York, NY 10007
(212) 356-2373

*Counsel for Defendant*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

Jeffrey G. Smith
Janine L. Pollack
Kevin G. Cooper
270 Madison Ave.
New York, NY 10016
Tel.:  (212) 545-4600
Fax:  (212) 686-0114

**STECKLOW & THOMPSON**
Wylie M. Stecklow (WS6012)
David A. Thompson (DT3991)

2

217 Centre Street, 6th Floor
New York, New York 10013
Tel.:   (212) 566-8000
Fax:    (888) 566-7999
Wylie@sctlaw.nyc
DThompson@sctlaw.nyc

*Counsel for Plaintiffs*