```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-13-17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE PACKARD, et al.,

                   **Plaintiff,**

      - against –

THE CITY OF NEW YORK, et al.,

                   **Defendant.**

**ORDER**
15-CV-7130 (AT) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Parties on June 28, 2017, and having considered the Parties' written submissions:

**IT IS HEREBY ORDERED THAT**

1. The Parties shall meet and confer regarding all outstanding discovery by July 27, 2017.

2. For Requests 9, 10, 11, 12 and any other outstanding requests of Plaintiff's First Set of Document Requests, the Parties shall make reasonable proposals to each other concerning the documents to be produced after discussing the City's burdens of production and the Plaintiffs' entitlement to discovery. In the event that the City foresees that it will be unable to produce documents within two weeks of the Parties' meet and confer, it shall provide to Plaintiffs an affidavit from each record-keeper who is responsible for compiling responsive documents to Plaintiffs' requests. The affidavit shall explain the location of responsive documents, the process the affiant must undertake to obtain the documents, and the approximate length of time it will take to complete the process.

3. The City shall turn over documents relating to arrest charges of Obstruction of Governmental Administration of Justice. The Court finds that the Plaintiffs' claim that they were wrongly arrested without warrants or probable cause while engaged in

protected speech activity is a broader principle than any specific arrest charge. Specifically, discovery shall not be limited to disorderly conduct charges.

4. Plaintiffs are not entitled to documents in Request No. 21, as there has been no showing that discovery related to spoliation is relevant.

**SO ORDERED this 13th day of July 2017.**
**New York, New York**

*[signature]*
The Honorable Ronald L. Ellis
United States Magistrate Judge