UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

GEORGE PACKARD, EDWARD BECK, MICHELLE BERGER, ARI COWAN, CONNOR HICKS, CHARLES MEACHAM, CHRIS PHILLIPS, LARRY SWETMAN, and AMADON DELLERBA, *individually and on behalf of all others similarly situated*,

                                      Plaintiffs,

       -against-

THE CITY OF NEW YORK, a municipal entity,

                                      Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

Index No. 15-cv-7130(AT)(RLE)

        **PLEASE TAKE NOTICE** that **Alison S. Mitchell**, should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendant City of New York.

Dated:  New York, New York
           August 16, 2017

                                      ZACHARY W. CARTER
                                      Corporation Counsel of the City of New York
                                      *Attorney for Defendants City and Johnson*
                                      100 Church Street
                                      New York, New York 10007
                                      (212) 356-3514
                                      amitchel@law.nyc.gov

                                      By:        /s/
                                                    Alison S. Mitchell