**WYLIE M. STECKLOW**
**STECKLOW & THOMPSON**

WWW.LAWYERSFC[...]

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2018
```

F(888) 566-7999
WYLIE@SCTLAW.COM

April 10, 2018

Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

ENDORSEMENT: The request as to Mr. Meacham is granted on consent. The City of New York shall provide its position regarding Mr. Berger's release by 5:00 p.m. on Wednesday, April 11, 2018.
SO ORDERED.
Dated: 4/11/2018

Re:   Matter:   Packard, et al. v. City of NY
      Index #:  15CV7130 (AT)(SDA)

Dear Judge Aaron:

Please recall that I am co-counsel to the class plaintiffs in the above referenced matter. I am writing today concerning your order dated April 3, 2018, Docket # 121. In part 1 of that order, plaintiffs were required, within seven (7) days of the date of the order, to execute and turn over the 160.50 release to the City. As an explanation for the slight difficulty in obtaining these releases, only one (1) of the six (6) remaining class representatives resides in the City or State of New York. Earlier today, the undersigned sent an email to the City Law Department with digital copies of four (4) of the six (6) remaining class representatives. The remaining two (2) releases are for Michelle Berger and Charles Meacham. Ms. Berger's digital copy should be available to be sent digitally to the defense tomorrow.[1] Mr. Meacham currently resides in Taiwan. On the date the order was posted on ECF, I contacted Mr. Meacham, who obtained the first appointment at the U.S. Consulate nearest his home. That appointment is for April 12, 2018.

By this letter, I request that the time for Mr. Meacham's digital release to be forwarded to the defense be extended until April 17, 2018, and that Ms. Berger's release be deemed timely if digitally received by April 11, 2018[2]. Additionally, the defense has

---

[1]

[2] According to FRCP 6(a)(1)(A), when the period of computing time is stated in days, the counting excludes the day that triggers the period, indicating, the seven (7) days for when the releases would be due would start on April 4, and be due on April 11.

requested the original releases. As each of the release originals are received in the mail, they will be forwarded to the defense. However, in prior experience, the NYPD has accepted digital copies of the releases from the City Law Department.

<u>The City of New York has consented to the request for the extension of time related to Mr. Meacham.</u>

I remain,

Very truly yours,

--//s//--

Wylie M. Stecklow, Esq.