UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/16/2018__
```

Packard et al.,

                              Plaintiffs,

               -against-

The City of New York et al.,

                              Defendants.

1:15-cv-07130 (AT) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

Before the Court are two Letter-Motions regarding discovery disputes. (ECF Nos. 130 and 136.) Following a conference with the parties on May 16, 2018, and for the reasons stated on the record, it is hereby Ordered as follows:

1.  Defendant City of New York (the "City") shall make Inspector Raganella available for a fact deposition no later than June 15, 2018.

2. The City's Document Request No. 33 shall be limited to paraphernalia drafted, created, edited or distributed by any purported class representative between January 1, 2011 and September 30, 2012. Further, for any materials distributed anywhere other than New York City, Request No. 33 is limited to materials related to how to behave at a protest and/or how to interact with the police or other law enforcement officials.

3. In response to the City's Document Request No. 35, Plaintiff Charles Meachem shall make further diligent efforts to locate photographs and/or videos taken by him from September 2011 through September 2012.

4. Plaintiffs shall produce documents responsive to the City's Document Request No. 36, except that, for the period from October 1, 2012 to present, the Request is limited to social media postings by Plaintiffs pertaining to protest activity involving law enforcement.

5. The City's Document Request No. 37 shall be limited to social media postings by Plaintiffs from 2004 to present pertaining to Republican National Convention protests in New York City.

6. Plaintiffs shall produce any documents responsive to Request Nos. 33 and 35-37 no later than one week prior to the deposition of any Plaintiff.

7. If the City wishes to pursue discovery of documents in the possession, custody or control of Plantiffs' counsel, it must comply with the requirements of Fed. R. Civ. P. 45.

8. The parties shall meet and confer regarding remaining disputes relating to Plaintiffs' 30(b)(6) notice. No later than Friday, May 25, 2018, Plaintiffs shall file a Letter-Motion regarding any remaining disputes pertaining to this topic. Plaintiffs' May 15, 2018 Letter (ECF No. 141) may be incorporated in Plaintiffs' Letter-Motion. The City is, therefore, granted leave to file up to a six-page Letter Response.

The remaining issues raised in the parties' Letter-Motions, including Plaintiffs' compliance with Fed. R. Civ. P. 26 regarding computation of damages and the possible spoliation of video evidence, have been resolved by the parties and are deemed moot.

**SO ORDERED.**

DATED:      New York, New York
              May 16, 2018

_____
STEWART D. AARON
United States Magistrate Judge