

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **AMY ROBINSON**<br>*Spec. Assistant Corporation Counsel*<br>Phone: (212) 356-3518<br>Fax: (212) 356-3509<br>arobinso@law.nyc.gov |

May 31, 2018

**By ECF**
Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>George Packard, et al. v. City of New York</u>
     15 Civ. 7130 (AT) (SDA)

Your Honor:

  I am an attorney in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and assigned to represent defendant City of New York in the above-referenced matter. I write to seek the Court's clarification of the deadline for defendants' response to plaintiffs' May 25, 2018, letter to the Court regarding plaintiffs' 30(b)(6) notice. (Dkt. No. 143). Your Honor's Individual Rules appear to be silent as to a deadline for defendants' response and no deadline was set at the May 16, 2018, discovery conference held in this matter. Plaintiffs were given seven business days to file their letter with Court. Defendants respectfully request the same amount of time to respond, which would be June 6, 2018.

  Thank you for your consideration herein.

               Respectfully submitted,

               /s/
               Amy Robinson
               Special Federal Litigation Division

cc: All counsel VIA ECF