# EXHIBIT H



REPORT UNDE
DCU-A002/02

{)PJfr  7

POLICE DEPARTMENT
CITY OF NEW YORK

March 4, 2002

From:      Commang Officer, Disorder Control Unit

To:        chief of Departnient

Subject:   AFTER Acr.ION REPORT ON WORLD ECONOMIC FORUM
           MEETINGS AND DEMONSTRATIONS

1. Oil_January om through February 4th the World Economic Forum held meetings at the Waldoff-Astoria hotel. As a result a number of demonstrations against the World Economic F.orum occlll'l'Cd. The following o. servations and:cecommendations inc ude those made by Task Forces and Narcotics supcrvisors that participated in this detail.



3.    Observations

- Early intelligence was poor. The Intelligence *Division* gave out very little information. At meetings they claimed they could not remember the web addresses of protester sites. A week prior there was still no information. Members of the service assigned to the detail were given little or no information as to what d1ey were up against.

W1?1?1?1?h



- No information developed from monitoring the demonstrators' radios was forth coming fr the Intelligence Division to the Task Forces. This information only came from the Task Force Field Command Post. Information from sources within the crowd proved to be good information.

- ████████████████████████████████████████

- **The amount of confrontation and number of arrests were lower than expected.** ████

- The staging of large amounts of personnel and equipment that was observed by protesters was a deterrent.



**CONFIDENTIAL**

- ███████████████

- This event proved that the wearing of disorder helmets is not offensive; in fact, it proved that wearing helmets is a deterrent to confrontation.

- ███████████████

- The arrests made at West 59th Street and 5'h Avenue set a "tone" with the demonstrators and their possible plans at other demonstrations.

- ███ J& ███

- ███████████████

- ███████████████

- There was no central log observed at the processing facility. Two inquiries were made as to the ntimber of prisoners being processed and the answer both times was "▌ have no idea"

- ███

- ███████████████

- The urgency, in some cases to "scoop up" arrests and remove them from the scene proved to work against the situation. This hastened the process adding to the confusion and increasing the potential for mistakes to be made.

CONFIDENTIAL

## 4. Recommendations

- ███████████████████████████████████████
- ███████████████████████████████████████
- ███████████████████████████████████████
- ███████████████████████████████████████
- ███████████████████████████████████████
- ███████████████████████████████████████
- Bicycl units assigned to the detail should be used for reconnaissance (locating aRd followiJ protesters), messenger service and crowd control. Scooters can also perform is ro.le.
- ███████████████████████████████████████
- ███████████████████████████████████████
- ███████████████████████████████████████

**CONFIDENTIAL**

- ████████████████████████████████████████
  ████████████████████████
  ████████████████████████████████████████
- ████████████
- ████████████████████████████████████████
  ████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
- ████████████████
- ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
- ████████████████ unde ver officers to distribute misinformation within the crowds.
- ████████████████████████████████████████
- ████████████████████████████████████████
  ████████████████████████████████████████
- ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████



# CONFIDENTIAL

*S..*   For your infoi1D8tion

Thomas Graham
Inspector

TG/pmc