

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ALISON S. MITCHELL
Assistant Corporation Counsel
Phone: (212) 356-3514
Fax: (212) 356-3558
Email: amitchel@law.nyc.gov

August 15, 2018

**By ECF**
Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    George Packard, et al. v. City of New York
                 15 Civ. 7130 (AT) (SDA)

Your Honor:

     I am an attorney in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and one of the attorneys assigned to represent defendant City of New York in the above-referenced matter. Defendant writes to request an extension of time to comply with the Court Order of August 9, 2018. (ECF Dkt. No. 190). Defendant sought Plaintiffs' counsel's consent to this request via email on August 14, 2018 but received no response as of the filing of this letter.

     Your Honor ordered Defendant to produce responsive CCRB documents within seven days of August 9, 2018. On August 14, 2018, CCRB provided Defendant with approximately 3,727 pages of documents and approximately 91 video and audio files. For Defendant to properly review and produce responsive CCRB files to Plaintiffs, subject to applicable privileges, additional time is needed review this voluminous production. Accordingly, Defendant respectfully requests an extension of time from August 9, 2018 until August 31, 2018 to respond to the Court Order of August 9, 2018.

     Thank you for your consideration herein.

                                                    Respectfully submitted,

                                                    /s/
                                                   Alison S. Mitchell
                                                   Special Federal Litigation Division

cc:     All counsel VIA ECF