

ZACHARY W. CARTER
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**AMY ROBINSON**
*Spec. Assistant Corporation Counsel*
Phone: (212) 356-3518
Fax: (212) 356-3509
arobinso@law.nyc.gov

January 28, 2019

**VIA ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    George Packard, et al., v. City of New York, 15-CV-7130 (AT) (SDA)

Your Honor:

      I am an attorney in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and assigned to represent defendant in the above-referenced matter. I write to seek the Court's clarification of its order dated today at Dkt. No. 239 referring defendant's motion for summary judgment to the Honorable Stewart D. Aaron. Defendant wishes to bring to the Court's attention that plaintiffs are filing their own motion for summary judgment in this matter, and the parties are still in the pre-motion letter phase of plaintiffs' motion. As it stands, defendant's counter Rule 56.1 Statement to plaintiffs' motion and defendant's motion are due within a week of each other. Defendants wish to request a coordinated briefing schedule on the two summary judgment motions; however, plaintiffs' motion has not been referred. Defendants seek to clarify whether the Court intended to refer both parties' motions for summary judgment in this matter.

      Thank you for your consideration herein.

      Respectfully submitted,

      /s/
      Amy Robinson
      Special Federal Litigation Division

cc:    Plaintiffs' counsel *VIA ECF*