1
2                 UNITED STATES DISTRICT COURT
3                 SOUTHERN DISTRICT OF NEW YORK
4       -----------------------------
        GEORGE PACKARD, EDWARD BECK,
5       MICHELLE BERGER, ARI COWAN,
        CONNOR HICKS, CHARLES MEACHEM,
6       CHRIS PHILLIPS, LARRY SWETMAN
        and AMADON DELLEBA, individually
7       and on behalf of all other        Case No.:
        similarly situated,               15-cv-71310
8                                          (AT)(RLE)
                        Plaintiffs,
9
10              vs.
11
        THE CITY OF NEW YORK, a
12      municipal entity,
13                      Defendant.
        -----------------------------
14
15                                October 4, 2018
                                   10:18 a.m.
16
17          Deposition of THE CITY OF NEW YORK, by HEATHER
18      PERKINS, taken by Plaintiffs, held at the offices of
19      Wylie Stecklow, PLLC, 217 Centre Street, New York,
20      NY 10013, pursuant to notice and order, before
21      Elizabeth F. Tobin, a Registered Professional
22      Reporter and Notary Public of the State of New
23      York.
24
25

Page 2

1

2     A P P E A R A N C E S:

3

4     On behalf of the Plaintiffs:

5          WYLIE STECKLOW, PLLC

6          217 Centre Street

7          New York, New York 10013

8          212.566.8000

9          BY:   WYLIE M. STECKLOW, ESQ.

10              wylie@wylielaw.com

11              JON AVINS, ESQ.

12

13

14     On behalf of the Defendant:

15          CORPORATION COUNSEL

16          100 Church Street

17          New York, New York 10007

18          212.356.3531

19          BY:   AMY ROBINSON, ESQ.

20              arobinso@law.nyc.gov

21              JONI FORSTER-GALVIN, ESQ.

22

23     ALSO PRESENT:

24

25              JOE SHARKEY

1

2          IT IS HEREBY STIPULATED AND AGREED

3     by and between the attorneys for the

4     respective parties herein, that filing and

5     sealing be and the same are hereby waived.

6          IT IS FURTHER STIPULATED AND AGREED

7     that all objections, except as to the form

8     of the question, shall be reserved to the

9     time of the trial.

10          IT IS FURTHER STIPULATED AND AGREED

11     that the within deposition may be sworn to

12     and signed before any officer authorized to

13     administer an oath, with the same force and

14     effect as if signed and sworn to before the

15     Court.

16

17

18                - oOo -

19

20

21

22

23

24

25

Page 4

1                         H. Perkins

2       H E A T H E R   P E R K I N S,

3       of lawful age, called by the Plaintiffs for

4       examination pursuant to the Federal Rules of Civil

5       Procedure, having been first duly sworn, as

6       hereinafter certified, was examined and testified as

7       follows:

8                   EXAMINATION OF HEATHER PERKINS

9       BY MR. STECKLOW:

10                  MR. STECKLOW:  The time is now 10:19 a.m.

11          We are in my office at 217 Centre Street.  My

12          name is Wylie Stecklow.  We're here for the

13          deposition of the City of New York by Sergeant

14          Heather Perkins.

15                  The witness has been sworn.  Sitting to

16          my left is the court reporter whose name is --

17                  COURT REPORTER:  Elizabeth Tobin.

18                  MR. STECKLOW:  -- Ms. Tobin.  Then we

19          have the witness.  Then we have one of the

20          attorneys for the witness, ACC Amy Robinson.

21          Then we have an attorney from the City Legal

22          Bureau Joan Forster-Galvin.  And then sitting

23          next to me is Jon Avins, an attorney.  Sitting

24          next to Jon Avins is Joe Sharkey, a clerk.

25          Q.   Good morning.  We are going to start with

```
                                              Page 5
 1                       H. Perkins
 2     some basics.
 3                  Have you been deposed before?
 4          A.     Yes, I have.
 5          Q.     How many times have you been deposed
 6     before?
 7          A.     Two times.
 8          Q.     Were they both in your capacity as a
 9     police officer?
10          A.     Yes.
11          Q.     Were they both on behalf of the NYPD?
12          A.     No, they were not.
13          Q.     Can you tell me what the first one was?
14          A.     The first one that I remember is one of
15     my officers under my supervision and myself were
16     being sued for false arrest.
17          Q.     Was that a federal or state case?
18          A.     State.
19          Q.     Can you tell me about the second one?
20          A.     I don't remember.
21          Q.     You don't remember if it was for the
22     city?
23          A.     No, I don't remember.  It was before that
24     and I don't remember the circumstances surrounding
25     it.
```

```
                                              Page 6
 1                       H. Perkins
 2        Q.    Okay.  Fair enough.  Because you've been
 3   deposed twice, I'm going to assume you understand
 4   some of the basics.  I'm going to go through them
 5   quicker than I would normally do for somebody who
 6   has not been deposed before.
 7        A.    Okay.
 8        Q.    So, if you don't understand the question,
 9   you need to let me know.  If you don't hear a
10   question, you need to let me know.  If my question
11   is unclear in any way, you need to let me know.  If
12   you don't know the answer to my question, you need
13   to let me know.
14              Is that all understandable?
15        A.    Yes.
16        Q.    And agreed to?
17        A.    Yes.
18        Q.    If there's something that might help you
19   remember an answer to my question, you need to let
20   me know.  If there's any reason -- I'll stop there.
21              Is that acceptable?
22        A.    Yes.
23        Q.    Is there any reason why you can't testify
24   truthfully and accurately here today?
25        A.    No.
```

Page 7

1                         H. Perkins

2          Q.    Is there any mental or health reason why

3      you can't testify truthfully and accurately here

4      today?

5          A.    No.

6          Q.    I'm going to ask you some questions that

7      I'm uncomfortable asking, but I'm trying to get more

8      comfortable.

9                Have you consumed any alcohol within the

10     last 24 hours?

11         A.    No.

12         Q.    Have you taken any drugs in the last 24

13     hours?

14         A.    No, I have not.

15         Q.    Are you aware of any physical condition

16     that would affect your ability to testify truthfully

17     and accurately here today?

18         A.    No, I am not.

19         Q.    Are you aware of any mental conditions

20     that would affect your ability to testify truthfully

21     and accurately here today?

22         A.    No, I am.

23         Q.    Are you taking any medications that would

24     affect your ability to testify truthfully and

25     accurately here today?

1                    H. Perkins

2        A.    No.

3        Q.    Are there any medications you're supposed

4    to take but yet you're not taking that might affect

5    your ability to testify truthfully and accurately

6    here today?

7        A.    No.

8        Q.    So, is there any reason at all why you

9    cannot testify truthfully and accurately here today?

10        A.    No.

11        Q.    And you are aware that you just swore an

12    oath to tell the truth, the same oath that you would

13    swear to if you were in a court of law -- a much

14    nicer area, much nicer room, but it's the same oath

15    to tell the truth, correct?

16        A.    Yes.

17        Q.    Do you understand at the end of this at

18    some point you'll be provided a copy of the

19    transcript and you can review it and make any

20    changes that you think if the court reporter or

21    myself didn't get the question right and you give an

22    answer that wasn't transcribed accurately you're

23    allowed to make a change to that?  Do you understand

24    that?

25        A.    Yes.

```
                                              Page 9
```

 1                          H. Perkins

 2          Q.    And you understand if you do make such a

 3     change, I'll be able to question you on that if we

 4     go to trial?

 5          A.    Yes.

 6          Q.    Now I'm going to explain a little bit

 7     about the 30(b)(6).  And I think you've probably

 8     already been told by your attorney by 30(b)(6).

 9     Don't answer -- anything your attorney told you is

10     an attorney-client communication and you should not

11     express that out loud.

12               But when I ask you a question today, it's

13     going to be asking the City of New York the

14     question, correct?

15          A.    Yes.

16          Q.    And you're here to testify on behalf of

17     the City of New York, correct?

18          A.    Yes.

19          Q.    So when I refer to you in this

20     deposition, I'm really referring to the City of New

21     York or the NYPD, correct?

22          A.    Yes.

23          Q.    And that if I use the word NYPD or I use

24     the word City of New York, those are interchangeable

25     for today for purposes of this deposition.  Is that

```
1                        H. Perkins
2       acceptable?
3            A.    Yes.
4            Q.    When I use the term document, I'm
5       referring to any kind of recorded information,
6       including paper records, electronic documents,
7       electronic information and databases, images and
8       video.  Unless I expressly say I intend to limit it,
9       we're going to use the word document to be expansive
10      like that.
11                Is that acceptable?
12           A.    Yes.
13           Q.    You understand that your answers in
14      today's deposition will be binding on the City of
15      New York in the same way that any witness testifying
16      on their own behalf will be bound by their answers,
17      correct?
18           A.    Yes.
19           Q.    And do you agree that as a 30(b)(6)
20      witness representing the City in this deposition,
21      you're under a duty to inform yourself as to the
22      subject matter of this deposition?
23           A.    Yes.
24           Q.    And do you believe you've fulfilled that
25      obligation?
```

```
                                             Page 11

 1                        H. Perkins

 2        A.     Yes.

 3               MR. STECKLOW:  I want to mark as 1 and 2

 4         these two items.

 5               (Plaintiffs' Exhibit 1, procedures

 6      and methods of training, marked for

 7      identification.)

 8               (Plaintiffs' Exhibit 2, notice,

 9      marked for identification.)

10        Q.     I ask you to look at No. 1 first and...

11        A.     Yes.

12        Q.     Then I ask you to look on page 9 at

13      number 33 on Exhibit 2.

14               MS. ROBINSON:  This is one I don't get a

15         copy of?

16               MR. STECKLOW:  No, I gave you a copy.

17        A.     Yes.

18        Q.     So, within Exhibit 1, it references

19      relevant training subjects; does it not?

20        A.     Mm-hmm.

21        Q.     And in Exhibit 2 in paragraph 33 it

22      defines relevant training subjects; does it not?

23        A.     Yes.

24        Q.     Are you prepared to testify today to the

25      relevant training subjects and to the topics that
```

```
                                      Page 12

 1                       H. Perkins

 2    are provided in Exhibit 1?

 3         A.    Yes.

 4         Q.    Now, I'd like you to look at Exhibit 2.

 5    Let's move to page 21.

 6         A.    Yes.

 7         Q.    And are you ready to testify as to 41

 8    with a limitation that that should be 2004 to 2012?

 9              MS. ROBINSON:   You can answer.

10         A.    Yes.

11         Q.    42?

12         A.    Yes.

13         Q.    43?

14         A.    Yes.

15         Q.    I'm going to cross off 44.  We're going

16    cross off 45.  46, development of curriculum,

17    lessons and classes?

18         A.    Yes.

19         Q.    47, selection and training of faculty and

20    trainers?

21         A.    Yes.

22         Q.    48, measurement of training learning or

23    training effectiveness including measurement of post

24    training results?

25         A.    Yes.
```

```
                                              Page 13

  1                        H. Perkins

  2              MS. ROBINSON:  Can we go off?

  3              (Discussion held off the record.)

  4       Q.    49?

  5              MS. ROBINSON:  Objection.  Beyond the

  6         scope.  You can answer.

  7       A.    I don't have a full knowledge of that,

  8    but I do have some knowledge of that.

  9       Q.    50, maintenance of records concerning

 10    training?

 11       A.    Yes.

 12       Q.    51, the people, police units or civil

 13    government units responsible for or involved in acts

 14    of the City of New York or the NYPD concerning the

 15    topic items within the Section IV training?

 16       A.    Yes.

 17              MS. ROBINSON:  Just an objection.  51 was

 18         modified.

 19       Q.    Now let's look at 53.  Training

 20    concerning the relevant training subjects, we've

 21    already answered that.  You are ready to testify to

 22    that, correct?

 23       A.    Correct.

 24       Q.    B we're going to cross off.  C, training

 25    concerning constitutional limits on police power to
```

```
                                        Page 14
 1                       H. Perkins
 2      arrest, seize or detain civilians in public places.
 3           A.    Yes.
 4           Q.    Are you ready to testify about that?
 5           A.    Yes.
 6           Q.    Are you ready to testify about training
 7      concerning constitutional limits on police power --
 8                 53-D, are you ready to testify on
 9      training concerning constitutional limits on police
10      power to regulate the exercise of civilians First
11      Amendment rights to speech, assembly and the redress
12      of grievances?
13           A.    Yes.
14           Q.    54, are you ready to testify about
15      training concerning particular duties, issues,
16      events or occurrences during the time period of
17      June 1st, 2011 to September 17th, 2012 and training
18      concerning "Occupy Wall Street" or concerning public
19      protests and assemblies in public places?
20           A.    Yes.
21           Q.    I think B was crossed off.  C, are you
22      ready to testify about training concerning
23      particular duties, issues, events or occurrences
24      during the time period January 31st, 2003 to
25      September 2nd, 2004 training concerning protests
```

```
                                        Page 15
 1                     H. Perkins
 2      related to the Republican National Convention or
 3      concerning public protests and assemblies in public
 4      places?
 5           A.    Yes.
 6           Q.    D is crossed off.  E is crossed off.  F
 7      is crossed off.  G, H, I, all crossed off.
 8                 So we are now on 54.  Can you read 54?
 9           A.    Weren't we just on 54?
10           Q.    I'm sorry.  55.  Withdrawn.  We're now on
11      55.
12                 Can you read 55 and tell me if you're
13      ready to testify as to 55?  It incorporates other
14      topics from what we've already discussed into it.
15                 MS. ROBINSON:  Have you asked a question?
16                 MR. STECKLOW:  If she's ready to testify
17            as to topic 55.
18                 MS. ROBINSON:  Then I'm just going to
19            make an objection and say it's outside the
20            scope.  I think that we deleted this one.
21                 MR. STECKLOW:  I didn't see it under my
22            notes, but honestly I'm not that concerned
23            about it.
24                 MS. ROBINSON:  Okay.  You can answer.  I
25            think it's outside the scope.
```

```
                                              Page 16
 1                        H. Perkins
 2          A.    So, any training with -- just if you
 3     could clarify.
 4                MR. STECKLOW:  I'm going to withdraw 55
 5          so we don't get confused by it.
 6          Q.    When did you start preparing for today's
 7     deposition?
 8          A.    In August.
 9          Q.    When was your first communication with
10     any attorney in preparation for today's deposition?
11          A.    With regard to setting up a time to meet
12     or actually meeting?
13          Q.    Any preparation.
14          A.    In August.
15          Q.    When in August?
16          A.    I don't have a particular date.
17          Q.    Early, late, mid?
18          A.    Mid-August.
19          Q.    Was that a meeting or was that a
20     communication to set up a meeting?
21          A.    Communication to set up a meeting.
22          Q.    When was your first actual meeting?
23          A.    This past Tuesday.
24          Q.    That was your first substantive meeting
25     or preparation for today's deposition?
```

```
                                           Page 17
 1                      H. Perkins
 2              MS. ROBINSON:  Objection.
 3          Mischaracterizing her testimony.
 4              MR. STECKLOW:  It was a question.  That's
 5          why I asked it, to understand if that's what
 6          she was saying.
 7          A.    It was the first meeting with somebody to
 8      prepare for the testimony.  That's not the first
 9      time that I prepared for my testimony.
10          Q.    Okay.  Thank you.  What did you do
11      between the phone call in mid-August, more or less,
12      and this meeting last -- this past Tuesday to
13      prepare?
14          A.    Reviewed materials, training materials,
15      tried to find the documents that would have covered
16      the scope of what I had to prepare for.  I discussed
17      getting those documents or finding those documents
18      with members of the training bureau so I could
19      prepare for the testimony.
20          Q.    Okay.  And where did you look for the
21      materials that you were searching for?
22          A.    There's the curriculum evaluation unit
23      which maintains the previous academy classes,
24      material for training recruits, so I talked with
25      them and got those materials.  I also spoke with
```

```
 1                          H. Perkins
 2     Sergeant Newman who is the sergeant in charge of the
 3     archives who has access to materials.
 4          Q.    Was that in August or September?
 5          A.    That was in August.
 6          Q.    Did you receive any materials from your
 7     attorney to review in August?
 8          A.    Yes.
 9          Q.    Which materials did you receive?
10          A.    It was materials that were the same
11     materials that I had gotten from the curriculum
12     evaluation.  It was the lesson plans and student
13     guide materials.
14          Q.    You said you met with your attorney this
15     past Tuesday.  Had you spoken to her on the phone
16     prior to that since the call in mid-August you
17     described?
18          A.    To set up a meeting, yes.
19          Q.    Did you have a substantive conversation?
20          A.    No.
21          Q.    Were there any e-mail communications that
22     were substantive in the interim?
23          A.    No.
24          Q.    So, when you began to review training
25     materials in August, what triggered that?  The first
```

```
 1                         H. Perkins
 2     phone call was just to set up a meeting?
 3          A.    Because I was advised as to what I would
 4     be expected to be prepared to do in preparation for
 5     being a witness.
 6          Q.    Okay.  Have all the documents that you
 7     looked at been produced in this case, to the best of
 8     your knowledge?
 9          A.    To the best of my knowledge, yes.
10          Q.    And when did you -- withdrawn.
11                Did you watch any video in preparation
12     for today's deposition?
13          A.    Yes, I did.
14          Q.    How many videos did you watch?
15          A.    Five or six.
16          Q.    Can you describe them?
17          A.    They were YouTube videos of various
18     "Occupy Wall Street" incidents.
19          Q.    Can you tell me any of them that you
20     recall; a date, a location or anything like that?
21          A.    There was one video that I don't know
22     what the date was, but it was an interaction with
23     officers at an event area and it was a verbal
24     interaction between an officer and people on the
25     other side of the fence.  There was no action taken.
```

1                    H. Perkins

2            There was video of a group moving across

3      the street.  I didn't see any police action taken in

4      that video, so I advanced to another one.  There was

5      a video that wasn't the "Occupy Wall Street" but it

6      was under the "Occupy" title, so it was an "Occupy"

7      in the Bronx that I had looked at as well.  And

8      those are the only three that I have specific memory

9      of the content.

10            MR. STECKLOW:  I want to ask if all of

11        those videos have been produced.

12            MS. ROBINSON:  I don't know what she

13        watched.  She did this on her own initiative,

14        including the Bronx video.

15        Q.    Did you turn over any of these videos or

16      turn them over to your attorney in any fashion?

17        A.    No, because I didn't cite any of them at

18      the time.  It was just going on and looking to see

19      what was on YouTube.

20        Q.    What was the purpose of you doing that

21      search?

22        A.    I did not personally attend any of the

23      "Occupy" events.  I was not assigned detail to any

24      of those.  It was just to try to get a sense of

25      what -- what the issue was that we were talking

```
                                          Page 21
 1                      H. Perkins
 2    about.  Outside of what you see on the news.
 3         Q.    I'm going to briefly just try to get an
 4    outline of your NYPD history.  Can you tell me when
 5    you were in the academy?
 6         A.    I was appointed on the 29th of February
 7    in 2000 and I graduated in October of 2000.
 8         Q.    2/29/2000 to October.  What was your
 9    first assignment?
10         A.    My first assignment out of the academy
11    was the Manhattan Traffic Control.  At the time it
12    was Manhattan Traffic Task Force.  They've since
13    changed the name.
14         Q.    What does Manhattan Traffic Task Force
15    do?
16         A.    They direct traffic in Manhattan.
17         Q.    Do they give tickets as well or it's
18    just --
19         A.    Yes.
20         Q.    They do.  Moving violations not parking
21    violations or both?
22         A.    Both.
23         Q.    How long were you at the Manhattan
24    Traffic Task Force?
25         A.    From October of 2000 to January of 2000
```

```
 1                    H. Perkins
 2    [sic].  It was a temporary holiday assignment.
 3              MS. ROBINSON:  Can you hear her?
 4              (Discussion held off the record.)
 5         A.    2001.
 6         Q.    Where were you transferred to after the
 7    holiday assignment?
 8         A.    Transit District 4 in Manhattan.
 9         Q.    Where is that?  Is that a subway
10    assignment?
11         A.    Yeah.  It's a -- a district is the
12    equivalent of a precinct for the subway and that's
13    in Union Square and it covers the east side of
14    Manhattan from 125th Street down to East Broadway.
15         Q.    How long ware were you in that
16    assignment?
17         A.    I was transferred out of there in
18    December of 2003.
19         Q.    Where were you transferred to?
20         A.    Chief of Personnel's Office.
21         Q.    What does that office do?
22         A.    That's the staff services section.  I
23    worked at Spring 3100 which is the department
24    magazine.
25         Q.    Were you a journalist?  Were you an
```

```
                                                Page 23
 1                      H. Perkins
 2      editor?
 3           A.    I wrote stories and took pictures.
 4           Q.    What was your rank at that point?
 5           A.    I was a police officer.
 6           Q.    Was that an assignment that you
 7      requested?
 8           A.    Yes.
 9           Q.    How long were you there for?
10           A.    I was there until May of 2008.
11           Q.    Where were you transferred in May of '08?
12           A.    In May of '08 I was promoted to sergeant
13      and transferred to Transit District 23 in Queens,
14      that's on Beach 116th Street.
15           Q.    How long were you there for?
16           A.    I was there until May or June of 2012
17      when I was transferred to the academy.
18           Q.    What was your rank at the time you were
19      transferred to the academy?
20           A.    Sergeant.
21           Q.    Were there any courses that you had to
22      take before you were transferred to the academy?
23           A.    No.
24           Q.    Once you were at the academy, were there
25      any courses you had to take before you began to
```

```
                                        Page 24
 1                      H. Perkins
 2     instruct at the academy?
 3          A.    Methods of instruction.
 4          Q.    Anything else?
 5          A.    No.
 6          Q.    What was your highest educational degree?
 7          A.    My highest degree completed is a
 8     bachelor's degree.
 9          Q.    Where was that?
10          A.    At Hunter College.
11          Q.    What year did you receive that degree?
12          A.    '99.
13          Q.    Have you ever been a party to litigation
14     involving the NYPD?
15          A.    Was I sued, is that the question?
16          Q.    No.  Have you ever been a party to
17     litigation involving the NYPD on either side of the
18     V?
19          A.    Have I ever sued the police department;
20     is that the question?
21          Q.    Have you ever been involved in any
22     litigation involving the NYPD, either as a defendant
23     or plaintiff or witness in any fashion?
24          A.    I was sued once as a sergeant.
25          Q.    Is that the only time you've been a party
```

```
                                            Page 25
 1                      H. Perkins
 2       to a litigation?
 3            A.    That I know, yes.
 4            Q.    So you were sued once as a sergeant, is
 5       that the one we discussed earlier?
 6            A.    Yes.
 7            Q.    So you were never a party to any lawsuit
 8       against the NYPD?
 9            A.    Correct.
10                  MR. STECKLOW:  Can we make this
11            Exhibit 3?
12                  (Plaintiffs' Exhibit 3,
13         12-cv-02957-SAS ECF case complaint, marked
14          for identification.)
15            Q.    I ask you to look at page 35 of this
16       document which is the second page.
17            A.    Yes.
18            Q.    Do you see your name on that, about the
19       fifth down?
20            A.    Yes.
21            Q.    I ask you to look at page 48.
22            A.    Yes.
23            Q.    Do you see the end of the caption there?
24            A.    Yes.
25            Q.    Who is the defendant in this action?
```

```
                                              Page 26
 1                       H. Perkins
 2          A.    The New York City Police Department.
 3          Q.    So, is this a case where you were a
 4     plaintiff against the City of New York and the NYPD?
 5          A.    Yes, it is.
 6          Q.    What was this case about?
 7          A.    This was the -- this was the sergeants'
 8     union filing against the Police Department with
 9     regard to labor practices.
10          Q.    So you were one of the plaintiffs in this
11     case?
12          A.    Yes.
13          Q.    And you were making a lawsuit against the
14     City of New York and NYPD concerning wages that you
15     were receiving?
16          A.    Correct.
17          Q.    You felt that the NYPD was treating you
18     unfairly in the wages you were being paid?
19          A.    Correct.
20          Q.    What was the resolution of this case?
21          A.    The -- I believe the sergeants' union
22     won.
23          Q.    Was it a settlement, a verdict?  Do you
24     know how it resolved?
25          A.    I don't know how it specifically
```

```
 1                         H. Perkins
 2      resolved.  But I believe it was -- we won.
 3           Q.    From 2004 to 2012 where was academy
 4      training held?
 5           A.    From 2004 to 2012 it was held at 20th
 6      Street in Manhattan.  That was the location of the
 7      police academy but not all academy trainings were
 8      held at the academy.
 9           Q.    You're jumping ahead but I got that one
10      coming up.
11                 Has that location changed since 2012?
12           A.    Yes, it has.
13           Q.    Where is it currently?
14           A.    It is in College Point, Queens.
15           Q.    When did that change?
16           A.    That changed in 2014.
17           Q.    At any one time was there more than one
18      location where the academy training was held?
19           A.    Yes.
20           Q.    And between 2004 and 2012 other than 20th
21      Street, Manhattan, where was academy training held?
22           A.    Academy training was held at Rodman's
23      Neck in the Bronx.
24           Q.    Anywhere else?
25           A.    Avenue X in Brooklyn, 300 Gold Street in
```

```
                                            Page 28

 1                      H. Perkins
 2      Brooklyn.  And there are also trainings that were
 3      conducted in precinct locations by academy personnel
 4      and there were other locations for specific other
 5      department locations for trainings as well.
 6           Q.    Okay.  When you say other locations,
 7      you've now described some very specific locations.
 8      You described the precincts in general.  In
 9      addition, where else would the trainings take place?
10           A.    The trainings could have taken place in a
11      number of different locations.  Trainings could take
12      place at One Police Plaza.  Trainings can take place
13      in other police facilities.  There -- depending on
14      what the training is and necessitated, would be
15      where it would have been held.
16           Q.    Just now you answered that it could have
17      been.  Obviously I'm looking for facts so I want to
18      make sure we're not couching that in a way that
19      makes it not definitive.  So, one of the topics that
20      you were prepared to testify about is location of
21      facilities where trainings take place, correct?
22           A.    Yes.
23           Q.    Can you testify definitively of other
24      locations in addition to the 20th Street Manhattan,
25      the Rodman's Neck in The Bronx, Avenue X in
```

```
                                          Page 29
 1                       H. Perkins
 2      Brooklyn, 300 Gold Street in Brooklyn, the precincts
 3      and One PP where the trainings took place between
 4      2004 and 2012?
 5           A.    The Brooklyn Army Terminal, Floyd Bennett
 6      Field, Livingston Street and that's the particular
 7      locations that I can remember.
 8           Q.    I want to understand the different types
 9      of trainings that took place.  So, were these
10      trainings -- withdrawn.
11                 So, were there classroom lecture
12      trainings given?
13           A.    Yes.
14           Q.    Were there classroom role play or
15      simulation trainings given?
16           A.    Yes.
17           Q.    Was there a field training given?
18           A.    Yes.
19           Q.    Was there a specific name that field
20      training had?  I'm trying to get at, I know MOBEX or
21      mobile exercises, I believe, those are disorder
22      control trainings.  So I don't know if the academy
23      calls them the same thing or if there's a different
24      word or if they merge and do them with DCU at times?
25           A.    Okay.  At this time the field training is
```

```
 1                      H. Perkins
 2     a different type of training.  That's a different
 3     title of training.  That's why I need the
 4     clarification.  As far as the names of trainings, I
 5     don't know them specifically, all of them.
 6          Q.    But field training would be a name that
 7     would be used by the academy?
 8          A.    Correct.
 9          Q.    Table top exercises, would that be a name
10     used by the academy for training?
11          A.    Yes.
12          Q.    Advanced command training, would that be
13     a name used?
14          A.    Yes.
15          Q.    InTac training, would that be a name used
16     by academy training?
17          A.    At the time in question, yes.
18          Q.    Did that change?
19          A.    Yes.
20          Q.    When did that change?
21          A.    In 2015.
22          Q.    And what did InTac training become?
23          A.    It became more specific training.  There
24     were different titles of the trainings.  Instead of
25     putting it under one umbrella of InTac training, it
```

```
                                          Page 31
 1                    H. Perkins
 2     was given specific titles for the training.
 3               So, today we have fair and impartial
 4     policing which would be considered that.  We also
 5     did the fundamentals of policing in 2015 which the
 6     third day was a tactical component so that would
 7     have been a considered a tactical training.  There
 8     are -- there is inservice tactical training that is
 9     conducted at the range at this time.
10               But the title of InTac used to be an
11     umbrella term and now we talk about the individual
12     courses that are offered.
13          Q.    Did the umbrella term solely relate to
14     tactical training?
15          A.    Not solely, but doctor was a tactical
16     component to the training.
17          Q.    So InTac could have tactical training and
18     something else or would it be tactical training or
19     something else?
20          A.    And.
21          Q.    So it would always have some tactics and
22     possibly something else attached to it?
23          A.    Yes, because you can't teach tactics
24     absent of procedure in the law.
25          Q.    So, would InTac training include
```

```
                                              Page 32
 1                       H. Perkins
 2      classroom training?
 3           A.    Yes.
 4           Q.    So, you identified multiple locations
 5      where training took place.  How many of those
 6      locations had classroom training?
 7           A.    Classroom training available?
 8           Q.    How many of the trainings that you've
 9      identified that took place at these various
10      locations included classroom lecture-type training?
11           A.    The precincts wouldn't have had classroom
12      in them.  Although they would have not been a
13      tactical training, it would have been a different
14      kind of training.  But the training locations that
15      were mentioned would have had classroom training in
16      them.
17                 I also would like to add that Coney
18      Island, the rail yard at Coney Island, there's also
19      training there.
20           Q.    Is that where the -- it's an MTA yard?
21           A.    It's an MTA yard, correct.
22           Q.    We've gone through a few different names
23      for the types of training that's done.  Now we're
24      focused on 2004 to 2012.  Did the academy
25      participate in or conduct other types of training
```

```
                                          Page 33
 1                        H. Perkins
 2     that I haven't yet mentioned?
 3          A.    The training sergeants go to the academy
 4     once a month and receive a packet of training that
 5     they are then to go out to their commands and
 6     deliver to the patrol personnel of their commands.
 7          Q.    And those training --
 8          A.    The personnel of their commands.
 9          Q.    And those trainings that the training
10     sergeants bring back are given at roll call?
11          A.    Correct.
12          Q.    Other than the sergeant training that you
13     just described -- which I believe is training
14     sergeants, correct?
15          A.    Mm-hmm.
16          Q.    -- is there any other type of training I
17     haven't yet identified that existed with the academy
18     from 2004 to 2012?
19          A.    No.
20          Q.    I want to identify some lesson plans and
21     then ask you if these were all of the lesson plans
22     that existed in that time frame.
23                Is that acceptable?
24          A.    All of the lesson plans that existed with
25     regard to what?
```

                        H. Perkins

1

2     Q.    With regard to academy training.

3     A.    I don't know that I can -- there's a lot

4     of lesson plans with regard to academy training.

5     With regard to academy training on what subjects?

6     Q.    I'm trying to be all inclusive at this

7     point.  Obviously it sounds like I'm not going to be

8     complete and you're going to possibly add in some

9     and see where we're at.

10    A.    Okay.

11    Q.    So, the ones that I know of are custodial

12    offenses, maintaining public order, arrest

13    processing, summons, intro to law and justice,

14    authority to arrest, demonstrations.

15          Are there more lesson plans that I'm

16    unaware of?

17    A.    Yes.

18    Q.    Which ones can you identify?

19    A.    Can I look at the list so I not repeat

20    what you have?  Okay.  So introduction to the Penal

21    Law, introduction to the NYPD, general rules and

22    regulations, discretion, integrity, integrity

23    crimes, policing professional -- policing

24    professionally, policing in a multicultural society,

25    crimes against persons, sex offenses, property

Page 35

1                      H. Perkins

2    crimes, weapons offenses, drug offenses, street

3    encounters, search and seizure, processing property,

4    auto crimes, auto procedures, police communications,

5    crisis intervention, policing emotionally disturbed

6    persons, domestic violence, children and

7    adolescents, crisis management.  Did I say that

8    already?

9          Q.    I think you did.

10         A.      There are also lesson plans for domestic

11   violence workshop.  There are also lesson plans for

12   street encounters workshop.  There were also lesson

13   plans for operation of patrol vehicles, so

14   everything that happens to teach the recruits how to

15   drive.  There are also lesson plans for how to teach

16   the recruits how to operate the firearms and use

17   their firearms.  There are also lesson plans for

18   teaching nonmembers of service or teaching various

19   aspects of this to school safety agents, to civilian

20   promotees, to cadets who are civilian members of

21   service, to traffic agents that are civilian members

22   of service, to -- there are lesson plans for various

23   tactical inservice training programs.

24              There are lesson plans -- I didn't even

25   mention any of the recruit lesson plans that have to

```
 1                        H. Perkins
 2     do with teaching of any of our physical training and
 3     tactics training and tactics from their part of the
 4     unit.  That all falls under the academy.  I know
 5     that I've missed some but that's --
 6          Q.    You've done fantastic.  Now I want to
 7     focus on the lesson plans that involve First
 8     Amendment rights.  When I'm talking about First
 9     Amendment rights, I'm going to restrict it to
10     protester rights and, more specifically, to sidewalk
11     protests and marches and demonstrations.
12               So with that understanding, where do you
13     believe the academy has lesson plans that touch on
14     those topics?
15          A.    Introduction to law and justice,
16     introduction to Penal Law, maintaining public order,
17     authority to arrest, summonses.
18          Q.    That's my handwritten notes.  It says
19     demonstrations.
20          A.    With regard to the academy lesson plans,
21     it would be included in there.  It would also be --
22     I think I named them all.  There were also lesson
23     plans for the teaching to the training sergeants on
24     those topics.  There were training memos for that.
25     That would have been disseminated to the training
```

1                        H. Perkins

2      sergeants.  As far as the lesson plans, that's what

3      I can recall right now.

4                MR. STECKLOW:  Let's mark some -- let's

5          mark this as 4.

6                (Plaintiffs' Exhibit 4, lesson plan,

7          2004-12, marked for identification.)

8                MR. STECKLOW:  Let's mark this as 5.  I'm

9          sorry.  That's wrong.

10         Q.    You're now looking at what's been marked

11     as Plaintiffs' Exhibit 4?

12         A.    Yes.

13         Q.    Have you seen this before?

14         A.    Yes.

15         Q.    Is this the lesson plan that was in place

16     between 2004 and 2012 for demonstrations?

17         A.    No.

18         Q.    At what point was this replaced?

19         A.    This was replaced in 2004, I believe.

20         Q.    What was it replaced by?

21         A.    This was incorporated into the

22     maintaining public order.

23         Q.    When was that done?

24         A.    2004.

25         Q.    Was that before, during or after the

Page 38

```
 1                      H. Perkins
 2      Republican National Convention?
 3           A.    Before.
 4           Q.    Do you have an understanding as to why
 5      this document was -- withdrawn.
 6                 Do you have an understanding as to why
 7      this lesson plan was removed and incorporated into a
 8      different lesson plan?
 9           A.    Yes.
10           Q.    Can you tell us why?
11           A.    Training was -- the training of recruits
12      was changed.  Prior to that there were three
13      separate disciplines for recruits and they were
14      taught law separate from police procedure separate
15      from the social science aspect.  The decision was
16      made that pedagogically it would be better to
17      combine all of those into a unified curriculum.
18                 So, for example, rather than teaching
19      about the social science and social psychology
20      aspect of, say, domestic violence and then procedure
21      of domestic violence and then the law of domestic
22      which might come at different points in a recruit's
23      academy process because of how the different -- the
24      different things are balanced, the -- they were
25      consolidated together so that in training of
```

```
                                              Page 39
 1                         H. Perkins
 2      recruits, they can have -- it's still the same
 3      material but have a much fuller concept of what
 4      they're doing and why they're doing it.
 5            Q.    Was the substance changed?
 6            A.    No.
 7            Q.    So, was the lesson plan incorporated into
 8      maintaining public order without any substantive
 9      changes?
10            A.    All of the information in here was
11      incorporated in the unified curriculum.
12            Q.    By the unified curriculum, do you mean
13      lesson plan for maintaining public order or
14      something else?
15            A.    I believe it went into maintaining public
16      order.  Unless I have the maintaining public order
17      to compare it to side by side, I can't state
18      absolutely.  But the contents of this lesson plan
19      are covered in the -- were covered in the unified
20      curriculum.
21                  So if it wasn't put into the maintaining
22      public order, it could have been put into another
23      portion of the -- of the curriculum.  But all of
24      what is in here -- substantively everything that was
25      in here was put into the unified curriculum.
```

```
                                            Page 40

 1                         H. Perkins
 2         Q.     The maintaining public order lesson plan,
 3    is that for recruits or is that for advanced comm,
 4    for inservice training?  What is it utilized for?
 5         A.     Recruits.
 6         Q.     This demonstration plan, is that for
 7    recruits or for InTac, inservice or advanced
 8    command?
 9         A.     Recruits.
10         Q.     I'd like you to look at page 3 of the
11    demonstration lesson plan and look at what is 2-B.
12         A.     Yes.
13         Q.     Can you read what's underlined and
14    bolded?
15         A.     Case law protects certain activities
16    under the First Amendment.
17         Q.     Why was that included in this lesson
18    plan?
19         A.     Why was the protection included in this
20    lesson plan?
21         Q.     Why was that -- the words you just read,
22    why was that included in this lesson plan?
23         A.     To explain to recruit officers that
24    certain activities are protected under the First
25    Amendment.
```

                                                        Page 41

1                           H. Perkins

2           Q.     Above that under 2-A it lists the

3      protections of the First Amendment, correct?

4           A.     Yes.

5           Q.     And this talks about case law, correct?

6           A.     Yes.

7           Q.     Why did the NYPD include a topic about

8      how case law affects rights under the First

9      Amendment?

10          A.     Because we explain to recruit officers

11     how the Constitution governs what they can and

12     cannot do and that if something is -- there's a

13     question of some act of a police officers or the

14     government that is a question of whether it was

15     constitutional, it will go through the courts and

16     that the result of the court's decision is case law

17     and that is binding on us as well as the

18     Constitution.  It's not just our interpretation of

19     the Constitution but also the court's interpretation

20     of the Constitution.

21          Q.     So, is this to explain to recruit

22     officers that the way the courts interpret the

23     Constitution affects the rights that are protected

24     thereunder?

25          A.     It's not that it affects the rights, but

```
                                        Page 42

 1                     H. Perkins

 2     it affects our -- it restricts or permits our action

 3     as police officers based on what the court decides.

 4          Q.    So, how a court decides a case affects

 5     how a police officer can police constitutional

 6     activity?

 7          A.    Yes.

 8          Q.    Was that incorporated into the

 9     maintaining public order lesson plan?

10          A.    That is in introduction to law and

11     justice.

12               MR. STECKLOW:  So, what I'd like to do

13          is -- we only have one copy of each of these so

14          I'm not going to have a copy in front of me.

15          Mark this as 5.  These are two lesson plans for

16          maintaining public order that I believe are the

17          ones relevant in 2011 to 2012.

18          Q.    I'd like you to review them and tell me

19     if those the ones in place in that time period.

20               (Plaintiffs' Exhibit 5, lesson plans

21          for 2011-12, marked for identification.)

22          Q.    From looking at the front page of these

23     lesson plans, can you identify whether these are the

24     lesson plans in place during "Occupy Wall Street"

25     from September 2011 through the end of 2012?
```

```
                                              Page 43
 1                       H. Perkins
 2        A.      Yes.
 3        Q.      Thank you.
 4                MR. STECKLOW:  Let's mark this as 6.
 5                (Plaintiffs' Exhibit 6, training
 6        course catalogue, marked for
 7        identification.)
 8        Q.      I ask you to look at what's been marked
 9     as Plaintiffs' Exhibit 6.
10                MS. ROBINSON:  She's reviewing Exhibit 5.
11                MR. STECKLOW:  There's no question on
12        Exhibit 5.
13        Q.      Sergeant, I have no more questions on
14     that exhibit.  Can you please look at Exhibit 6?
15     Have you seen this document before?
16        A.      Not this particular one.
17        Q.      What is it that we're looking at?
18        A.      It's the training course catalogue.
19        Q.      And what is it about this one that is
20     distinguished from the ones that you have seen?
21        A.      Well, this -- the date on this one is
22     September 10th -- I mean, September 2010.  So, I
23     have not seen this particular training course
24     catalogue.
25        Q.      Do you know if this was the training
```

```
 1                    H. Perkins
 2     course catalogue in effect during "Occupy Wall
 3     Street" 2011 to the end of 2012?
 4          A.    Yes.
 5          Q.    What is a training course catalogue?
 6          A.    It is a catalogue of all of the active
 7     lesson plans that -- all of the active courses that
 8     can be taught by the department.
 9          Q.    And where are the relevant training
10     subjects that we've discussed and identified in our
11     deposition notice taught within this document?
12     Where are they identified?
13          A.    So, under the deputy commissioner of
14     training.
15          Q.    What page is that?
16          A.    Page 8.
17          Q.    Is that VIII?
18          A.    Yes.
19          Q.    Okay.
20          A.    The basic recruit course.
21          Q.    Yes.
22          A.    Is where the material is taught to
23     recruits.
24          Q.    Okay.
25          A.    As far as the lesson plan, the courses
```

```
                                            Page 45
 1                        H. Perkins
 2      that are offered.   The --
 3            Q.    Is there non-recruit training identified
 4      in here --
 5            A.    Yes.
 6            Q.    -- in the relevant training subjects?
 7            A.    I'm looking through to see.   The special
 8      operations on page 3.
 9            Q.    On the document you're looking at, can
10      you identify a lesson plan on page 3 that is in the
11      relevant training subject?
12            A.    So, the course that would be offered that
13      would cover demonstrations and street protest, is
14      that what you're --
15            Q.    For the relevant training subjects.
16            A.    All of the relevant training subjects?
17            Q.    Yes.
18            A.    Unusual disorder plan control may have
19      that.  I don't have -- I'm --
20            Q.    Is that a --
21            A.    I'm not prepared to testify as to what
22      the lesson plans for the special operations because
23      that doesn't fall under the academy.
24            Q.    So you can't testify that that actually
25      has training in the relevant training subjects,
```

```
                                                Page 46
 1                          H. Perkins
 2      correct?
 3            A.      Correct.
 4            Q.      For the academy training --
 5            A.      Correct.
 6            Q.      And you identified the recruit training.
 7            A.      Correct.
 8            Q.      Now I'm asking you for non-recruit
 9      training, which I understand is inservice or
10      advanced command or table top or other types of
11      training, is that identified in this training course
12      catalogue?
13            A.      Not a course that has that specifically,
14      no.
15            Q.      And this contains all of the courses that
16      the NYPD was giving as of September 2010, correct?
17            A.      To differentiate between courses and
18      different types of training.  So, command level
19      training is not considered a course that would have
20      been offered.  Command level training is training
21      that comes up as issues develop and the training is
22      disseminated on a monthly basis.
23            Q.      Who disseminates the command level
24      training?
25            A.      Specialized training section.
```

```
                                              Page 47
 1                       H. Perkins
 2          Q.      Is that in the academy or outside the
 3    academy?
 4          A.      That's in the academy.
 5          Q.      So the academy disseminates that
 6    information?
 7          A.      Correct.
 8          Q.      And that information is not contained in
 9    here?
10          A.      Because it's not a course.
11          Q.      But this contains all the training
12    courses given to recruits inservice, advance comm,
13    it doesn't give specialized training that maybe, as
14    you explained, come up in the course of incidents
15    that occur, some new topics that come up, otherwise
16    it does contain everything that taught by the NYPD
17    to all levels and all members of the service?
18          A.      Yes.
19          Q.      Other than what you identified which is
20    the recruit training on page 8, there is no other
21    training contained in here that is given in the
22    relevant training subjects, correct?
23          A.      Not specific to the training subjects,
24    no.
25          Q.      Does the training course catalogue
```

```
 1                    H. Perkins
 2     contain training that is given to command level
 3     officers?
 4          A.    Not all of it, no.
 5          Q.    But it does contain training that is
 6     given to command level officers?
 7          A.    Yes.
 8          Q.    What classroom training is given by the
 9     academy anywhere that is post recruit training?
10          A.    Command level training, firearms
11     refresher course.
12          Q.    That's the classroom training?
13          A.    There are classroom components.
14          Q.    Okay.
15          A.    Depending on issues that arise.  There
16     are post recruit driver trainings that are offered.
17     There are -- there is promotional training.  At the
18     time in question there was leadership training.
19          Q.    Was that distinct from promotional
20     training?
21          A.    Correct.  That leadership training, lead
22     training, was training provided to supervisors as
23     opposed to training for supervisors to step into
24     their new position.  There were inservice tactical
25     trainings.  There was also specialty tactical
```

Page 49

```
 1                    H. Perkins
 2      trainings.  There were COBRA trainings, which is for
 3      chemical, biological and other HAZMAT material
 4      trainings.  CPR training, the cardiopulmonary
 5      resuscitation.
 6               There's executive level training, which
 7      is separate from lead or promotional because it's
 8      training that's specific to the executives.  I think
 9      that covers it.
10          Q.    Okay.  Which of those trainings that you
11      just identified contain training in the relevant
12      training subjects?
13          A.    Command level training and -- that's
14      specific that would be an item that would be in a
15      lesson plan would command level training.
16          Q.    What lesson plans is that covered in for
17      command level training?
18          A.    For command level training there was a
19      training memo on disorderly conduct.  There was also
20      training on demonstrations and there was training on
21      legal issues surrounding the RNC.
22          Q.    Okay.  The training memo and dis con, was
23      that the Jones memo, if you know?  Do you know what
24      I'm talking about?
25               MR. STECKLOW:  Let's mark this as 7.
```

```
                                                Page 50

 1                        H. Perkins
 2                (Plaintiffs' Exhibit 7, December
 3           2007 training memo, marked for
 4           identification.)
 5           A.    Yes.
 6           Q.    So, how is this memo training at the
 7      command level?
 8           A.    This memo would have been available and
 9      sent out to -- at the time it was released, it would
10      have been sent out to all commands.  So all commands
11      would have had a copy of it.  At the command level
12      training either a member of the specialized training
13      section would have presented it or somebody from the
14      Legal Bureau would have presented it to the group.
15      They would have explained what it is and how to
16      disseminate the information to -- to -- at roll call
17      training.  So, it would be a training trainer
18      situation.
19           Q.    Okay.  So was this something that was
20      also part of the training for the executive level
21      training?
22           A.    This would have been as a training memo
23      would have been sent out to all commands.
24           Q.    In December of 2007?
25           A.    Correct.
```

```
                                              Page 51
 1                      H. Perkins
 2        Q.    What about in December of 2008?
 3        A.    The training memo would stand.  So if
 4   it's sent out, it stands as a training memo unless
 5   it's revoked.
 6        Q.   Is it then incorporated into academy
 7   training?
 8        A.   A training memo wouldn't be incorporated
 9   into academy training.  If there was a change or
10   some -- something that had come down to change from
11   how we had been training before, that would come
12   down from the Legal Bureau to the curriculum
13   evaluation and they would put that into the recruit
14   level training.
15        Q.    Earlier we discussed, I believe, through
16   demonstration training that the police trained at
17   that point that case law affects how statutes are
18   interpreted and therefore how police can enforce
19   them, correct?
20        A.    Yes.
21        Q.    Is this one example --
22        A.    Yes.
23        Q.    -- of how that happens?
24        A.    Yes.
25        Q.    But because Legal Bureau did not send
```

                                                    Page 52

1                         H. Perkins
2       something to the curriculum unit, this didn't make
3       it into academy training?
4            A.    This is how it's taught.  So, I don't --
5       I'm not sure what you're -- what the question is.
6            Q.    You have various lesson plans that you've
7       identified as related to the relevant training
8       subjects, correct?
9            A.    Yes.
10           Q.    This academy memo contains an update to
11      case law affecting how police can enforce disorderly
12      conduct statute, correct?
13           A.    Yes.
14           Q.    But this information contained in this
15      memo did not update any of the lesson plans that the
16      NYPD were instructing on at the academy, correct?
17           A.    As far as updating -- did the People v.
18      Jones get put into the -- as labeled get put into
19      the material; is that what you're asking?
20           Q.    No.  I'm asking:  Did the information
21      contained in here get updated into the lesson plans?
22           A.    Yes.
23           Q.    When?
24           A.    It would have been -- I have to look to
25      see.  If you can give me a moment to look at the

Page 53

1              H. Perkins
2   lesson plan that, maintaining public order, because
3   I don't think it's necessarily in that one.
4        Q.    Sure.
5        A.    The lesson plan may not have reflected
6   it.  No, the lesson plan doesn't reflect this
7   change.
8        Q.    So the NYPD did not take the information
9   from this academy memo and put it in -- withdrawn.
10  I'll get a new question there.
11             The NYPD did not take the information
12  contained in this police academy training memo and
13  update their lesson plans with that information,
14  correct?
15       A.    Correct.
16       Q.    I just want to make sure that this was
17  clear.  Are relevant training topics covered in
18  executive level training?
19             MS. ROBINSON:  Objection.  You can
20        answer.
21       A.    Are relative -- I don't have specific
22  knowledge as to if the training topics were covered
23  in executive level training.
24       Q.    Who conducts executive level training?
25       A.    The executive level trainer -- executive

```
                                            Page 54
 1                      H. Perkins
 2     training.
 3          Q.    Is that part of the academy?
 4          A.    Yes, it is.
 5          Q.    So, does the academy include any of the
 6     relevant training subjects when it gives its
 7     executive level training?
 8          A.    Not in the lesson plans that I have
 9     reviewed for this.
10          Q.    Does the academy provide -- withdrawn.
11                During the time frame we're speaking of,
12     2004 to 2012, did the academy provide the leadership
13     training that you discussed before?
14          A.    Yes.
15          Q.    Did the leadership training include
16     lesson plans that covered the relevant training
17     topics?
18          A.    Specific to the relative training topics,
19     no.
20          Q.    Does the academy provide the advanced
21     command level training?
22          A.    Yes.
23          Q.    Did the academy include specific lesson
24     plans on the relevant training subjects in the
25     advanced command level training?
```

```
                                            Page 55
 1                      H. Perkins
 2        A.     In command level training, yes.
 3        Q.     That is what we discussed already?
 4        A.     Training memo, RNC legal issues and a
 5   demonstrations lesson plan.
 6        Q.     So I just want to make sure we're clear.
 7   Command level training occurs at the commands,
 8   correct, at the precincts?
 9        A.     Command level training is all of the
10   training sergeants and the training sergeants take
11   it out to the commands.
12        Q.     Is that distinguished from advanced
13   command training or advanced command leadership
14   training?
15        A.     So, leadership training is different from
16   command level training.
17               MR. STECKLOW:  Let's mark this as 8.
18               (Plaintiffs' Exhibit 8, advanced
19       command training, marked for
20       identification.)
21        A.     So, this is executive level training.
22        Q.     Is that different than advanced command
23   training?
24        A.     That's what they're calling it.  It would
25   be what I was referring to as the executive.
```

Page 56

1                      H. Perkins

2        Q.    So, was this the course outline that was

3    relevant during September 7, 2012?

4                 MS. ROBINSON:  Do you have a copy for me?

5                 MR. STECKLOW:  I don't.

6                 MS. ROBINSON:  Do you have a Bates-stamp

7        number?

8                 MR. STECKLOW:  6098 through 6169.

9        A.    This is the materials but this is not a

10   lesson plan.

11       Q.    When you say these are the materials,

12   what does that mean?

13       A.    These would be the materials that would

14   be provided to the executives.

15       Q.    And then there would be materials in

16   addition to this that would be provided?  Would

17   there be a lesson plan that would occur because of

18   these materials -- withdrawn.

19                You've testified these are the materials

20   provided to the executive levels during their

21   advanced command training?

22       A.    Yes.

23       Q.    And you think there's a lesson plan that

24   matches up to this?

25       A.    They may have used the materials.

```
                                            Page 57
 1                     H. Perkins
 2              MR. STECKLOW:  This looks to be a
 3        complete copy.  I would not swear to it.
 4        What's the last page there?
 5              MS. ROBINSON:  6134.
 6              MR. STECKLOW:  It's just a few copies of
 7        the same, so you may have three copies of the
 8        same document there.
 9              MS. ROBINSON:  Oh, I see what you're
10        saying.
11        A.    So, some of these would have been
12     provided to -- some of the materials are the
13     materials provided.  Some of them are the
14     instructors' copies that they would use to go over.
15        Q.    There are case studies included here?
16        A.    Correct.
17        Q.    And "Occupy Wall Street" is utilized as a
18     participant in the case study?  If I can refer you
19     to page what's marked as 86152, it has a numerical
20     five on it but I don't think that's going to be
21     helpful by itself.  Right before that.  It's this
22     page.
23        A.    Yes.
24        Q.    Who chose to include "Occupy Wall Street"
25     in the case studies?
```

Page 58

1                    H. Perkins

2          A.    Because this is a draft copy, it doesn't

3     have the name of the person who authorized this.

4     This is a draft copy as well.

5          Q.    In the case study that utilizes "Occupy

6     Wall Street," it talks about "Occupy Wall Street"

7     having demonstrations in a precinct area, correct?

8               MS. ROBINSON:  Do you have a Bates-stamp

9          number for that?

10              MR. STECKLOW:  I think I said it earlier.

11         I think it's 6152.

12              MS. ROBINSON:  Is this still Exhibit 8?

13              MR. STECKLOW:  It is.

14              MS. ROBINSON:  So then can you give me

15         the beginning and ending Bates-stamps?

16              (Off the record discussion.)

17              MR. STECKLOW:  6098 through 6169.

18              MS. ROBINSON:  So how are we getting to

19         861 --

20              MR. STECKLOW:  I did not read properly.

21              MS. ROBINSON:  You're saying 6152?

22              MR. STECKLOW:  Yeah.

23              MS. ROBINSON:  Not an 8?

24              MR. STECKLOW:  Yes.  6152.

25         A.    So, what's the question?

1                      H. Perkins

2          Q.    It identifies "Occupy Wall Street" as

3     setting up common striations within a precinct area

4     as part of the case study, correct?

5          A.    Yes.

6          Q.    And it states that they are doing both

7     legal and illegal demonstrations, correct?

8          A.    It's not that they are.  It's saying with

9     respect to demonstrations that are legal or

10    demonstrations that are illegal.

11         Q.    Well, but it's talking about "Occupy Wall

12    Street," is it not?

13         A.    It's "Occupy Wall Street" that there

14    might be other -- there might be demonstrations or

15    other events that are tied to the name "Occupy Wall

16    Street," that's why it's saying local action tied to

17    the larger -- the larger action that was occurring

18    in the downtown Manhattan area, that there might be

19    stuff that is tied to that.  And talking about --

20    this is a very -- this is a instructor's note to

21    talk about how to address demonstrations both legal

22    and illegal.

23         Q.    Does it identify how to distinguish

24    between demonstrations that are legal and illegal?

25         A.    Not on this piece of paper, no.

```
 1                         H. Perkins
 2        Q.    Within this lesson plan or this advanced
 3   command training, does it identify that, how to
 4   identify between legal and illegal demonstrations
 5   that it's setting out an example for on that page?
 6        A.    It's not -- I don't see it spelled out,
 7   but it also explains that the -- some portions have
 8   yet to be established and that it's a work in
 9   progress.
10        Q.    I'd like you to take a look at page 6139,
11   XIV.
12        A.    I don't have 6139.  I have 6149, 6151,
13   53.
14              MR. STECKLOW:  During a break, I'll print
15        out a complete copy for you and another one
16        we'll mark as a complete copy.
17        Q.    For now I'll ask you to look at the one I
18   was looking at is 6149.  I ask you to look at XIV.
19              Is that another case study that utilizes
20   "Occupy Wall Street" as an example?
21        A.    It's not a case study so much as
22   referencing something that's happening in the 29
23   Precinct.
24        Q.    Is it fictional or nonfictional?
25        A.    Nonfictional.
```

Page 61

1                          H. Perkins

2          Q.     So, this is a description that somebody

3     is inserting into the advanced command level

4     training of something that's occurring with "Occupy

5     Wall Street"?

6          A.     Activities involved in the "Occupy Wall

7     Street" movement.

8          Q.     Can you read out loud the highlighted

9     portion?

10         A.     Activists involved in the "Occupy Wall

11    Street" movement have begun to build organizations

12    within the confines of the 29 Precinct taking on

13    causes such as police shootings of civilians,

14    perceived police areas in dealing with the public,

15    bias in the department's stop, question and frisk

16    policies and procedures, women's rights issues and

17    other related police issues.  These organizations

18    have gained a foothold and are acquiring membership

19    quickly.

20         Q.     So, is the reason that's included in here

21    is because those -- withdrawn.

22                Is the reason that's included in this

23    advanced command leadership training is because that

24    is seen as something that's going to require police

25    action, reaction, intervention or something else?

Page 62

1                          H. Perkins

2          A.    It's understanding that the activists

3     involved in the "Occupy Wall Street" movement are

4     organizing within the confines of the precinct and

5     that they're organizing not just for what was

6     originally believed to be the "Occupy Wall Street"

7     reasons, which had to do with Wall Street, but that

8     there were additional -- additional causes that

9     activists involved with that movement were

10    addressing as well.

11         Q.    Is there anything unlawful in the conduct

12    or activity they're describing there?

13         A.    None whatsoever.

14         Q.    So, what is the reason that that would be

15    included in advanced command leadership training?

16         A.    To understand that these entities exist

17    within the command and that they are -- they're

18    organizing and have memberships which means there

19    may be activities that would necessitate police

20    presence.

21         Q.    Where is the 29?

22         A.    29 is in upper Manhattan, Manhattan

23    North.

24         Q.    What makes you believe that what is

25    written here is not a case study?

Page 63

1                        H. Perkins

2        A.     Well, it is a specific situation that is

3    happening at a specific precinct.  So by that

4    definition of case study, it could be considered a

5    case study.

6        Q.     But how do you know that it's actually

7    happening or it's not something that somebody is

8    writing to utilize in advanced command training?

9        A.     Because by specifying a precinct, they're

10   specifying information that has been given to them

11   to include.

12       Q.     Do you have any independent knowledge

13   that this is actually a truthful depiction of

14   something going on in the 29 Precinct during the

15   time that's identified here rather than a case study

16   that's being created in order to advance the

17   leadership training?

18       A.     I would have to review the document.

19       Q.     So, you don't have a knowledge, as we sit

20   here, whether it's truthful or whether it's

21   something that's just been created for training?

22       A.     Correct.

23              MS. ROBINSON:  Objection.  She said she

24       had to read the document.

25       Q.     And your answer was?

Page 64

1                          H. Perkins

2          A.    Without reading the document, I can't

3     state that it's truthful or not truthful.

4          Q.    But you did state earlier that you

5     believed this was nonfiction, correct?

6          A.    As I read that particular section there,

7     yes.  But I haven't had the opportunity to look at

8     the entire document.

9          Q.    So, I just ask you to keep this in mind

10    as you're testifying, that you need to testify from

11    your own knowledge on behalf of the City of New York

12    and not to make an assumption like you made in the

13    testimony you gave in this.

14               MS. ROBINSON:   Objection.

15         Q.    Why would the activity described therein

16    necessitate a police presence if there's nothing

17    illegal about the activities?

18         A.    Because the police department is charged

19    with the safety of everybody in a precinct and if

20    there is a large gathering of people, it's incumbent

21    upon us to be aware of that and make sure that the

22    interests of the people gathering are balanced with

23    the interests of the people that would like to go

24    about their business in that area, to make sure that

25    the flow of traffic, both pedestrian and vehicular,

```
1                         H. Perkins
2      is allowed, that there is -- that there isn't --
3      that there isn't something that's going to happen as
4      a problem.
5            Q.    Where in the facts that you read does it
6      state that there's a large amount of people or any
7      of the other issues you just raised?
8            A.    It doesn't say that.
9            Q.    So, is there anything in these facts as
10     you read them that would indicate a requirement of a
11     large police presence or some sort of police
12     response to be prepared for?
13           A.    Again, I would have to read the whole
14     document.  I'm not sure to what this is referring.
15     And I'm not exactly sure what the question is that
16     you're asking.
17           Q.    I was asking you to clarify your earlier
18     response because when I asked you what I thought was
19     a simple question, I thought you took a turn to
20     something that was not part of the question
21     whatsoever.  So I was trying to bring you back to
22     the actual question I was asking.  All right.
23                 And the question I was asking was:  This
24     seems to be a case study that somebody created
25     utilizing "Occupy Wall Street" as an example.  This
```

Page 66

1                          H. Perkins
2      case study is part of executive leadership training
3      given to the higher-ups at the NYPD, correct?
4            A.    Yes.
5            Q.    And it seems to try and paint "Occupy
6      Wall Street" in a negative way and I was trying to
7      understand what the purpose of this was, and I don't
8      think we're getting to that area.  So I was asking
9      you to explain why this would be included and I
10     think the answer I got didn't really answer this
11     information that's contained on the page but
12     answered more generally what happens in large
13     demonstrations and protests.
14                 So if you can restrict the knowledge to
15     what's written here, can you let me know, if you
16     have a reason, why this was included in this
17     executive level command training?
18           A.    I don't know.
19                 MS. ROBINSON:  Objection.  If you need to
20           read the entire document to answer that
21           question, you can do that.
22                 MR. STECKLOW:  I'm going to ask --
23                 MS. ROBINSON:  You're not giving her an
24           opportunity to read the document?
25                 MR. STECKLOW:  I'm going to ask you not

```
                                         Page 67
 1                        H. Perkins
 2          to give speaking objections.  It's something
 3          we've had many conversations about.  You just
 4          gave a very specific speaking objection.  This
 5          is the second time you've done that in this
 6          deposition.  We get along.  I want this to be
 7          collegial, but I'll ask you, if you want to
 8          make an objection, please do but please don't
 9          do it if you're leading the witness.
10               MS. ROBINSON:  I would like to allow her
11          to read the entire document.
12               MR. STECKLOW:  And I'll be happy to
13          provide it to her during lunch and she can read
14          it.  We can talk more about it afterwards.
15               MS. ROBINSON:  She can read it on the
16          record and on your time.
17               MR. STECKLOW:  That's not going to
18          happen.
19               MS. ROBINSON:  Then the objection stands.
20          Q.    In which -- now I'd like to relate these
21     questions specifically to the non-recruit training.
22     So we're going to talk about the post recruit
23     training.
24               Is there a specific word we should use
25     that we're talking about everything that happens to
```

Page 68

1                      H. Perkins
2      the supervisor-type of training?  Is it command
3      level -- withdrawn.
4                 What terms should we use when we're
5      talking about the supervisor-type training, we're
6      talking about captains?
7           A.    Executive.
8           Q.    Executive.  You have lectures concerning
9      First Amendment rights of protest related to
10     policing public assemblies, marches and
11     demonstrations in the executive level training?
12          A.    I have to review my paperwork.
13          Q.    What paperwork would you have to review?
14          A.    I would have to review the lesson plans
15     that cover those topics.
16          Q.    Earlier today we reviewed the deposition
17     notice and you stated you were prepared to testify
18     on these topics, correct?
19          A.    Yes.
20          Q.    Are you no longer prepared to testify on
21     this topic?
22          A.    I need to refresh my recollections.
23          Q.    Okay.  I'm going to, unfortunately, have
24     to continue because today is the last day of
25     discovery.  You're here.  I was hoping you were

Page 69

1                         H. Perkins

2      going to be here months ago.  Today is the day you

3      made it.  Such as it is, we don't have many options

4      but to go through it.  So if you don't have the

5      knowledge for this, then you're just going to have

6      to put that on the record.

7           A.    Okay.

8           Q.    So I'm going to ask the question again so

9      we can get the answer.

10                Do you have lectures for the executive

11     level training that involve policing public

12     assemblies, marches or demonstrations?

13          A.    I don't know.

14          Q.    Do you have lectures at the executive

15     level training that involve the constitutional right

16     of individuals and/or groups to protests on

17     sidewalks?

18          A.    I don't know.

19          Q.    Do you have executive level training --

20     withdrawn.

21                Can you identify executive level training

22     concerning the arresting protesters engaged in First

23     Amendment speech activity?

24          A.    I don't know.

25          Q.    So, if I'm asking if you can identify,

```
                                            Page 70
 1                        H. Perkins
 2      now it comes into more of a yes-no question.  That's
 3      why I was given a note to change the way I was
 4      asking the question.
 5           A.    Okay.
 6           Q.    Can you identify lectures that you have
 7      at the executive level training for policing public
 8      assemblies, marches or demonstrations?
 9           A.    If you show me something, can I identify
10      if that would have been a lecture?  Is that the
11      question you're asking?
12           Q.    I'm asking if you, as you sit here, can
13      identify it for us?
14           A.    I don't know if it exists so I can't
15      identify it.
16           Q.    Can you identify whether the city has
17      lectures at the executive level training under
18      constitutional right of individuals and/or groups of
19      individuals to protest on sidewalks?
20           A.    I don't know.
21           Q.    Can you identify lectures on the First
22      Amendment principles taught at executive level
23      training as they concern policing public assemblies,
24      demonstrations or protests?
25           A.    Cannot identify.
```

Page 71

1                      H. Perkins

2        Q.    Can you identify training given at the

3    executive level for the topic of application of a

4    disorderly conduct statute in the context of the

5    First and Fourth Amendment rights of protesters?

6        A.    I don't know.

7        Q.    Can you identify training given at the

8    executive level training on the meaning and proper

9    enforcement of Penal Law 240.20 Subsection 5?

10       A.    I don't know.

11       Q.    Can you identify training at the

12   executive level that is provided on the meaning and

13   proper enforcement of Penal Law 240.20 Sub 6?

14       A.    I don't know.

15       Q.    Can you identify training given at the

16   executive level on the meaning and proper

17   enforcement of Penal Law 195.05 obstruction of

18   governmental administration of justice?

19       A.    I don't know.

20       Q.    One of the relevant training subjects

21   that we were reviewing earlier concerned paragraph

22   69 of the complaint.  Now I'm going to go through

23   the topics that are in that paragraph.

24             Can you identify training given at the

25   executive level for the standard in disorderly

Page 72

                             H. Perkins

1

2    conduct for the mere inconveniencing of pedestrians?

3         A.    I don't know.

4         Q.    Can you identify trainings given at the

5    executive level that when a person is engaged in

6    political or expressive speak activity the First

7    Amendment of the Constitution requires that the

8    government, including the police, give fair warning

9    to protesters that they must disperse before

10   arresting them?

11        A.    I don't know.

12        Q.    Can you identify training given at the

13   executive level that if a person's conduct does not

14   cause or recklessly threaten to cause a substantial

15   impact on the public at large, such as a breach of

16   the peace, then there is no probable cause for an

17   arrest for disorderly conduct?

18        A.    I don't know.

19        Q.    Can you identify any training given at

20   the executive level that a person may only be

21   subject to arrest if there is individualized

22   probable cause to believe that the particular

23   individual committed an offense?

24             MS. ROBINSON:   Objection.  I'm going to

25        object to all of these questions as they are

```
                                          Page 73

 1                      H. Perkins

 2         part of the legal positions adopted or

 3         implemented which have already been deleted by

 4         the court.

 5              MR. STECKLOW:  They're not.  They're part

 6         of paragraph 69.

 7              MS. ROBINSON:  They were deleted by the

 8         court.  Those were specifically deleted by

 9         Judge Aaron.  So I'm objecting.

10              MR. STECKLOW:  Paragraph 69 is not

11         deleted.

12              MS. ROBINSON:  No.  The legal principles

13         were deleted and I'm objecting and directing

14         you not to answer.

15              MR. STECKLOW:  Paragraph 69 is part of

16         the relevant training subject material.  That

17         was not deleted.

18              MS. ROBINSON:  I'm objecting and

19         directing you not to answer is the final word.

20         Q.    I'm going to go through the rest of them,

21    so your attorney will make an objection and instruct

22    you not to answer and then we can get a ruling from

23    the court.

24              Can you identify in an executive level

25    training where it teaches that the police may not
```

Page 74

```
 1                        H. Perkins
 2      disperse a protest without having a lawful reason to
 3      do so?
 4               MS. ROBINSON:  Objection.  Beyond the
 5           scope according to Judge Aaron's order.
 6      Q.    She's not instructing you not to answer.
 7               MS. ROBINSON:  And I instruct you not to
 8           answer.
 9      Q.    Can you identify executive level training
10      that provides a lesson that a civilian breaks the
11      law by refusing to obey an unlawful order to
12      disperse?
13               MS. ROBINSON:  Objection to the not to
14           order on the basis -- not to answer on the
15           basis of Judge Aaron's order.
16      Q.    Can you identify an executive level
17      lesson that provides to executives that a civilian
18      cannot be arrested for obstructing -- withdrawn.
19      I'll do it again.
20               Can you identify an executive level
21      training where there is a lesson that provides a
22      civilian cannot be arrested for obstructing
23      governmental administration for refusing to obey an
24      unlawful order to disperse?
25               MS. ROBINSON:  Objection.  I'm directing
```

```
 1                         H. Perkins
 2          the witness not to answer, beyond the scope as
 3          per Judge Aaron's order.
 4          Q.    Can you identify at executive level
 5     training a lesson that provides it is unlawful to
 6     arrest a protester for disorderly conduct unless the
 7     protester is creating a clear and present danger of
 8     breach of the peace?
 9               MS. ROBINSON:  Objection.  I'm directing
10          the witness not to answer, beyond the scope as
11          per Judge Aaron's order.
12          Q.    Can you identify anywhere in the
13     executive training a lesson that provides where the
14     municipality and/or the police seek to regulate
15     time, place or manner of public protest, a protester
16     must provide an adequate form for their expression?
17               MS. ROBINSON:  Objection.  Direct the
18          witness not to answer, beyond the scope as per
19          Judge Aaron's order.
20          Q.    Can you explain the training that was
21     given to executive level officers on dispersal
22     orders?
23          A.    Repeat the question, please.
24          Q.    Can you identify at the executive level
25     any training that was provided on dispersal orders?
```

Page 76

```
 1                    H. Perkins
 2              MS. ROBINSON:  You can answer.
 3       A.    I don't know.
 4       Q.    Can you identify any training that was
 5    given to the -- withdrawn.
 6              Can you identify any executive level
 7    training that provided lessons on alternative forums
 8    for protest?
 9       A.    I don't know.
10       Q.    Can you identify executive level training
11    that was given on time, place and manner
12    restrictions on protest activity?
13       A.    I don't know.
14       Q.    Can you identify training that was
15    provided to executive level on the standards of
16    applying disorderly conduct of protests?
17       A.    I don't know.
18       Q.    Can you identify training that was
19    provided on lessons concerning impeding pedestrian
20    traffic at protests?
21       A.    Yes.  Impeding pedestrian would have been
22    the RNC legal issues training, the demonstrations
23    training in 2004.
24       Q.    Was that training provided any time after
25    2004?
```

```
                                        Page 77
 1                     H. Perkins
 2      A.     No.
 3      Q.     Was the information that was provided at
 4   those trainings incorporated into any lesson plans?
 5      A.     The information that's included in those
 6   trainings are in the lesson plans and student
 7   materials for all recruits.
 8      Q.     Is it in any training for executive level
 9   training?
10      A.     I don't know.
11      Q.     Can you identify the executive level
12   training that provides the standards of substantial
13   blockage of sidewalks during protest activity?
14      A.     I don't know.
15             MR. STECKLOW:  Let's just take a
16          two-minute break.
17             (A recess was taken from 12:10 p.m. to
18          12:24 p.m.)
19             MR. STECKLOW:  The time is now 12:24 and
20          we're back on the record.  We're still at my
21          office at 217 Centre Street with all the same
22          players.  Nobody else has entered and nobody
23          else has left.
24      Q.     Is InTac training another word for
25   inservice training or is it a smaller component of
```

```
                                          Page 78
 1                        H. Perkins
 2     inservice training?
 3          A.    It's a smaller component of inservice
 4     training.
 5          Q.    Is InTac or inservice training for
 6     executive level, for nonexecutive level or for all
 7     MOS?
 8          A.    InTac training is for nonexecutive.
 9          Q.    When we're talking about executive level,
10     is that captains and above?
11          A.    Yes.
12          Q.    Are lieutenants considered executive or
13     are they considered not executive?
14          A.    Not executive.
15          Q.    Are white shirt officers only executive
16     level or are lieutenants also white shirt officers
17     even though they're not executive level?
18          A.    White shirts are not executive level
19     officers.
20          Q.    So, a captain wouldn't wear a white
21     shirt?
22          A.    A captain does wear a white shirt.
23     Everybody above the rank of lieutenant wears a white
24     shirt.  For a short period of time in, I think,
25     maybe, 1999 sergeants wore white shirts for maybe
```

Page 79

1                         H. Perkins

2       two months.  But sergeants now wear blue shirts,

3       dark blue as cops.  Lieutenants wear white shirts.

4       But executives are captains and above.

5            Q.    Do executives take InTac training?

6            A.    No.

7            Q.    And I guess I should say did they take it

8       because, from what I understand, it's no longer a

9       part of the training?

10           A.    No.

11           Q.    Did executives take inservice training?

12           A.    Was there training for executives after

13      promotion?  Is that the question?

14           Q.    I'm trying to use the term that I thought

15      was applicable, that there's academy training for

16      recruits and then pretty much everything after the

17      academy is deemed inservice training?

18           A.    Yes.

19           Q.    Is that accurate?

20           A.    Yes.

21           Q.    And we went through earlier today the

22      executive level training, correct?

23           A.    Yes.

24           Q.    Is there any other inservice training for

25      executives that exists other than the executive

```
                                         Page 80

1                      H. Perkins

2        level training?

3             A.     Executives go to the range for

4        qualification, the firearms qualification twice a

5        year.  The -- there are trainings at Floyd Bennett

6        Field for different kinds of vehicle operations that

7        are -- that are accessible by executives.  There are

8        other trainings that are accessible to executives

9        but that are not specifically offered to them.

10            Q.     Okay.  If we restrict that to the

11       relevant training subjects, is there any training

12       that exists in the 2004 to 2012 time frame for

13       executive level officers that was not part of the

14       executive level training we discussed earlier?

15            A.     No.

16            Q.     One thing, I think we cleaned this up

17       earlier, but my co-counsel does not agree.

18                   The officers that wear the white

19       shirts -- not for that one time in '99 when the

20       sergeants wore it -- are captains and above?

21            A.     No.  Lieutenants and above wear white

22       shirts.  Captains and above are executives.

23            Q.     Who has the scrambled eggs on their hats?

24            A.     There are different types of rank

25       insignia, but the rank insignia that has some sort
```

Page 81

1                       H. Perkins

2      of stitching on the cap is for executives.

3          Q.     So, that would be captains and above?

4          A.     Yes.

5          Q.     And is there a different term because I

6      was always told they refer to it as scrambled eggs?

7          A.     Depends on the rank.  It's the rank

8      insignia.  Scrambled eggs is a colloquial term just

9      like calling somebody a white shirt.  That's not a

10     specific term.  It's a colloquial term.

11         Q.     Understood.  But all of the executive

12     levels have the same insignia on their caps?  It's

13     not a distinctive insignia for a captain as opposed

14     to an inspector or a chief?

15         A.      There are different rank insignias for

16     each rank.  There are subtle changes on the uniform;

17     the width of a braid on their leg, the number of

18     braids on the arm.  There are a number of different

19     subtle differences in rank insignia that wouldn't be

20     obvious to the lay person, but would be able to be

21     identified by personnel.

22         Q.     So I had asked about the hat and the hat

23     alone.  So I'll repeat the question so I'm just

24     trying to understand that.

25         A.     Okay.

```
                                              Page 82
 1                       H. Perkins
 2         Q.    Do all executive level officers have the
 3    same insignias on their hats as each other or is
 4    there distinctions in that?
 5         A.    There's not distinctions in that.
 6         Q.    Thank you.  Do -- withdrawn.
 7               Are there Legal Bureau trainings at the
 8    academy?
 9         A.    Are there -- you have to be more
10    specific.
11         Q.    Do members of the NYPD Legal Bureau ever
12    assist in any trainings at the police academy?
13         A.    Yes.
14         Q.    Do members of the NYPD Legal Bureau ever
15    assist in any training with police academy members
16    that are not held at the police academy?
17         A.    Yes.
18         Q.    Do these trainings occur within the
19    relevant training subjects?
20         A.    The ones at the police academy or the
21    ones not at the police academy?
22         Q.    Let's first take the ones at the police
23    academy.
24         A.    Do they participate -- have they
25    participated or do they participate?
```

```
                                              Page 83
 1                         H. Perkins
 2         Q.    In the time of 2004 to 2012 did they
 3    participate in trainings that involved the relevant
 4    training subjects at the --
 5         A.    Yes.
 6         Q.    -- police academy?
 7              Did they participate in the training of
 8    relevant training subjects outside of the police
 9    academy?
10              MS. ROBINSON:  Objection.  Beyond the
11         scope.  You can answer if you know.
12         A.    I don't know.
13         Q.    You testified earlier that there are
14    times that police academy and Legal Bureau trainings
15    occur outside the academy, correct?
16         A.    Yes.
17         Q.    In those times, did they relate to the
18    relevant training subjects?
19         A.    I don't know.
20         Q.    Can you -- withdrawn.
21              When the Legal Bureau attorneys did
22    trainings at the academy, was that for all levels of
23    MOS?
24         A.    The -- you had asked about the Legal
25    Bureau, not about Legal Bureau attorneys.  There are
```

Page 84

1                    H. Perkins
2     people that work at the Legal Bureau that aren't
3     attorneys.
4          Q.    Correct.  I'm not concerned if they're
5     training attorneys or not attorneys.  Just that
6     there are Legal Bureau people coming and doing
7     training at the academy.  I'm trying to make sure I
8     ask all sorts of questions to make sure I'm not
9     missing any piece of the puzzle.
10         A.    Okay.
11         Q.    And at the end I'm going to ask you if I
12    missed any piece of the puzzle as far as trainings
13    in the relevant training subjects.  Right now I'm
14    asking if the training that was given by Legal
15    Bureau at the academy was for all MOS.
16         A.    The Legal Bureau trained the police
17    academy personnel that presented training.
18         Q.    So, did the Legal Bureau ever train MOS
19    other than those who were instructors or people who
20    were to become instructors at the academy?
21         A.    Not that I know of.
22         Q.    Did the Legal Bureau ever assist or
23    conduct training at the academy for executive level
24    training?
25         A.    I don't know.

Page 85

1             H. Perkins

2        Q.    Can you identify any executive level

3    training that included the Legal Bureau at the

4    academy in any relevant training subject?

5        A.    No.

6        Q.    Can you identify any training that

7    occurred between the academy and the Legal Bureau

8    outside the academy for executive level training on

9    the relevant training subjects?

10       A.    No.

11             MR. STECKLOW:  Off the record.

12             (Discussion held off the record.)

13             (A recess was taken from 12:35 p.m. to

14        1:45 p.m.)

15             MR. STECKLOW:  The time is now 1:46.  We

16        are back on the record.  We're at my office at

17        217 Centre Street with the continued deposition

18        of the City of New York by Sergeant Heather

19        Perkins.

20       Q.    Good afternoon, Sergeant.

21       A.    Good afternoon.

22       Q.    Does the NYPD use any video in training

23    in the relevant training subjects either at the

24    academy or for recruit training or for executive

25    level training?

Page 86

                              H. Perkins

1

2        A.     Yes.

3        Q.     For recruit training, what videos are

4    used in the relevant training subjects?

5        A.     For the time period in question for the

6    relevant training subjects --

7        Q.     I think that would be Exhibit 2.

8               (Discussion held off the record.)

9               MS. ROBINSON:  She's not testifying to

10          anything outside of the scope of what I gave

11          her so...

12              MR. STECKLOW:  I think she's testifying

13          as to everything that's in here in these

14          relevant training subjects.

15              MS. ROBINSON:  G, H and I were -- take a

16          look.  It's fine.  You can leave them in.

17       A.     No videos on those topics, no.

18       Q.     Were there any videos used in training at

19   the executive training level in the relevant

20   training subjects?

21       A.     Not on those topics, no.

22       Q.     Are there any videos used in recruit

23   training related to the First Amendment?

24       A.     No.

25       Q.     Are there any videos used at the

```
                                        Page 87

 1                         H. Perkins

 2      executive level training related to the First

 3      Amendment?

 4           A.    No.

 5           Q.    Are you familiar with a lawsuit where the

 6      lead plaintiff's name was Sarah Kunstler against the

 7      City of New York?

 8           A.    No.

 9           Q.    Arising out of a sidewalk protest in

10      2003?

11           A.    No.

12           Q.    Do you know that this was a $2 million

13      settlement in that lawsuit, Kunstler versus the City

14      of New York?

15           A.    No.

16                 MS. ROBINSON:  Objection.  Outside the

17           scope.  You can answer.

18           A.    No.

19           Q.    Do you know -- withdrawn.

20                 Can you identify whether the NYPD updated

21      its lesson plans due to the allegations of the

22      Kunstler lawsuit regarding the policing of sidewalk

23      protest?

24                 MS. ROBINSON:  Objection.  Outside the

25           scope.
```

Page 88

1                    H. Perkins

2        A.    No.

3        Q.    Can you identify whether the City of New

4    York updated its lesson plan due to the allegations

5    of the Kunstler lawsuit regarding the determination

6    of substantial blockage of a sidewalk?

7        A.    No.

8        Q.    Can you identify whether the City of New

9    York updated any lesson plan due to the allegations

10   in the Kunstler lawsuit regarding the analysis of

11   whether a pedestrian was impeded or merely

12   inconvenienced?

13            MS. ROBINSON:  Objection.  Outside the

14        scope.  You can answer.

15       A.    No.

16       Q.    Can you identify if the City of New York

17   updated any lesson plan due to the allegation of the

18   Kunstler lawsuit regarding -- withdrawn.

19            Did the policing that was complained

20   about in the Kunstler lawsuit comport with the

21   proper training at the NYPD?

22            MS. ROBINSON:  Objection.  Outside the

23        scope.  You can answer.

24       A.    I don't know.

25       Q.    Did the City of New York update its --

Page 89

1                          H. Perkins

2        withdrawn.

3                    Can you identify any lesson plan that was

4        updated due to the settlement reached in the

5        Kunstler lawsuit regarding the policing of sidewalk

6        protest?

7                    MS. ROBINSON:  Objection.  Outside the

8              scope.  You can answer.

9              A.    I don't know.

10             Q.    Did the City of New York update its

11       lesson plan due to the settlement reached in the

12       Kunstler lawsuit regarding the determination of

13       substantial blockage of a sidewalk?

14                   MS. ROBINSON:  Objection.  Outside the

15             scope.  You can answer.

16             A.    I don't know.

17             Q.    Did the City of New York update its

18       lesson plan due to the settlement reached in the

19       Kunstler lawsuit regarding the analysis of whether a

20       pedestrian was impeded or merely inconvenienced

21       during a sidewalk protest?

22                   MS. ROBINSON:  Objection.  Outside the

23             scope.  You can answer.

24             A.    I don't know.

25             Q.    Can you identify whether the policing

```
                                        Page 90
 1                        H. Perkins
 2      that was complained about in the Kunstler lawsuit
 3      comported with proper training given at the recruit
 4      level at the academy?
 5                  MS. ROBINSON:  Objection.  Outside the
 6            scope.
 7            A.    I don't know.
 8            Q.    Can you identify if the policing that was
 9      complained about in the Kunstler lawsuit comported
10      with proper training given after the recruit
11      training?
12                  MS. ROBINSON:  Same objection.
13            A.    I don't know.
14            Q.    Can you identify whether the City of New
15      York utilized the policing that was sued upon in the
16      Kunstler litigation to update any curriculum, lesson
17      or class?
18                  MS. ROBINSON:  Same objection.
19            A.    I don't know.
20            Q.    Can you identify whether the City of New
21      York examined the allegation of the Kunstler lawsuit
22      regarding the policing of sidewalk protest and
23      updated the training in the curriculum, lessons or
24      classes?
25                  MS. ROBINSON:  Same objection.
```

```
                                            Page 91
 1                      H. Perkins
 2        A.     I don't know.
 3        Q.     Can you identify whether the City of New
 4   York examined the allegations of the Kunstler
 5   lawsuit regarding the policing of sidewalk protest
 6   and updated the training in the curriculum, lesson
 7   or classes regarding the policing of sidewalk
 8   protest without substantial impedence or blockage of
 9   pedestrian traffic?
10             MS. ROBINSON:  Same objection.
11        A.     I don't know.
12        Q.     Are you familiar with the various
13   lawsuits arising out of the arrest of protesters at
14   the Republican National Convention in 2004?
15             MS. ROBINSON:  You can answer.
16        A.     Are you asking am I familiar with the
17   lawsuits themselves or familiar with the fact that
18   there were lawsuits?
19        Q.     The latter.
20        A.     I'm familiar with the fact that there
21   were lawsuits, yes.
22        Q.     Are you familiar with the fact that the
23   City of New York tendered an $18 million settlement
24   on these various lawsuits?
25             MS. ROBINSON:  Objection.  Outside the
```

1                         H. Perkins

2          scope.  I'm directing you not to answer.

3          Q.    Can you identify whether the City of New

4     York updated its lesson plan due to the allegations

5     underlying the various lawsuits from the arrests at

6     the Republican National Convention in New York City

7     in 2004?

8               MS. ROBINSON:  Objection.  Same

9          objection.  You can answer.

10         A.    I don't know.

11         Q.    Can you identify whether the City of New

12    York updated any lesson plan due to the allegations

13    underlying the Republican National Convention

14    lawsuits regarding the policing of sidewalk

15    protests?

16              MS. ROBINSON:  Same objection.

17         A.    I don't know.

18         Q.    Did the City of New York update its

19    lesson plan due to the allegations underlying the

20    Republican National Conventional allegations

21    regarding the determination of substantial blockage

22    of a sidewalk?

23              MS. ROBINSON:  Same objection.  You can

24         answer.

25         A.    I don't know.

```
                                              Page 93

 1                        H. Perkins
 2         Q.    Did the City of New York update --
 3    withdrawn.
 4              Can you identify whether the City of New
 5    York updated its lesson plan due to the allegations
 6    underlying the Republican National Convention
 7    litigations regarding the analysis of whether a
 8    pedestrian was impeded or merely inconvenienced
 9    during the sidewalk protest?
10              MS. ROBINSON:  Same objection.
11         A.    I don't know.
12         Q.    Did the policing that was complained
13    about in the RNC litigations comport with proper
14    training given at the academy for recruits?
15              MS. ROBINSON:  Same objection.
16         A.    I don't know.
17         Q.    Did the policing that was complained
18    about in the RNC litigations comport with proper
19    training given at the executive level?
20              MS. ROBINSON:  Same objection.
21         A.    I don't know.
22         Q.    Did the City of New York update its
23    lesson plan due to the settlement reached in the
24    Republican National Convention litigation regarding
25    sidewalk protests?
```

Page 94

1                     H. Perkins
2              MS. ROBINSON:  Objection.  Outside the
3         scope.  I'm directing her not to answer.
4              MR. STECKLOW:  Off the record.
5              (Discussion held off the record.)
6              MR. STECKLOW:  We're back on the record.
7         We've just had an off the record conversation
8         discussing the scope of the testimony today and
9         I believe Ms. Robinson is going to make a
10        statement for the record.
11             MS. ROBINSON:  With respect to cases that
12        are listed in Plaintiffs' Exhibit D-2 to the
13        30(b)(6) deposition notice, it is defendant's
14        position that -- defendant's position that it
15        has already provided a 30(b)(6) witness who has
16        testified that the NYPD did not change its
17        policies and practices with respect to filed
18        lawsuits and settled litigation.
19             So, I've directed this witness, Sgt.
20        Perkins, not to answer questions with respect
21        to NYPD's policies and practices with respect
22        to settled litigation and filed lawsuits.
23             MR. STECKLOW:  With regard to updating
24        any training because the city's position is it
25        does not update training based on settled

```
 1                    H. Perkins
 2        lawsuits or filed lawsuits, correct?
 3              MS. ROBINSON:  Correct.
 4              MR. STECKLOW:  Okay.  I'm going to mark,
 5        just so we can be clear, D-2, just so we have
 6        that in this deposition as an exhibit and we
 7        can move on.
 8              Let's mark this as 9.
 9              (Plaintiffs' Exhibit 9, D-2, marked
10        for identification.)
11              MR. STECKLOW:  We've just marked as
12        Exhibit 9 the aforementioned D-2 that Ms.
13        Robinson has identified in her statement.
14        Correct?
15              MS. ROBINSON:  Correct.
16        Q.    Are you familiar with the August 31st,
17   2004 Fulton Street sidewalk protest?
18        A.    No.
19        Q.    Are you familiar with the summary
20   judgment decision issued by Judge Richard Sullivan
21   in favor of the protesters' claim that the arrests
22   violated their constitutional rights of public
23   protest?
24        A.    No.
25        Q.    Are you familiar with the fact that some
```

Page 96

```
 1                      H. Perkins
 2    of these plaintiffs went to trial and were awarded
 3    punitive damages against a supervising member of the
 4    NYPD?
 5             MS. ROBINSON:  Objection.  It's outside
 6         the scope.  It's the same issue with Exhibit
 7         D-2.  I'm directing her not to answer.
 8             MR. STECKLOW:  You had said for D-2.
 9         This is why I skipped another one and came to
10         this one specifically that is filed --
11             MS. ROBINSON:  This case is not in here.
12             MR. STECKLOW:  It is there.  But what you
13         said was the City of New York and the NYPD does
14         not update its training based on filed lawsuits
15         or settled lawsuits.  Now I'm asking about a
16         summary judgment decision by a federal judge.
17         So, it's a distinct area.  If it's the same
18         answer, please put it on the record and I'll
19         move on.
20             MS. ROBINSON:  Okay.  I'll allow it.
21    Q.    Are you familiar with the fact that these
22    plaintiffs sought at trial and were awarded punitive
23    damages against a supervising member of the NYPD?
24    A.    No.
25             MS. ROBINSON:  Objection.  You can
```

```
                                        Page 97
 1                      H. Perkins
 2        answer.
 3        A.    No.
 4        Q.    Did the City of New York update its
 5   lesson plans due to the summary judgment decision
 6   issued by Judge Richard Sullivan in favor of the
 7   protesters falsely arrested on 8/31/04 that found a
 8   violation of their constitutional rights?
 9             MS. ROBINSON:  Objection.  You can
10        answer.
11        A.    I don't know.
12        Q.    Did the City of New York update any
13   lesson plan regarding sidewalk protests due to the
14   summary judgment decision issued by Richard Sullivan
15   in favor of the protesters falsely arrested on
16   8/31/04?
17             MS. ROBINSON:  Objection.  You can
18        answer.
19        A.    I don't know.
20        Q.    Did the City of New York update any
21   lesson plan regarding the determination of
22   substantial blockage of a sidewalk due to the
23   summary judgment decision issued by Richard
24   Sullivan -- withdrawn -- by Judge Richard
25   Sullivan -- I'll start over.
```

```
                                              Page 98

 1                        H. Perkins

 2              Did the City of New York update its

 3      lesson plan regarding a determination of substantial

 4      blockage of a sidewalk due to the summary judgment

 5      decision issued by Judge Richard Sullivan in favor

 6      the protesters falsely arrested on 8/31/04?

 7                   MS. ROBINSON:  Same objection.  You can

 8          answer.

 9          A.    I don't know.

10                   MR. STECKLOW:  Can you put the actual

11          objection on, though, because I think at this

12          point I'm confused what the same objection is

13          for this one.

14                   MS. ROBINSON:  Objection.  It's outside

15          the scope.  You can answer.

16          A.    I don't know.

17          Q.    Thank you.

18              Did the City of New York update its

19      lesson plan regarding the analysis of whether a

20      pedestrian was impeded or merely inconvenienced due

21      to the summary judgment decision issued by Judge

22      Richard Sullivan in favor of the protesters falsely

23      arrested on 8/31/04?

24                   MS. ROBINSON:  Objection.  You can

25          answer.
```

```
                                            Page 99
 1                       H. Perkins
 2        A.     I don't know.
 3        Q.     Did the policing and arrest of the
 4   8/31/04 Fulton protesters that was ruled to be
 5   unconstitutional by Judge Richard Sullivan comport
 6   with proper training given after the recruit level
 7   for policing sidewalk protest?
 8              MS. ROBINSON:  You can answer.
 9        A.     I don't know.
10        Q.     Did the City of New York utilize the
11   policing that led to the false arrests on 8/31/04 to
12   update curriculum lessons or classes?
13        A.     Repeat the question, please.
14        Q.     Did the City of New York utilize the
15   policing that led to false arrests on 8/31/04 at
16   Fulton Street to update curriculum, lessons or
17   classes?
18        A.     I don't know.
19        Q.     Did the City of New York examine the
20   decision issued by Judge Sullivan regarding the
21   8/31/04 Fulton Street arrest to update the training
22   in the curriculum, lesson or classes regarding the
23   policing of sidewalk protest?
24              MS. ROBINSON:  Objection.  Outside the
25        scope.  You can answer.
```

```
                                             Page 100
 1                        H. Perkins
 2        A.     I don't know.
 3        Q.     Earlier you testified that among the
 4   videos you watched was a Bronx video, correct?
 5        A.     That's correct.
 6        Q.     I'm going to show you a few snippets of a
 7   Bronx video and see if it's the same one you watched
 8   and then we can ask some questions about it.
 9        A.     Okay.
10               MR. STECKLOW:  We're about to watch a
11         video that I'm going to identify with the name
12         of "Occupy the Bronx street visuals, blog
13         videographer, dated 12/3/2011."
14               (Video played.)
15        Q.     If at any time you're watching it you can
16   identify it is the video you saw --
17        A.     That is the video.
18        Q.     Are you familiar with this video?
19        A.     Yes.
20        Q.     When was the last time you watched it?
21        A.     In August.
22        Q.     It's still familiar to you?
23        A.     Yes.
24        Q.     Did the policing of the sidewalk protest
25   that you could see in this video comport with the
```

```
                                      Page 101
 1                      H. Perkins
 2      training given at the academy for recruits?
 3           A.    I can't say if it does or does not
 4      because I don't see the entirety -- the entirety of
 5      the episode is not caught on video.
 6           Q.    I'm asking about what you can see in the
 7      video, so I'll ask the question again.  But try to
 8      keep your answer framed on that.
 9           A.    Okay.
10           Q.    This is approximately a 10- to 12-minute
11      video.  In the beginning there's no arrest and about
12      five or six minutes into the video there's the first
13      arrest.
14           A.    Mm-hmm.
15           Q.    So, I'm asking:  In that time frame did
16      the policing of the sidewalk protest comport with
17      the training given at the academy for recruits?
18           A.    Up to the time of the arrests,
19      including -- the -- there was nothing to indicate
20      that they were not policing according to their
21      training, but without the information as to what led
22      for the police officers to be there, I can't make
23      any definitive statement as to whether or not it was
24      or was not.
25           Q.    When you say led the police to be at the
```

```
                                    Page 102
 1                       H. Perkins
 2      location --
 3           A.    Correct.
 4           Q.    -- or led the police to make the arrests?
 5           A.    Led the police to be at the location and
 6      then make the decision to arrest.  I don't know what
 7      happened before so I can't -- I don't have all of
 8      the information.
 9           Q.    I'm going to ask the same question now
10      for the executive level.  I'm sure you'll have a
11      similar answer.
12                 Did the policing of this sidewalk protest
13      comport with the training given to executive level
14      officers?
15           A.    There's nothing in the video that does
16      not comport.  I can't speak definitively on whether
17      it does because I don't know what happened before
18      the time the video started.
19           Q.    You saw within the video multiple arrests
20      occurred, correct?
21           A.    Correct.
22           Q.    Did those arrests comport with the
23      training given for executive level officers
24      regarding disorderly conduct?
25           A.    I don't know what led up to -- what
```

Page 103

1                          H. Perkins

2       happened before the start of the video, so I can't

3       say definitively if it did or it didn't.  From what

4       was observed, the behavior, the actions of the

5       police officers were not outside of what they were

6       taught based on what was observed.  However, not

7       knowing what happened before the video started, I

8       can't speak definitively as to the full incident.

9            Q.    From the video you could see --

10           A.    Mm-hmm.

11           Q.    -- did the arrests of these individuals

12      comport with the training given to executive level

13      officers on disorderly conduct?

14           A.    I don't know.  I can't speak from -- I

15      can't say because the video is not the full

16      incident.

17           Q.    From what you can see in the video, did

18      you believe that the arrests comported with the

19      training given to executive level officers of the

20      NYPD?

21              MS. ROBINSON:  Objection.  You can answer

22           again.

23           A.    The -- there is nothing in the videos

24      that do not comfort, but because I don't know the

25      circumstances that led to the arrest, the total

1            H. Perkins

2    circumstances that led to the arrest, I can't say if

3    it did or did not.

4        Q.    When the video first began, was anybody

5    under arrest?

6        A.    Not that I could see in the video.

7        Q.    When the video first began, was there any

8    conduct that you could see in the beginning of the

9    video that would lead you to believe that somebody

10   was committing disorderly conduct?

11       A.    I don't know what was happening prior,

12   what those individuals were doing prior to the time

13   the video started, so I can't say if what they were

14   doing, if it was an ongoing incident.  I don't know

15   what the beginning of the incident is, so I can't

16   say if it was -- I can't speak to that.

17       Q.    I'm not asking you to speak to anything

18   before.  We already established that when the video

19   starts, nobody is under arrest, correct?

20       A.    But it starts in the middle of the

21   incident.

22       Q.    That's your testimony.  That's not

23   necessarily a fact.  When the video starts, there's

24   nobody under arrest, correct?

25       A.    Correct.

1                         H. Perkins

2          Q.     And we watched at least five minutes of

3     interaction between protester and police and don't

4     see any arrest, correct?

5          A.     Correct.

6          Q.     Do we see any conduct in that time frame

7     that would give you an understanding of why somebody

8     would be arrested for disorderly conduct?

9                 MS. ROBINSON:  Objection.  You can

10            answer.

11         A.     I don't know why the police were

12    addressing those individuals to begin with, so I

13    don't know what conduct they had engaged in prior to

14    the video.  So if the conduct they had engaged in

15    prior to the video was somehow connected with what

16    we see on the video, I don't know.

17         Q.     What do you see on the video that could

18    be connected to something prior that would give

19    these officers reason to arrest those people for

20    disorderly conduct?

21                MS. ROBINSON:  Objection.

22         A.     Are you asking me to speculate?

23         Q.     You're testifying that you can see for

24    five minutes conduct.  You can see protester

25    conduct, you can see police conduct.

Page 106

1                          H. Perkins

2          A.     Yes.

3          Q.     And then you're saying but I don't know

4     if by watching this there's probable cause to make

5     an arrest for disorderly conduct because I have no

6     idea what interactions happened before.

7          A.     Correct.

8          Q.     So I'm asking you what interactions could

9     have occurred before this video began that would

10    allow for probable cause five minutes into the video

11    for blocking the sidewalk?

12         A.     So you're asking me to guess what

13    happened before?

14         Q.     Do you know?

15         A.     I don't know.

16         Q.     So I'm actually asking you not to guess.

17    I'm asking you to answer based on what you can see.

18    But you're not answering based on what you can see.

19    You continuously tell me you can't answer based on

20    what you can see because of what might have happened

21    before.  I don't want you to guess.  I want you to

22    base on what you can see in the video.

23              And I'm asking you specifically:  From

24    what you can see in the video for the five minutes

25    or so before somebody is arrested, do you see

Page 107

```
                                        H.  Perkins
 1
 2     conduct that gives rise to a disorderly conduct
 3     violation?
 4              MS. ROBINSON:  Objection.  You can
 5          answer.
 6          A.    If that conduct is somehow connected to
 7     conduct prior to the video starting, then there
 8     could be probable cause.
 9          Q.    Okay.  So which conduct could you see in
10     the video that could have been connected to
11     something prior that gives rise to probable cause
12     for disorderly conduct violation?
13          A.    What I saw in the video, I saw people
14     with tables and chairs.
15          Q.    Were they carrying them?
16          A.    The tables were on a -- some sort of a
17     dolly or a truck and the chairs were stacked and
18     somebody was holding them.
19          Q.    Okay.  Let's watch the video and I'd like
20     you to identify the dolly or truck or tables.  My
21     understanding is in the video they're pushed up
22     against the fence.  They're not displayed.  They're
23     not up.  They're actually folded up and out of the
24     way?
25          A.    Yes.
```

1                    H. Perkins

2       Q.    Is that your testimony as well?

3       A.    Yes.

4       Q.    Within the five minutes that you can see

5    before somebody is arrested, what is it that you can

6    see that would give rise to a probable cause

7    violation if those tables aren't out, they're

8    further against the fence, they're not blocking

9    anything, what conduct do you see that could be

10   connected to something before and give rise to a

11   probable cause of disorderly conduct?

12             MS. ROBINSON:  Objection.  You can

13        answer.

14       A.    If they had been out.

15       Q.    Five minutes before, if they had been

16   out?

17       A.    If they had been out and blocking the

18   sidewalk, that would have been -- would have --

19   could possibly have led the officers to address that

20   conduct.

21       Q.    Okay.  And in the five minutes that we

22   see when nobody is arrested, we don't see tables

23   out, do we?

24       A.    I didn't see tables in the video.

25       Q.    Is it your testimony that if tables had

Page 109

1                          H. Perkins

2       been out and were no longer out, that could lead to

3       probable cause to arrest for disorderly conduct?

4              A.    I don't know what the interactions

5       between the officers and the protesters were.  I

6       don't know what the order to disperse was given by

7       the officers.  I don't know the time frame that it

8       took to pack up or the time frame they were given to

9       pack up and disperse.  I don't know if they were

10      told to disperse.

11             But there are a lot of things that could

12      have happened prior to the video starting that would

13      have -- when we see the video at that point in time,

14      if they hadn't dispersed, there's the -- depending

15      on what the order was given.  I can't say because I

16      didn't see what happened before.

17             Q.    How did you find this video?

18             A.    Going through YouTube and searching

19      "Occupy" titles.

20             Q.    How long did it take you before you found

21      this video?

22             A.    I was searching at my desk and the other

23      different videos.  About an hour to look at all the

24      different videos that I had been looking at.

25             Q.    How many total videos did you look at in

```
                                        Page 110

 1                        H. Perkins

 2     that hour?

 3          A.    Approximately five.

 4          Q.    This is one of them?

 5          A.    Correct.

 6          Q.    Is this one of the first ones or one of

 7     the last ones?

 8          A.    I don't know if it was the first one or

 9     the last one or in the middle.

10          Q.    Was it difficult to find?

11              MS. ROBINSON:  Objection.  You can

12          answer.

13          A.    It was accessible on YouTube.

14          Q.    Through a basic search?

15          A.    Correct.

16          Q.    For "Occupy"?

17          A.    Mm-hmm.

18          Q.    And you found it within the hour that you

19     were looking?

20          A.    Correct.

21          Q.    Along with other videos?

22          A.    Correct.

23          Q.    You could have found it in the first ten

24     minutes, it could have been the last one you found

25     in an hour?
```

```
                                         Page 111
 1                     H. Perkins
 2             MS. ROBINSON:  Objection.  Calls for
 3         speculation.  You can answer.
 4         A.    It could have been the first one, could
 5    have been the last one, could have been in the
 6    middle.  Could have been any of them.
 7         Q.    Could have taken you anywhere between
 8    five minutes and an hour to find?
 9             MS. ROBINSON:  Objection.  You can
10         answer.
11         A.    I wasn't looking for it specifically, so
12    it's not a matter of the time it took me to find it,
13    it's when it came up on the -- when it came up
14    through the searches.
15         Q.    Okay.  I'm just trying to get the timing
16    down.  That could have been within the first five
17    minutes of reviewing "Occupy" video it could have
18    been within the first hour of reviewing "Occupy"
19    video?
20             MS. ROBINSON:  Objection.
21             MR. STECKLOW:  Can you pull up the Koznar
22         video?  The video we're about to watch, I'm
23         going to label it as the "Koznar activist
24         video" found on Gotham 31 -- sorry, on the
25         Gothamist website dated 2/29/12.
```

```
                                              Page 112

 1                        H. Perkins
 2              MS. ROBINSON:  Have you produced this
 3         video?
 4              MR. STECKLOW:  It's been produced.  It's
 5         been at prior depositions.  You've already seen
 6         it.
 7              MS. ROBINSON:  I just want to know if
 8         it's on the disk that you gave us.
 9         Q.    We're going to watch this and can you let
10    me know at any point you feel like, yes, I've seen
11    this video?
12         A.    I don't think I have.
13              (Video played.)
14              MR. STECKLOW:  Can you stop it here
15         please and identify the time?
16              MR. SHARKEY:  1:25.
17         Q.    Did you recognize the officer that just
18    pointed and said "take him"?
19         A.    No.
20         Q.    Did you see that moment in the video?
21         A.    No.
22              MR. STECKLOW:  Let's go back a few
23         seconds.
24              (Video played.)
25         Q.    Did you just see an officer approach and
```

```
 1                        H. Perkins
 2    point at somebody and say "take him"?
 3         A.    Yes.
 4         Q.    Can you identify anything in the video
 5    that would give you an understanding as to why that
 6    happened?
 7         A.    No.
 8               (Video played.)
 9         Q.    Did you just hear the same officer point
10    at somebody else and say "take him"?
11         A.    No, I did not.
12               (Video played.)
13         Q.    Did you just hear the officer point to
14    somebody else and say "take him"?
15         A.    Yes.
16         Q.    Did you see anything occur in that moment
17    that would have given rise to probable cause to make
18    an arrest?
19         A.    I didn't see what happened.
20         Q.    Was there anything you could see?
21         A.    Not anything I could see in the video but
22    I couldn't see the incident he was pointing at.
23               (Video played.)
24         Q.    Did you hear the officer now say "take
25    him" a third time to yet a different person?
```

1                           H. Perkins

2         A.    Yes.

3         Q.    Did you see anything in the interim that

4    would give rise to cause for arrest there?

5         A.    The video wasn't on the officer or on the

6    person that he was interacting with so I don't know

7    what happened.  It wasn't on the video.

8         Q.    When you say the person the officer was

9    interacting with, you mean the person that the

10   officer was pointing at?

11        A.    The person that the officer was pointing

12   at or speaking to, they were not in the video.

13        Q.    There was no interaction you can see.

14   There may not have been any interaction other than

15   the officer pointing at this individual saying "take

16   him"?

17        A.    I didn't see the person he was pointing

18   to, so I don't know what prompted the officer to say

19   that.

20              (Video played.)

21        Q.    Okay, now that you've seen the individual

22   that they arrested at that moment, can you identify

23   anything that you can see in the video that would

24   give cause for that arrest?

25        A.    I don't know what he was engaging in

```
 1                        H. Perkins
 2   prior to that, so I don't know why they -- I can't
 3   speak to why they made that decision.
 4        Q.    Is there anything in the video that you
 5   can see that would give rise to probable cause for
 6   that arrest?
 7             MS. ROBINSON:  Objection.  You can
 8        answer.
 9        A.    There's nothing depicted in the video
10   that I can see that would give rise to that.  I
11   didn't see anything in the video.
12        Q.    From what you could see in this video,
13   did the policing of this sidewalk comport with the
14   training given at the academy for recruits?
15        A.    I can't answer that because the video
16   doesn't show everything that happened.  There's
17   nothing in the video that does not comport, but I
18   can't say if it does comport because I didn't see
19   the -- I didn't see the whole episode unfold.
20        Q.    So like I asked in the earlier questions,
21   I'm asking you to focus on what you can see, not to
22   speculate on what may have happened before.  In what
23   you can see, did these arrests comport with the
24   training again at the academy for recruits?
25             MS. ROBINSON:  Objection.  You can
```

```
 1                        H. Perkins
 2          answer.
 3          A.    Again, what is depicted on the video does
 4     not not comport, does not violate anything that's
 5     trained at the academy.  But because the video does
 6     not show what the persons who are being arrested are
 7     doing, I can't say -- I can't speak to whether it is
 8     or is not -- does not comport with academy training.
 9          Q.    So, the officer that was pointing, is
10     that the incident commander?
11          A.    No.
12          Q.    Who would the incident commander be?
13          A.    The incident commander may be at that
14     scene or the incident commander might be at a
15     different location.  I don't know how -- why that
16     protest or demonstration was, I don't know how many
17     blocks it took up.  I don't know how many officers
18     were assigned.  The incident commander could have
19     been there or he could have been someplace else.  I
20     don't know from the video.
21          Q.    How do you know that that individual who
22     was pointing out who to arrest was not the incident
23     commander of this incident?
24          A.    Because he was not the highest ranking
25     individual present.
```

H. Perkins

1

2     Q.     Who was the highest ranking individual

3     present?

4     A.     I don't know.  I would have to review the

5     video and see if I can see who is in the video.  But

6     again, even if they're present, that doesn't mean

7     they're in the video.

8     Q.     Why is it you're sure that wasn't the

9     highest ranking officer present?

10    A.     Because there were higher ranking

11    officers present.

12    Q.     That you could see in the video?

13    A.     Yes.

14    Q.     And so, in sidewalk protest, who is

15    supposed to make the decisions about when there's a

16    probable cause to make arrest for disorderly

17    conduct?

18    A.     Who makes the decision as to when there's

19    probable cause or who makes the decision to arrest

20    on probable cause?

21    Q.     Is there a distinction between those two?

22    A.     Yes.

23    Q.     What's the distinction?

24    A.     Because one can have probable cause and

25    not necessarily make the decision to make an arrest.

1                       H. Perkins

2          Q.    Okay.  So, let's start with the first

3    one.  Who makes the decision when there's probable

4    cause?

5                MS. ROBINSON:  Objection.  You can

6         answer.

7          A.    The incident commander will make a

8    decision to arrest or a high ranking person

9    designated by the incident commander, depending on

10   the size of the protest, will make a decision or

11   communicate the decision down the chain of command

12   to make a -- to make arrests in a particular

13   situation.  So, they will make the decision.

14               If they're making the decision to arrest,

15   they've also established that probable cause exists

16   and they will communicate that decision to the

17   officers who will be making the arrest.

18         Q.    In the video that you could see, the

19   officer is pointing at people and saying "take him."

20               Was he making decisions to make arrests?

21         A.    I don't know.

22         Q.    Did it seem that he was being given

23   orders from elsewhere to make these arrests?

24               MS. ROBINSON:  Objection.  You can

25         answer.

Page 119

1                        H. Perkins
2          A.    I don't know.
3          Q.    From what you can see in the video?
4          A.    From what I can see in the video, it
5      doesn't look that he was being given orders, but I
6      don't know if he was given specific orders.
7          Q.    What certification do you have as an
8      instructor at the police academy?
9          A.    I am MOI qualified, which is New York
10     State qualification to teach general topics in
11     policing.
12         Q.    What does MOI stand for?
13         A.    Methods of instruction.
14         Q.    Who gave you that certification?
15         A.    The state.
16         Q.    What courses did you take in order to
17     receive that qualification?
18         A.    The methods of instruction course.
19         Q.    How long is that course?
20         A.    It's a two plus week course.  It's two
21     weeks and additional days.  I'm not sure, it might
22     be one or two more days.
23         Q.    Where is it given?
24         A.    At the police academy.
25         Q.    Who gives that course?

Page 120

1                        H. Perkins

2          A.     The police officers -- sergeants and

3     police officers who have been designated as master

4     instructors by the state that can then review,

5     evaluate and grant certification to officers in

6     methods of instruction.

7          Q.     What division of the New York State

8     issues those certifications?

9          A.     I don't know.

10         Q.     How are you sure that it's a New York

11    State certification when it's training given at the

12    New York City Police Academy?

13         A.     Because they also train members that are

14    not part of the police department and because the

15    certificate is -- on the certificate it mentions the

16    state and I believe there are only two other

17    locations outside of Albany that are authorized to

18    give the methods of instruction course.  I know that

19    it's the state and I don't want to misspeak as to

20    which division of the state gives that -- authorizes

21    that course.

22         Q.     Is there --

23         A.     Certifies that course.

24         Q.     Is there any national certification that

25    the NYPD Training Academy has?

```
                                         Page 121
 1                        H. Perkins
 2          A.    Yes.
 3          Q.    What is that?
 4          A.    CALEA.
 5          Q.    What does that stand for?
 6          A.    I can't remember off the top of my head.
 7          Q.    What are the initials that you believe it
 8     is?
 9          A.    I think it's C-A-L-E-A.
10          Q.    And you believe that's a national
11     certification in police --
12          A.    Yes.
13          Q.    -- training?
14          A.    In police academies.  So, our -- our
15     lesson plans and course materials are reviewed to
16     see if they comport with the national accreditation.
17          Q.    How often are they reviewed?
18          A.    I believe it's once every four years.
19     Maybe once every three.
20          Q.    In the relevant time period of 2004 to
21     2012, how many times was it reviewed by CALEA?
22          A.    I don't know.
23          Q.    Can you identify whether it was reviewed
24     by CALEA in the 2004 to 2012 time period?
25          A.    Yes.
```

```
                                    Page 122

 1                      H. Perkins
 2        Q.    Can you identify when?
 3        A.    I believe it was 2009, but I can't -- I
 4   can't say for certain.
 5        Q.    Do you know when NYPD began receiving its
 6   state certification in methods instruction?
 7        A.    I don't know when it began, no.
 8        Q.    Do you know if it was receiving such
 9   certification in the time frame of 2004 to 2012?
10        A.    Yes.
11        Q.    Do you know what IADLEST stands for?
12        A.    No.
13        Q.    Have you ever heard of the International
14   Association of Directors of Law Enforcement
15   Standards and Training?
16        A.    No.
17        Q.    How does the NYPD Academy measure whether
18   trainees understand the material they're being
19   trained upon?
20        A.    There are various methods, demonstration,
21   quizzes, exams.
22        Q.    In the relevant training subjects, how
23   does NYPD measure training learning or training
24   effectiveness?
25        A.    Student response with their individual
```

```
                                      Page 123

 1                         H. Perkins

 2     instructor and quizzes and exams.

 3          Q.    What percentage of recruits does not pass

 4     the academy training course?

 5               MS. ROBINSON:  Objection.  You can

 6          answer.

 7          A.    I -- it varies each academy training.

 8     There isn't a set number.

 9          Q.    From 2004 to 2,012 what percentage of

10     recruits did not satisfy the academy training

11     courses?

12          A.    I don't have that.  They would not have

13     graduated.  If they don't pass the test, they don't

14     graduate the academy.

15          Q.    How many cadets are in a recruit class?

16          A.    It can vary from 100 to 800, 900.

17          Q.    In --

18          A.    Or more.

19          Q.    In 2004 to 2012 what was the largest

20     group that passed through the academy?

21          A.    I don't know.

22          Q.    Would 800, more or less, be the larger

23     number?

24               MS. ROBINSON:  Objection.  You can

25          answer.
```

```
 1                    H. Perkins
 2        A.    Approximately, yes.
 3        Q.    Do you know out of a group of 800 how
 4    many cadets wouldn't pass and graduate the academy?
 5        A.    Again, it depends on each class.  There
 6    isn't an average number because it's how many
 7    recruits in that particular class.  And the total
 8    number of washout wouldn't necessarily reflect
 9    passing of an academy quiz or test.  It could be
10    because they didn't meet the physical requirement.
11    It could mean that they didn't meet some other
12    requirement.  It could also mean that they left to
13    pursue a different career.
14        Q.    Are there statistics or records kept
15    about how many members of a recruit class wash out?
16        A.    Yes.
17        Q.    What is that called?
18        A.    What do you mean what is it called?
19        Q.    Is there a specific name for those
20    statistics?
21        A.    No.
22        Q.    How would you find that if you wanted to
23    learn that?
24        A.    We would submit a request to recruit
25    operations to find out what -- how many officers had
```

```
                                              Page 125
 1                        H. Perkins
 2     washed out and then specifically asking about each
 3     individual officer, why they had left the academy
 4     into their training record.
 5          Q.    Does the NYPD Academy update its training
 6     based on complaints lodged against NYPD activity at
 7     protests?
 8          A.    I don't know.
 9          Q.    Would it be important for the NYPD
10     Academy to know about complaints lodged against
11     policing at protests?
12          A.    No.
13          Q.    Does the NYPD give ratings to officers
14     for their acuity at target practice?
15          A.    Yes.
16          Q.    How is that rating done?
17          A.    Out of 50 rounds each is -- each round is
18     assigned two points and for every round they get in
19     the target, they're given two points.
20          Q.    So, a perfect score would be a hundred?
21          A.    Correct.
22          Q.    Are there certifications or levels or
23     pins given to people at the top?
24          A.    Yes.
25          Q.    What are those called?
```

```
                                            Page 126

 1                      H. Perkins
 2          A.    It's a pistol proficiency that they got a
 3     hundred percent.
 4          Q.    Is that the only one, a hundred percent?
 5          A.    Correct.
 6          Q.    So, if you miss one, you don't get a pin,
 7     you don't get a certificate, you don't get any
 8     recognition?
 9          A.    Correct.
10          Q.    But if you get a hundred percent, you get
11     some type of recognition --
12          A.    Correct.
13          Q.    -- or acknowledgment?
14                Is there any other acknowledgment or
15     recognition for other aspects of the training given
16     at the academy?
17          A.    Yes.
18          Q.    What are those?
19          A.    Top ten percent of the graduating class
20     are given gold braids that they can wear on their
21     dress uniforms at graduation.
22          Q.    Do they wear it at any other times?
23          A.    No.
24          Q.    That's an overall.  Let's get more
25     specific.  You know, reward for recognition given
```

Page 127

1                              H. Perkins

2       other than the acuity at target practice and the top

3       ten percent of the graduating class?

4            A.    In the time period, no.

5            Q.    Has that changed?

6            A.    For the uniform, while they're going

7       through the academy, yes.  And there are different

8       ways of recognizing that while they're going through

9       the academy.

10           Q.    What are the different things that people

11      can be recognized for now?

12           A.    They can be recognized for academic

13      excellence.  They can be recognized for excellence

14      at the range and excellence in the physical training

15      and tactics unit.

16           Q.    So three separate --

17           A.    Correct.

18           Q.    -- components?

19                 I'm sorry.  I didn't say this before, but

20      just let me finish my question.  I know that we're

21      doing well here, so I just want to get a clean

22      record.

23                 That was about the recruits.  Now about

24      the executive officers.  Are there recognitions or

25      acknowledgments to them when they reach a certain

```
 1                        H. Perkins
 2      acuity at various courses or targets or things like
 3      that?
 4           A.    No.
 5           Q.    Does the NYPD give ratings to either
 6      recruits or executive officers in their acuity in
 7      understanding constitutional policing a sidewalk
 8      protest?
 9           A.    No.
10           Q.    Does the NYPD give ratings to its
11      supervising officers and its executive officers for
12      their acuity in understanding constitutional
13      policing of sidewalk protests?
14           A.    No.
15           Q.    Does the NYPD seek to measure
16      effectiveness on an institutional level on its
17      policing of sidewalk protests?
18           A.    No.
19           Q.    Does the academy provide any refresher
20      courses to members of the service after they finish
21      recruit training?
22           A.    Yes.
23           Q.    Is the refresher course given in any of
24      the relevant training subjects?
25           A.    No.
```

```
                                          Page 129
```

1                   H. Perkins

2          Q.     During the time period of June 1st, 2011

3     through September 30th, 2012, was there any specific

4     training given by the academy to either recruits or

5     members of service post recruit training concerning

6     "Occupy Wall Street"?

7          A.     "Occupy Wall Street" specifically, no.

8          Q.     During the time period June 30th, 2011 to

9     September 30th, 2012 did the academy provide any

10    training to the recruits or members who were

11    considered post recruit for training concerning

12    public protests?

13         A.     Not specifically, no.

14         Q.     During the time period of June 1st, 2011

15    to September 20th, 2012 did the academy give any

16    training to recruits or MOS who had finished the

17    recruit class concerning assemblies in public

18    places?

19         A.     Yes, recruits.

20         Q.     Anything post recruit training concerning

21    training concerning public protests and assemblies

22    in public places?

23         A.     No.

24         Q.     During the time period of January 31st,

25    2003 to September 2004 were there any trainings

```
 1                    H. Perkins
 2     concerning protests related to the Republican
 3     National Convention?
 4          A.    Yes.
 5          Q.    Was that training given to both recruits
 6     and people who were post recruit?
 7          A.    Just post recruit.
 8          Q.    Was that given to executive level
 9     training?
10          A.    It was given to -- it was part of the
11     inservice training that would have been disseminated
12     out to each of the commands.
13          Q.    So, what level of officer would be
14     receiving that training?
15          A.    The academy would give it to the training
16     sergeants.  The training sergeants would make sure
17     that that information was disseminated to everybody
18     in the command.
19          Q.    Was there executive level training given
20     in that same time frame in regards to protests in
21     the Republican National Convention?
22          A.    From the academy?
23          Q.    Yes.
24          A.    I do not know.
25          Q.    Are you familiar with September 17, 2012
```

Page 131

1                         H. Perkins

2        as a date of a large-scale protest in New York ski?

3             A.     Yes.

4             Q.     That's what we call a one-year

5        anniversary of "Occupy Wall Street"?

6             A.     Mm-hmm.

7             Q.     You're going to have to indicate with a

8        word.

9             A.     Yes.

10                   MR. STECKLOW:   Off the record.

11                   (Discussion held off the record.)

12            Q.     To the academy trainers and instructors

13       did NYPD policing of sidewalk protests on the

14       one-year anniversary of "Occupy Wall Street"

15       indicate whether policing of sidewalk protest was

16       sufficient to comply with Constitutional limits on

17       police power?

18            A.     Repeat the question, please.

19            Q.     Sure.  To academy training instructors,

20       did the NYPD policing of sidewalk protests on the

21       one-year anniversary of "Occupy Wall Street"

22       indicate that policing of the sidewalk protest was

23       sufficient to comply with constitutional limits on

24       police power?

25            A.     I'm sorry.  I'm still not understanding

Page 132

1                         H. Perkins

2       the question that you're asking.  When you say to

3       academy instructors, what do you mean by "to academy

4       instructors"?

5             Q.    I'm trying to identify whether the

6       instructors at the academy --

7             A.    Okay.

8             Q.    -- believed that the sidewalk protest

9       policing on the one-year anniversary of "Occupy Wall

10      Street" was sufficient to comply with constitutional

11      limits on police power?

12            A.    Are you asking if the academy instructors

13      thought that the training provided by the academy on

14      those -- on the policing protests was sufficient and

15      comported with the Constitution; is that the

16      question?

17            Q.    No.  That's not the question.  The

18      question is whether or not did the academy observe

19      any -- withdrawn.

20                  Did the academy instructors observe any

21      of the police sidewalk protests on the one-year

22      anniversary of "Occupy Wall Street"?

23            A.    I don't know.

24            Q.    Did the academy instructors learn of any

25      issues, problems or difficulties incurred by the

```
                                        Page 133

 1                        H. Perkins
 2      NYPD in policing the sidewalk protest on the one
 3      year anniversary of "Occupy Wall Street"?
 4              MS. ROBINSON:  Objection.  You can
 5          answer.
 6          A.    I don't know.
 7          Q.    Did the academy either at the recruit
 8      level or executive level make any changes to its
 9      training based on the policing of sidewalk protests
10      throughout "Occupy Wall Street" starting in
11      September of 2011?
12              MS. ROBINSON:  Objection.  Outside the
13          scope.  I'm going to direct her not to answer.
14              MR. STECKLOW:  Can you read that back?
15              (Record read.)
16              MS. ROBINSON:  I withdraw the objection.
17          You can answer.
18          A.    I'm sorry.  Would you please read it
19      back?
20              (Record read.)
21          A.    I don't know.
22          Q.    Earlier you testified that one of the
23      ways that the academy tests the effectiveness of its
24      training and whether recruits learn the material is
25      through testing, correct?
```

```
 1                         H. Perkins
 2          A.     Correct.
 3          Q.     Are there something called quizzes?
 4          A.     Yes.
 5          Q.     How often are those given?
 6          A.     They're given at the completion of each
 7     chapter.
 8          Q.     How many chapters are there in the
 9     recruit training?
10          A.     Approximately 40 chapters.
11          Q.     Are there quizzes given during the
12     executive level training?
13          A.     I don't know.
14          Q.     Obviously I'm asking about at the
15     academy --
16          A.     Mm-hmm.
17          Q.     -- or during academy training at the
18     executive level?
19          A.     Mm-hmm.
20          Q.     With that understanding, are there
21     quizzes given at the executive level training?
22          A.     I don't know.
23          Q.     Are there trimester tests at the recruit
24     training?
25          A.     Yes.
```

```
                                          Page 135

1                        H. Perkins

2         Q.      Is that different than a quiz?

3         A.      Yes.

4         Q.      Can you explain the distinction between a

5    quiz and the trimester?

6         A.      Okay.  Quiz is given immediately upon the

7    completion of the -- or close to the completion of a

8    block of instruction which we call a chapter.  And

9    it's meant to -- it's a ten-question quiz that's

10   addressing the points in that chapter.  And it's a

11   way that recruits can see how their understanding of

12   the material is progressing and it's a way that the

13   instructors can see how well the recruits are

14   getting -- understanding material while they're

15   going along.  Based on their answers on quizzes,

16   they get recommended for tutoring or there can be

17   extra help given if there's a problem of

18   understanding.

19               The trimester exam is what they're used

20   to rate on as far as being able to move to the next

21   phase of training.  It is a hundred-question exam.

22   It covers everything, every chapter that was in that

23   trimester.  And failure of that trimester exam, they

24   have to -- they're given one additional chance to

25   take the exam.  And if they don't pass it, then they
```

```
 1                         H. Perkins
 2     have to detrain.
 3          Q.     Then they wash out?
 4          A.     Correct.
 5          Q.     The fact it's called a trimester, does
 6     that mean there are three of these in the recruit
 7     training period?
 8          A.     Yes.
 9          Q.     There are three 100-question tests that
10     they must pass in order to graduate?
11          A.     Correct.
12          Q.     What does pass mean?
13          A.     Seventy-five out of a hundred.
14          Q.     Do they take the test in a classroom
15     setting?  Do they take it online at home?  How do
16     they take these tests?
17          A.     During the period time covered, it's a
18     paper test they take with a Scantron in a classroom
19     setting proctored by two instructors.
20          Q.     Is that the trimester or before the quiz
21     or both?
22          A.     The trimester.
23          Q.     And how are the quizzes taken?
24          A.     The quizzes are taken in the classroom
25     with their company under the supervision of the
```

```
 1                        H. Perkins
 2      instructor that teaches that block instruction.
 3           Q.    Do the -- withdrawn.
 4                 Are the test answers analyzed to
 5      understand whether or not those specific topics are
 6      properly being taught and therefore properly
 7      being learned by the recruits?
 8           A.    Are they analyzed in what way?
 9           Q.    Are they analyzed in a way where you see
10      how many people answered question 37 wrong?  And you
11      say, wow, we got a really big number of people
12      getting 37 wrong, let's figure out why that is?
13           A.    Yes.
14           Q.    Is that for all 100 questions?
15           A.    Yes.
16           Q.    Do you know how many of these questions
17      relate to the relevant training subjects?
18           A.    There are different -- there's different
19      amounts of questions for each chapter for each
20      trimester.  It's not the same chapters for each
21      trimester for each academy class.  And it's not the
22      same questions for each area of the training.  New
23      questions are written and introduced and old
24      questions are taken out all the time.  So, there
25      isn't a set number.
```

                              H. Perkins
1                    H. Perkins
2          Q.     But the quizzes relate to specific
3     chapters, correct?
4          A.     Correct.
5          Q.     Are there specific quizzes related to the
6     relevant training subjects?
7          A.     Yes.
8          Q.     Are those also analyzed to see whether or
9     not the recruits are all getting one question right
10    or wrong?
11         A.     No, not in the same way.
12         Q.     I think we have some of these exams.  So,
13    I want to mark them and ask you to review them and
14    then I also think we have a 400-page statistical
15    analysis and I don't understand it at all and I'm
16    hoping you do.  I only have just one copy because I
17    didn't want to kill more trees.
18              MS. ROBINSON:  If you can just give me
19         the Bates numbers.
20              MR. STECKLOW:  So, we're going to mark
21         this one as 10.  This one, I believe, is the
22         trimester exam or exams and it starts on 19789
23         and finishes on 19836.
24              (Plaintiffs' Exhibit 10, quizzes,
25         19789-836, marked for identification.)

```
                                        Page 139

1                        H. Perkins
2               MR. STECKLOW:  I'm now going to ask you
3          to look at -- after you're done with that I'm
4          going to ask you to look at what's being marked
5          as 11, which starts on 19837 and completes on
6          20277.
7               (Plaintiffs' Exhibit 11, statistical
8            report for 2008-09 exams, 19837-20277,
9          marked for identification.)
10         Q.    Have you had a chance to look at what's
11    been marked as Plaintiffs' Exhibit 10?
12         A.    Yes.
13         Q.    What does Plaintiffs' Exhibit 10 contain?
14         A.    Quizzes.
15         Q.    Are these quizzes for every chapter or
16    are these quizzes solely related to the chapters
17    relevant to the -- withdrawn.
18               Or -- I'll withdraw the whole thing.
19    We'll start again.
20               Does Exhibit 10 represent all quizzes
21    given in a given moment for the different chapters
22    or is it only related to the relevant training
23    subjects?
24         A.    To the relevant training subjects.
25         Q.    And can you identify by reviewing it when
```

```
                                          Page 140
 1                        H. Perkins
 2      these were given?
 3           A.     No.
 4                  MR. STECKLOW:  Off the record.
 5                  (Discussion held off the record.)
 6           Q.     So, you can't identify when these were
 7      given, correct?
 8           A.     Correct.
 9           Q.     But each of these are 10-question
10      quizzes, correct?
11           A.     Correct.
12           Q.     And they would be related to the relevant
13      training subjects, correct?
14           A.     The chapters would have relevant training
15      subjects in them, yes.
16           Q.     But there is no analysis done to
17      understand if any one specific question is answered
18      wrong by everybody, every recruit, correct?
19           A.     Correct.
20           Q.     And we can't tell from looking at this
21      whether these were the quizzes utilized in the 2004
22      to 2012 time frame, correct?
23           A.     Correct.  Not by looking at them, no.
24           Q.     Can you identify whether these were the
25      quizzes utilized in the 2004 to 2012 time period in
```

Page 141

                              H. Perkins

1

2       order to evaluate a learning of the recruits in the

3       relevant training subjects?

4            A.    I can't identify if these were the

5       quizzes used.

6                  MR. STECKLOW:  With that, we're going to

7             take a break.  The time is now 2:54 and we are

8             off the record.

9                  (A recess was taken from 2:54 p.m. to

10            3:11 p.m.)

11           Q.    Have you had a chance to review

12      Exhibit 11?

13           A.    Yes.

14           Q.    What is Exhibit 11?

15           A.    Exhibit 11 is the statistical report from

16      the exams in 2008 and 2009.  So, there's the first,

17      second and third trimester exams and the makeup

18      exams.

19           Q.    So, it's not the exams themselves, it's

20      the analysis, correct?

21           A.    Correct.

22           Q.    I just want to take the second page.  You

23      take the first page.  Because there's headings, and

24      I think if I understand the headings, I'll

25      understand what we're talking about.

1                    H. Perkins

2           So, looking at the heading, the first

3     thing has a number, right?  It's sort of each topic

4     has --

5           A.    Yes.

6           Q.    -- sort of three vertical columns, right,

7     and then they have a bunch of horizontal columns?

8           A.    Correct.

9           Q.    The three vertical columns, the first one

10    has a number.  And is that the number on the test

11    that it was, the one through 100?

12          A.    Correct.

13          Q.    So right now looking at number 20,

14    policing legally 16.  When it says policing legally

15    16, what does that 16 indicate?

16          A.    That's the 16th question in the bank for

17    policing legally.

18          Q.    Underneath the number 20 it says MCS.

19    What does that stand for?

20          A.    I don't know what MCS stand for.

21          Q.    The one above it says MCM.  Do you have

22    any idea what had a stands for?

23          A.    No.

24          Q.    Below that is the number 1.00.  Do you

25    have any understand what that stands for?

```
 1                    H. Perkins
 2        A.    Yes.  That is how -- what is the weight
 3   of that question.  So that weight is worth one
 4   point.
 5        Q.    As you testified, there's 100 questions
 6   on each of these trimester exams?
 7        A.    Correct.
 8        Q.    Each one weighs one?
 9        A.    Correct.
10        Q.    Now, looking across the top column that
11   starts with the number 20, the one I'm looking at
12   the next number seems to be 617.  For each of them
13   on this page, which is six that I can see --
14        A.    Mm-hmm.
15        Q.    -- each of them has 617 as that number?
16        A.    Yes.
17        Q.    What does that mean?
18        A.    There were 617 people taking the test.
19        Q.    And then the number just below that,
20   policing legally is .96.  What does that indicate?
21        A.    That would be the percentage of people
22   that got it right.  The percentage who scored
23   correctly.
24        Q.    And so, on the top, across the very top
25   of the page where it says overall?
```

```
 1                        H. Perkins
 2        A.    Yes.
 3        Q.    And then it says omits?
 4        A.    Yes.
 5        Q.    Does omits mean that that column is who
 6   didn't answer that question?
 7        A.    Correct, who skipped that question.
 8        Q.    Then it says A, B, C, D, E?
 9        A.    Correct.
10        Q.    Those would be the answers that it could
11   have been?
12        A.    Yes.
13        Q.    And A and B are true/false so some
14   questions are true/false?
15        A.    No, they're all multiple choice.
16        Q.    So the true/false is just something
17   that's in the database that isn't utilized but it's
18   just in the statistical form?
19        A.    It's in the database for analyzing tests
20   and quizzes.  We do not use true and false in the
21   recruit trimester exams.  There are other tests and
22   quizzes that are given that use the same database
23   and the same systems, the same program, that's why
24   it will say true and false.
25        Q.    Then across the answer, the lines with
```

```
                                              Page 145
 1                        H. Perkins
 2        the questions, starting again where I was looking at
 3        which is policing legally, then I guess through the
 4        letters A, B, C and D across the top it will tell
 5        you how many of the 617 answered that way?
 6             A.    Correct.  And then what the percentage of
 7        the overall is.
 8             Q.    And so for these, there's no E, even
 9        though there's an E in the column, they're all out
10        of four, it's either A, B, C or D?
11             A.    Yes.
12             Q.    And there's no A or B?  It's all multiple
13        choice four?
14             A.    Yes.
15             Q.    Can you identify any question --
16        withdrawn.
17                   Is there a level of incorrect answers
18        that require some sort of, you know, acknowledgment
19        and review?
20             A.    Yes.
21             Q.    What is that?
22             A.    Sixty-five percent.
23             Q.    So, as an example, number 19 here, on
24        page 3 which is 19839, that seems to have a 35
25        percent; is that accurate?
```

Page 146

H. Perkins

1
2          A.     Which question?

3          Q.     Up here.

4          A.     Yes.

5          Q.     So, what would happen when that analysis

6    comes in?

7          A.     Two days after the exam there's a meeting

8    with the testing unit, with the curriculum

9    evaluation unit, the commanding officer of the

10   recruit training unit and the lieutenants for the

11   day tour and the night tour because recruits are

12   trained on -- in both the morning and in the

13   evening.  So the lieutenants for both of those would

14   be present.

15              The question would be discussed.  It

16   would be evaluated if the question itself was worded

17   incorrectly or problematically, if the material in

18   the student guide was worded incorrectly or

19   problematically and a determination of whether or

20   not the question would be thrown out completely,

21   thrown out for that, there would be a double answer

22   for that exam.  It might be changed for a future

23   exam and it would be evaluated as to whether -- why

24   that was such a low response.

25         Q.     Okay.  Would there ever be an analysis of

1                         H. Perkins

2      any question that was uniformly answered correctly

3      with too high a percentage?

4           A.    No.

5           Q.    With the thought that, wow, no one ever

6      gets this one wrong, maybe it's a bit too easy,

7      doesn't really test someone's understanding, we're

8      giving this one away?

9           A.    No.

10          Q.    Is there -- withdrawn.

11                This is a statistical analysis of three

12     separate trimester exams?

13          A.    This is the first trimester 2008.

14          Q.    While you're looking, I'm also going to

15     ask you if there's any summary of the analysis in

16     any of these documents.

17          A.    So, this is the first trimester.

18          Q.    Identifying the first trimester starting

19     on 19837 and ending on 19848.

20          A.    And that is -- no, this is still that

21     trimester.  This is the same exam but for the --

22     there are two versions.  These were the version one

23     and this is version two of the exam.  Different

24     versions, same questions, just in different orders.

25     So that the -- it reduces the opportunity for

Page 148

1                         H. Perkins

2      anybody to, you know, someone taking the same exam.

3            Q.    Reduces the possibility of cheating?

4            A.    Cheating, correct.  So that's the first

5      trimester exam, version one and version two.

6            Q.    Version two begins on 19849 and ends on

7      19860.

8            A.    Second trimester exam, version one starts

9      on 19861 and ends on 19872.

10           Q.    Okay.

11           A.    Version two starts on 19873 and ends on

12     19884.  The second trimester makeup exam, which

13     would be for those who failed the trimester exam

14     itself and after a week of reinstruction are given

15     the opportunity to take the exam again, starts on

16     19885 and ends on 19896.

17           Q.    Do any of these explain out of the total

18     number of student takers how many passed and how

19     many failed?

20           A.    The makeup would be how many failed.

21           Q.    So, in the makeup it's showing 40

22     students?

23           A.    Mm-hmm.

24           Q.    Forty students out of 617 failed?

25           A.    No, 40 students out of 1200.  It would be

Page 149

```
 1                         H. Perkins
 2      600 and 600.
 3           Q.    Because we're looking at the first
 4      trimester and the second trimester?
 5           A.    No, the versions.  Version one, half of
 6      the academy takes version one --
 7           Q.    Forty out of 1200 failed and had to
 8      retake it?
 9           A.    Correct.
10           Q.    Can you identify from this how many
11      passed?  This being the makeup analysis.
12           A.    No, not from this particular piece of
13      paper.
14           Q.    What's the next set?
15           A.    Third trimester exam version one starts
16      at 19897.  And that's 19908 is the end of version
17      one of the third trimester exam.
18                 And apparently we go into third -- that's
19      only version one.  I don't see version two of the
20      third trimester exam here.  I do see the third
21      trimester makeup exam.
22           Q.    How many people took that?
23           A.    Fifty-three.
24           Q.    What's next?
25           A.    Here we go.  This is third trimester.
```

```
 1                        H. Perkins
 2      This starts on 19909 and ends on 19920.  Now we have
 3      the third trimester version two which starts on
 4      19921 and ends on 19932.
 5           Q.    Since there's 400 pages here, I'm going
 6      to ask you to turn to the end and see what the last
 7      thing is.  See sort of what the ranges might be.
 8           A.    The range goes to the third trimester
 9      makeup exam that was given in 5/19 of '09.
10           Q.    Are there -- during a given year, how
11      many academy classes are there?
12           A.    Approximately, during the period of time
13      covered, approximately two academy classes.
14           Q.    So, there would be approximately six
15      trimester exams times two for two versions, 12?
16           A.    Yes.
17           Q.    And then there would also be a makeup for
18      each one of the three for each class --
19           A.    Given some failed.
20           Q.    - another six?
21           A.    Yes.
22           Q.    So we think that we're looking at 18 or
23      so trimester exams here?
24           A.    I will defer to your math.
25           Q.    Can you look through, without identifying
```

```
 1                        H. Perkins
 2     page numbers at this point, and tell me if you see
 3     any summaries anywhere that give you an idea --
 4     withdrawn.
 5                 MR. STECKLOW:  I think we have summaries
 6          from the makeup exam.
 7          Q.    Is there any way of understanding from
 8     looking at what you're seeing how many people in the
 9     makeup passed?
10          A.    I'll look to see if there is.
11          Q.    Have you seen a document that gives you
12     that information?  Not here, but overall in your
13     experience.
14          A.    Yes.
15          Q.    Have you seen a document that summarizes
16     pass and fail rates?
17          A.    Not rates, no.  Just who -- what named
18     recruits pass and what named recruits failed.
19          Q.    Is that the document you've seen for
20     makeup tests as well?
21          A.    Yes.
22                 MR. STECKLOW:  All right.  I think that's
23          it for that.
24          Q.    Can you tell from your review there how
25     many of these questions tested the knowledge of a
```

Page 152

```
 1                         H. Perkins
 2      recruit on policing sidewalk protest?
 3           A.    No.
 4           Q.    Is there a way to look at the questions
 5      and understand how many of the questions relate to
 6      policing sidewalk protest?
 7           A.    From this paperwork, no.
 8           Q.    How would you do that if you had wanted
 9      to do that outside of this paperwork?
10           A.    I would have had to submit a request to
11      testing.  All of the questions are kept locked away,
12      so you would have to request of testing to look at,
13      say, policing legally question number 23 from the
14      8/18/08 version one test, pull that out and you can
15      look at that question and you can see then what the
16      question was, what the possible answers were and see
17      what it was testing on.
18           Q.    Okay.  Thank you.  Exhibit 10 which I
19      believe you testified were quizzes not the trimester
20      exam, correct?
21           A.    Correct.
22           Q.    Are they the same questions utilized in
23      the trimester exam?
24           A.    No.
25                 MR. STECKLOW:  I would make a request and
```

```
 1                        H. Perkins
 2          I'm going to put it in writing for the
 3          trimester exams that match up these statistical
 4          analysis so we can actually understand what the
 5          questions are and review them that way.
 6                 MS. ROBINSON:  Noted.
 7                 MR. STECKLOW:  I think with that, that's
 8          all I have.
 9                 MS. ROBINSON:  I have a few questions.
10                 MR. STECKLOW:  I'm sorry.  Give me one
11          second.
12                 (Discussion held off the record.)
13                 MR. STECKLOW:  I was going to do this
14          afterwards, but I'll do it now.  After the last
15          two deposition we had, September 18th and 20th,
16          we served plaintiffs' eighth set of document
17          requests on defendant both by e-mail and by
18          mail.  And I haven't heard back.  They're not
19          yet due, but just to make it clear, I'm going
20          to hand you another copy of it now.
21                 MS. ROBINSON:  Did you send it to Alison?
22                 MR. STECKLOW:  I e-mailed it to everybody
23          and then mailed it, I believe, to Alison.  I
24          may have mailed it to you.  I'm not going to
25          say I remember who I mailed it to.  I know that
```

```
1                    H. Perkins

2          I mailed it.

3              MS. ROBINSON:  That's fine.  If you

4          e-mailed it to everybody, then Alison...

5              MR. STECKLOW:  I'm also going to hand you

6          what is a work in progress, but this would be

7          from today's deposition request.  I believe I'm

8          going to update that.  But I just wanted to

9          make sure that if I don't get around to

10         updating it, that discovery doesn't close

11         without me having serving it.

12             It's a little confusing, because we're

13         supposed to have two weeks after each

14         deposition to do demands, but today is the

15         close of fact discovery and we didn't ask the

16         court to extend it to correlate to these two

17         weeks.  So I think I want to try to get

18         something out today anyway just to belt and

19         suspender the whole thing.

20             MS. ROBINSON:  Okay.

21             MR. STECKLOW:  But with that, I have no

22         further questions at this point.

23             MS. ROBINSON:  Okay.  I have a few

24         follow-up questions.

25    ////////////////////////////////////////////////////
```

```
                                      Page 155

 1                    H. Perkins

 2     EXAMINATION BY

 3     MS. ROBINSON:

 4          Q.    Sgt. Perkins, does the academy provide

 5     training on the First Amendment?

 6          A.    Yes.

 7          Q.    And does the academy provide training on

 8     the First Amendment with respect to protests and

 9     demonstrations?

10          A.    Yes.

11          Q.    And what is the substance of that

12     training?

13          A.    The academy provides training on allowing

14     persons to protest within the -- petition the

15     government, freedom of speech, speak their mind, do

16     it in a public place and the various aspects of

17     that.  That there -- the police are -- it's our job

18     at a demonstration or protest to keep everybody

19     safe, to keep protesters safe as well as the people

20     on the street and the people that the protesters

21     might be protesting, to balance the needs of the

22     people to get where they're going with the rights of

23     the protesters to say what they need to say.

24          Q.    Is the training that you just testified

25     to with respect to the First Amendment, is that
```

```
1                        H. Perkins
2    included in any particular lesson plans?
3         A.    The training is touched on in the
4    introduction to the law which talks about the
5    Constitution and the Bill of Rights in particular.
6    And is more specifically addressed on when talking
7    about particular offenses, when talking about public
8    order, maintaining public order.  It's also
9    referenced in other areas of the training and it's
10   because the First Amendment -- the Bill of Rights
11   constrains police action in various ways that comes
12   in through training throughout the recruit
13   curriculum.
14        Q.    And is this training also provided
15   somewhere in the police students' guide?
16        A.    Yes.
17        Q.    Where would that be located?
18        A.    It would be in maintaining public order
19   and public -- maintaining public order when we teach
20   recruits about the offenses about public order,
21   introduction to the law, when talking about
22   authority to arrest and summonsing, when talking
23   about the policing professionally and the various
24   roles of a police officer, the order maintenance
25   roles of a police officer throughout the curriculum.
```

Page 157

1                          H. Perkins

2          Q.     Does the academy provide training --

3     withdrawn.

4                 And is that training provided to all

5     recruits?

6          A.     Yes.

7          Q.     Does the academy provide training on the

8     Fourth Amendment?

9          A.     Yes.

10         Q.     And where do you -- where would you find

11    written materials with respect to the academy's

12    training on -- with respect to principles of the

13    Fourth Amendment?

14         A.     The Fourth Amendment would be covered in

15    authority to arrest, introduction to law, search and

16    seizure, street encounters.

17         Q.     And what is the Fourth Amendment -- I'm

18    going to refer back to the 30(b)(6) notice.  What

19    are the constitutional limits on police power to

20    arrest pertaining to the Fourth Amendment?

21              MR. STECKLOW:  I'm going to object.  This

22         is beyond the scope of the direct examination.

23         A.     With regard to the Fourth Amendment,

24    Fourth Amendment states that police need probable

25    cause in order to make an arrest.

```
                                            Page 158

 1                        H. Perkins
 2        Q.     Where -- is that the same place where you
 3    would find the written materials that the academy
 4    provides where you would find the principles of the
 5    Fourth Amendment that probable cause is essentially
 6    the same materials?  If that makes sense.
 7        A.     The materials that cover the Fourth
 8    Amendment in introduction to law talk about the
 9    principles of the Fourth Amendment with respect to
10    making arrests, that would be under authority to
11    arrest.
12        Q.     Does the police academy -- withdrawn.
13               And is that the training at the academy
14    with respect to the principles of Fourth Amendment,
15    is that given to all recruits, NYPD recruits?
16        A.     Yes.
17        Q.     Does the NYPD Police Academy train on
18    enforcement of PL 240.25?
19        A.     Yes.
20        Q.     What is PL 240.25?
21        A.     Disorderly conduct.
22        Q.     And in particular, is that blocking the
23    vehicular/pedestrian traffic?
24        A.     Blocking, yes.
25        Q.     And what is the state of mind required to
```

Page 159

```
 1                        H. Perkins
 2    enforce a violation for PL 240.25?
 3         A.     Intentional or reckless.
 4         Q.     Intentional or reckless; explain that,
 5    please.
 6         A.     That in order to be charged with
 7    disorderly conduct, the actions or whatever that
 8    they are engaging in, they have to do so with intent
 9    to cause a substantial inconvenience or recklessly
10    causing that inconvenience, which means being aware
11    that you're doing it and disregarding the risk that
12    you caused that substantial inconvenience.
13         Q.     What kinds of blockage is necessary with
14    respect to enforcing 240.25 in what has been
15    referred to as a sidewalk protest?
16         A.     It -- the recruits are instructed that in
17    order to enforce 240.25 that there has to be a
18    substantial blockage, substantial inconvenience;
19    that mere inconvenience does not raise to the
20    elements of the offense.
21         Q.     And in the written materials that the
22    academy provides, where would that training be
23    found?
24         A.     In the maintaining public order.
25         Q.     Does the NYPD Police Academy train on
```

Page 160

```
 1                         H. Perkins
 2     enforcement of PL 240.26?
 3          A.    Yes.
 4          Q.    And where would that training be found?
 5          A.     In maintaining public order.
 6          Q.    And does the enforcement of 240.25 and 6
 7     include training with respect to enforcing those PL
 8     sections at demonstrations or protests?
 9          A.     It's -- demonstrations and protests are
10     discussed as part of the training material and
11     the -- not just with respect to those but with other
12     public order situations and offenses, it is
13     discussed with regard to in general and at protests
14     or demonstrations.
15          Q.    And does the NYPD Police Academy provide
16     training on OGA?
17          A.    Yes.
18          Q.    Where would you find written materials
19     with respect to police academy training on OGA?
20          A.     In maintaining public order.
21          Q.    Are all recruits provided with that
22     training?
23          A.    Yes.
24          Q.    What is the state of mind required for
25     enforcement of OGA?
```

```
                                          Page 161

1                         H. Perkins

2           A.      Intention.

3           Q.      And what is the substance of OGA?  What

4      are the elements aside from the state of mind?

5           A.      That the individual has to intend on

6      obstructing an official while doing their duty, so,

7      prevent them from performing their official duty,

8      but they have to intend to do so.

9           Q.      And this training, is it provided to all

10     recruits at the NYPD Academy?

11          A.      Yes, it is.

12          Q.      Was training on the First Amendment,

13     Fourth Amendment and the disorderly conduct PL

14     sections that we've just discussed in OGA, were they

15     trained by the NYPD Police Academy during the period

16     2004 to 2012?

17          A.      Yes.

18          Q.      I'm going to show you what's been marked

19     as Exhibit 7.

20          A.      Yes.

21          Q.      Police academy training memo with respect

22     to disorderly conduct.  I would just ask you to

23     review that and let me know if there is anything in

24     that memo that was not trained at the police academy

25     prior to December of 2007.
```

```
                                          Page 162
 1                      H. Perkins
 2        A.    With respect to how police officers are
 3   expected to execute their job, no.
 4        Q.    So, would -- does Exhibit 7 require any
 5   change to lesson plans, police academy lesson plans?
 6        A.    No.
 7              MS. ROBINSON:  That's all I have right
 8        now.
 9              MR. STECKLOW:  Okay.  I have follow-up
10        based on the questions you asked.
11   BY MR. STECKLOW:
12        Q.    I believe you previously testified in
13   response to a question by Ms. Robinson that the
14   primary goal in policing protest activity is to
15   facilitate the pedestrians in protest; was that your
16   testimony?
17        A.    It's to make sure that everybody stays
18   safe.  So, not just the pedestrians in a protest,
19   but pedestrians that were walking past, people that
20   were operating a vehicle, entities against which the
21   people are protesting.  Public safety is the -- and
22   maintaining public safety is the primary goal.
23        Q.    And that was your earlier testimony to
24   Ms. Robinson, public safety is the primary goal?
25        A.    I would have to read what I said but the
```

Page 163

```
 1                         H. Perkins
 2      primary goal is safety and -- one of the primary
 3      goals is safety and -- of the people involved and we
 4      also have to be there to insure that the rights of
 5      the protesters to protest are upheld.
 6                MR. STECKLOW:  I'm going to ask for a
 7           break for a second.
 8                MS. ROBINSON:  Yeah.
 9                MR. STECKLOW:  The time is now 3:44 and
10           we are taking a quick break.
11                (A recess was taken from 3:44 p.m. to
12           3:46 p.m.)
13                MR. STECKLOW:  The time is now 3:46 we're
14           back on the record at my office at 217 Centre
15           Street.
16      BY MR. STECKLOW:
17           Q.    I am going to show you what has
18      previously been marked as Plaintiff's Exhibit 4, the
19      demonstration lesson plan.
20           A.    Yes.
21           Q.    You testified that this lesson plan was
22      incorporated into other lesson plans that currently
23      exist at the NYPD, correct?
24           A.    Yes.
25           Q.    And that in the time period between 2004
```

```
                                         Page 164
 1                      H. Perkins
 2     and 2012 this lesson plan was incorporated into
 3     lesson plans that were taught at the academy --
 4          A.    Yes.
 5          Q.    -- correct?
 6                And so, among the items in the lesson
 7     plan, performance objectives?
 8          A.    Yes.
 9          Q.    What is a performance objective?
10          A.    It is something that you want the
11     attendee of the training to understand by the end of
12     the training.
13          Q.    So, what they do is, they list the
14     objectives that the course, the lesson plan attached
15     to it are supposed to teach?
16          A.    Yes.
17          Q.    And that subsequent to this lesson plan,
18     at some point did the NYPD change the term from
19     performance objectives to learning objectives?
20          A.    Yes.
21          Q.    Is that currently the words that are
22     used, learning objectives?
23          A.    Yes.
24          Q.    And in 2004 to 2012 that was the term,
25     learning objectives?
```

```
                                        Page 165
 1                     H. Perkins
 2        A.     They changed.  Sometimes they were called
 3     terminal performance objectives, performance
 4     objectives, learning objectives.  Learning outcomes
 5     was also a word used at one point.
 6        Q.     Because the concept was that in the very
 7     beginning we want the instructors to know, here's
 8     what people should understand to your teaching at
 9     the end, correct?
10        A.     Correct.
11        Q.     Can you read number two out loud?
12        A.     Explain that the primary role at a
13     demonstration is to maintain order and prevent delay
14     to non-demonstrators.
15        Q.     I think you missed a word so can you
16     please repeat that and make sure you use every word?
17        A.     Explain that the primary police role at a
18     demonstration is to maintain order and prevent
19     delays to non-demonstrators.
20             MR. STECKLOW:  I have no further
21        questions.
22             MS. ROBINSON:  I have one follow-up
23        question.
24     BY MS. ROBINSON:
25        Q.     Sgt. Perkins, how does the NYPD Police
```

Page 166

H. Perkins

1

2      Academy train on how to protect protesters' rights

3      at demonstrations?

4          A.    Talking about -- we train the recruits to

5      understand that protesters at demonstrations are

6      allowed to be able to protest, to be able to be

7      within sight and sound of the object of their

8      protest, that if there's enough space for them to

9      protest and the public to go about their business,

10     that that's okay, that we have to be able to make

11     sure that the protesters aren't in danger and that

12     the public is not in danger.  That we have to

13     maintain our professionalism, that we have to make

14     sure that the protesters' rights are balanced

15     against everybody else's rights and it's not just

16     about one or the other.

17         Q.    And did every recruit receive this

18     training during the period 2004 to 2012?

19         A.    Yes.

20         Q.    And is that training memorialized in any

21     written materials provided by the NYPD Police

22     Academy?

23         A.    In the maintaining public order.

24         Q.    Do the recruits' or police officers'

25     training transcripts reflect that First Amendment

```
                                        Page 167
 1                       H. Perkins
 2     training, Fourth Amendment training, PL sections,
 3     that they received that training at the academy?
 4              MR. STECKLOW:  I'm going to object
 5          because I think we're now way beyond my
 6          redirect.  I asked three questions specifically
 7          on this one lesson plan.  I've given some
 8          leeway.  I think you're now a little far afield
 9          of it.
10              MS. ROBINSON:  Are you saying that I
11          can't ask the question?
12              MR. STECKLOW:  I can't instruct your
13          witness not to answer.  I'm telling you as an
14          attorney to be fair here and I think you're
15          beyond the scope -- and I think you were
16          slightly beyond the scope before, but, you
17          know, we're collegial and I wanted to allow you
18          to finish.  You said you had just a couple.
19          But now we're about fourth, fifth question in
20          and I think you're continuously moving further
21          afield.  So I'm asking that you withdraw the
22          question.
23              MS. ROBINSON:  I'll withdraw the
24          question.  I'll withdraw the question.  Then I
25          don't have any further questions.
```

Page 168

H. Perkins

1

2          MR. STECKLOW:  Thank you.  We're done.

3          (Whereupon, the proceedings were

4      adjourned at 3:52 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 169

1

2  STATE OF _____ )

3                            )  :ss

4  COUNTY OF _____)

5

6

7          I, HEATHER PERKINS, the witness

8  herein, having read the foregoing

9  testimony of the pages of this deposition,

10  do hereby certify it to be a true and

11  correct transcript, subject to the

12  corrections, if any, shown on the attached

13  page.

14

15                  _____

16                     HEATHER PERKINS

17

18

19

20  Sworn and subscribed to before me,

21  this _____ day of _____, 2018.

22

23  _____

24          Notary Public

25

Page 170

1

2                      **I N D E X**

3

4    WITNESS                 EXAMINATION BY        PAGE

5

6    HEATHER PERKINS      MR. STECKLOW              4

7                         MS. ROBINSON            155

8                         MR. STECKLOW            162

9                         MS. ROBINSON            165

10

11

12                      **E X H I B I T S**

13

14   PLAINTIFF'S   DESCRIPTION              PAGE

15   Exhibit 1     Procedures and methods     11

16                 of training

17   Exhibit 2     Notice                     11

18   Exhibit 3     12-cv-02957-SAS ECF case   25

19                 complaint

20   Exhibit 4     Lesson plan, 2004-12       37

21   Exhibit 5     Lesson plans for 2011-12   42

22   Exhibit 6     Training course catalogue  43

23   Exhibit 7     December 2007 training memo 50

24   Exhibit 8     Advanced command training  55

25

1

2                    I N D E X (continued)

3

4                      E X H I B I T S

5

6    PLAINTIFFS'  DESCRIPTION                PAGE

7    Exhibit 9    D-2                          95

8    Exhibit 10   quizzes, 19789-836          138

9    Exhibit 11   statistical report for      139

10                2008-09 exams,

11                19837-20277

12

13

14

15   REQUEST:                                 PAGE

16   Trimester exams that match up with       153

17   statistical analysis

18

19

20

21

22

23

24

25

Page 172

1

2                          CERTIFICATE

3

4      STATE OF NEW YORK )

5                        ) ss.

6      COUNTY OF SUFFOLK)

7

8              I, Elizabeth F. Tobin, a Registered

9      Professional Reporter and Notary Public within and

10     for the State of New York, do hereby certify:

11             That Heather Perkins, the witness whose

12     deposition is hereinbefore set forth, was duly sworn

13     by me and that such deposition is a true record of

14     the testimony given by such witness.

15             I further certify that I am not related

16     to any of the parties to this action by blood or

17     marriage and that I am in no way interested in the

18     outcome of this matter.

19

20

21

22             ELIZABETH F. TOBIN, RPR

23

24

25

Page 173

1                    INSTRUCTIONS TO WITNESS

2

3        Please read your deposition over carefully

4    and make any necessary corrections. You should state

5    the reason in the appropriate space on the errata

6    sheet for any corrections that are made.

7        After doing so, please sign the errata sheet

8    and date it.

9        You are signing same subject to the changes

10   you have noted on the errata sheet, which will be

11   attached to your deposition.

12       It is imperative that you return the original

13   errata sheet to the deposing attorney within thirty

14   (30) days of receipt of the deposition transcript by

15   you. If you fail to do so, the deposition transcript

16   may be deemed to be accurate and may be used in court.

17

18

19

20

21

22

23

24

25

1                          E R R A T A

2

3

4

5        I wish to make the following changes,

6     for the following reasons:

7

8     PAGE LINE

9     ___  ___  CHANGE:_____

10    REASON:_____

11    ___  ___  CHANGE:_____

12    REASON:_____

13    ___ ___  CHANGE:_____

14    REASON:_____

15    ___ ___  CHANGE: _____

16    REASON:_____

17    ___ ___  CHANGE: _____

18    REASON:_____

19

20    _____        _____

        HEATHER PERKINS                        DATE

21

22    SUBSCRIBED AND SWORN TO BEFORE

23    ME THIS ___DAY OF_____, 201 .

24

25    _____        _____

      NOTARY PUBLIC                COMMISSION EXPIRES

[02957 - 3]                                          Page 1

| **0** |
| --- |
| **02957**   25:13 |
| 170:18 |
| **08**   23:11,12 |
| **09**   150:9 |

| **1** |
| --- |
| **1**   11:3,5,10,18 12:2 |
| 170:15 |
| **1.00.**   142:24 |
| **10**   101:10 138:21 |
| 138:24 139:11,13 |
| 139:20 140:9 |
| 152:18 171:8 |
| **100**   2:16 123:16 |
| 136:9 137:14 |
| 142:11 143:5 |
| **10007**   2:17 |
| **10013**   1:20 2:7 |
| **10:18**   1:15 |
| **10:19**   4:10 |
| **10th**   43:22 |
| **11**   139:5,7 141:12 |
| 141:14,15 170:15 |
| 170:17 171:9 |
| **116th**   23:14 |
| **12**   25:13 101:10 |
| 150:15 170:18 |
| **12/3/2011**   100:13 |
| **1200**   148:25 149:7 |
| **125th**   22:14 |
| **12:10**   77:17 |
| **12:24**   77:18,19 |
| **12:35**   85:13 |
| **138**   171:8 |
| **139**   171:9 |
| **15**   1:7 |
| **153**   171:16 |
| **155**   170:7 |
| **16**   142:14,15,15 |

**162**   170:8
**165**   170:9
**16th**   142:16
**17**   130:25
**17424**   172:21
**17th**   14:17
**18**   91:23 150:22
**18th**   153:15
**19**   145:23
**195.05**   71:17
**19789**   138:22
**19789-836**   138:25
171:8
**19836**   138:23
**19837**   139:5
147:19
**19837-20277**
139:8 171:11
**19839**   145:24
**19848**   147:19
**19849**   148:6
**19860**   148:7
**19861**   148:9
**19872**   148:9
**19873**   148:11
**19884**   148:12
**19885**   148:16
**19896**   148:16
**19897**   149:16
**19908**   149:16
**19909**   150:2
**19920**   150:2
**19921**   150:4
**19932**   150:4
**1999**   78:25
**1:25**   112:16
**1:45**   85:14
**1:46**   85:15
**1st**   14:17 129:2,14

| **2** |
| --- |
| **2**   11:3,8,13,21 12:4 |
| 40:11 41:2 86:7 |
| 87:12 94:12 95:5 |
| 95:9,12 96:7,8 |
| 170:17 171:7 |
| **2,012**   123:9 |
| **2/29/12**   111:25 |
| **2/29/2000**   21:8 |
| **20**   142:13,18 |
| 143:11 |
| **2000**   21:7,7,25,25 |
| **2001**   22:5 |
| **2003**   14:24 22:18 |
| 87:10 129:25 |
| **2004**   12:8 14:25 |
| 27:3,5,20 29:4 |
| 32:24 33:18 37:16 |
| 37:19,24 54:12 |
| 76:23,25 80:12 |
| 83:2 91:14 92:7 |
| 95:17 121:20,24 |
| 122:9 123:9,19 |
| 129:25 140:21,25 |
| 161:16 163:25 |
| 164:24 166:18 |
| **2004-12**   37:7 |
| 170:20 |
| **2007**   50:3,24 |
| 161:25 170:23 |
| **2008**   23:10 51:2 |
| 141:16 147:13 |
| **2008-09**   139:8 |
| 171:10 |
| **2009**   122:3 141:16 |
| **201**   174:23 |
| **2010**   43:22 46:16 |
| **2011**   14:17 42:17 |
| 42:25 44:3 129:2 |
| 129:8,14 133:11 |

**2011-12**   42:21
170:21
**2012**   12:8 14:17
23:16 27:3,5,11,20
29:4 32:24 33:18
37:16 42:17,25
44:3 54:12 56:3
80:12 83:2 121:21
121:24 122:9
123:19 129:3,9,15
130:25 140:22,25
161:16 164:2,24
166:18
**2014**   27:16
**2015**   30:21 31:5
**2018**   1:15 169:21
**20277**   139:6
**20th**   27:5,20 28:24
129:15 153:15
**21**   12:5
**212.356.3531**   2:18
**212.566.8000**   2:8
**217**   1:19 2:6 4:11
77:21 85:17
163:14
**23**   23:13 152:13
**24**   7:10,12
**240.20**   71:9,13
**240.25**   158:18,20
159:2,14,17 160:6
**240.26**   160:2
**25**   170:18
**29**   60:22 61:12
62:21,22 63:14
**29th**   21:6
**2:54**   141:7,9
**2nd**   14:25

| **3** |
| --- |
| **3**   25:11,12 40:10 |
| 45:8,10 145:24 |
| 170:18 |

**30** 9:7,8 10:19 94:13,15 157:18 173:14
**300** 27:25 29:2
**30th** 129:3,8,9
**31** 111:24
**3100** 22:23
**31st** 14:24 95:16 129:24
**33** 11:13,21
**35** 25:15 145:24
**37** 137:10,12 170:20
**3:11** 141:10
**3:44** 163:9,11
**3:46** 163:12,13
**3:52** 168:4

**4**

**4** 1:15 22:8 37:5,6 37:11 163:18 170:6,20
**40** 134:10 148:21 148:25
**400** 138:14 150:5
**41** 12:7
**42** 12:11 170:21
**43** 12:13 170:22
**44** 12:15
**45** 12:16
**46** 12:16
**47** 12:19
**48** 12:22 25:21
**49** 13:4

**5**

**5** 37:8 42:15,20 43:10,12 71:9 170:21
**5/19** 150:9
**50** 13:9 125:17 170:23

**51** 13:12,17
**53** 13:19 14:8 60:13
**54** 14:14 15:8,8,9
**55** 15:10,11,12,13 15:17 16:4 170:24

**6**

**6** 9:7,8 10:19 43:4 43:5,9,14 71:13 94:13,15 157:18 160:6 170:22
**600** 149:2,2
**6098** 56:8 58:17
**6134** 57:5
**6139** 60:10,12
**6149** 60:12,18
**6151** 60:12
**6152** 58:11,21,24
**6169** 56:8 58:17
**617** 143:12,15,18 145:5 148:24
**69** 71:22 73:6,10 73:15

**7**

**7** 49:25 50:2 56:3 161:19 162:4 170:23
**71310** 1:7

**8**

**8** 44:16 47:20 55:17,18 58:12,23 170:24
**8/18/08** 152:14
**8/31/04** 97:7,16 98:6,23 99:4,11,15 99:21
**800** 123:16,22 124:3
**861** 58:19

**86152** 57:19

**9**

**9** 11:12 95:8,9,12 171:7
**900** 123:16
**95** 171:7
**96** 143:20
**99** 24:12 80:19

**a**

**a.m.** 1:15 4:10
**aaron** 73:9
**aaron's** 74:5,15 75:3,11,19
**ability** 7:16,20,24 8:5
**able** 9:3 81:20 135:20 166:6,6,10
**absent** 31:24
**absolutely** 39:18
**academic** 127:12
**academies** 121:14
**academy** 17:23 21:5,10 23:17,19 23:22,24 24:2 27:3,7,7,8,18,21 27:22 28:3 29:22 30:7,10,16 32:24 33:3,17 34:2,4,5 36:4,13,20 38:23 45:23 46:4 47:2,3 47:4,5 48:9 51:6,9 52:3,10,16 53:9,12 54:3,5,10,12,20,23 79:15,17 82:8,12 82:15,16,20,21,23 83:6,9,14,15,22 84:7,15,17,20,23 85:4,7,8,24 90:4 93:14 101:2,17 115:14,24 116:5,8

119:8,24 120:12 120:25 122:17 123:4,7,10,14,20 124:4,9 125:3,5,10 126:16 127:7,9 128:19 129:4,9,15 130:15,22 131:12 131:19 132:3,3,6 132:12,13,18,20 132:24 133:7,23 134:15,17 137:21 149:6 150:11,13 155:4,7,13 157:2,7 158:3,12,13,17 159:22,25 160:15 160:19 161:10,15 161:21,24 162:5 164:3 166:2,22 167:3
**academy's** 157:11
**acc** 4:20
**acceptable** 6:21 10:2,11 33:23
**access** 18:3
**accessible** 80:7,8 110:13
**accreditation** 121:16
**accurate** 79:19 145:25 173:16
**accurately** 6:24 7:3,17,21,25 8:5,9 8:22
**acknowledgment** 126:13,14 145:18
**acknowledgments** 127:25
**acquiring** 61:18
**act** 41:13
**action** 19:25 20:3 25:25 42:2 59:16

59:17 61:25
156:11 172:16
**actions**  103:4
159:7
**active**  44:6,7
**activist**  111:23
**activists**  61:10
62:2,9
**activities**  40:15,24
61:6 62:19 64:17
**activity**  42:6 62:12
64:15 69:23 72:6
76:12 77:13 125:6
162:14
**acts**  13:13
**actual**  16:22 65:22
98:10
**acuity**  125:14
127:2 128:2,6,12
**add**  32:17 34:8
**addition**  28:9,24
56:16
**additional**  62:8,8
119:21 135:24
**address**  59:21
108:19
**addressed**  156:6
**addressing**  62:10
105:12 135:10
**adequate**  75:16
**adjourned**  168:4
**administer**  3:13
**administration**
71:18 74:23
**adolescents**  35:7
**adopted**  73:2
**advance**  47:12
63:16
**advanced**  20:4
30:12 40:3,7
46:10 54:20,25

55:12,13,18,22
56:21 60:2 61:3
61:23 62:15 63:8
170:24
**advised**  19:3
**affect**  7:16,20,24
8:4
**afield**  167:8,21
**aforementioned**
95:12
**afternoon**  85:20
85:21
**age**  4:3
**agents**  35:19,21
**ago**  69:2
**agree**  10:19 80:17
**agreed**  3:2,6,10
6:16
**ahead**  27:9
**albany**  120:17
**alcohol**  7:9
**alison**  153:21,23
154:4
**allegation**  88:17
90:21
**allegations**  87:21
88:4,9 91:4 92:4
92:12,19,20 93:5
**allow**  67:10 96:20
106:10 167:17
**allowed**  8:23 65:2
166:6
**allowing**  155:13
**alternative**  76:7
**amadon**  1:6
**amendment**  14:11
36:8,9 40:16,25
41:3,9 68:9 69:23
70:22 71:5 72:7
86:23 87:3 155:5
155:8,25 156:10

157:8,13,14,17,20
157:23,24 158:5,8
158:9,14 161:12
161:13 166:25
167:2
**amount**  65:6
**amounts**  137:19
**amy**  2:19 4:20
**analysis**  88:10
89:19 93:7 98:19
138:15 140:16
141:20 146:5,25
147:11,15 149:11
153:4 171:17
**analyzed**  137:4,8
137:9 138:8
**analyzing**  144:19
**anniversary**  131:5
131:14,21 132:9
132:22 133:3
**answer**  6:12,19
8:22 9:9 12:9 13:6
15:24 53:20 63:25
66:10,10,20 69:9
73:14,19,22 74:6,8
74:14 75:2,10,18
76:2 83:11 87:17
88:14,23 89:8,15
89:23 91:15 92:2
92:9,24 94:3,20
96:7,18 97:2,10,18
98:8,15,25 99:8,25
101:8 102:11
103:21 105:10
106:17,19 107:5
108:13 110:12
111:3,10 115:8,15
116:2 118:6,25
123:6,25 133:5,13
133:17 144:6,25
146:21 167:13

**answered**  13:21
28:16 66:12
137:10 140:17
145:5 147:2
**answering**  106:18
**answers**  10:13,16
135:15 137:4
144:10 145:17
152:16
**anybody**  104:4
148:2
**anyway**  154:18
**apparently**  149:18
**applicable**  79:15
**application**  71:3
**applying**  76:16
**appointed**  21:6
**approach**  112:25
**appropriate**  173:5
**approximately**
101:10 110:3
124:2 134:10
150:12,13,14
**archives**  18:3
**area**  8:14 19:23
58:7 59:3,18
64:24 66:8 96:17
137:22
**areas**  61:14 156:9
**ari**  1:5
**arising**  87:9 91:13
**arm**  81:18
**army**  29:5
**arobinso**  2:20
**arrest**  5:16 14:2
34:12,14 36:17
72:17,21 75:6
91:13 99:3,21
101:11,13 102:6
103:25 104:2,5,19
104:24 105:4,19

106:5 109:3
113:18 114:4,24
115:6 116:22
117:16,19,25
118:8,14,17
156:22 157:15,20
157:25 158:11
**arrested** 74:18,22
97:7,15 98:6,23
105:8 106:25
108:5,22 114:22
116:6
**arresting** 69:22
72:10
**arrests** 92:5 95:21
99:11,15 101:18
102:4,19,22
103:11,18 115:23
118:12,20,23
158:10
**aside** 161:4
**asked** 15:15 17:5
65:18 81:22 83:24
115:20 162:10
167:6
**asking** 7:7 9:13
46:8 52:19,20
65:16,17,22,23
66:8 69:25 70:4
70:11,12 84:14
91:16 96:15 101:6
101:15 104:17
105:22 106:8,12
106:16,17,23
115:21 125:2
132:2,12 134:14
167:21
**aspect** 38:15,20
**aspects** 35:19
126:15 155:16

**assemblies** 14:19
15:3 68:10 69:12
70:8,23 129:17,21
**assembly** 14:11
**assigned** 20:23
116:18 125:18
**assignment** 21:9
21:10 22:2,7,10,16
23:6
**assist** 82:12,15
84:22
**association** 122:14
**assume** 6:3
**assumption** 64:12
**attached** 31:22
164:14 169:12
173:11
**attend** 20:22
**attendee** 164:11
**attorney** 4:21,23
9:8,9,10 16:10
18:7,14 20:16
73:21 167:14
173:13
**attorneys** 3:3 4:20
83:21,25 84:3,5,5
**august** 16:8,14,15
16:18 17:11 18:4
18:5,7,16,25 95:16
100:21
**authority** 34:14
36:17 156:22
157:15 158:10
**authorized** 3:12
58:3 120:17
**authorizes** 120:20
**auto** 35:4,4
**available** 32:7
50:8
**avenue** 27:25
28:25

**average** 124:6
**avins** 2:11 4:23,24
**awarded** 96:2,22
**aware** 7:15,19
8:11 64:21 159:10

**b**

**b** 9:7,8 10:19
13:24 14:21 40:11
94:13,15 144:8,13
145:4,10,12
157:18 170:12
171:4
**bachelor's** 24:8
**back** 33:10 65:21
77:20 85:16 94:6
112:22 133:14,19
153:18 157:18
163:14
**balance** 155:21
**balanced** 38:24
64:22 166:14
**bank** 142:16
**base** 106:22
**based** 42:3 94:25
96:14 103:6
106:17,18,19
125:6 133:9
135:15 162:10
**basic** 44:20 110:14
**basics** 5:2 6:4
**basis** 46:22 74:14
74:15
**bates** 56:6 58:8,15
138:19
**beach** 23:14
**beck** 1:4
**began** 18:24 23:25
104:4,7 106:9
122:5,7
**beginning** 58:15
101:11 104:8,15

165:7
**begins** 148:6
**begun** 61:11
**behalf** 1:7 2:4,14
5:11 9:16 10:16
64:11
**behavior** 103:4
**believe** 10:24
26:21 27:2 29:21
33:13 36:13 37:19
39:15 42:16 51:15
62:24 72:22 94:9
103:18 104:9
120:16 121:7,10
121:18 122:3
138:21 152:19
153:23 154:7
162:12
**believed** 62:6 64:5
132:8
**belt** 154:18
**bennett** 29:5 80:5
**berger** 1:5
**best** 19:7,9
**better** 38:16
**beyond** 13:5 74:4
75:2,10,18 83:10
157:22 167:5,15
167:16
**bias** 61:15
**big** 137:11
**bill** 156:5,10
**binding** 10:14
41:17
**biological** 49:3
**bit** 9:6 147:6
**block** 135:8 137:2
**blockage** 77:13
88:6 89:13 91:8
92:21 97:22 98:4
159:13,18

**blocking** 106:11 108:8,17 158:22 158:24

**blocks** 116:17

**blog** 100:12

**blood** 172:16

**blue** 79:2,3

**bolded** 40:14

**bound** 10:16

**braid** 81:17

**braids** 81:18 126:20

**breach** 72:15 75:8

**break** 60:14 77:16 141:7 163:7,10

**breaks** 74:10

**briefly** 21:3

**bring** 33:10 65:21

**broadway** 22:14

**bronx** 20:7,14 27:23 28:25 100:4 100:7,12

**brooklyn** 27:25 28:2 29:2,2,5

**build** 61:11

**bunch** 142:7

**bureau** 4:22 17:18 50:14 51:12,25 82:7,11,14 83:14 83:21,25,25 84:2,6 84:15,16,18,22 85:3,7

**business** 64:24 166:9

**c**

**c** 2:2 13:24 14:21 121:9 144:8 145:4 145:10

**cadets** 35:20 123:15 124:4

**calea** 121:4,21,24

**call** 17:11 18:16 19:2 33:10 50:16 131:4 135:8

**called** 4:3 124:17 124:18 125:25 134:3 136:5 165:2

**calling** 55:24 81:9

**calls** 29:23 111:2

**cap** 81:2

**capacity** 5:8

**caps** 81:12

**captain** 78:20,22 81:13

**captains** 68:6 78:10 79:4 80:20 80:22 81:3

**caption** 25:23

**cardiopulmonary** 49:4

**career** 124:13

**carefully** 173:3

**carrying** 107:15

**case** 1:7 5:17 19:7 25:13 26:3,6,11,20 40:15 41:5,8,16 42:4 51:17 52:11 57:15,18,25 58:5 59:4 60:19,21 62:25 63:4,5,15 65:24 66:2 96:11 170:18

**cases** 94:11

**catalogue** 43:6,18 43:24 44:2,5,6 46:12 47:25 170:22

**caught** 101:5

**cause** 72:14,14,16 72:22 106:4,10 107:8,11 108:6,11

109:3 113:17 114:4,24 115:5 117:16,19,20,24 118:4,15 157:25 158:5 159:9

**caused** 159:12

**causes** 61:13 62:8

**causing** 159:10

**centre** 1:19 2:6 4:11 77:21 85:17 163:14

**certain** 40:15,24 122:4 127:25

**certificate** 120:15 120:15 126:7 172:2

**certification** 119:7 119:14 120:5,11 120:24 121:11 122:6,9

**certifications** 120:8 125:22

**certified** 4:6

**certifies** 120:23

**certify** 169:10 172:10,15

**chain** 118:11

**chairs** 107:14,17

**chance** 135:24 139:10 141:11

**change** 8:23 9:3 27:15 30:18,20 51:9,10 53:7 70:3 94:16 162:5 164:18 174:9,11 174:13,15,17

**changed** 21:13 27:11,16 38:12 39:5 127:5 146:22 165:2

**changes** 8:20 39:9 81:16 133:8 173:9 174:5

**chapter** 134:7 135:8,10,22 137:19 139:15

**chapters** 134:8,10 137:20 138:3 139:16,21 140:14

**charge** 18:2

**charged** 64:18 159:6

**charles** 1:5

**cheating** 148:3,4

**chemical** 49:3

**chief** 22:20 81:14

**children** 35:6

**choice** 144:15 145:13

**chose** 57:24

**chris** 1:6

**church** 2:16

**circumstances** 5:24 103:25 104:2

**cite** 20:17

**city** 1:11,17 4:13 4:21 5:22 9:13,17 9:20,24 10:14,20 13:14 26:2,4,14 64:11 70:16 85:18 87:7,13 88:3,8,16 88:25 89:10,17 90:14,20 91:3,23 92:3,6,11,18 93:2 93:4,22 96:13 97:4,12,20 98:2,18 99:10,14,19 120:12

**city's** 94:24

**civil** 4:4 13:12

civilian  35:19,20
  35:21 74:10,17,22
civilians  14:2,10
  61:13
claim  95:21
clarification  30:4
clarify  16:3 65:17
class  90:17 123:15
  124:5,7,15 126:19
  127:3 129:17
  137:21 150:18
classes  12:17
  17:23 90:24 91:7
  99:12,17,22
  150:11,13
classroom  29:11
  29:14 32:2,6,7,10
  32:11,15 48:8,12
  48:13 136:14,18
  136:24
clean  127:21
cleaned  80:16
clear  53:17 55:6
  75:7 95:5 153:19
clerk  4:24
client  9:10
close  135:7 154:10
  154:15
cobra  49:2
college  24:10
  27:14
collegial  67:7
  167:17
colloquial  81:8,10
column  143:10
  144:5 145:9
columns  142:6,7,9
combine  38:17
come  38:22 47:14
  47:15 51:10,11

comes  46:21 70:2
  146:6 156:11
comfort  103:24
comfortable  7:8
coming  27:10 84:6
comm  40:3 47:12
command  30:12
  40:8 46:10,18,20
  46:23 48:2,6,10
  49:13,15,17,18
  50:7,11 54:21,25
  55:2,7,9,13,13,16
  55:19,22 56:21
  60:3 61:3,23
  62:15,17 63:8
  66:17 68:2 118:11
  130:18 170:24
commander
  116:10,12,13,14
  116:18,23 118:7,9
commanding
  146:9
commands  33:5,6
  33:8 50:10,10,23
  55:7,11 130:12
commission
  174:25
commissioner
  44:13
committed  72:23
committing
  104:10
common  59:3
communicate
  118:11,16
communication
  9:10 16:9,20,21
communications
  18:21 35:4
company  136:25

compare  39:17
complained  88:19
  90:2,9 93:12,17
complaint  25:13
  71:22 170:19
complaints  125:6
  125:10
complete  34:8
  57:3 60:15,16
completed  24:7
completely  146:20
completes  139:5
completion  134:6
  135:7,7
comply  131:16,23
  132:10
component  31:6
  31:16 77:25 78:3
components  48:13
  127:18
comport  88:20
  93:13,18 99:5
  100:25 101:16
  102:13,16,22
  103:12 115:13,17
  115:18,23 116:4,8
  121:16
comported  90:3,9
  103:18 132:15
con  49:22
concept  39:3
  165:6
concern  70:23
concerned  15:22
  71:21 84:4
concerning  13:9
  13:14,20,25 14:7,9
  14:15,18,18,22,25
  15:3 26:14 68:8
  69:22 76:19 129:5
  129:11,17,20,21

130:2
condition  7:15
conditions  7:19
conduct  32:25
  49:19 52:12 62:11
  71:4 72:2,13,17
  75:6 76:16 84:23
  102:24 103:13
  104:8,10 105:6,8
  105:13,14,20,24
  105:25,25 106:5
  107:2,2,6,7,9,12
  108:9,11,20 109:3
  117:17 158:21
  159:7 161:13,22
conducted  28:3
  31:9
conducts  53:24
coney  32:17,18
confines  61:12
  62:4
confused  16:5
  98:12
confusing  154:12
connected  105:15
  105:18 107:6,10
  108:10
connor  1:5
considered  31:4,7
  46:19 63:4 78:12
  78:13 129:11
consolidated
  38:25
constitution  41:11
  41:18,19,20,23
  72:7 132:15 156:5
constitutional
  13:25 14:7,9
  41:15 42:5 69:15
  70:18 95:22 97:8
  128:7,12 131:16

131:23 132:10 157:19
**constrains** 156:11
**consumed** 7:9
**contain** 47:16 48:2 48:5 49:11 139:13
**contained** 47:8,21 52:14,21 53:12 66:11
**contains** 46:15 47:11 52:10
**content** 20:9
**contents** 39:18
**context** 71:4
**continue** 68:24
**continued** 85:17 171:2
**continuously** 106:19 167:20
**control** 21:11 29:22 45:18
**convention** 15:2 38:2 91:14 92:6 92:13 93:6,24 130:3,21
**conventional** 92:20
**conversation** 18:19 94:7
**conversations** 67:3
**copies** 57:6,7,14
**cops** 79:3
**copy** 8:18 11:15 11:16 42:13,14 50:11 56:4 57:3 58:2,4 60:15,16 138:16 153:20
**corporation** 2:15
**correct** 8:15 9:14 9:17,21 10:17

13:22,23 25:9 26:16,19 28:21 30:8 32:21 33:11 33:14 41:3,5 46:2 46:3,5,7,16 47:7 47:22 48:21 50:25 51:19 52:8,12,16 53:14,15 55:8 57:16 58:7 59:4,7 63:22 64:5 66:3 68:18 79:22 83:15 84:4 95:2,3,14,15 100:4,5 102:3,20 102:21 104:19,24 104:25 105:4,5 106:7 110:5,15,20 110:22 125:21 126:5,9,12 127:17 133:25 134:2 136:4,11 138:3,4 140:7,8,10,11,13 140:18,19,22,23 141:20,21 142:8 142:12 143:7,9 144:7,9 145:6 148:4 149:9 152:20,21 163:23 164:5 165:9,10 169:11
**corrections** 169:12 173:4,6
**correctly** 143:23 147:2
**correlate** 154:16
**couching** 28:18
**counsel** 2:15 80:17
**county** 169:4 172:6
**couple** 167:18
**course** 43:6,18,23 44:2,5,20 45:12

46:11,13,19 47:10 47:14,25 48:11 56:2 119:18,19,20 119:25 120:18,21 120:23 121:15 123:4 128:23 164:14 170:22
**courses** 23:21,25 31:12 44:7,25 46:15,17 47:12 119:16 123:11 128:2,20
**court** 1:2 3:15 4:16,17 8:13,20 42:3,4 73:4,8,23 154:16 173:16
**court's** 41:16,19
**courts** 41:15,22
**cover** 45:13 68:15 158:7
**covered** 17:15 39:19,19 49:16 53:17,22 54:16 136:17 150:13 157:14
**covers** 22:13 49:9 135:22
**cowan** 1:5
**cpr** 49:4
**created** 63:16,21 65:24
**creating** 75:7
**crimes** 34:23,25 35:2,4
**crisis** 35:5,7
**cross** 12:15,16 13:24
**crossed** 14:21 15:6 15:6,7,7
**currently** 27:13 163:22 164:21

**curriculum** 12:16 17:22 18:11 38:17 39:11,12,20,23,25 51:12 52:2 90:16 90:23 91:6 99:12 99:16,22 146:8 156:13,25
**custodial** 34:11
**cv** 1:7 25:13 170:18

|   |
|---|
| **d** |

**d** 14:8 15:6 94:12 95:5,9,12 96:7,8 144:8 145:4,10 170:2 171:2,7
**damages** 96:3,23
**danger** 75:7 166:11,12
**dark** 79:3
**database** 144:17 144:19,22
**databases** 10:7
**date** 16:16 19:20 19:22 43:21 131:2 173:8 174:20
**dated** 100:13 111:25
**day** 31:6 68:24 69:2 146:11 169:21 174:23
**days** 119:21,22 146:7 173:14
**dcu** 29:24
**dealing** 61:14
**december** 22:18 50:2,24 51:2 161:25 170:23
**decides** 42:3,4
**decision** 38:15 41:16 95:20 96:16 97:5,14,23 98:5,21

99:20 102:6 115:3
117:18,19,25
118:3,8,10,11,13
118:14,16
**decisions** 117:15
118:20
**deemed** 79:17
173:16
**defendant** 1:13
2:14 24:22 25:25
153:17
**defendant's** 94:13
94:14
**defer** 150:24
**defines** 11:22
**definition** 63:4
**definitive** 28:19
101:23
**definitively** 28:23
102:16 103:3,8
**degree** 24:6,7,8,11
**delay** 165:13
**delays** 165:19
**deleted** 15:20 73:3
73:7,8,11,13,17
**deliver** 33:6
**delleba** 1:6
**demands** 154:14
**demonstration**
40:6,11 51:16
116:16 122:20
155:18 163:19
165:13,18
**demonstrations**
34:14 36:11,19
37:16 45:13 49:20
55:5 58:7 59:7,9
59:10,14,21,24
60:4 66:13 68:11
69:12 70:8,24
76:22 155:9 160:8

160:9,14 166:3,5
**demonstrators**
165:14,19
**department** 22:23
24:19 26:2,8 28:5
44:8 64:18 120:14
**department's**
61:15
**depending** 28:13
48:15 109:14
118:9
**depends** 81:7
124:5
**depicted** 115:9
116:3
**depiction** 63:13
**deposed** 5:3,5 6:3
6:6
**deposing** 173:13
**deposition** 1:17
3:11 4:13 9:20,25
10:14,20,22 16:7
16:10,25 19:12
44:11 67:6 68:16
85:17 94:13 95:6
153:15 154:7,14
169:9 172:12,13
173:3,11,14,15
**depositions** 112:5
**deputy** 44:12
**describe** 19:16
**described** 18:17
28:7,8 33:13
64:15
**describing** 62:12
**description** 61:2
170:14 171:6
**designated** 118:9
120:3
**desk** 109:22

**detail** 20:23
**detain** 14:2
**determination**
88:5 89:12 92:21
97:21 98:3 146:19
**detrain** 136:2
**develop** 46:21
**development**
12:16
**differences** 81:19
**different** 28:11
29:8,23 30:2,2,24
32:13,22 38:8,22
38:23,24 46:18
55:15,22 80:6,24
81:5,15,18 109:23
109:24 113:25
116:15 124:13
127:7,10 135:2
137:18,18 139:21
147:23,24
**differentiate** 46:17
**difficult** 110:10
**difficulties** 132:25
**direct** 21:16 75:17
133:13 157:22
**directed** 94:19
**directing** 73:13,19
74:25 75:9 92:2
94:3 96:7
**directors** 122:14
**dis** 49:22
**disciplines** 38:13
**discovery** 68:25
154:10,15
**discretion** 34:22
**discussed** 15:14
17:16 25:5 44:10
51:15 54:13 55:3
80:14 146:15
160:10,13 161:14

**discussing** 94:8
**discussion** 13:3
22:4 58:16 85:12
86:8 94:5 131:11
140:5 153:12
**disk** 112:8
**disorder** 29:21
45:18
**disorderly** 49:19
52:11 71:4,25
72:17 75:6 76:16
102:24 103:13
104:10 105:8,20
106:5 107:2,12
108:11 109:3
117:16 158:21
159:7 161:13,22
**dispersal** 75:21,25
**disperse** 72:9 74:2
74:12,24 109:6,9
109:10
**dispersed** 109:14
**displayed** 107:22
**disregarding**
159:11
**disseminate** 50:16
**disseminated**
36:25 46:22
130:11,17
**disseminates**
46:23 47:5
**distinct** 48:19
96:17
**distinction** 117:21
117:23 135:4
**distinctions** 82:4,5
**distinctive** 81:13
**distinguish** 59:23
**distinguished**
43:20 55:12

**district** 1:2,3 22:8
22:11 23:13
**disturbed** 35:5
**division** 120:7,20
**doctor** 31:15
**document** 10:4,9
25:16 38:5 43:15
44:11 45:9 57:8
63:18,24 64:2,8
65:14 66:20,24
67:11 151:11,15
151:19 153:16
**documents** 10:6
17:15,17,17 19:6
147:16
**doing** 20:20 39:4,4
59:6 84:6 104:12
104:14 116:7
127:21 159:11
161:6 173:7
**dolly** 107:17,20
**domestic** 35:6,10
38:20,21,21
**double** 146:21
**downtown** 59:18
**draft** 58:2,4
**dress** 126:21
**drive** 35:15
**driver** 48:16
**drug** 35:2
**drugs** 7:12
**due** 87:21 88:4,9
88:17 89:4,11,18
92:4,12,19 93:5,23
97:5,13,22 98:4,20
153:19
**duly** 4:5 172:12
**duties** 14:15,23
**duty** 10:21 161:6,7

**e**

**e** 2:2,2 4:2,2,2 15:6
18:21 121:9 144:8
145:8,9 153:17,22
154:4 170:2,12
171:2,4 174:1
**earlier** 25:5 51:15
58:10 64:4 65:17
68:16 71:21 79:21
80:14,17 83:13
100:3 115:20
133:22 162:23
**early** 16:17
**east** 22:13,14
**easy** 147:6
**ecf** 25:13 170:18
**editor** 23:2
**educational** 24:6
**edward** 1:4
**effect** 3:14 44:2
**effectiveness**
12:23 122:24
128:16 133:23
**eggs** 80:23 81:6,8
**eighth** 153:16
**either** 24:17,22
50:12 85:23 128:5
129:4 133:7
145:10
**electronic** 10:6,7
**elements** 159:20
161:4
**elizabeth** 1:21
4:17 172:8,22
**else's** 166:15
**emotionally** 35:5
**encounters** 35:3
35:12 157:16
**ends** 148:6,9,11,16
150:2,4

**enforce** 51:18
52:11 159:2,17
**enforcement** 71:9
71:13,17 122:14
158:18 160:2,6,25
**enforcing** 159:14
160:7
**engaged** 69:22
72:5 105:13,14
**engaging** 114:25
159:8
**entered** 77:22
**entire** 64:8 66:20
67:11
**entirety** 101:4,4
**entities** 62:16
162:20
**entity** 1:12
**episode** 101:5
115:19
**equivalent** 22:12
**errata** 173:5,7,10
173:13
**esq** 2:9,11,19,21
**essentially** 158:5
**established** 60:8
104:18 118:15
**evaluate** 120:5
141:2
**evaluated** 146:16
146:23
**evaluation** 17:22
18:12 51:13 146:9
**evening** 146:13
**event** 19:23
**events** 14:16,23
20:23 59:15
**everybody** 64:19
78:23 130:17
140:18 153:22
154:4 155:18

162:17 166:15
**exactly** 65:15
**exam** 135:19,21,23
135:25 138:22
146:7,22,23
147:21,23 148:2,5
148:8,12,13,15
149:15,17,20,21
150:9 151:6
152:20,23
**examination** 4:4,8
155:2 157:22
170:4
**examine** 99:19
**examined** 4:6
90:21 91:4
**example** 38:18
51:21 60:5,20
65:25 145:23
**exams** 122:21
123:2 138:12,22
139:8 141:16,17
141:18,19 143:6
144:21 147:12
150:15,23 153:3
171:10,16
**excellence** 127:13
127:13,14
**execute** 162:3
**executive** 49:6
50:20 53:18,23,24
53:25,25 54:7
55:21,25 56:20
66:2,17 68:7,8,11
69:10,14,19,21
70:7,17,22 71:3,8
71:12,16,25 72:5
72:13,20 73:24
74:9,16,20 75:4,13
75:21,24 76:6,10
76:15 77:8,11

78:6,9,12,13,14,15
78:17,18 79:22,25
80:13,14 81:11
82:2 84:23 85:2,8
85:24 86:19 87:2
93:19 102:10,13
102:23 103:12,19
127:24 128:6,11
130:8,19 133:8
134:12,18,21
**executives** 49:8
56:14 74:17 79:4
79:5,11,12,25 80:3
80:7,8,22 81:2
**exercise** 14:10
**exercises** 29:21
30:9
**exhibit** 11:5,8,13
11:18,21 12:2,4
25:11,12 37:6,11
42:20 43:5,9,10,12
43:14,14 50:2
55:18 58:12 86:7
94:12 95:6,9,12
96:6 138:24 139:7
139:11,13,20
141:12,14,15
152:18 161:19
162:4 163:18
170:15,17,18,20
170:21,22,23,24
171:7,8,9
**exist** 62:16 163:23
**existed** 33:17,22
33:24
**exists** 70:14 79:25
80:12 118:15
**expansive** 10:9
**expected** 19:4
162:3

**experience** 151:13
**expires** 174:25
**explain** 9:6 40:23
41:10,21 66:9
75:20 135:4
148:17 159:4
165:12,17
**explained** 47:14
50:15
**explains** 60:7
**express** 9:11
**expression** 75:16
**expressive** 72:6
**expressly** 10:8
**extend** 154:16
**extra** 135:17

## f

**f** 1:21 15:6 172:8
172:22
**facilitate** 162:15
**facilities** 28:13,21
**fact** 91:17,20,22
95:25 96:21
104:23 136:5
154:15
**facts** 28:17 65:5,9
**faculty** 12:19
**fail** 151:16 173:15
**failed** 148:13,19
148:20,24 149:7
150:19 151:18
**failure** 135:23
**fair** 6:2 31:3 72:8
167:14
**fall** 45:23
**falls** 36:4
**false** 5:16 99:11,15
144:13,14,16,20
144:24
**falsely** 97:7,15
98:6,22

**familiar** 87:5
91:12,16,17,20,22
95:16,19,25 96:21
100:18,22 130:25
**fantastic** 36:6
**far** 30:4 37:2
44:25 52:17 84:12
135:20 167:8
**fashion** 20:16
24:23
**favor** 95:21 97:6
97:15 98:5,22
**february** 21:6
**federal** 4:4 5:17
96:16
**feel** 112:10
**felt** 26:17
**fence** 19:25 107:22
108:8
**fictional** 60:24
**field** 29:6,17,19,25
30:6 80:6
**fifth** 25:19 167:19
**fifty** 149:23
**figure** 137:12
**filed** 94:17,22 95:2
96:10,14
**filing** 3:4 26:8
**final** 73:19
**find** 17:15 109:17
110:10 111:8,12
124:22,25 157:10
158:3,4 160:18
**finding** 17:17
**fine** 86:16 154:3
**finish** 127:20
128:20 167:18
**finished** 129:16
**finishes** 138:23
**firearms** 35:16,17
48:10 80:4

**first** 4:5 5:13,14
11:10 14:10 16:9
16:22,24 17:7,8
18:25 21:9,10
36:7,8 40:16,24
41:3,8 68:9 69:22
70:21 71:5 72:6
82:22 86:23 87:2
101:12 104:4,7
110:6,8,23 111:4
111:16,18 118:2
141:16,23 142:2,9
147:13,17,18
148:4 149:3 155:5
155:8,25 156:10
161:12 166:25
**five** 19:15 57:20
101:12 105:2,24
106:10,24 108:4
108:15,21 110:3
111:8,16 136:13
145:22
**flow** 64:25
**floyd** 29:5 80:5
**focus** 36:7 115:21
**focused** 32:24
**folded** 107:23
**follow** 154:24
162:9 165:22
**following** 174:5,6
**follows** 4:7
**foothold** 61:18
**force** 3:13 21:12
21:14,24
**foregoing** 169:8
**form** 3:7 75:16
144:18
**forster** 2:21 4:22
**forth** 172:12
**forty** 148:24 149:7

**forums** 76:7
**found** 97:7 109:20
  110:18,23,24
  111:24 159:23
  160:4
**four** 121:18
  145:10,13
**fourth** 71:5 157:8
  157:13,14,17,20
  157:23,24 158:5,7
  158:9,14 161:13
  167:2,19
**frame** 33:22 54:11
  80:12 101:15
  105:6 109:7,8
  122:9 130:20
  140:22
**framed** 101:8
**freedom** 155:15
**frisk** 61:15
**front** 42:14,22
**fulfilled** 10:24
**full** 13:7 103:8,15
**fuller** 39:3
**fulton** 95:17 99:4
  99:16,21
**fundamentals**
  31:5
**further** 3:6,10
  108:8 154:22
  165:20 167:20,25
  172:15
**future** 146:22

**g**

**g** 15:7 86:15
**gained** 61:18
**galvin** 2:21 4:22
**gathering** 64:20
  64:22
**general** 28:8 34:21
  119:10 160:13

**generally** 66:12
**george** 1:4
**getting** 17:17
  58:18 66:8 135:14
  137:12 138:9
**give** 8:21 21:17
  47:13 52:25 58:14
  67:2 72:8 105:7
  105:18 108:6,10
  113:5 114:4,24
  115:5,10 120:18
  125:13 128:5,10
  129:15 130:15
  138:18 151:3
  153:10
**given** 29:12,15,17
  31:2 33:10 47:12
  47:21 48:2,6,8
  63:10 66:3 70:3
  71:2,7,15,24 72:4
  72:12,19 75:21
  76:5,11 84:14
  90:3,10 93:14,19
  99:6 101:2,17
  102:13,23 103:12
  103:19 109:6,8,15
  113:17 115:14
  118:22 119:5,6,23
  120:11 125:19,23
  126:15,20,25
  128:23 129:4
  130:5,8,10,19
  134:5,6,11,21
  135:6,17,24
  139:21,21 140:2,7
  144:22 148:14
  150:9,10,19
  158:15 167:7
  172:14
**gives** 54:6 107:2
  107:11 119:25

120:20 151:11
**giving** 46:16 66:23
  147:8
**go** 6:4 9:4 13:2
  33:3,5 41:15
  57:14 64:23 69:4
  71:22 73:20 80:3
  112:22 149:18,25
  166:9
**goal** 162:14,22,24
  163:2
**goals** 163:3
**goes** 150:8
**going** 4:25 6:3,4
  7:6 9:6,13 10:9
  12:15,15 13:24
  15:18 16:4 20:18
  21:3 34:7,8 36:9
  42:14 57:20 61:24
  63:14 65:3 66:22
  66:25 67:17,22
  68:23 69:2,5,8
  71:22 72:24 73:20
  84:11 94:9 95:4
  100:6,11 102:9
  109:18 111:23
  112:9 127:6,8
  131:7 133:13
  135:15 138:20
  139:2,4 141:6
  147:14 150:5
  153:2,13,19,24
  154:5,8 155:22
  157:18,21 161:18
  163:6,17 167:4
**gold** 27:25 29:2
  126:20
**good** 4:25 85:20
  85:21
**gotham** 111:24

**gothamist** 111:25
**gotten** 18:11
**government** 13:13
  41:14 72:8 155:15
**governmental**
  71:18 74:23
**governs** 41:11
**graduate** 123:14
  124:4 136:10
**graduated** 21:7
  123:13
**graduating** 126:19
  127:3
**graduation** 126:21
**grant** 120:5
**grievances** 14:12
**group** 20:2 50:14
  123:20 124:3
**groups** 69:16
  70:18
**guess** 79:7 106:12
  106:16,21 145:3
**guide** 18:13
  146:18 156:15

**h**

**h** 4:1,2,2 5:1 6:1
  7:1 8:1 9:1 10:1
  11:1 12:1 13:1
  14:1 15:1,7 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1
  38:1 39:1 40:1
  41:1 42:1 43:1
  44:1 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1

53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1,15 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1
170:12 171:4

**half** 149:5
**hand** 153:20 154:5
**handwritten**
  36:18
**happen** 65:3 67:18
  146:5
**happened** 102:7
  102:17 103:2,7
  106:6,13,20
  109:12,16 113:6
  113:19 114:7
  115:16,22
**happening** 60:22
  63:3,7 104:11
**happens** 35:14
  51:23 66:12 67:25
**happy** 67:12
**hat** 81:22,22
**hats** 80:23 82:3
**hazmat** 49:3
**head** 121:6
**heading** 142:2
**headings** 141:23
  141:24
**health** 7:2
**hear** 6:9 22:3
  113:9,13,24
**heard** 122:13
  153:18
**heather** 1:17 4:8
  4:14 85:18 169:7
  169:16 170:6
  172:11 174:20
**held** 1:18 13:3
  22:4 27:4,5,8,18
  27:21,22 28:15
  82:16 85:12 86:8
  94:5 131:11 140:1
  153:12
**help** 6:18 135:17

**helpful** 57:21
**hereinafter** 4:6
**hereinbefore**
  172:12
**hicks** 1:5
**high** 118:8 147:3
**higher** 66:3
  117:10
**highest** 24:6,7
  116:24 117:2,9
**highlighted** 61:8
**history** 21:4
**hmm** 11:20 33:15
  101:14 103:10
  110:17 131:6
  134:16,19 143:14
  148:23
**holding** 107:18
**holiday** 22:2,7
**home** 136:15
**honestly** 15:22
**hoping** 68:25
  138:16
**horizontal** 142:7
**hour** 109:23 110:2
  110:18,25 111:8
  111:18
**hours** 7:10,13
**hundred** 125:20
  126:3,4,10 135:21
  136:13
**hunter** 24:10

## i

**iadlest** 122:11
**idea** 106:6 142:22
  151:3
**identification** 11:7
  11:9 25:14 37:7
  42:21 43:7 50:4
  55:20 95:10
  138:25 139:9

**identified** 32:4,9
  33:17 44:10,12
  45:3 46:6,11
  47:19 49:11 52:7
  63:15 81:21 95:13
**identifies** 59:2
**identify** 33:20
  34:18 42:23 45:10
  59:23 60:3,4
  69:21,25 70:6,9,13
  70:15,16,21,25
  71:2,7,11,15,24
  72:4,12,19 73:24
  74:9,16,20 75:4,12
  75:24 76:4,6,10,14
  76:18 77:11 85:2
  85:6 87:20 88:3,8
  88:16 89:3,25
  90:8,14,20 91:3
  92:3,11 93:4
  100:11,16 107:20
  112:15 113:4
  114:22 121:23
  122:2 132:5
  139:25 140:6,24
  141:4 145:15
  149:10
**identifying** 147:18
  150:25
**illegal** 59:7,10,22
  59:24 60:4 64:17
**images** 10:7
**immediately** 135:6
**impact** 72:15
**impartial** 31:3
**impeded** 88:11
  89:20 93:8 98:20
**impedence** 91:8
**impeding** 76:19,21
**imperative** 173:12

**implemented** 73:3
**important** 125:9
**incident** 103:8,16
  104:14,15,21
  113:22 116:10,12
  116:13,14,18,22
  116:23 118:7,9
**incidents** 19:18
  47:14
**include** 31:25 41:7
  54:5,15,23 57:24
  63:11 160:7
**included** 32:10
  36:21 40:17,19,22
  57:15 61:20,22
  62:15 66:9,16
  77:5 85:3 156:2
**including** 10:6
  12:23 20:14 72:8
  101:19
**inclusive** 34:6
**inconvenience**
  159:9,10,12,18,19
**inconvenienced**
  88:12 89:20 93:8
  98:20
**inconveniencing**
  72:2
**incorporated**
  37:21 38:7 39:7
  39:11 42:8 51:6,8
  77:4 163:22 164:2
**incorporates**
  15:13
**incorrect** 145:17
**incorrectly** 146:17
  146:18
**incumbent** 64:20
**incurred** 132:25
**independent** 63:12

**indicate** 65:10
  101:19 131:7,15
  131:22 142:15
  143:20
**individual** 31:11
  72:23 114:15,21
  116:21,25 117:2
  122:25 125:3
  161:5
**individualized**
  72:21
**individually** 1:6
**individuals** 69:16
  70:18,19 103:11
  104:12 105:12
**inform** 10:21
**information** 10:5
  10:7 39:10 47:6,8
  50:16 52:14,20
  53:8,11,13 63:10
  66:11 77:3,5
  101:21 102:8
  130:17 151:12
**initials** 121:7
**initiative** 20:13
**inserting** 61:3
**inservice** 31:8
  35:23 40:4,7 46:9
  47:12 48:24 77:25
  78:2,3,5 79:11,17
  79:24 130:11
**insignia** 80:25,25
  81:8,12,13,19
**insignias** 81:15
  82:3
**inspector** 81:14
**institutional**
  128:16
**instruct** 24:2
  73:21 74:7 167:12

**instructed** 159:16
**instructing** 52:16
  74:6
**instruction** 24:3
  119:13,18 120:6
  120:18 122:6
  135:8 137:2
**instructions** 173:1
**instructor** 119:8
  123:2 137:2
**instructor's** 59:20
**instructors** 57:14
  84:19,20 120:4
  131:12,19 132:3,4
  132:6,12,20,24
  135:13 136:19
  165:7
**insure** 163:4
**intac** 30:15,22,25
  31:10,17,25 40:7
  77:24 78:5,8 79:5
**integrity** 34:22,22
**intend** 10:8 161:5
  161:8
**intent** 159:8
**intention** 161:2
**intentional** 159:3
  159:4
**interacting** 114:6
  114:9
**interaction** 19:22
  19:24 105:3
  114:13,14
**interactions** 106:6
  106:8 109:4
**interchangeable**
  9:24
**interested** 172:17
**interests** 64:22,23
**interim** 18:22
  114:3

**international**
  122:13
**interpret** 41:22
**interpretation**
  41:18,19
**interpreted** 51:18
**intervention** 35:5
  61:25
**intro** 34:13
**introduced** 137:23
**introduction**
  34:20,21 36:15,16
  42:10 156:4,21
  157:15 158:8
**involve** 36:7 69:11
  69:15
**involved** 13:13
  24:21 61:6,10
  62:3,9 83:3 163:3
**involving** 24:14,17
  24:22
**island** 32:18,18
**issue** 20:25 96:6
**issued** 95:20 97:6
  97:14,23 98:5,21
  99:20
**issues** 14:15,23
  46:21 48:15 49:21
  55:4 61:16,17
  65:7 76:22 120:8
  132:25
**item** 49:14
**items** 11:4 13:15
  164:6
**iv** 13:15

## j

**january** 14:24
  21:25 129:24
**joan** 4:22
**job** 155:17 162:3

**joe** 2:25 4:24
**jon** 2:11 4:23,24
**jones** 49:23 52:18
**joni** 2:21
**journalist** 22:25
**judge** 73:9 74:5,15
　75:3,11,19 95:20
　96:16 97:6,24
　98:5,21 99:5,20
**judgment** 95:20
　96:16 97:5,14,23
　98:4,21
**jumping** 27:9
**june** 14:17 23:16
　129:2,8,14
**justice** 34:13
　36:15 42:11 71:18

**k**

**k** 4:2
**keep** 64:9 101:8
　155:18,19
**kept** 124:14
　152:11
**kill** 138:17
**kind** 10:5 32:14
**kinds** 80:6 159:13
**know** 6:9,10,11,12
　6:13,20 19:21
　20:12 25:3 26:24
　26:25 29:20,22
　30:5 34:3,11 36:4
　43:25 49:23,23
　63:6 66:15,18
　69:13,18,24 70:14
　70:20 71:6,10,14
　71:19 72:3,11,18
　76:3,9,13,17 77:10
　77:14 83:11,12,19
　84:21,25 87:12,19
　88:24 89:9,16,24
　90:7,13,19 91:2,11

92:10,17,25 93:11
93:16,21 97:11,19
98:9,16 99:2,9,18
100:2 102:6,17,25
103:14,24 104:11
104:14 105:11,13
105:16 106:3,14
106:15 109:4,6,7,9
110:8 112:7,10
114:6,18,25 115:2
116:15,16,17,20
116:21 117:4
118:21 119:2,6
120:9,18 121:22
122:5,7,8,11
123:21 124:3
125:8,10 126:25
127:20 130:24
132:23 133:6,21
134:13,22 137:16
142:20 145:18
148:2 153:25
161:23 165:7
167:17
**knowing** 103:7
**knowledge** 13:7,8
　19:8,9 53:22
　63:12,19 64:11
　66:14 69:5 151:25
**koznar** 111:21,23
**kunstler** 87:6,13
　87:22 88:5,10,18
　88:20 89:5,12,19
　90:2,9,16,21 91:4

**l**

**l** 121:9
**label** 111:23
**labeled** 52:18
**labor** 26:9
**large** 64:20 65:6
　65:11 66:12 72:15

131:2
**larger** 59:17,17
　123:22
**largest** 123:19
**larry** 1:6
**late** 16:17
**law** 8:13 31:24
　34:13,21 36:15,16
　38:14,21 40:15
　41:5,8,16 42:10
　51:17 52:11 71:9
　71:13,17 74:11
　122:14 156:4,21
　157:15 158:8
**law.nyc.gov** 2:20
**lawful** 4:3 74:2
**lawsuit** 25:7 26:13
　87:5,13,22 88:5,10
　88:18,20 89:5,12
　89:19 90:2,9,21
　91:5
**lawsuits** 91:13,17
　91:18,21,24 92:5
　92:14 94:18,22
　95:2,2 96:14,15
**lay** 81:20
**lead** 48:21 49:7
　87:6 104:9 109:2
**leadership** 48:18
　48:21 54:12,15
　55:13,15 61:23
　62:15 63:17 66:2
**leading** 67:9
**learn** 124:23
　132:24 133:24
**learned** 137:7
**learning** 12:22
　122:23 141:2
　164:19,22,25
　165:4,4

**leave** 86:16
**lecture** 29:11
　32:10 70:10
**lectures** 68:8
　69:10,14 70:6,17
　70:21
**led** 99:11,15
　101:21,25 102:4,5
　102:25 103:25
　104:2 108:19
**leeway** 167:8
**left** 4:16 77:23
　124:12 125:3
**leg** 81:17
**legal** 4:21 49:21
　50:14 51:12,25
　55:4 59:7,9,21,24
　60:4 73:2,12
　76:22 82:7,11,14
　83:14,21,24,25
　84:2,6,14,16,18,22
　85:3,7
**legally** 142:14,14
　142:17 143:20
　145:3 152:13
**lesson** 18:12 33:20
　33:21,24 34:4,15
　35:10,11,12,15,17
　35:22,24,25 36:7
　36:13,20,22 37:2,6
　37:15 38:7,8 39:7
　39:13,18 40:2,11
　40:17,20,22 42:9
　42:15,20,23,24
　44:7,25 45:10,22
　49:15,16 52:6,15
　52:21 53:2,5,6,13
　54:8,16,23 55:5
　56:10,17,23 60:2
　68:14 74:10,17,21
　75:5,13 77:4,6

87:21 88:4,9,17
89:3,11,18 90:16
91:6 92:4,12,19
93:5,23 97:5,13,21
98:3,19 99:22
121:15 156:2
162:5,5 163:19,21
163:22 164:2,3,6
164:14,17 167:7
170:20,21
**lessons**  12:17 76:7
76:19 90:23 99:12
99:16
**letters**  145:4
**level**  46:18,20,23
48:2,6,10 49:6,13
49:15,17,18 50:7
50:11,20 51:14
53:18,23,24,25
54:7,21,25 55:2,7
55:9,16,21 61:3
66:17 68:3,11
69:11,15,19,21
70:7,17,22 71:3,8
71:12,16,25 72:5
72:13,20 73:24
74:9,16,20 75:4,21
75:24 76:6,10,15
77:8,11 78:6,6,9
78:16,17,18 79:22
80:2,13,14 82:2
84:23 85:2,8,25
86:19 87:2 90:4
93:19 99:6 102:10
102:13,23 103:12
103:19 128:16
130:8,13,19 133:8
133:8 134:12,18
134:21 145:17
**levels**  47:17 56:20
81:12 83:22

125:22
**lieutenant**  78:23
**lieutenants**  78:12
78:16 79:3 80:21
146:10,13
**limit**  10:8
**limitation**  12:8
**limits**  13:25 14:7,9
131:16,23 132:11
157:19
**line**  174:8
**lines**  144:25
**list**  34:19 164:13
**listed**  94:12
**lists**  41:2
**litigation**  24:13,17
24:22 25:2 90:16
93:24 94:18,22
**litigations**  93:7,13
93:18
**little**  9:6 154:12
167:8
**livingston**  29:6
**local**  59:16
**located**  156:17
**location**  19:20
27:6,11,18 28:20
102:2,5 116:15
**locations**  28:3,4,5
28:6,7,11,24 29:7
32:4,6,10,14
120:17
**locked**  152:11
**lodged**  125:6,10
**long**  21:23 22:15
23:9,15 109:20
119:19
**longer**  68:20 79:8
109:2
**look**  11:10,12 12:4
13:19 17:20 25:15

25:21 34:19 40:10
40:11 43:8,14
52:24,25 60:10,17
60:18 64:7 86:16
109:23,25 119:5
139:3,4,10 150:25
151:10 152:4,12
152:15
**looked**  19:7 20:7
**looking**  20:18
28:17 37:10 42:22
43:17 45:7,9
60:18 109:24
110:19 111:11
140:20,23 142:2
142:13 143:10,11
145:2 147:14
149:3 150:22
151:8
**looks**  57:2
**lot**  34:3 109:11
**loud**  9:11 61:8
165:11
**low**  146:24
**lunch**  67:13

**m**

**m**  2:9
**magazine**  22:24
**mail**  18:21 153:17
153:18
**mailed**  153:22,23
153:24,25 154:2,4
**maintain**  165:13
165:18 166:13
**maintaining**  34:12
36:16 37:22 39:8
39:13,15,16,21
40:2 42:9,16 53:2
156:8,18,19
159:24 160:5,20
162:22 166:23

**maintains**  17:23
**maintenance**  13:9
156:24
**makeup**  141:17
148:12,20,21
149:11,21 150:9
150:17 151:6,9,20
**making**  26:13
118:14,17,20
158:10
**management**  35:7
**manhattan**  21:11
21:12,14,16,23
22:8,14 27:6,21
28:24 59:18 62:22
62:22
**manner**  75:15
76:11
**marches**  36:11
68:10 69:12 70:8
**mark**  11:3 37:4,5
37:8 42:15 43:4
49:25 55:17 60:16
95:4,8 138:13,20
**marked**  11:6,9
25:13 37:7,10
42:21 43:6,8 50:3
55:19 57:19 95:9
95:11 138:25
139:4,9,11 161:18
163:18
**marriage**  172:17
**master**  120:3
**match**  153:3
171:16
**matches**  56:24
**material**  17:24
39:3 44:22 49:3
52:19 73:16
122:18 133:24
135:12,14 146:17

160:10
**materials** 17:14,14
  17:21,25 18:3,6,9
  18:10,11,13,25
  56:9,11,13,15,18
  56:19,25 57:12,13
  77:7 121:15
  157:11 158:3,6,7
  159:21 160:18
  166:21
**math** 150:24
**matter** 10:22
  111:12 172:18
**mcm** 142:21
**mcs** 142:18,20
**meachem** 1:5
**mean** 39:12 43:22
  56:12 114:9 117:6
  124:11,12,18
  132:3 136:6,12
  143:17 144:5
**meaning** 71:8,12
  71:16
**means** 62:18
  159:10
**meant** 135:9
**measure** 122:17
  122:23 128:15
**measurement**
  12:22,23
**medications** 7:23
  8:3
**meet** 16:11 124:10
  124:11
**meeting** 16:12,19
  16:20,21,22,24
  17:7,12 18:18
  19:2 146:7
**member** 50:12
  96:3,23

**members** 17:18
  35:20,21 47:17
  82:11,14,15
  120:13 124:15
  128:20 129:5,10
**membership**
  61:18
**memberships**
  62:18
**memo** 49:19,22,23
  50:3,6,8,22 51:3,4
  51:8 52:10,15
  53:9,12 55:4
  161:21,24 170:23
**memorialized**
  166:20
**memory** 20:8
**memos** 36:24
**mental** 7:2,19
**mention** 35:25
**mentioned** 32:15
  33:2
**mentions** 120:15
**mere** 72:2 159:19
**merely** 88:11
  89:20 93:8 98:20
**merge** 29:24
**met** 18:14
**methods** 11:6 24:3
  119:13,18 120:6
  120:18 122:6,20
  170:15
**michelle** 1:5
**mid** 16:17,18
  17:11 18:16
**middle** 104:20
  110:9 111:6
**million** 87:12
  91:23
**mind** 64:9 155:15
  158:25 160:24

161:4
**minute** 77:16
  101:10
**minutes** 101:12
  105:2,24 106:10
  106:24 108:4,15
  108:21 110:24
  111:8,17
**mischaracterizing**
  17:3
**missed** 36:5 84:12
  165:15
**missing** 84:9
**misspeak** 120:19
**mm** 11:20 33:15
  101:14 103:10
  110:17 131:6
  134:16,19 143:14
  148:23
**mobex** 29:20
**mobile** 29:21
**modified** 13:18
**moi** 119:9,12
**moment** 52:25
  112:20 113:16
  114:22 139:21
**month** 33:4
**monthly** 46:22
**months** 69:2 79:2
**morning** 4:25
  146:12
**mos** 78:7 83:23
  84:15,18 129:16
**move** 12:5 95:7
  96:19 135:20
**movement** 61:7,11
  62:3,9
**moving** 20:2 21:20
  167:20
**mta** 32:20,21

**multicultural**
  34:24
**multiple** 32:4
  102:19 144:15
  145:12
**municipal** 1:12
**municipality**
  75:14

**n**

**n** 2:2 4:2 170:2
  171:2
**name** 4:12,16
  21:13 25:18 29:19
  30:6,9,13,15 58:3
  59:15 87:6 100:11
  124:19
**named** 36:22
  151:17,18
**names** 30:4 32:22
**national** 15:2 38:2
  91:14 92:6,13,20
  93:6,24 120:24
  121:10,16 130:3
  130:21
**necessarily** 53:3
  104:23 117:25
  124:8
**necessary** 159:13
  173:4
**necessitate** 62:19
  64:16
**necessitated** 28:14
**neck** 27:23 28:25
**need** 6:9,10,11,12
  6:19 30:3 64:10
  66:19 68:22
  155:23 157:24
**needs** 155:21
**negative** 66:6
**never** 25:7

**new** 1:3,11,17,19
1:22 2:7,7,17,17
4:13 9:13,17,20,24
10:15 13:14 26:2
26:4,14 47:15
48:24 53:10 64:11
85:18 87:7,14
88:3,8,16,25 89:10
89:17 90:14,20
91:3,23 92:3,6,11
92:18 93:2,4,22
96:13 97:4,12,20
98:2,18 99:10,14
99:19 119:9 120:7
120:10,12 131:2
137:22 172:4,10
**newman** 18:2
**news** 21:2
**nicer** 8:14,14
**night** 146:11
**non** 45:3 46:8
67:21 165:14,19
**nonexecutive** 78:6
78:8
**nonfiction** 64:5
**nonfictional** 60:24
60:25
**nonmembers**
35:18
**normally** 6:5
**north** 62:23
**notary** 1:22
169:24 172:9
174:25
**note** 59:20 70:3
**noted** 153:6
173:10
**notes** 15:22 36:18
**notice** 1:20 11:8
44:11 68:17 94:13
157:18 170:17

**number** 11:13
28:11 56:7 58:9
81:17,18 123:8,23
124:6,8 137:11,25
142:3,10,10,13,18
142:24 143:11,12
143:15,19 145:23
148:18 152:13
165:11
**numbers** 138:19
151:2
**numerical** 57:19
**ny** 1:20
**nypd** 5:11 9:21,23
13:14 21:4 24:14
24:17,22 25:8
26:4,14,17 34:21
41:7 46:16 47:16
52:16 53:8,11
66:3 82:11,14
85:22 87:20 88:21
94:16 96:4,13,23
103:20 120:25
122:5,17,23 125:5
125:6,9,13 128:5
128:10,15 131:13
131:20 133:2
158:15,17 159:25
160:15 161:10,15
163:23 164:18
165:25 166:21
**nypd's** 94:21

**o**

**oath** 3:13 8:12,12
8:14
**obey** 74:11,23
**object** 72:25
157:21 166:7
167:4
**objecting** 73:9,13
73:18

**objection** 13:5,17
15:19 17:2 53:19
63:23 64:14 66:19
67:4,8,19 72:24
73:21 74:4,13,25
75:9,17 83:10
87:16,24 88:13,22
89:7,14,22 90:5,12
90:18,25 91:10,25
92:8,9,16,23 93:10
93:15,20 94:2
96:5,25 97:9,17
98:7,11,12,14,24
99:24 103:21
105:9,21 107:4
108:12 110:11
111:2,9,20 115:7
115:25 118:5,24
123:5,24 133:4,12
133:16
**objections** 3:7
67:2
**objective** 164:9
**objectives** 164:7
164:14,19,19,22
164:25 165:3,4,4
**obligation** 10:25
**observe** 132:18,20
**observed** 103:4,6
**obstructing** 74:18
74:22 161:6
**obstruction** 71:17
**obvious** 81:20
**obviously** 28:17
34:7 134:14
**occupy** 14:18
19:18 20:5,6,6,23
42:24 44:2 57:17
57:24 58:5,6 59:2
59:11,13,15 60:20
61:4,6,10 62:3,6

65:25 66:5 100:12
109:19 110:16
111:17,18 129:6,7
131:5,14,21 132:9
132:22 133:3,10
**occur** 47:15 56:17
82:18 83:15
113:16
**occurred** 85:7
102:20 106:9
**occurrences** 14:16
14:23
**occurring** 59:17
61:4
**occurs** 55:7
**october** 1:15 21:7
21:8,25
**offense** 72:23
159:20
**offenses** 34:12,25
35:2,2 156:7,20
160:12
**offered** 31:12 45:2
45:12 46:20 48:16
80:9
**office** 4:11 22:20
22:21 77:21 85:16
163:14
**officer** 3:12 5:9
19:24 23:5 42:5
112:17,25 113:9
113:13,24 114:5,8
114:10,11,15,18
116:9 117:9
118:19 125:3
130:13 146:9
156:24,25
**officers** 5:15 19:23
40:23 41:10,13,22
42:3 48:3,6 75:21
78:15,16,19 80:13

80:18 82:2 101:22 102:14,23 103:5 103:13,19 105:19 108:19 109:5,7 116:17 117:11 118:17 120:2,3,5 124:25 125:13 127:24 128:6,11 128:11 162:2 166:24
**offices** 1:18
**official** 161:6,7
**oga** 160:16,19,25 161:3,14
**oh** 57:9
**okay** 6:2,7 15:24 17:10,20 19:6 28:6 29:25 34:10 34:20 44:19,24 48:14 49:10,22 50:19 68:23 69:7 70:5 80:10 81:25 84:10 95:4 96:20 100:9 101:9 107:9 107:19 108:21 111:15 114:21 118:2 132:7 135:6 146:25 148:10 152:18 154:20,23 162:9 166:10
**old** 137:23
**omits** 144:3,5
**once** 23:24 24:24 25:4 33:4 121:18 121:19
**ones** 34:11,18 42:17,19 43:20 82:20,21,22 110:6 110:7
**ongoing** 104:14

**online** 136:15
**ooo** 3:18
**operate** 35:16
**operating** 162:20
**operation** 35:13
**operations** 45:8,22 80:6 124:25
**opportunity** 64:7 66:24 147:25 148:15
**opposed** 48:23 81:13
**options** 69:3
**order** 1:20 34:12 36:16 37:22 39:8 39:13,16,16,22 40:2 42:9,16 53:2 63:16 74:5,11,14 74:15,24 75:3,11 75:19 109:6,15 119:16 136:10 141:2 156:8,8,18 156:19,20,24 157:25 159:6,17 159:24 160:5,12 160:20 165:13,18 166:23
**orders** 75:22,25 118:23 119:5,6 147:24
**organizations** 61:11,17
**organizing** 62:4,5 62:18
**original** 173:12
**originally** 62:6
**outcome** 172:18
**outcomes** 165:4
**outline** 21:4 56:2
**outside** 15:19,25 21:2 47:2 83:8,15

85:8 86:10 87:16 87:24 88:13,22 89:7,14,22 90:5 91:25 94:2 96:5 98:14 99:24 103:5 120:17 133:12 152:9
**overall** 126:24 143:25 145:7 151:12

**p**

**p** 2:2,2 4:2
**p.m.** 77:17,18 85:13,14 141:9,10 163:11,12 168:4
**pack** 109:8,9
**packard** 1:4
**packet** 33:4
**page** 11:12 12:5 25:15,16,21 40:10 42:22 44:15,16 45:8,10 47:20 57:4,19,22 60:5,10 66:11 138:14 141:22,23 143:13 143:25 145:24 151:2 169:13 170:4,14 171:6,15 174:8
**pages** 150:5 169:9
**paid** 26:18
**paint** 66:5
**paper** 10:6 59:25 136:18 149:13
**paperwork** 68:12 68:13 152:7,9
**paragraph** 11:21 71:21,23 73:6,10 73:15
**parking** 21:20

**part** 36:3 50:20 54:3 59:4 65:20 66:2 73:2,5,15 79:9 80:13 120:14 130:10 160:10
**participant** 57:18
**participate** 32:25 82:24,25 83:3,7
**participated** 82:25
**particular** 14:15 14:23 16:16 29:6 43:16,23 64:6 72:22 118:12 124:7 149:12 156:2,5,7 158:22
**parties** 3:4 172:16
**party** 24:13,16,25 25:7
**pass** 123:3,13 124:4 135:25 136:10,12 151:16 151:18
**passed** 123:20 148:18 149:11 151:9
**passing** 124:9
**patrol** 33:6 35:13
**peace** 72:16 75:8
**pedagogically** 38:16
**pedestrian** 64:25 76:19,21 88:11 89:20 91:9 93:8 98:20 158:23
**pedestrians** 72:2 162:15,18,19
**penal** 34:20 36:16 71:9,13,17
**people** 13:12 19:24 52:17 64:20 64:22,23 65:6

84:2,6,19 105:19
107:13 118:19
125:23 127:10
130:6 137:10,11
143:18,21 149:22
151:8 155:19,20
155:22 162:19,21
163:3 165:8
**perceived** 61:14
**percent** 126:3,4,10
126:19 127:3
145:22,25
**percentage** 123:3
123:9 143:21,22
145:6 147:3
**perfect** 125:20
**performance**
164:7,9,19 165:3,3
**performing** 161:7
**period** 14:16,24
42:19 78:24 86:5
121:20,24 127:4
129:2,8,14,24
136:7,17 140:25
150:12 161:15
163:25 166:18
**perkins** 1:18 4:1,8
4:14 5:1 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1

48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1,19 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1,20 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
155:4 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1,25
166:1 167:1 168:1

169:7,16 170:6
172:11 174:20
**permits** 42:2
**person** 58:3 72:5
72:20 81:20
113:25 114:6,8,9
114:11,17 118:8
**person's** 72:13
**personally** 20:22
**personnel** 28:3
33:6,8 81:21
84:17
**personnel's** 22:20
**persons** 34:25
35:6 116:6 155:14
**pertaining** 157:20
**petition** 155:14
**phase** 135:21
**phillips** 1:6
**phone** 17:11 18:15
19:2
**physical** 7:15 36:2
124:10 127:14
**pictures** 23:3
**piece** 59:25 84:9
84:12 149:12
**pin** 126:6
**pins** 125:23
**pistol** 126:2
**pl** 158:18,20 159:2
160:2,7 161:13
167:2
**place** 28:9,10,12
28:12,21 29:3,9
32:5,9 37:15
42:19,24 75:15
76:11 155:16
158:2
**places** 14:2,19
15:4 129:18,22

**plaintiff** 24:23
26:4
**plaintiff's** 87:6
163:18 170:14
**plaintiffs** 1:8,18
2:4 4:3 11:5,8
25:12 26:10 37:6
37:11 42:20 43:5
43:9 50:2 55:18
94:12 95:9 96:2
96:22 138:24
139:7,11,13
153:16 171:6
**plan** 37:6,15 38:7
38:8 39:7,13,18
40:2,6,11,18,20,22
42:9 44:25 45:10
45:18 49:15 53:2
53:5,6 55:5 56:10
56:17,23 60:2
88:4,9,17 89:3,11
89:18 92:4,12,19
93:5,23 97:13,21
98:3,19 163:19,21
164:2,7,14,17
167:7 170:20
**plans** 18:12 33:20
33:21,24 34:4,15
35:10,11,13,15,17
35:22,24,25 36:7
36:13,20,23 37:2
42:15,20,23,24
44:7 45:22 49:16
52:6,15,21 53:13
54:8,16,24 68:14
77:4,6 87:21 97:5
121:15 156:2
162:5,5 163:22
164:3 170:21
**play** 29:14

played 100:14
112:13,24 113:8
113:12,23 114:20
players 77:22
plaza 28:12
please 43:14 67:8
67:8 75:23 96:18
99:13 112:15
131:18 133:18
159:5 165:16
173:3,7
pllc 1:19 2:5
plus 119:20
point 8:18 23:4
27:14 34:7 37:18
51:17 98:12
109:13 112:10
113:2,9,13 143:4
151:2 154:22
164:18 165:5
pointed 112:18
pointing 113:22
114:10,11,15,17
116:9,22 118:19
points 38:22
125:18,19 135:10
police 5:9 13:12,25
14:7,9 20:3 23:5
24:19 26:2,8 27:7
28:12,13 35:4
38:14 41:13 42:3
42:5,5 51:16,18
52:11 53:12 61:13
61:14,17,24 62:19
64:16,18 65:11,11
72:8 73:25 75:14
82:12,15,16,20,21
82:22 83:6,8,14
84:16 101:22,25
102:4,5 103:5
105:3,11,25 119:8

119:24 120:2,3,12
120:14 121:11,14
131:17,24 132:11
132:21 155:17
156:11,15,24,25
157:19,24 158:12
158:17 159:25
160:15,19 161:15
161:21,24 162:2,5
165:17,25 166:21
166:24
policies 61:16
94:17,21
policing 31:4,5
34:23,23,24 35:5
68:10 69:11 70:7
70:23 87:22 88:19
89:5,25 90:8,15,22
91:5,7 92:14
93:12,17 99:3,7,11
99:15,23 100:24
101:16,20 102:12
115:13 119:11
125:11 128:7,13
128:17 131:13,15
131:20,22 132:9
132:14 133:2,9
142:14,14,17
143:20 145:3
152:2,6,13 156:23
162:14
political 72:6
portion 39:23 61:9
portions 60:7
position 48:24
94:14,14,24
positions 73:2
possibility 148:3
possible 152:16
possibly 31:22
34:8 108:19

post 12:23 48:9,16
67:22 129:5,11,20
130:6,7
power 13:25 14:7
14:10 131:17,24
132:11 157:19
pp 29:3
practice 125:14
127:2
practices 26:9
94:17,21
precinct 22:12
28:3 58:7 59:3
60:23 61:12 62:4
63:3,9,14 64:19
precincts 28:8
29:2 32:11 55:8
preparation 16:10
16:13,25 19:4,11
prepare 17:8,13
17:16,19
prepared 11:24
17:9 19:4 28:20
45:21 65:12 68:17
68:20
preparing 16:6
presence 62:20
64:16 65:11
present 2:23 75:7
116:25 117:3,6,9
117:11 146:14
presented 50:13
50:14 84:17
pretty 79:16
prevent 161:7
165:13,18
previous 17:23
previously 162:12
163:18
primary 162:14
162:22,24 163:2,2

165:12,17
principles 70:22
73:12 157:12
158:4,9,14
print 60:14
prior 18:16 38:12
104:11,12 105:13
105:15,18 107:7
107:11 109:12
112:5 115:2
161:25
probable 72:16,22
106:4,10 107:8,11
108:6,11 109:3
113:17 115:5
117:16,19,20,24
118:3,15 157:24
158:5
probably 9:7
problem 65:4
135:17
problematically
146:17,19
problems 132:25
procedure 4:5
31:24 38:14,20
procedures 11:5
35:4 61:16 170:15
proceedings 168:3
process 38:23
processing 34:13
35:3
proctored 136:19
produced 19:7
20:11 112:2,4
professional 1:21
34:23 172:9
professionalism
166:13
professionally
34:24 156:23

proficiency 126:2
program 144:23
programs 35:23
progress 60:9
154:6
progressing
135:12
promoted 23:12
promotees 35:20
promotion 79:13
promotional 48:17
48:19 49:7
prompted 114:18
proper 71:8,13,16
88:21 90:3,10
93:13,18 99:6
properly 58:20
137:6,6
property 34:25
35:3
protect 166:2
protected 40:24
41:23
protection 40:19
protections 41:3
protects 40:15
protest 45:13 68:9
70:19 74:2 75:15
76:8,12 77:13
87:9,23 89:6,21
90:22 91:5,8 93:9
95:17,23 99:7,23
100:24 101:16
102:12 116:16
117:14 118:10
128:8 131:2,15,22
132:8 133:2 152:2
152:6 155:14,18
159:15 162:14,15
162:18 163:5
166:6,8,9

protester 36:10
75:6,7,15 105:3,24
protesters 69:22
71:5 72:9 91:13
95:21 97:7,15
98:6,22 99:4
109:5 155:19,20
155:23 163:5
166:2,5,11,14
protesting 155:21
162:21
protests 14:19,25
15:3 36:11 66:13
69:16 70:24 76:16
76:20 92:15 93:25
97:13 125:7,11
128:13,17 129:12
129:21 130:2,20
131:13,20 132:14
132:21 133:9
155:8 160:8,9,13
provide 54:10,12
54:20 67:13 75:16
128:19 129:9
155:4,7 157:2,7
160:15
provided 8:18
12:2 48:22 56:14
56:16,20 57:12,13
71:12 75:25 76:7
76:15,19,24 77:3
94:15 132:13
156:14 157:4
160:21 161:9
166:21
provides 74:10,17
74:21 75:5,13
77:12 155:13
158:4 159:22
psychology 38:19

public 1:22 14:2
14:18,19 15:3,3
34:12 36:16 37:22
39:8,13,15,16,22
40:2 42:9,16 53:2
61:14 68:10 69:11
70:7,23 72:15
75:15 95:22
129:12,17,21,22
155:16 156:7,8,18
156:19,19,20
159:24 160:5,12
160:20 162:21,22
162:24 166:9,12
166:23 169:24
172:9 174:25
pull 111:21 152:14
punitive 96:3,22
purpose 20:20
66:7
purposes 9:25
pursuant 1:20 4:4
pursue 124:13
pushed 107:21
put 39:21,22,25
51:13 52:18,18
53:9 69:6 96:18
98:10 153:2
putting 30:25
puzzle 84:9,12

**q**

qualification 80:4
80:4 119:10,17
qualified 119:9
queens 23:13
27:14
question 3:8 6:8
6:10,10,12,19 8:21
9:3,12,14 15:15
17:4 24:15,20
30:17 41:13,14

43:11 48:18 52:5
53:10 58:25 61:15
65:15,19,20,22,23
66:21 69:8 70:2,4
70:11 75:23 79:13
81:23 86:5 99:13
101:7 102:9
127:20 131:18
132:2,16,17,18
135:9,21 136:9
137:10 138:9
140:9,17 142:16
143:3 144:6,7
145:15 146:2,15
146:16,20 147:2
152:13,15,16
162:13 165:23
167:11,19,22,24
167:24
questions 7:6
43:13 67:21 72:25
84:8 94:20 100:8
115:20 137:14,16
137:19,22,23,24
143:5 144:14
145:2 147:24
151:25 152:4,5,11
152:22 153:5,9
154:22,24 162:10
165:21 167:6,25
quick 163:10
quicker 6:5
quickly 61:19
quiz 124:9 135:2,5
135:6,9 136:20
quizzes 122:21
123:2 134:3,11,21
135:15 136:23,24
138:2,5,24 139:14
139:15,16,20
140:10,21,25

141:5 144:20,22
152:19 171:8

**r**

**r** 2:2 4:2,2 174:1,1
**rail** 32:18
**raise** 159:19
**raised** 65:7
**range** 31:9 80:3
127:14 150:8
**ranges** 150:7
**rank** 23:4,18
78:23 80:24,25
81:7,7,15,16,19
**ranking** 116:24
117:2,9,10 118:8
**rate** 135:20
**rates** 151:16,17
**rating** 125:16
**ratings** 125:13
128:5,10
**reach** 127:25
**reached** 89:4,11
89:18 93:23
**reaction** 61:25
**read** 15:8,12 40:13
40:21 58:20 61:8
63:24 64:6 65:5
65:10,13 66:20,24
67:11,13,15
133:14,15,18,20
162:25 165:11
169:8 173:3
**reading** 64:2
**ready** 12:7 13:21
14:4,6,8,14,22
15:13,16
**really** 9:20 66:10
137:11 147:7
**reason** 6:20,23 7:2
8:8 61:20,22
62:14 66:16 74:2

105:19 173:5
174:10,12,14,16
174:18
**reasons** 62:7 174:6
**recall** 19:20 37:3
**receipt** 173:14
**receive** 18:6,9
24:11 33:4 119:17
166:17
**received** 167:3
**receiving** 26:15
122:5,8 130:14
**recess** 77:17 85:13
141:9 163:11
**reckless** 159:3,4
**recklessly** 72:14
159:9
**recognition** 126:8
126:11,15,25
**recognitions**
127:24
**recognize** 112:17
**recognized** 127:11
127:12,13
**recognizing** 127:8
**recollections**
68:22
**recommended**
135:16
**record** 13:3 22:4
58:16 67:16 69:6
77:20 85:11,12,16
86:8 94:4,5,6,7,10
96:18 125:4
127:22 131:10,11
133:15,20 140:4,5
141:8 153:12
163:14 172:13
**recorded** 10:5
**records** 10:6 13:9
124:14

**recruit** 35:25
40:23 41:10,21
44:20 45:3 46:6,8
47:20 48:9,16
51:13 67:21,22
85:24 86:3,22
90:3,10 99:6
123:15 124:15,24
128:21 129:5,11
129:17,20 130:6,7
133:7 134:9,23
136:6 140:18
144:21 146:10
152:2 156:12
166:17
**recruit's** 38:22
**recruits** 17:24
35:14,16 38:11,13
39:2 40:3,5,7,9
44:23 47:12 77:7
79:16 93:14 101:2
101:17 115:14,24
123:3,10 124:7
127:23 128:6
129:4,10,16,19
130:5 133:24
135:11,13 137:7
138:9 141:2
146:11 151:18,18
156:20 157:5
158:15,15 159:16
160:21 161:10
166:4,24
**redirect** 167:6
**redress** 14:11
**reduces** 147:25
148:3
**refer** 9:19 57:18
81:6 157:18
**referenced** 156:9

**references** 11:18
**referencing** 60:22
**referred** 159:15
**referring** 9:20
10:5 55:25 65:14
**reflect** 53:6 124:8
166:25
**reflected** 53:5
**refresh** 68:22
**refresher** 48:11
128:19,23
**refusing** 74:11,23
**regard** 16:11 26:9
33:25 34:2,4,5
36:20 94:23
157:23 160:13
**regarding** 87:22
88:5,10,18 89:5,12
89:19 90:22 91:5
91:7 92:14,21
93:7,24 97:13,21
98:3,19 99:20,22
102:24
**regards** 130:20
**registered** 1:21
172:8
**regulate** 14:10
75:14
**regulations** 34:22
**reinstruction**
148:14
**relate** 31:13 67:20
83:17 137:17
138:2 152:5
**related** 15:2 52:7
61:17 68:9 86:23
87:2 130:2 138:5
139:16,22 140:12
172:15
**relative** 53:21
54:18

released 50:9
relevant 11:19,22
  11:25 13:20 42:17
  44:9 45:6,11,15,16
  45:25 47:22 49:11
  52:7 53:17 54:6
  54:16,24 56:3
  71:20 73:16 80:11
  82:19 83:3,8,18
  84:13 85:4,9,23
  86:4,6,14,19
  121:20 122:22
  128:24 137:17
  138:6 139:17,22
  139:24 140:12,14
  141:3
remember 5:14,20
  5:21,23,24 6:19
  29:7 121:6 153:25
removed 38:7
repeat 34:19 75:23
  81:23 99:13
  131:18 165:16
replaced 37:18,19
  37:20
report 139:8
  141:15 171:9
reporter 1:22 4:16
  4:17 8:20 172:9
represent 139:20
representing
  10:20
republican 15:2
  38:2 91:14 92:6
  92:13,20 93:6,24
  130:2,21
request 124:24
  152:10,12,25
  154:7 171:15
requested 23:7

requests 153:17
require 61:24
  145:18 162:4
required 158:25
  160:24
requirement
  65:10 124:10,12
requires 72:7
reserved 3:8
resolution 26:20
resolved 26:24
  27:2
respect 59:9 94:11
  94:17,20,21 155:8
  155:25 157:11,12
  158:9,14 159:14
  160:7,11,19
  161:21 162:2
respective 3:4
response 65:12,18
  122:25 146:24
  162:13
responsible 13:13
rest 73:20
restrict 36:9 66:14
  80:10
restrictions 76:12
restricts 42:2
result 41:16
results 12:24
resuscitation 49:5
retake 149:8
return 173:12
review 8:19 18:7
  18:24 42:18 63:18
  68:12,13,14 117:4
  120:4 138:13
  141:11 145:19
  151:24 153:5
  161:23

reviewed 17:14
  54:9 68:16 121:15
  121:17,21,23
reviewing 43:10
  71:21 111:17,18
  139:25
revoked 51:5
reward 126:25
richard 95:20 97:6
  97:14,23,24 98:5
  98:22 99:5
right 8:21 37:3
  57:21 65:22 69:15
  70:18 84:13 138:9
  142:3,6,13 143:22
  151:22 162:7
rights 14:11 36:8,9
  36:10 41:8,23,25
  61:16 68:9 71:5
  95:22 97:8 155:22
  156:5,10 163:4
  166:2,14,15
rise 107:2,11
  108:6,10 113:17
  114:4 115:5,10
risk 159:11
rle 1:8
rnc 49:21 55:4
  76:22 93:13,18
robinson 2:19
  4:20 11:14 12:9
  13:2,5,17 15:15,18
  15:24 17:2 20:12
  22:3 43:10 53:19
  56:4,6 57:5,9 58:8
  58:12,14,18,21,23
  63:23 64:14 66:19
  66:23 67:10,15,19
  72:24 73:7,12,18
  74:4,7,13,25 75:9
  75:17 76:2 83:10

86:9,15 87:16,24
  88:13,22 89:7,14
  89:22 90:5,12,18
  90:25 91:10,15,25
  92:8,16,23 93:10
  93:15,20 94:2,9,11
  95:3,13,15 96:5,11
  96:20,25 97:9,17
  98:7,14,24 99:8,24
  103:21 105:9,21
  107:4 108:12
  110:11 111:2,9,20
  112:2,7 115:7,25
  118:5,24 123:5,24
  133:4,12,16
  138:18 153:6,9,21
  154:3,20,23 155:3
  162:7,13,24 163:8
  165:22,24 167:10
  167:23 170:7,9
rodman's 27:22
  28:25
role 29:14 165:12
  165:17
roles 156:24,25
roll 33:10 50:16
room 8:14
round 125:17,18
rounds 125:17
rpr 172:22
ruled 99:4
rules 4:4 34:21
ruling 73:22

s
s 2:2 4:2 170:12
  171:4
safe 155:19,19
  162:18
safety 35:19 64:19
  162:21,22,24
  163:2,3

**sarah** 87:6
**sas** 25:13 170:18
**satisfy** 123:10
**saw** 100:16 102:19
  107:13,13
**saying** 17:6 57:10
  58:21 59:8,16
  106:3 114:15
  118:19 167:10
**says** 36:18 142:14
  142:18,21 143:25
  144:3,8
**scale** 131:2
**scantron** 136:18
**scene** 116:14
**school** 35:19
**science** 38:15,19
**scope** 13:6 15:20
  15:25 17:16 74:5
  75:2,10,18 83:11
  86:10 87:17,25
  88:14,23 89:8,15
  89:23 90:6 92:2
  94:3,8 96:6 98:15
  99:25 133:13
  157:22 167:15,16
**score** 125:20
**scored** 143:22
**scrambled** 80:23
  81:6,8
**sealing** 3:5
**search** 20:21 35:3
  110:14 157:15
**searches** 111:14
**searching** 17:21
  109:18,22
**second** 5:19 25:16
  67:5 141:17,22
  148:8,12 149:4
  153:11 163:7

**seconds** 112:23
**section** 13:15
  22:22 46:25 50:13
  64:6
**sections** 160:8
  161:14 167:2
**see** 15:21 20:3,18
  21:2 25:18,23
  34:9 45:7 52:25
  57:9 60:6 100:7
  100:25 101:4,6
  103:9,17 104:6,8
  105:4,6,16,17,23
  105:24,25 106:17
  106:18,20,22,24
  106:25 107:9
  108:4,6,9,22,22,24
  109:13,16 112:20
  112:25 113:16,19
  113:20,21,22
  114:3,13,17,23
  115:5,10,11,12,18
  115:19,21,23
  117:5,5,12 118:18
  119:3,4 121:16
  135:11,13 137:9
  138:8 143:13
  149:19,20 150:6,7
  151:2,10 152:15
  152:16
**seeing** 151:8
**seek** 75:14 128:15
**seen** 37:13 43:15
  43:20,23 61:24
  112:5,10 114:21
  151:11,15,19
**seize** 14:2
**seizure** 35:3
  157:16
**selection** 12:19

**send** 51:25 153:21
**sense** 20:24 158:6
**sent** 50:9,10,23
  51:4
**separate** 38:13,14
  38:14 49:7 127:16
  147:12
**september** 14:17
  14:25 18:4 42:25
  43:22,22 46:16
  56:3 129:3,9,15,25
  130:25 133:11
  153:15
**sergeant** 4:13 18:2
  18:2 23:12,20
  24:24 25:4 33:12
  43:13 85:18,20
**sergeants** 26:7,21
  33:3,10,14 36:23
  37:2 55:10,10
  78:25 79:2 80:20
  120:2 130:16,16
**served** 153:16
**service** 35:18,21
  35:22 47:17
  128:20 129:5
**services** 22:22
**serving** 154:11
**set** 16:20,21 18:18
  19:2 123:8 137:25
  149:14 153:16
  172:12
**setting** 16:11 59:3
  60:5 136:15,19
**settled** 94:18,22,25
  96:15
**settlement** 26:23
  87:13 89:4,11,18
  91:23 93:23
**seventy** 136:13

**sex** 34:25
**sgt** 94:19 155:4
  165:25
**sharkey** 2:25 4:24
  112:16
**sheet** 173:6,7,10
  173:13
**shirt** 78:15,16,21
  78:22,24 81:9
**shirts** 78:18,25
  79:2,3 80:19,22
**shootings** 61:13
**short** 78:24
**show** 70:9 100:6
  115:16 116:6
  161:18 163:17
**showing** 148:21
**shown** 169:12
**sic** 22:2
**side** 19:25 22:13
  24:17 39:17,17
**sidewalk** 36:10
  87:9,22 88:6 89:5
  89:13,21 90:22
  91:5,7 92:14,22
  93:9,25 95:17
  97:13,22 98:4
  99:7,23 100:24
  101:16 102:12
  106:11 108:18
  115:13 117:14
  128:7,13,17
  131:13,15,20,22
  132:8,21 133:2,9
  152:2,6 159:15
**sidewalks** 69:17
  70:19 77:13
**sight** 166:7
**sign** 173:7
**signature** 172:21

signed  3:12,14
signing  173:9
similar  102:11
similarly  1:7
simple  65:19
simulation  29:15
sit  63:19 70:12
sitting  4:15,22,23
situated  1:7
situation  50:18
    63:2 118:13
situations  160:12
six  19:15 101:12
    143:13 150:14,20
sixty  145:22
size  118:10
ski  131:2
skipped  96:9
    144:7
slightly  167:16
smaller  77:25 78:3
snippets  100:6
social  38:15,19,19
society  34:24
solely  31:13,15
    139:16
somebody  6:5
    17:7 50:13 61:2
    63:7 65:24 81:9
    104:9 105:7
    106:25 107:18
    108:5 113:2,10,14
someone's  147:7
someplace  116:19
sorry  15:10 37:9
    111:24 127:19
    131:25 133:18
    153:10
sort  65:11 80:25
    107:16 142:3,6
    145:18 150:7

sorts  84:8
sought  96:22
sound  166:7
sounds  34:7
southern  1:3
space  166:8 173:5
speak  72:6 102:16
    103:8,14 104:16
    104:17 115:3
    116:7 155:15
speaking  54:11
    67:2,4 114:12
special  45:7,22
specialized  46:25
    47:13 50:12
specialty  48:25
specific  20:8 28:4
    28:7 29:19 30:23
    31:2 47:23 49:8
    49:14 53:21 54:18
    54:23 63:2,3 67:4
    67:24 81:10 82:10
    119:6 124:19
    126:25 129:3
    137:5 138:2,5
    140:17
specifically  26:25
    30:5 36:10 46:13
    67:21 73:8 80:9
    96:10 106:23
    111:11 125:2
    129:7,13 156:6
    167:6
specifying  63:9,10
speculate  105:22
    115:22
speculation  111:3
speech  14:11
    69:23 155:15
spelled  60:6

spoke  17:25
spoken  18:15
spring  22:23
square  22:13
ss  169:3 172:5
stacked  107:17
staff  22:22
stamp  56:6 58:8
stamps  58:15
stand  51:3 119:12
    121:5 142:19,20
standard  71:25
standards  76:15
    77:12 122:15
stands  51:4 67:19
    122:11 142:22,25
start  4:25 16:6
    97:25 103:2 118:2
    139:19
started  102:18
    103:7 104:13
starting  107:7
    109:12 133:10
    145:2 147:18
starts  104:19,20
    104:23 138:22
    139:5 143:11
    148:8,11,15
    149:15 150:2,3
state  1:22 5:17,18
    39:17 64:3,4 65:6
    119:10,15 120:4,7
    120:11,16,19,20
    122:6 158:25
    160:24 161:4
    169:2 172:4,10
    173:4
stated  68:17
statement  94:10
    95:13 101:23

states  1:2 59:6
    157:24
statistical  138:14
    139:7 141:15
    144:18 147:11
    153:3 171:9,17
statistics  124:14
    124:20
statute  52:12 71:4
statutes  51:17
stays  162:17
stecklow  1:19 2:5
    2:9 4:9,10,12,18
    11:3,16 15:16,21
    16:4 17:4 20:10
    25:10 37:4,8
    42:12 43:4,11
    49:25 55:17 56:5
    56:8 57:2,6 58:10
    58:13,17,20,22,24
    60:14 66:22,25
    67:12,17 73:5,10
    73:15 77:15,19
    85:11,15 86:12
    94:4,6,23 95:4,11
    96:8,12 98:10
    100:10 111:21
    112:4,14,22
    131:10 133:14
    138:20 139:2
    140:4 141:6 151:5
    151:22 152:25
    153:7,10,13,22
    154:5,21 157:21
    162:9,11 163:6,9
    163:13,16 165:20
    167:4,12 168:2
    170:6,8
step  48:23
stipulated  3:2,6,10

stitching 81:2
stop 6:20 61:15
　112:14
stories 23:3
street 1:19 2:6,16
　4:11 14:18 19:18
　20:3,5 22:14
　23:14 27:6,21,25
　28:24 29:2,6 35:2
　35:12 42:24 44:3
　45:13 57:17,24
　58:6,6 59:2,12,13
　59:16 60:20 61:5
　61:7,11 62:3,6,7
　65:25 66:6 77:21
　85:17 95:17 99:16
　99:21 100:12
　129:6,7 131:5,14
　131:21 132:10,22
　133:3,10 155:20
　157:16 163:15
striations 59:3
student 18:12 77:6
　122:25 146:18
　148:18
students 148:22
　148:24,25 156:15
studies 57:15,25
study 57:18 58:5
　59:4 60:19,21
　62:25 63:4,5,15
　65:24 66:2
stuff 59:19
sub 71:13
subject 10:22
　45:11 72:21 73:16
　85:4 169:11 173:9
subjects 11:19,22
　11:25 13:20 34:5
　44:10 45:6,15,16
　45:25 47:22,23

49:12 52:8 54:6
　54:24 71:20 80:11
　82:19 83:4,8,18
　84:13 85:9,23
　86:4,6,14,20
　122:22 128:24
　137:17 138:6
　139:23,24 140:13
　140:15 141:3
submit 124:24
　152:10
subscribed 169:20
　174:22
subsection 71:9
subsequent 164:17
substance 39:5
　155:11 161:3
substantial 72:14
　77:12 88:6 89:13
　91:8 92:21 97:22
　98:3 159:9,12,18
　159:18
substantive 16:24
　18:19,22 39:8
substantively
　39:24
subtle 81:16,19
subway 22:9,12
sued 5:16 24:15,19
　24:24 25:4 90:15
sufficient 131:16
　131:23 132:10,14
suffolk 172:6
sullivan 95:20
　97:6,14,24,25 98:5
　98:22 99:5,20
summaries 151:3
　151:5
summarizes
　151:15

summary 95:19
　96:16 97:5,14,23
　98:4,21 147:15
summons 34:13
summonses 36:17
summonsing
　156:22
supervising 96:3
　96:23 128:11
supervision 5:15
　136:25
supervisor 68:2,5
supervisors 48:22
　48:23
supposed 8:3
　117:15 154:13
　164:15
sure 28:18 52:5
　53:4,16 55:6
　64:21,24 65:14,15
　84:7,8 102:10
　117:8 119:21
　120:10 130:16
　131:19 154:9
　162:17 165:16
　166:11,14
surrounding 5:24
　49:21
suspender 154:19
swear 8:13 57:3
swetman 1:6
swore 8:11
sworn 3:11,14 4:5
　4:15 169:20
　172:12 174:22
systems 144:23

t

t 4:2 170:12 171:4
　174:1
table 30:9 46:10

tables 107:14,16
　107:20 108:7,22
　108:24,25
tactical 31:6,7,8
　31:14,15,17,18
　32:13 35:23 48:24
　48:25
tactics 31:21,23
　36:3,3 127:15
take 8:4 23:22,25
　28:9,11,12,21 53:8
　53:11 55:10 60:10
　77:15 79:5,7,11
　82:22 86:15
　109:20 112:18
　113:2,10,14,24
　114:15 118:19
　119:16 135:25
　136:14,15,16,18
　141:7,22,23
　148:15
taken 1:18 7:12
　19:25 20:3 28:10
　77:17 85:13 111:7
　136:23,24 137:24
　141:9 163:11
takers 148:18
takes 149:6
talk 31:11 59:21
　67:14,22 158:8
talked 17:24
talking 20:25 36:8
　49:24 59:11,19
　67:25 68:5,6 78:9
　141:25 156:6,7,21
　156:22 166:4
talks 41:5 58:6
　156:4
target 125:14,19
　127:2

**targets** 128:2
**task** 21:12,14,24
**taught** 38:14 44:8
  44:11,22 47:16
  52:4 70:22 103:6
  137:6 164:3
**teach** 31:23 35:14
  35:15 119:10
  156:19 164:15
**teaches** 73:25
  137:2
**teaching** 35:18,18
  36:2,23 38:18
  165:8
**tell** 5:13,19 8:12
  8:15 15:12 19:19
  21:4 38:10 42:18
  106:19 140:20
  145:4 151:2,24
**telling** 167:13
**temporary** 22:2
**ten** 110:23 126:19
  127:3 135:9
**tendered** 91:23
**term** 10:4 31:11
  31:13 79:14 81:5
  81:8,10,10 164:18
  164:24
**terminal** 29:5
  165:3
**terms** 68:4
**test** 123:13 124:9
  136:14,18 137:4
  142:10 143:18
  147:7 152:14
**tested** 151:25
**testified** 4:6 56:19
  83:13 94:16 100:3
  133:22 143:5
  152:19 155:24
  162:12 163:21

**testify** 6:23 7:3,16
  7:20,24 8:5,9 9:16
  11:24 12:7 13:21
  14:4,6,8,14,22
  15:13,16 28:20,23
  45:21,24 64:10
  68:17,20
**testifying** 10:15
  64:10 86:9,12
  105:23
**testimony** 17:3,8,9
  17:19 64:13 94:8
  104:22 108:2,25
  162:16,23 169:9
  172:14
**testing** 133:25
  146:8 152:11,12
  152:17
**tests** 133:23
  134:23 136:9,16
  144:19,21 151:20
**thank** 17:10 43:3
  82:6 98:17 152:18
  168:2
**thereunder** 41:24
**thing** 29:23 80:16
  139:18 142:3
  150:7 154:19
**things** 38:24
  109:11 127:10
  128:2
**think** 8:20 9:7
  14:21 15:20,25
  35:9 36:22 49:8
  53:3 56:23 57:20
  58:10,11 66:8,10
  78:24 80:16 86:7
  86:12 98:11
  112:12 121:9
  138:12,14 141:24
  150:22 151:5,22

153:7 154:17
  165:15 167:5,8,14
  167:15,20
**third** 31:6 113:25
  141:17 149:15,17
  149:18,20,20,25
  150:3,8
**thirty** 173:13
**thought** 65:18,19
  79:14 132:13
  147:5
**threaten** 72:14
**three** 20:8 38:12
  57:7 121:19
  127:16 136:6,9
  142:6,9 147:11
  149:23 150:18
  167:6
**thrown** 146:20,21
**tickets** 21:17
**tied** 59:15,16,19
**time** 3:9 4:10
  14:16,24 16:11
  17:9 20:18 21:11
  23:18 24:25 27:17
  29:25 30:17 31:9
  33:22 42:19 48:18
  50:9 54:11 63:15
  67:5,16 75:15
  76:11,24 77:19
  78:24 80:12,19
  83:2 85:15 86:5
  100:15,20 101:15
  101:18 102:18
  104:12 105:6
  109:7,8,13 111:12
  112:15 113:25
  121:20,24 122:9
  127:4 129:2,8,14
  129:24 130:20
  136:17 137:24

140:22,25 141:7
  150:12 163:9,13
  163:25
**times** 5:5,7 29:24
  83:14,17 121:21
  126:22 150:15
**timing** 111:15
**title** 20:6 30:3
  31:10
**titles** 30:24 31:2
  109:19
**tobin** 1:21 4:17,18
  172:8,22
**today** 6:24 7:4,17
  7:21,25 8:6,9 9:12
  9:25 11:24 31:3
  68:16,24 69:2
  79:21 94:8 154:14
  154:18
**today's** 10:14 16:6
  16:10,25 19:12
  154:7
**told** 9:8,9 81:6
  109:10
**top** 30:9 46:10
  121:6 125:23
  126:19 127:2
  143:10,24,24
  145:4
**topic** 13:15 15:17
  41:7 68:21 71:3
  142:3
**topics** 11:25 15:14
  28:19 36:14,24
  47:15 53:17,22
  54:17,18 68:15,18
  71:23 86:17,21
  119:10 137:5
**total** 103:25
  109:25 124:7
  148:17

touch 36:13
touched 156:3
tour 146:11,11
traffic 21:11,12,14
  21:16,24 35:21
  64:25 76:20 91:9
  158:23
train 84:18 120:13
  158:17 159:25
  166:2,4
trained 51:16
  84:16 116:5
  122:19 146:12
  161:15,24
trainees 122:18
trainer 50:17
  53:25
trainers 12:20
  131:12
training 11:6,19
  11:22,25 12:19,22
  12:23,24 13:10,15
  13:19,20,24 14:6,9
  14:15,17,22,25
  16:2 17:14,18,24
  18:24 27:4,18,21
  27:22 28:14 29:17
  29:20,25 30:2,3,6
  30:10,12,15,16,22
  30:23,25 31:2,7,8
  31:14,16,17,18,25
  32:2,5,6,7,10,13
  32:14,14,15,19,23
  32:25 33:3,4,7,9
  33:12,13,16 34:2,4
  34:5 35:23 36:2,3
  36:23,24,25 38:11
  38:11,25 40:4
  43:5,18,23,25 44:5
  44:9,14 45:3,6,11
  45:15,16,25,25

46:4,6,9,11,11,18
46:19,20,20,21,24
46:25 47:11,13,20
47:21,22,23,25
48:2,5,8,9,10,12
48:17,18,20,21,22
48:22,23 49:4,6,8
49:11,12,13,15,17
49:18,19,20,20,22
50:3,6,12,12,17,17
50:20,21,22 51:3,4
51:7,8,9,11,14,16
52:3,7 53:12,17,18
53:22,23,24 54:2,6
54:7,13,15,16,18
54:21,24,25 55:2,4
55:7,9,10,10,13,14
55:15,16,19,21,23
56:21 60:3 61:4
61:23 62:15 63:8
63:17,21 66:2,17
67:21,23 68:2,5,11
69:11,15,19,21
70:7,17,23 71:2,7
71:8,11,15,20,24
72:12,19 73:16,25
74:9,21 75:5,13,20
75:25 76:4,7,10,14
76:18,22,23,24
77:8,9,12,24,25
78:2,4,5,8 79:5,9
79:11,12,15,17,22
79:24 80:2,11,11
80:14 82:15,19
83:4,7,8,18 84:5,7
84:13,14,17,23,24
85:3,4,6,8,9,22,23
85:24,25 86:3,4,6
86:14,18,19,20,23
87:2 88:21 90:3
90:10,11,23 91:6

93:14,19 94:24,25
96:14 99:6,21
101:2,17,21
102:13,23 103:12
103:19 115:14,24
116:8 120:11,25
121:13 122:15,22
122:23,23 123:4,7
123:10 125:4,5
126:15 127:14
128:21,24 129:4,5
129:10,11,16,20
129:21 130:5,9,11
130:14,15,16,19
131:19 132:13
133:9,24 134:9,12
134:17,21,24
135:21 136:7
137:17,22 138:6
139:22,24 140:13
140:14 141:3
146:10 155:5,7,12
155:13,24 156:3,9
156:12,14 157:2,4
157:7,12 158:13
159:22 160:4,7,10
160:16,19,22
161:9,12,21
164:11,12 166:18
166:20,25 167:2,2
167:3 170:16,22
170:23,24
trainings 27:7
  28:2,5,9,10,11,12
  28:21 29:3,9,10,12
  29:15,22 30:4,24
  32:8 33:9 48:16
  48:25 49:2,2,4,10
  72:4 77:4,6 80:5,8
  82:7,12,18 83:3,14
  83:22 84:12

129:25
transcribed 8:22
transcript 8:19
  169:11 173:14,15
transcripts 166:25
transferred 22:6
  22:17,19 23:11,13
  23:17,19,22
transit 22:8 23:13
treating 26:17
trees 138:17
trial 3:9 9:4 96:2
  96:22
tried 17:15
triggered 18:25
trimester 134:23
  135:5,19,23,23
  136:5,20,22
  137:20,21 138:22
  141:17 143:6
  144:21 147:12,13
  147:17,18,21
  148:5,8,12,13
  149:4,4,15,17,20
  149:21,25 150:3,8
  150:15,23 152:19
  152:23 153:3
  171:16
truck 107:17,20
true 144:13,14,16
  144:20,24 169:10
  172:13
truth 8:12,15
truthful 63:13,20
  64:3,3
truthfully 6:24 7:3
  7:16,20,24 8:5,9
try 20:24 21:3
  66:5 101:7 154:17
trying 7:7 29:20
  34:6 65:21 66:6

79:14 81:24 84:7
111:15 132:5
**tuesday** 16:23
17:12 18:15
**turn** 20:15,16
65:19 150:6
**tutoring** 135:16
**twice** 6:3 80:4
**two** 5:7 11:4 42:15
77:16 79:2 117:21
119:20,20,22
120:16 125:18,19
136:19 146:7
147:22,23 148:5,6
148:11 149:19
150:3,13,15,15
153:15 154:13,16
165:11
**type** 30:2 32:10
33:16 68:2,5
126:11
**types** 29:8 32:23
32:25 46:10,18
80:24

**u**

**umbrella** 30:25
31:11,13
**unaware** 34:16
**unclear** 6:11
**uncomfortable** 7:7
**unconstitutional**
99:5
**underlined** 40:13
**underlying** 92:5
92:13,19 93:6
**underneath**
142:18
**understand** 6:3,8
8:17,23 9:2 10:13
17:5 29:8 46:9
62:16 66:7 79:8

81:24 122:18
137:5 138:15
140:17 141:24,25
142:25 152:5
153:4 164:11
165:8 166:5
**understandable**
6:14
**understanding**
36:12 38:4,6 62:2
105:7 107:21
113:5 128:7,12
131:25 134:20
135:11,14,18
147:7 151:7
**understood** 81:11
**unfairly** 26:18
**unfold** 115:19
**unfortunately**
68:23
**unified** 38:17
39:11,12,19,25
**uniform** 81:16
127:6
**uniformly** 147:2
**uniforms** 126:21
**union** 22:13 26:8
26:21
**unit** 17:22 36:4
52:2 127:15 146:8
146:9,10
**united** 1:2
**units** 13:12,13
**unlawful** 62:11
74:11,24 75:5
**unusual** 45:18
**update** 52:10,15
53:13 88:25 89:10
89:17 90:16 92:18
93:2,22 94:25
96:14 97:4,12,20

98:2,18 99:12,16
99:21 125:5 154:8
**updated** 52:21
87:20 88:4,9,17
89:4 90:23 91:6
92:4,12 93:5
**updating** 52:17
94:23 154:10
**upheld** 163:5
**upper** 62:22
**ups** 66:3
**use** 9:23,23 10:4,9
35:16 57:14 67:24
68:4 79:14 85:22
144:20,22 165:16
**utilize** 63:8 99:10
99:14
**utilized** 40:4 57:17
90:15 140:21,25
144:17 152:22
**utilizes** 58:5 60:19
**utilizing** 65:25

**v**

**v** 24:18 52:17
**varies** 123:7
**various** 19:17 32:9
35:18,22 52:6
91:12,24 92:5
122:20 128:2
155:16 156:11,23
**vary** 123:16
**vehicle** 80:6
162:20
**vehicles** 35:13
**vehicular** 64:25
158:23
**verbal** 19:23
**verdict** 26:23
**version** 147:22,23
148:5,5,6,8,11
149:5,6,15,16,19

149:19 150:3
152:14
**versions** 147:22,24
149:5 150:15
**versus** 87:13
**vertical** 142:6,9
**video** 10:8 19:11
19:21 20:2,4,5,14
85:22 100:4,7,11
100:14,16,17,18
100:25 101:5,7,11
101:12 102:15,18
102:19 103:2,7,9
103:15,17 104:4,6
104:7,9,13,18,23
105:14,15,16,17
106:9,10,22,24
107:7,10,13,19,21
108:24 109:12,13
109:17,21 111:17
111:19,22,22,24
112:3,11,13,20,24
113:4,8,12,21,23
114:5,7,12,20,23
115:4,9,11,12,15
115:17 116:3,5,20
117:5,5,7,12
118:18 119:3,4
**videographer**
100:13
**videos** 19:14,17
20:11,15 86:3,17
86:18,22,25 100:4
103:23 109:23,24
109:25 110:21
**viii** 44:17
**violate** 116:4
**violated** 95:22
**violation** 97:8
107:3,12 108:7
159:2

| | | | |
|---|---|---|---|
| **violations** 21:20 21:21 | **watching** 100:15 106:4 | 53:9 54:10 56:18 61:21 68:3 69:20 | 140:18 147:6 |
| **violence** 35:6,11 38:20,21 | **way** 6:11 10:15 28:18 41:22 66:6 | 74:18 76:5 82:6 83:20 87:19 88:18 | **wrote** 23:3 **wylie** 1:19 2:5,9,10 |

**violations** 21:20 21:21
**violence** 35:6,11 38:20,21
**visuals** 100:12
**vs** 1:10

**w**

**wages** 26:14,18
**waived** 3:5
**walking** 162:19
**wall** 14:18 19:18 20:5 42:24 44:2 57:17,24 58:6,6 59:2,11,13,15 60:20 61:5,6,10 62:3,6,7 65:25 66:6 129:6,7 131:5,14,21 132:9 132:22 133:3,10
**want** 11:3 20:10 28:17 29:8 33:20 36:6 53:16 55:6 67:6,7 106:21,21 112:7 120:19 127:21 138:13,17 141:22 154:17 164:10 165:7
**wanted** 124:22 152:8 154:8 167:17
**ware** 22:15
**warning** 72:8
**wash** 124:15 136:3
**washed** 125:2
**washout** 124:8
**watch** 19:11,14 100:10 107:19 111:22 112:9
**watched** 20:13 100:4,7,20 105:2

**watching** 100:15 106:4
**way** 6:11 10:15 28:18 41:22 66:6 70:3 107:24 135:11,12 137:8,9 138:11 145:5 151:7 152:4 153:5 167:5 172:17
**ways** 127:8 133:23 156:11
**we've** 13:20 15:14 32:22 44:10 67:3 94:7 95:11 161:14
**weapons** 35:2
**wear** 78:20,22 79:2,3 80:18,21 126:20,22
**wears** 78:23
**website** 111:25
**week** 119:20 148:14
**weeks** 119:21 154:13,17
**weighs** 143:8
**weight** 143:2,3
**went** 39:15 79:21 96:2
**whatsoever** 62:13 65:21
**white** 78:15,16,18 78:20,22,23,25 79:3 80:18,21 81:9
**width** 81:17
**wish** 174:5
**withdraw** 16:4 133:16 139:18 167:21,23,24
**withdrawn** 15:10 19:10 29:10 38:5

53:9 54:10 56:18 61:21 68:3 69:20 74:18 76:5 82:6 83:20 87:19 88:18 89:2 93:3 97:24 132:19 137:3 139:17 145:16 147:10 151:4 157:3 158:12
**witness** 4:15,19,20 10:15,20 19:5 24:23 67:9 75:2 75:10,18 94:15,19 167:13 169:7 170:4 172:11,14 173:1
**women's** 61:16
**won** 26:22 27:2
**word** 9:23,24 10:9 29:24 67:24 73:19 77:24 131:8 165:5 165:15,16
**worded** 146:16,18
**words** 40:21 164:21
**wore** 78:25 80:20
**work** 60:8 84:2 154:6
**worked** 22:23
**workshop** 35:11 35:12
**worth** 143:3
**wow** 137:11 147:5
**writing** 63:8 153:2
**written** 62:25 66:15 137:23 157:11 158:3 159:21 160:18 166:21
**wrong** 37:9 137:10 137:12 138:10

140:18 147:6
**wrote** 23:3
**wylie** 1:19 2:5,9,10 4:12
**wylielaw.com** 2:10

**x**

**x** 27:25 28:25 170:2,12 171:2,4
**xiv** 60:11,18

**y**

**yard** 32:18,20,21
**yeah** 22:11 58:22 163:8
**year** 24:11 80:5 131:4,14,21 132:9 132:21 133:3 150:10
**years** 121:18
**york** 1:3,11,17,19 1:23 2:7,7,17,17 4:13 9:13,17,21,24 10:15 13:14 26:2 26:4,14 64:11 85:18 87:7,14 88:4,9,16,25 89:10 89:17 90:15,21 91:4,23 92:4,6,12 92:18 93:2,5,22 96:13 97:4,12,20 98:2,18 99:10,14 99:19 119:9 120:7 120:10,12 131:2 172:4,10
**youtube** 19:17 20:19 109:18 110:13

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.