Page 1

```
 1
 2   UNITED STATES DISTRICT COURT OF NEW YORK
     SOUTHERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - x
     GEORGE PACKARD, EDWARD BECK,
 4   MICHELLE BERGER, ARI COWAN,
     CHARLES MEACHAM, and LARRY
 5   SWETMAN, individually and on
     behalf of all others similarly
 6   situated,
 7                       Plaintiffs,
 8        - against -            15-CV-7130(AT)(SDA)
 9   THE CITY OF NEW YORK, a municipal
     entity,
10
                         Defendant.
11
12   - - - - - - - - - - - - - - - - - X
                     217 Centre Street
13                   New York, New York
14                   September 20, 2018
                     10:31 A.M.
15
16
17        DEPOSITION of THE CITY OF NEW YORK, the
18   Defendant herein, by JOSE VEGA, taken by the
19   Plaintiffs herein, pursuant to Federal Rules and
20   Regulations and Rule 30(b)(6), held at the
21   above-mentioned time and place, before Anita M.
22   Cummo, a Notary Public of the State of New York.
23
24
25
```

Page 2

1
2    A P P E A R A N C E S :
3
4

     Attorneys  for  Plaintiffs
5         WYLIE  STECKLOW
          217  Centre  Street,  6th  floor
6         New  York,  New  York  10013
          BY:   WYLIE  STECKLOW,  ESQ.
7             wylie@wylielaw.com
              JON  AVIMS,  ESQ.
8
9    Attorneys  for  Defendant
          OFFICE  OF  THE  CORPORATION  COUNSEL
10        Law  Department  of  the  City  of  New  York
          100  Church  Street
11        New  York,  New  York  10007
          BY:   AMY  ROBINSON,  ESQ.
12
13
14   A L S O    P R E S E N T :
15   JONI  FORSTER-GALVIN
     Agency  Privacy  Officer
16
17   JOSEPH  SHARKEY
18
19
20
21
22
23
24
25

1                        STIPULATIONS

2

3

4

5

6        IT IS HEREBY STIPULATED AND AGREED by and

7    among counsel for the respective parties hereto,

8    that the filing, sealing and certification of the

9    within deposition shall be and the same hereby

10   waived.

11        IT IS FURTHER STIPULATED AND AGREED that all

12   objections, except as to form of the question,

13   shall be reserved to the time of trial;

14        IT IS FURTHER STIPULATED AND AGREED that the

15   within deposition may be signed before any Notary

16   Public with the same force and effect as if signed

17   and sworn to before the court.

18        IT IS FURTHER STIPULATED AND AGREED that

19   counsel representing the witness examined herein

20   shall be furnished with a copy of the within

21   deposition without charge.

22                        *   *   *

23

24

25

Page 4

1                     JOSE VEGA

2            J-O-S-E  V-E-G-A, a Rule 30(b)(6)

3   witness herein, having first been duly sworn by

4   a Notary Public of the State of New York, was

5   examined and testified as follows:

6   EXAMINATION BY

    MR. STECKLOW:

7        Q.    Please state your full name for the

8   record.

9        A.    Jose Vega.

10       Q.    What is your present address?

11       A.    1278 Sedgwick Avenue, Bronx, New

12   York 10452.

13             MR. STECKLOW:  The time is 10:31.

14             We are my office at 217 Centre

15             Street.  My name is Wylie Stecklow.

16             We are here for the deposition of

17             the City of New York by Sgt. Jose

18             Vega.

19             THE WITNESS:  Yes, sir.

20             MR. STECKLOW:  You have been

21             sworn in already so I'm going to

22             start right in with the questions.

23       Q    Have you been deposed before, Sgt.

24   Vega?

25       A     Yes.

Page 5

1                    JOSE VEGA

2        Q      How many times have you been deposed

3    before?

4        A      Once in the past.

5        Q      When was that?

6        A      I would hazard a guess about 12 or

7    13 years ago.

8        Q      Was that personally or was that as a

9    30(b)(6) witness, as you are today?

10       A      It was a personal thing through the

11   job.

12       Q      It was in your individual capacity?

13       A      Yes, sir.

14              MR. STECKLOW:  Since you've only

15              been deposed once, I'm going to go

16              through all the rules and

17              guidelines.

18              THE WITNESS:  Okay.

19       Q      You need to, as you have been, wait

20   for me to finish all my questions and you need

21   to answer verbally as you have been; is that

22   acceptable?

23       A      Yes.

24       Q      If you don't understand the

25   question, will you tell me?

```
                                               Page 6
 1                        JOSE VEGA
 2          A       Yes, sir.
 3          Q       If you don't hear a question, will
 4    you tell me?
 5          A       Yes, sir.
 6          Q       If my question is unclear in any
 7    way, will you let me know?
 8          A       Yes, sir.
 9          Q       If you don't know the answer to my
10    question, will you let me know?
11          A       Yes, sir.
12          Q       If there's something that might help
13    you to remember the answer to my question, will
14    you let me know what that is?
15          A       Yes.
16          Q       Is there any reason why you cannot
17    testify truthfully and accurately here, today?
18          A       No, sir, none whatsoever.
19                  MR. STECKLOW:  I have some
20                  questions about that.  Nothing
21                  personal.  It's just standard
22                  question.
23                  THE WITNESS:  Okay.
24          Q       Have you consumed any alcohol in the
25    last 24 hours?
```

1                    JOSE VEGA

2       A      No.

3       Q      Have you taken any drugs in the last

4    24 hours?

5       A      No.

6       Q      Are you aware of any physical

7    condition that would affect your ability to

8    testify truthfully and accurately here, today?

9       A      No.

10      Q      Are you aware of any mental

11   condition that would affect your ability to

12   testify truthfully and accurately here, today?

13      A      No.

14      Q      Are you taking any medications that

15   would affect your ability to testify truthfully

16   and accurately here, today?

17      A      No, sir.

18      Q      Did you fail to take some medication

19   that you should be taking that may affect your

20   ability to testify truthfully and accurately

21   here, today?

22      A      No, sir.

23      Q      Are you aware that you are under

24   oath the same today, the same as if you were in

25   a court of the law?

```
 1                    JOSE VEGA
 2            Obviously, this room is a little
 3   nicer here but you are under the same oath to
 4   tell the truth?
 5        A    Yes, sir.
 6        Q    Do you understand that you may read
 7   a transcript when this is over and make any
 8   chances that you may believe are necessary to
 9   get the correct words that you are giving today
10   into the transcript?
11            Do you understand that?
12        A    Yes, sir.
13        Q    Do you understand that if you do
14   that, I would be able to question you on any
15   changes you make to the transcript?
16        A    Yes, sir.
17        Q    If I ask you any question and you
18   know the answer because your recollection was
19   refreshed by a document or recording or any type
20   of item, would you tell me the answer and also
21   tell me what it was that refreshed your
22   recollection?
23        A    Yes, sir.
24        Q    As the deposition is going along, if
25   you start to remember that you need to change an
```

```
 1                    JOSE VEGA
 2  answer you've made already, would you let me
 3  know that and we'll go back to that prior answer
 4  so you can change it, will you agree to that?
 5        A      Yes, sir.
 6        Q      Today, because you're here on behalf
 7  of the City of New York, when I refer to you in
 8  this deposition, I am referring to you in your
 9  capacity as a representative of the City of New
10  York, is that acceptable?
11        A      Yes, sir.
12        Q      Unless I expressly say otherwise,
13  that's how we're go to go about it.
14             If I refer to you, I'm referring to
15  the City of New York; correct?
16        A      Yes.
17        Q      For example, if I ask you whether
18  you know or believe something, I'm asking you to
19  testify concerning what the City of New York
20  knows or believes; right?
21        A      Yes, sir.
22        Q      Also, please note that in this
23  deposition when I use the term "document," I
24  mean any kind of recorded information including
25  a paper record, an electronic document,
```

```
 1                   JOSE VEGA
 2  electronic information in a data base, an image,
 3  a video?
 4            Unless I trust you to say otherwise,
 5  I'm trying to be broad with the term "document;"
 6  is that acceptable?
 7       A    Yes, sir.
 8       Q    At any point, if you're confused by
 9  my use of the word document, you'll let me know
10  that?
11       A    Yes, sir.
12       Q    When I refer to the NYPD, I'm also
13  referring to the City of New York as a whole,
14  unless I expressly say otherwise.
15            In other words, if I ask you whether
16  the NYPD has a particular kind of policy, I
17  expect you to let me know about any such policy
18  maintained by the NYPD or the City of New York;
19  is that okay?
20       A    Yes, sir.
21       Q    When I refer to the City of New
22  York, I'll expect your answer to then include
23  information concerning the NYPD and the City of
24  New York total; correct?
25       A    Yes, sir.
```

1                     JOSE VEGA

2        Q      If at any time you're confused by

3   that, the distinction between the NYPD, the City

4   of New York or joining them together, you'll let

5   me know?

6        A      Yes, sir.

7        Q      As we just discussed, you are here

8   to testify on behalf of the City of New York;

9   correct?

10       A      Yes, sir.

11       Q      Your answers here will be sworn

12  answers made on behalf of the City of New York;

13  correct?

14       A      Yes.

15       Q      And your answers in this deposition

16  will be binding on the City of New York in the

17  same way as any witness testifying on their own

18  behalf would be bound by their answers; correct?

19       A      Yes.

20       Q      Is there any way you believe that

21  not to be true?

22       A      No.

23       Q      Do you agree that as a 30(b)(6)

24  witness representing the City in this deposition

25  you are under a duty to inform yourself as in

```
                                          Page 12
 1                      JOSE VEGA
 2   subject matter of the deposition; correct?
 3        A     Yes, sir.
 4        Q     Have you done so in this matter?
 5        A     I don't understand that part.
 6              MR. STECKLOW:  I'm going to take
 7              a two-minute break and grab a copy
 8              of the notice.
 9              (Whereupon, at this time a brief
10              recess was taken.)
11              MR. STECKLOW:  Mark this as Vega
12              1.
13              (Whereupon, at this time, the
14              above-mentioned 30(b)(6) notice was
15              were marked by the reporter as
16              Vega's Exhibit 1, for
17              identification, as of this date.)
18        Q     Have you had a chance to review what
19   was marked as Vega Exhibit 1?
20        A     Yes, sir.
21        Q     Is that the deposition notice that
22   you are prepared to testify to, today?
23        A     Yes, sir.
24        Q     Is there any topic on either the
25   front of this document or the back of this
```

```
 1                    JOSE VEGA
 2  document that you are not prepared to testify
 3  to?
 4        A     No, sir.
 5        Q     You're prepared and ready to testify
 6  to each topic in this Exhibit 1?
 7        A     To the best of my ability, yes.
 8        Q     When did you start preparing for
 9  this deposition?
10        A     I was called by the Corporation
11  Counsel a couple of months ago and informed that
12  I was going to be deposed for this.  So I'm
13  guessing, once I was told I started to make sure
14  I understood what was going to be asked of me.
15        Q     When was the first time that you met
16  with Corporation Counsel?
17        A     I don't recall the date.
18        Q     You already said it was a few months
19  ago when you first heard from them, so if you
20  can ball park if for me if it was months, weeks,
21  days?
22        A     If I had to take a guess, about two
23  or three months ago.
24        Q     Was it the summertime or the
25  springtime, as best you can remember?
```

```
 1                     JOSE VEGA
 2      A      As best I can remember, probably
 3  late spring.
 4      Q      How many times did you meet with the
 5  Corporation Counsel?
 6      A      Since then to now, twice.
 7      Q      Does that include that first time?
 8      A      Yes, sir.
 9      Q      When was the second time?
10      A      The second time was this past
11  Monday.
12      Q      Both of those times, did you speak
13  with Ms. Robinson who is sitting next to you?
14      A      Yes, sir.
15      Q      Other than Ms. Robinson, was there
16  any other attorneys with the City law department
17  that you spoke with?
18      A      There was another lady present at
19  the first meeting.  I believe her name was
20  Allison Mitchell, I believe.
21              MR. STECKLOW:  That's correct.
22      Q      Do you see sitting next to Ms.
23  Robinson is another attorney from the Legal
24  Bureau?
25      A      Yes, I see her.
```

```
 1                     JOSE VEGA
 2        Q      Did you meet with her, all, in
 3   preparation for today's deposition?
 4        A      No, sir.
 5        Q      Other than Ms. Mitchell and Ms.
 6   Robinson, did you meet with anybody else, in
 7   preparation for today's deposition?
 8        A      I have not met with anybody else.
 9        Q      Other than Ms. Mitchell and Ms.
10   Robinson, was there anybody else in the room,
11   when you were meeting with either of them?
12        A      No, there was no one else in the
13   room.
14        Q      The first time you met with them,
15   was that in person or on the phone?
16        A      I met with them in person.
17        Q      How long was that meeting?
18        A      Give or take, about an hour.
19        Q      You met with them a few days ago?
20        A      Yes, sir.
21        Q      How long was that meeting?
22        A      About 90 minutes to two hours, in
23   total.
24        Q      Did you look at any documents, when
25   you met with them the first time?
```

```
                                          Page 16
 1                   JOSE VEGA
 2        A     Yes, sir.
 3        Q     How many documents did you look at?
 4        A     It was just training documents.  I
 5   can't hazard to guess how many.  It was maybe
 6   about an inch thick.
 7        Q     Did you look at any videos, the
 8   first time them met with them?
 9        A     No, sir.
10        Q     Did you receive any documents from
11   them, in between the first meeting and the
12   second meeting?
13        A     I received an e-mail from them, yes,
14   sir.
15        Q     Was there anything attached to the
16   e-mail?
17        A     There was some documents pertaining
18   to the training and some Legal Bureau briefs
19   that the NYPD releases.
20        Q     Was it the same documents you
21   reviewed the first time that you were together?
22        A     Yes, sir.
23        Q     Was there any additional documents
24   that were attached to them?
25        A     No.
```

```
                                          Page 17
 1                      JOSE VEGA
 2        Q      The Legal Bureau bulletins, do you
 3   remember how many there were?
 4        A      I believe there was two of them and
 5   they were both pertaining to the statutes of
 6   disorderly conduct.
 7        Q      It was one the 1970, more or less,
 8   from the Legal Bureau?
 9        A      That one I do remember.  I remember
10   the 1970 one.
11               MR. STECKLOW:  I'm going to go
12               over the instruction again, just so
13               we can do this.  You have to wait
14               for me to finish my question --
15               THE WITNESS:  Okay.  Sorry about
16               this.
17               MR. STECKLOW:  -- or else it
18               makes a bad record.
19               THE WITNESS:  Sorry about that.
20        Q      My understanding is that there are
21   two Legal Bureau bulletins relating to
22   disorderly conduct.  One was issued in the '70s
23   and one was issued in 2017.
24               Are those the two Legal Bureau
25   bulletins you're talking about?
```

```
                                          Page 18
 1                   JOSE VEGA
 2        A      Yes, sir.
 3        Q      Was there any other Legal Bureau
 4   bulletin you reviewed, in preparation for
 5   today's deposition?
 6        A      Not that I can recall.
 7        Q      When you met with them a few days
 8   ago, did you review any other documents?
 9        A      We went over some training lesson
10   plans and there was also a couple of other
11   documents for call-outs of details and for a
12   notification on training.
13             MR. STECKLOW:  Let's start with
14             the training documents.
15        Q      Which training documents did you
16   review then?
17             Did you see lesson plans?
18        A      Yes, sir.
19        Q      Which lesson plans were they?
20        A      Lesson plans on demonstrator
21   tactics, mass arrest tactics, setting up and
22   maintaining of command post.  There was also one
23   lesson plan on legal perspective.  I don't know
24   if that's the exact word, but it was about legal
25   parts and then there was one from the Police
```

```
                                        Page 19
 1                    JOSE VEGA
 2     Academy that they give out when it comes to
 3     public order.
 4          Q     You said there's a notification that
 5     you reviewed; what was that?
 6          A     One notification that was there to
 7     review was for future training on what we call
 8     unusual disorder plans.
 9          Q     Who issued that document?
10          A     That notification came from my
11     office.
12          Q     When did that notification come from
13     your office?
14          A     That I don't recall because that's
15     an annual training that we do.  So, I don't know
16     which year that document was from.
17          Q     It's a training in unusual training
18     [sic] plans?
19          A     Yes.
20          Q     That's the name of the document?
21          A     It's training for unusual disorder
22     plans.
23          Q     Did you review any videos, when you
24     were meeting with your attorneys a couple of
25     days ago?
```

```
                                        Page 20
 1                    JOSE VEGA
 2        A      Yes.
 3        Q      Which videos did you review?
 4        A      One video was entitled "Occupied
 5   Bronx."
 6        Q      Anything other videos?
 7        A      There was another video.  It's a
 8   training video on what happens when you go to a
 9   deposition.
10        Q      Other than those two videos, did you
11   review any other videos?
12        A      Those are the only two videos that I
13   reviewed.
14        Q      Those are the only two videos you
15   reviewed, at all, I mean?
16              At the first meeting, any e-mails or
17   the second meeting, those are the only videos
18   that you reviewed in anticipation of today's
19   deposition?
20        A      Yes, sir.
21        Q      Did you communicate with anyone who
22   is not a attorney, in preparation for today's
23   deposition?
24        A      Yes.
25        Q      Who was that?
```

```
                                          Page 21
 1                    JOSE VEGA
 2        A      I communicated with my former
 3   commanding officer, Anthony Raganella.
 4        Q      When did you speak to Anthony
 5   Raganella?
 6        A      I spoke to him a couple of days ago.
 7        Q      How long was that conversation?
 8        A      Five or ten minutes, give or take.
 9        Q      Did you call him or did he call you?
10        A      He called me.
11        Q      When was the last thing that you
12   spoke to him, before this call?
13        A      About a week ago.
14        Q      Was that conversation also about
15   this deposition or something different?
16        A      Something different.
17        Q      Prior to a week ago, when was the
18   last time you spoke to him?
19        A      I usually -- we usually speak about
20   a weekly basis.
21        Q      When he called you and you spoke to
22   with him about five to ten minutes about this
23   deposition, what was that conversation?
24        A      Basically, he just told me that, you
25   know, the person who was deposing him the last
```

```
                                              Page 22

 1                      JOSE VEGA
 2    time he got deposed, that person was very fair,
 3    and, you know, to go in there and just, you
 4    know, just do my job and everything will be
 5    fine.
 6                 MR. STECKLOW:  Off the record.
 7                 (Discussion held off the
 8            record.)
 9        Q      Did you discuss any of the details
10    of his testimony in his deposition?
11        A      No.
12        Q      Did you discuss any of the details
13    of your testimony in this deposition?
14        A      No.
15        Q      Other than him saying that the
16    person who took his deposition was fair, did he
17    give you any other instructions or comments
18    about this deposition?
19        A      No.
20        Q      Did he tell you to look at any video
21    or document, in anticipation of this deposition?
22        A      No.
23        Q      Other than speaking with your
24    attorneys, meeting with them twice and receiving
25    one e-mail, did you undertake any other efforts
```

```
 1                    JOSE VEGA

 2    to prepare yourself for today's deposition?

 3         A     What I did was the documents that

 4    were provided me from the e-mail and the

 5    documents that I read the other day, I just went

 6    over them and reread them to make sure it was

 7    what we've done in the past.

 8         Q     You did that not with your attorneys

 9    but on your own?

10         A     Yes, sir.

11         Q     Did you bring those documents with

12    you?

13         A     No, sir.

14              MR. STECKLOW:  We'll put this in

15              writing but we're going to make a

16              requests for those documents.  I

17              imagine that most of them have

18              already been produced.

19              MS. ROBINSON:  Of course.  I

20              wouldn't show him anything that

21              wasn't Bates-stamped.

22              MR. STECKLOW:  Very briefly,

23              Sergeant, I'd like to go over your

24              NYPD history.

25         Q     When did you enter the academy?
```

1                    JOSE VEGA

2       A      I entered the academy on June 30th

3    of 1995.

4       Q      What was your first assignment, once

5    you finished at the academy?

6       A      My first assignment was at the 30

7    Precinct.

8       Q      How long were you there for?

9       A      I was there from March of '96 until

10   May 1st of 1998.

11      Q      Where were you transferred, at that

12   point?

13      A      I was transferred to the Manhattan

14   North Task Force.

15      Q      For how long were you at MNTF for?

16      A      I was there until August of 2001.

17      Q      When you were transferred, were you,

18   at that point, promoted to sergeant?

19      A      No, I was transferred, at the time.

20      Q      At what point were you promoted to

21   sergeant?

22      A      I was promoted on August 5th of

23   2005.

24      Q      Where were you transferred, after

25   Manhattan North?

```
                                          Page 25
 1                    JOSE VEGA
 2        A     I was transferred to the Disorder
 3   Control Unit.
 4        Q     That was in August of 2001?
 5        A     Yes, sir.
 6        Q     Who was your direct supervisor at
 7   the Disorder Control Unit in August of 2001?
 8        A     At that time, the direct supervisor
 9   was Sgt. Robbie Schwach, S-C-H-W-A-C-H.
10        Q     At that point, he was a sergeant?
11        A     Yes, at that point.
12        Q     Between August 2001 and August 2005
13   when you were promoted to sergeant, did you stay
14   at Disorder Control Unit that entire time?
15        A     Yes, sir.
16        Q     Have you ever left Disorder Control,
17   since then?
18        A     Yes.  When I got promoted, I was
19   transferred to the Ninth Precinct.
20        Q     That was in August of 2005?
21        A     Yes, sir.
22        Q     How long were you at the Ninth
23   Precinct for?
24        A     Until I was transferred back to
25   Disorder Control on June 26th of 2006.
```

1                    JOSE VEGA

2         Q      Have you subsequently stayed at the

3    Disorder Control the entire time or did you, at

4    some point, leave Disorder Control?

5         A      No, I've been there since then.

6         Q      At what point did Robbie Schwach

7    leave Disorder Control?

8         A      July -- his last day was July 4th of

9    2010.

10        Q      At what point did Anthony Raganella

11   become the CO at Disorder Control?

12        A      He became the CO late July, early

13   August of 2010.

14        Q      In between the time that Robbie

15   Schwach left and Inspector Raganella came in,

16   who was in charge of Disorder Control?

17        A      Theoretically, we had no commanding

18   officer, but I was in charge for those three

19   week in that transition period.

20        Q      And you've stayed at Disorder

21   Control since?

22        A      Yes, sir.

23        Q      You continue there, today?

24        A      Yes, sir.

25        Q      Has your rank changed, at all?

```
 1                    JOSE VEGA
 2       A     I was given a discretionary
 3  promotion in January of 2016, so the title is
 4  now sergeant special assignment.
 5       Q     Did that change your
 6  responsibilities or simply just change your
 7  title and your salary?
 8       A     It was just a change to title and
 9  salary.
10             MR. STECKLOW:  Off the record.
11             (Discussion held off the
12             record.)
13       Q     Could you describe the various
14  locations at which training is provided to the
15  NYPD?
16             MS. ROBINSON:  Objection.  You
17             can answer.
18       A     All training or just bought disorder
19  control training?
20             MR. STECKLOW:  I believe you're
21             here to talk about all training not
22             just disorder control training; is
23             that correct, Ms. Robinson?
24             MS. ROBINSON:  Just disorder
25             control training.
```

```
 1                    JOSE VEGA
 2              MR. STECKLOW:  Okay.  Can we go
 3         off the record for a second?
 4         (Discussion held off the
 5         record.)
 6              MR. STECKLOW:  I'm going to take
 7         a minute.
 8              (Whereupon, at this time a brief
 9         recess was taken.)
10              MR. STECKLOW:  Back on the
11         record, time is 11:09 A.M.
12      Q      Please identify between 2004 and
13   2011 each location that Disorder Control gave
14   training?
15      A      To the best of my memory, for that
16   time period, training was conducted at -- it was
17   called the Bronx Task Force base, which is
18   located at 1278 Sedgwick Avenue.  That's a large
19   classroom where we do the classroom training.
20   Our field training was usually done at Randall's
21   Island.  Behind Icahn Stadium there's a large
22   parking lot, and we use that for the field
23   training.  At other times, we utilize the police
24   academy located at the one -- the old one in
25   Manhattan on 20th Street between Second and
```

1                    JOSE VEGA

2   Third Avenue.  We would use their gym and their

3   classroom space for our field and our classroom

4   study.  Other mobilization drills pertaining to

5   crowd control for that time, we would conduct

6   them in a wide open areas like the Citi Field --

7   it was not Citi Field, at the time.  Excuse me.

8   Shea Stadium parking lot and at Floyd Bennett

9   Field on one of their air strips next to the

10  special operations division base.  That's most

11  of the locations that I can recall where our

12  crowd control training in the field and in the

13  classroom was conducted.

14         Q     You have identified five locations.

15         A     Yes, sir.

16         Q     Bronx Task Force, field training at

17  Randall's Island, police academy, Shea Stadium

18  and Floyd Bennett Field.

19               Are there any other locations that

20  you can think of where DCU conducted any

21  training between 2004 and 2011?

22         A     Not that I recall, right now.

23         Q     You discussed that the Bronx Task

24  Force location is where the classrooms were

25  located; correct?

```
                                          Page 30
 1                        JOSE VEGA
 2        A     Yes, sir.
 3        Q     Were there classrooms located at the
 4   other locations where Disorder Control conducted
 5   classroom training?
 6        A     The only location that had a
 7   classroom was the police academy.
 8        Q     Other than the police academy and
 9   the Bronx Task Force, between 2004 and the end
10   of 2011 --
11                  MR. STECKLOW:  Withdrawn.  Off
12             the record.
13                  (Discussion held off the
14             record.)
15        Q     Between 2004 and September 30th,
16   2012, Disorder Control only conducted classroom
17   trainings at either the Bronx Task Force
18   location or the police academy; is that correct?
19        A     Yes, sir.
20        Q     Was the Bronx Task Force utilized
21   through the year 2001?
22        A     Yes, sir.
23        Q     So, starting from 2004 through 2011,
24   Disorder Control conducted classroom trainings
25   at the Bronx Task Force location?
```

1              JOSE VEGA

2       A     Yes, sir.

3       Q     How often did they do that?

4       A     The schedule was disjointed.  But

5  what happened was when we -- either we

6  identified the training need or we were told by

7  One Police Plaza we would set up training

8  classes and we put out a schedule to whoever was

9  going to be trained and then the classroom

10  instruction was carried on at our base.

11      Q     Can you identify when that occurred

12  in 2011?

13      A     In 2011, we had the recruits -- not

14  the recruit.  Excuse me.  We would -- I don't

15  have exact dates on those.  It wasn't a lot of

16  training that was done in the classroom.

17      Q     But your testimony is there was some

18  training done in the classroom?

19      A     Yes, sir.

20      Q     Was that training for all MOS, for

21  police officer ranks or sergeant ranks?

22            What ranks of officers did that

23  classroom training?

24      A     The classroom training was for the

25  ranks and police officer, sergeant and

```
                                                Page 32
 1                     JOSE VEGA
 2    lieutenant, but it wasn't for the whole
 3    department.  It was mostly kept within the task
 4    forces.
 5         Q     It didn't rise up above the rank of
 6    lieutenant, there weren't captains or inspectors
 7    or chief trainings there?
 8         A     No.  I personally never conducted
 9    anything for any executives above the rank of
10    captain and above.
11              MR. STECKLOW:  I'm asking about
12              the City of New York and not you
13              personally, Sgt. Vega.  So I just
14              want to remind you of that.
15              THE WITNESS:  Yes.
16         Q    I'm asking you again, that in 2011
17    that Disorder Control did not conduct any
18    classroom training for officers above the rank
19    of lieutenant; correct?
20         A     No, I'll have to change that.  We
21    have -- we have a class for newly-promoted
22    captains.  It's called the Command Post
23    Operations Course and that's taught to new
24    people that are promoted, and it gets them ready
25    on how to set up a command post for any type of
```

```
 1                    JOSE VEGA
 2   emergency incident.
 3        Q     Is there any sort of training in
 4   that course on standards of probable cause for
 5   arrest?
 6        A     No, not -- for that class we teach
 7   there's nothing on probable cause for arrest.
 8        Q     That is the only course Disorder
 9   Control taught in a classroom setting for
10   members of the service whose ranks were either
11   captain or above; correct?
12        A     That's from what I can recall, yes,
13   sir.
14             MR. STECKLOW:  I'd like to mark
15             this as Vega 2.  While it's being
16             marked, I'll ask you to start
17             looking at it.
18             (Whereupon, at this time, the
19             above-mentioned Advanced command
20             leadership training section was
21             marked by the reporter as Vega's
22             Exhibit 2, for identification, as of
23             this date.)
24        Q     Have you had a chance to review what
25   was marked as Vega Exhibit 2?
```

```
                                            Page 34
 1                    JOSE VEGA
 2        A      Yes, sir.
 3        Q      Is this a record of something taught
 4   by Disorder Control?
 5        A      No, sir.
 6        Q      Do you know who this is taught by?
 7        A      This is taught by the -- called the
 8   Leadership Development Section of the NYPD's
 9   police academy.
10        Q      This is not something that you have
11   experience with?
12        A      No, sir.
13        Q      This is not the document that would
14   be taught in the command post course that we
15   just discussed?
16        A      No, sir.
17        Q      What type of training would take
18   place at the field training on Randall's Island?
19        A      At Randall's Island the field
20   training that we conducted there consisted of
21   line and wedge formations, which is -- the
22   technical name for that is field force
23   operations and basically how to set up lines and
24   wedges and the support formations.  The second
25   thing that we was taught on Randall's Island was
```

1                        JOSE VEGA

2      mass arrest formations which is a formation that

3      we teach on how to safely arrest people who want

4      to get arrested at a protest, and the big thing

5      we try to teach them there is this is for a

6      non-violent crowd.  The third thing that was

7      taught at the field training was a high profile

8      vehicle rescue.  High profile vehicle rescue

9      consisted of vehicles, usually three or four at

10     a time, coming into an area saving someone who

11     was in extreme danger and then leaving as

12     quickly as possible.  The idea was to rescue,

13     get in and get out without getting involved with

14     the crowd.  So, that was the three main basic

15     things that's we taught in our field training

16     constantly when we were at Randall's Island.

17          Q     Is mobile exercise another term for

18     field training?

19          A     It -- it's kind of what the term is.

20     What we call a mobilization exercise or MobEx is

21     when -- for a MobEx we call people without them

22     knowing it's happening.  So, we will go there

23     and test the response and then when get there

24     then we go over the field training.

25          Q     Mobilization exercise means you'll

```
 1                    JOSE VEGA
 2   reach out to certain groups of officers without
 3   notice and say "Today you're coming to Randall's
 4   Island and show up at 0800?"
 5        A     No.  What I meant -- sorry about
 6   that.  What I meant is we would go over the air
 7   and we'll say "We're conducting mobilization
 8   exercise.  We need to file in units to deploy to
 9   Randall's Island."
10        Q     That would over FINEST message or
11   over a --
12        A     It was done always over the radio.
13        Q     Over the police radio?
14        A     Yes, sir.
15        Q     Without notice?
16        A     Yes, sir.
17        Q     During 2011, how many mobilization
18   exercises were conducted?
19        A     I cannot give like an accurate
20   answer for that.  At the time, we were under
21   constraints of not doing a lot of exercises
22   because every time you do an exercise you're
23   pulling people off of patrol.  I know we
24   conducted.  Them the frequency that I can't give
25   a proper answer to.
```

```
1                    JOSE VEGA
2         MR. STECKLOW:  I'm going to take
3         a break.  I can't seem to find the
4         list of mobile exercises.  This is
5         what I talked about having a
6         disjointed deposition.  We're going
7         to take another quick break.
8             (Whereupon, at this time a brief
9         recess was taken.)
10        MR. STECKLOW:  Mark these please.
11            (Whereupon, at this time, the
12        above-mentioned DCV Level I & II
13        mobilization was marked by the
14        reporter as Vega's Exhibit 3, for
15        identification, as of this date.)
16            (Whereupon, at this time, the
17        above-mentioned 4/1971 Legal Bureau
18        bulletin was marked by the reporter
19        as Vega's Exhibit 4, for
20        identification, as of this date.)
21            (Whereupon, at this time, the
22        above-mentioned 2/2017 Legal Bureau
23        bulletin was marked by the reporter
24        as Vega's Exhibit 5, for
25        identification, as of this date.)
```

```
                                            Page 38

 1                      JOSE VEGA
 2             (Whereupon, at this time, the
 3             above-mentioned NYPD six-month plan
 4             was marked by the reporter as Vega's
 5             Exhibit 6, for identification, as of
 6             this date.)
 7             MR. STECKLOW:  Back on the
 8             record.  The time is now 11:46.
 9             It's 11:46 A.M.  This is Wylie
10             Stecklow and we're back on the
11             record.
12        Q    We have now marked a document as
13    Vega 3.
14             Do you see that document in front of
15    you?
16        A    Yes, sir.
17        Q    Have you had a chance to review it?
18        A    Yes, sir.
19        Q    Does this document identify when
20    there were mobilization trainings in 2011?
21        A    Actually, this document identifies
22    two separate things.  When we did mobilization
23    training and there was something called CRV
24    training that we were conducting also at the
25    same time.
```

Page 39

1              JOSE VEGA

2        Q     Can you explain what CRV training

3   is?

4        A     Yes, sir.  The term CRV stands for

5   critical response vehicle.  Everyday Monday

6   through Sunday, the -- every precinct will send

7   one vehicle to a staging area, usually at the

8   Javits Center and then they will be deployed

9   into eight different zones for counterterrorism

10   reasons.  We weren't involved in that but I'm

11   just explaining it.  About three times a week we

12   were asked by the chief of counterterrorism if

13   we would come down and train patrol people who

14   you were doing CRV in crowd control training for

15   about 30 to 45 minutes three times a week at the

16   Javits Center.

17        Q     This CRV training was training that

18   occurred at the Javits Center?

19        A     Yes, not inside the center itself.

20   That's where they staged.  Usually in their

21   parking lot or across the street from the Javits

22   Center parking lot.

23        Q     Did the CRV training involve any

24   training in probable cause standards?

25        A     No, sir.

```
                                    Page 40
 1                    JOSE VEGA
 2        Q      Did it involve any training in the
 3   rights of First Amendment protestors in sidewalk
 4   protests?
 5        A      No, sir.
 6        Q      Was the CRV training for all levels
 7   of members of the service or for specific
 8   levels?
 9        A      It's was only for specific levels.
10        Q      Which ranks were those?
11        A      Sergeants and police officers.
12        Q      No lieutenants, captains,
13   inspectors, deputy inspectors, chiefs, assistant
14   chiefs, nothing above there?
15        A      Sometimes they would come to watch,
16   but they were not participating in the training.
17        Q      Does CRV training involve any
18   classroom training?
19        A      No, sir.
20        Q      It's all field training?
21        A      Yes, sir.
22        Q      On the document which has been
23   identified as Vega 3, is there any item here
24   that involves classroom training or is it all
25   field training?
```

1                    JOSE VEGA

2         A     I will double-check.  But if it says

3    "CRV" in the mobilization, this is all field

4    training.

5         Q     Have you had a chance to review Vega

6    3?

7         A     Yes, sir.

8         Q     Is there anything identified here

9    that involves classroom training?

10        A     No, sir.

11        Q     Are you able to identify from

12   looking at this document whether or not there

13   were ranks above police officer and sergeant who

14   received any of the training identified in this

15   document?

16        A     In this document, we list down who

17   was present at the training.  So, there is a

18   caption here that says "Lieutenants."  So,

19   according to this document, it was lieutenants,

20   sergeants and police officers who were present

21   at the training.

22        Q     Does this identify CRV or CRV and

23   other types of trainings?

24        A     It identifies CRV and it identifies

25   the mobilizations that we would do with the task

Page 42

1                        JOSE VEGA

2    forces.

3         Q      These mobilizations are the ones

4    that station took place at Randall's Island

5    outside of Icahn Stadium in the parking lot?

6         A      Any mobilization on this document

7    that says "mobilization" and then there's a

8    caption that says "Precinct," and it says "025,"

9    that's Randall's Island Icahn Stadium.

10        Q      What on that line identifies it as

11   Randall's Island Icahn Stadium?

12        A      Anything that says "025," which is

13   the 25 Precinct, that is -- the Icahn Stadium

14   Randall's Island is in the confines of the 25.

15        Q      When I see on that first page right

16   above "MOB025," there's an entry for 5/11, it

17   says "MOB063," what does that indicate?

18        A      Those -- anything that doesn't say

19   "025" for the mobilizations, that's a precinct.

20   During that time, we will conduct mobilization

21   drills in precincts in high crime areas.  The

22   idea was if you were a precinct commander and

23   you had a high crime area like high robberies or

24   high burglaries or something that was like a

25   felony-type of crime, they would give us that

```
                                              Page 43

 1                        JOSE VEGA

 2    high-crime location and we will conduct a drill

 3    at that location, and the idea was that we're

 4    there practicing with a lot of police officers,

 5    there should be no crime occurring, and the

 6    public is happy and safe.

 7          Q      Looking at the one that says on may

 8    11th "MOB063," that's showing that you were at

 9    the 63rd Precinct doing that training?

10          A      Yes, sir.

11          Q      And so on the page two of this

12    document on 5/25, it shows "MOB063" and then two

13    lines later 6/2 "MOB063," so that's indicating

14    that between May 11th and May 25th there were

15    three separate mobilization exercises training

16    at the 63rd Precinct?

17          A      Yes, sir.

18          Q      When it talks about "CRV010," is

19    that indicating that it's at the Javits Center,

20    and the Javits Center is within the confines of

21    the 10th Precinct?

22          A      Yes, sir.

23          Q      On each line there is an entry for

24    "PLT."

25                 Does that stand for platoon?
```

1                    JOSE VEGA

2        A     Yes, sir.

3        Q     Is that first, second or third [sic]

4   units what time the training is taking place?

5        A      Absolutely.  The first platoon is

6   any platoon that starts after we call it 2300

7   hours and in laymen's terms it's 11 P.M.  So,

8   the first platoon goes from 11 P.M. to depending

9   on some people start within 15 minutes of that.

10   Anytime between 11:00 o'clock in the evening and

11   7:00 o'clock in the morning.  Our second platoon

12   goes from 7:00 o'clock in the morning to about

13   three, 3:30 in the afternoon, depending on where

14   you work, and then our third platoon goes from

15   about 3:30 til about 11, 11:30 at night.

16        Q     The pages -- the first, second,

17   third, fourth, fifth, sixth and seventh page,

18   all say "Task Force Only" on the top of it?

19        A     Yes, sir.

20        Q     What does that indicate to you?

21        A     When we were keeping the stats, we

22   wanted to differentiate who were Task Force

23   members who came to these drills and who were

24   the CRV precinct personnel who came to these

25   drills and exercises.

Page 45

1                        JOSE VEGA

2        Q       The Task Force meaning what?

3                Can you explain what the Task Force

4    means, what that designation is?

5        A       In the past, the City of New York --

6    the Police Department is broken into eight

7    patrol boroughs.  Each patrol borough had it's

8    own Task Force.  So, Manhattan North, Manhattan

9    South, Brooklyn North, Brooklyn South, Queens

10   North, Queens South, Staten Island and the

11   Bronx.  So, whenever we conducted either a

12   mobilization exercise in a precinct area or the

13   CRV one, we got a certain amount of Task Force

14   people would come.  We wouldn't take them all.

15   We'd use the average of about three forces at a

16   time.

17       Q       Would this indicate there were no

18   precinct MOS at the trainings, solely members of

19   those eight Task Force that you've identified?

20       A       The way the stats are kept, if it

21   said "Task Force Only," then it should only have

22   been Task Force personnel.

23       Q       On the front page it says "DSU Level

24   I and II Mobilization."

25                What's the distinction there between

1                    JOSE VEGA

2   Level I and Level II?

3        A     Okay.  A Level I mobilization, you

4   call a Level 1 when you want a localized -- you

5   have something happen in a local area.  So,

6   Level I you're only going to call one Task Force

7   and it's a Task Force that's in the area where

8   you're calling the Level I.  So, if you were

9   doing something let's say in the 10th Precinct,

10  which is in the confines of patrol borough

11  Manhattan South, at that time Manhattan South

12  Task Force.  A Level II mobilization you're

13  bringing out other out-of-borough Task Forces to

14  a specific borough and it's your decision to

15  decide who can we use or if they're available to

16  be used at the time.

17        Q     Are these mobilizations called for

18  when the police are unaware of the situation and

19  it's quickly developing or is it when something

20  has been planned for a long time and they're

21  simply caught with less police officers or how

22  are they made?

23        A     The Level I mobilizations are

24  usually called if there's a robbery.  If there's

25  an event in which you need more resources show

```
                                     Page 47
 1                    JOSE VEGA
 2     up.  An example would be a robbery, a missing
 3     child, a missing elderly person, and we need to
 4     find them, so you call a mobilization to get
 5     extra resources there to help that local
 6     precinct address that situation.
 7          Q     And for Occupy Wall Street, are you
 8     aware of whether there was ever a mobilization
 9     called during Occupy Wall Street's existence?
10          A     During the time of Occupy Wall
11     Street, I'm only away of two mobilizations that
12     were called.  Are we talking about from the
13     exact first day because on the first day that
14     the demonstration happened, they weren't called
15     Occupy Wall Street?  They took that name about
16     seven days later.
17          Q     I'll define it so we could talk the
18     same.  I'll define Occupy Wall Street as having
19     begun on 9/17/11 and having finished around
20     9/17/12, more or less.
21          A     Okay.
22          Q     In that timeframe, how many
23     mobilizations were called?
24          A     I was aware of three mobilizations
25     called in that time period.
```

Page 48

1                    JOSE VEGA

2        Q      Again, you're here on behalf of the

3   City of New York; correct?

4        A      Yes, sir.

5        Q      What was the first one that you

6   recall?

7        A      The first one I recall was 9/24.

8   September 24th, exactly one week later and that

9   happened on Saturday.  The second one was

10  December 31th and the last one was on

11  March 17th.

12       Q      I believe you just identified the

13  Union Square protest date of 9/24, New Year's

14  Eve?

15       A      New Year's Eve and St. Patrick's Day

16  Parade.

17       Q      And then the six-month anniversary.

18       A      Which also fell on St. Patrick's Day

19  Parade.

20       Q      Are you aware of whether or not

21  there was a mobilization called on the first day

22  on 9/17/11?

23       A      There was no mobilization called,

24  that I was aware.  There was a detail in place

25  because on 9/17 that 11 day, I believe the

```
 1                    JOSE VEGA
 2   detail's name was Flood Wall Street, and their
 3   idea was they wanted to bring awareness to the
 4   perception of the one percent, you know, taking
 5   the money from the 99 percent.  So, there was a
 6   detail in place that day, but I'm not aware if
 7   there was a mobilization.
 8        Q     By detail, you mean a specific
 9   number of police officers had been identified
10   and had been mustered to a certain area downtown
11   to work in that area that day?
12        A     Yes, that's what I mean by detail.
13        Q     Looking back at this document we've
14   identified as Vega 3, after it says -- after the
15   seven pages of text, presumably the next page
16   Bates-stamped of 14545, it says on the top "CRV
17   Running Total, PSB and T-F," can you tell me
18   what that means?
19        A     Okay.  CRV, Critical Response
20   Vehicle running totals.  That's what that
21   acronym is for.  Underneath where it says "PSB",
22   that's Patrol Services Bureau and Task Force.
23   So, what they cataloging here is the amount of
24   people from patrol that came to the CRV
25   training, in conjunction with the amount of Task
```

```
                                          Page 50

 1                    JOSE VEGA

 2   Force people that were there also.

 3         Q      PSB stands for what?

 4         A      Patrol Services Bureau.

 5         Q      What's the distinction between that

 6   and Task Force?

 7         A      The Task Force -- each Task Force

 8   was that borough's Rapid Response Unit, while

 9   PSB, Patrol Service Bureau, stands for people

10   that are assigned to specific precincts in the

11   police department.

12         Q      Somebody who is a PSB would be

13   somebody who is working out of precinct and is

14   just told "This day you're going to Disorder

15   Control Training?"

16         A      They were going to CRV training and

17   then on the day that we were calling down, they

18   receive the Disorder Control training first and

19   then they went back to their CRV post.

20         Q      On the days that they're identified

21   here as PSB, they would have received both

22   Disorder Control training and CRV training?

23         A      Well, let me clarify that.  You get

24   Disorder Control training and then CRV was their

25   post for the day.
```

```
                                              Page 51
 1                     JOSE VEGA
 2              MR. STECKLOW:  I'd like to look
 3          now at what's been marked as Vega 4
 4          Which -- let's look at four and
 5          five.  I believe this one is four
 6          and this one is five.  Let me know
 7          when you've had a chance to review
 8          these two documents.
 9              THE WITNESS:  Okay.
10      Q     Are these two documents that were
11  among the documents you were given by counsel to
12  review, prior to today's deposition?
13      A     Yes, sir.
14      Q     We discussed these earlier about how
15  one was issued in 1971 and the other one was
16  issued in 2017; correct?
17      A     Yes, sir.
18      Q     These are the two Legal Bureau
19  bulletins that involve disorderly conduct;
20  correct?
21      A     Yes, sir.
22      Q     Do you know if there was any other
23  Legal Bureau bulletin in between 1971 and 2017
24  regarding disorderly conduct?
25      A     Not I that I know of, sir.
```

```
                                        Page 52
 1                      JOSE VEGA
 2         Q       Do you know if the law changed, at
 3     all, for disorderly conduct between 1971 and
 4     2017 in New York?
 5         A       Not that I'm aware of, sir.
 6                 MR. STECKLOW:  Let's do this one.
 7                 Can you mark this one as Vega 7?
 8                 (Whereupon, at this time, the
 9                 above-mentioned DCU 09053 was marked
10                 by the reporter as Vega's Exhibit 7,
11                 for identification, as of this
12                 date.)
13                 MR. STECKLOW:  Starting with six
14                 and we'll get to seven.
15         Q       Have you had a chance to look at
16     what's been marked as Vega 6?
17         A       Yes, sir.
18         Q       Could you identify what that is?
19         A       This was a document from the
20     commanding officer of the Disorder Control Unit
21     to the commanding officer of the Special
22     Operations.  It says "Chief of Special
23     Operations" because when he got promoted they
24     have had to change the wording, but he is still
25     the commanding officer.  Basically, what he
```

```
 1                    JOSE VEGA
 2   would do every six months, he would ask every
 3   commanding officer to identify what are you
 4   going to do for the next six months.  So, this
 5   was the subject six-month plan from June 1st to
 6   December 1st of 2011, and what was it that we
 7   wanted to accomplish and we'll let him know
 8   about it and then he'd approve or disapprove.
 9        Q     These are the types of trainings
10   Disorder Control is hoping to accomplish in the
11   following six months?
12        A     That was what we wanted to do in
13   2011, yes, sir.
14        Q     In all of 2011 or in the six months
15   of June 1st of 2011 to December 1st, 2011?
16        A     In the second part, yes.  Sorry
17   about that.  From June 1st to December 1st, this
18   is what we wanted to accomplish or to continue.
19        Q     There are how many bullet points on
20   this document?
21        A     Eleven bullet points.
22        Q     They each are a separate and
23   distinct training that Disorder Control is
24   looking to accomplish in the six months?
25        A     Either a separate or distinct
```

1                    JOSE VEGA
2   training or a separate and distinct training
3   offered to a different type of unit that may not
4   be what we usually train.  So, yes, that's
5   what's listed in there.
6          Q     Are these mobilization exercise
7   trainings, CRV trainings, classroom trainings?
8                What type of trainings are they?
9          A     The first bullet point is the
10  continuation of our CRV training.  The second
11  one is the continuation of the mobilization that
12  were we were doing in the high-crime areas.
13  The third one is that we wanted to conduct and
14  continue conducting quarterly drills for the all
15  eight Task Forces at one time.
16         Q     Could you identify what you mean by
17  drills?
18                Are they mobilization or classroom?
19         A     They're mobilization exercises in
20  the field to all eight Task Forces on one shot.
21         Q     To have a large mobilization
22  exercise for all eight Task Forces in one
23  setting?
24         A     Yes, sir.
25         Q     At one moment in time?

```
                                              Page 55
 1                      JOSE VEGA
 2        A      Yes.
 3        Q      Is that something that had been
 4   ongoing, prior to this period?
 5        A      It would happen but not frequently
 6   because it's a logistical nightmare to get all
 7   eight Task Forces off the field at the same
 8   time.
 9        Q      How many member of the service is
10   that?
11        A      It could be up to 200 members of
12   service on one shot.
13        Q      That would be for all eight Task
14   Forces?
15        A      Yes, sir.
16        Q      Continue.
17        A      The fourth bullet of the Disorder
18   Control also conducts CBRNe training or HazMat
19   training which is chemical, biological,
20   radiological awareness classes.  So, that was --
21   and then the HazMat technician course, that is a
22   course that's given to the layman.  That's when
23   you have to put on an air tank and scuba gear,
24   in order to enter an area that could have been
25   attacked either with chemical weapon or
```

Page 56

1                      JOSE VEGA

2   biological weapon, any atmosphere that's not

3   breathable.  So, we did that training also, so

4   we were asking to do training to our Task Force

5   personnel who are HazMat technicians.

6        Q     Could you identify, is that a

7   classroom training, is that a mobilization

8   exercise or a drill?

9        A     The HazMat class is a classroom

10  training.

11       Q     Where is that conducted?

12       A     That was usually conducted at the

13  Bronx Task Force base.  The reason why I

14  hesitated, that's now called the SRG2 base.  I

15  always said the wrong name there.

16                   MR. STECKLOW:  Understood.

17       Q     While you're there, and I'll come

18  back to this in a second, does Disorder Control

19  continue to do trainings, today?

20       A     Yes, sir.

21       Q     The same type of training it was

22  doing in 2011?

23       A     Not the same type, no, sir.

24       Q     Has it changed?

25       A     Yes, sir.

Page 57

1                      JOSE VEGA

2         Q     How has it changed?

3         A     We no longer to do any HazMat

4    training.  We do crowd control training, but

5    that training has changed over the years.  We

6    conduct what the national standards when it

7    comes to our field force operations for crowd

8    control.  We also conduct tactical bike

9    training.  So, basically anything crowd control

10   related that's done on foot we can now do on

11   bicycles, and then we also conduct our M4

12   refreshers.  The members of SRG who were -- what

13   used to be the Task Force is now a response

14   group, they are deployed with M4 rifles for

15   counterterrorism deployments.  Disorder Control

16   is in charge of conducting a refresher so they

17   know how to enter an area in case of an active

18   shooter.  So, we constantly train them in that.

19   So, that's one big change from what we used to

20   do in the past.

21        Q     Has SRG replaced the borough Task

22   Force?

23        A     Yes, sir.

24        Q     The eight borough Task Force no

25   longer exist?

```
 1                    JOSE VEGA
 2        A      No, sir.
 3        Q      And SRG is one large organized group
 4   of personnel?
 5        A      Yes.  What they did was instead of
 6   having eight Task Forces in eight areas with
 7   eight commanding officers, what they did was
 8   they created one SRG, Strategic Response Group.
 9   They do get dressed out of five geographical
10   locations, one location for each borough, in the
11   City of New York, but they work for one
12   commanding officer.
13        Q      Who is the CO of the SRG?
14        A      The CO of the SRG is Inspector John
15   D'Adamo, D-A-D-A-M-O.
16        Q      You said that you conduct a
17   refresher course on M5?
18        A      The M4.
19        Q      That's a specific weapon?
20        A      Yes, sir.
21        Q      When you say "refresher course,"
22   does that mean that there's a training on it
23   prior to you giving the refresher training?
24        A      Yes, sir.
25        Q      Where does that first training take
```

```
 1                    JOSE VEGA
 2   place?
 3        A     The prior training is conducted at
 4   our shooting range at Rodman's Neck and that
 5   qualification is done by the instructors
 6   assigned to the shooting range.
 7        Q     Could you spell the name of Rodman's
 8   for her?
 9        A     Rodman's Neck is R-O-D-M-A-N and
10   then neck.
11        Q     How often do you do the M4 refresher
12   for the SRG?
13        A     The M4 refresher is done biannually.
14   It's a four-day refresher and they go to it
15   twice a year.
16        Q     Going back to the Vega 6, the last
17   one we were looking at was HazMat tech and it
18   also talks about refresher retraining?
19        A     Yes.
20        Q     This is not the initial training for
21   HazMat technicians but this is a subsequent
22   training?
23        A     Yes, sir.
24        Q     Where is the initial training given?
25        A     The initial training is conducted in
```

Page 60

1                       JOSE VEGA

2    one of three locations.  None of them is by

3    Disorder Control.  You either take the

4    Environmental Protection Agency's HazMat

5    technician course, which is in Edison, New

6    Jersey or you can get the HazMat technician

7    course that they conduct at Anniston, Alabama in

8    the Center for Domestic Preparedness.  The third

9    location you can take the HazMat technician

10   course which is offered by NYPD's Emergency

11   Service Unit.

12        Q     Why is it that Disorder Control does

13   a refresher retraining in HazMat?

14        A     The reason why we do it is because

15   Disorder Control is in charge of the COBRA

16   deployment in the City of New York, and in that

17   deployment all members of SRG and Task Force

18   will COBRA qualify where only a certain amount

19   of members were HazMat techs.  So, because we

20   were in charge of that detail, we also took over

21   the retraining for the refreshers of these

22   individuals so they could stay current on the

23   use of that air tank.

24        Q     How often is an individual HazMat

25   technician required to do the refresher

```
                                              Page 61

 1                      JOSE VEGA

 2    retraining?

 3         A      In the past under us that was an

 4    annual retraining.

 5         Q      Are there any other refresher

 6    re-trainings that Disorder Control provides?

 7         A      We also currently conduct for a

 8    refresher, we do do a crowd control refresher

 9    which lasts one day.

10         Q      For what rank of MSO is a crowd

11    control refresher?

12              MS. ROBINSON:  Objection.  Are

13              you asking him about the timeframe

14              in the notice or current?

15              MR. STECKLOW:  I was going to get

16              there.

17              MS. ROBINSON:  Because he's not

18              being offered for anything

19              post-Occupy.

20         Q      Is the crowd control refresher

21    something that happens now or is it something

22    that happened between 2004 and 2011?

23         A      It happened between 2004 and 2011

24    also.

25         Q      How often did individuals go through
```

Page 62

1                    JOSE VEGA

2    the crowd control refresher between 2004 and

3    2011?

4        A     Anything that they did that was not

5    their initial training was always considered a

6    refresher.  So, if you went to the CRV, you're

7    being refreshed on the training.  If you went to

8    mobilization exercise, you were being refreshed

9    on the training.  So, as long as it wasn't your

10   initial first time going through it, everything

11   else is considered a refresher.

12       Q     Is there a specific requirement for

13   how often somebody needs to go through a

14   refresher retraining?

15       A     No, there has never been either in

16   the City of New York or by federal standards any

17   specific requirement like hours a year that a

18   person had to go to a refresher.

19       Q     Why does the NYPD have people go

20   through refresher re-trainings?

21       A     Because we feel that if you have

22   someone go to training constantly then you are

23   kept up to date on how to do your job.  Crowd

24   control training is a perishable skill.  If you

25   don't practice it, you start to learn -- I mean,

```
                                          Page 63

1                     JOSE VEGA

2    you forget what you learned when it comes to

3    that.

4         Q     Was this something that people went

5    through once a year, more than once a year, less

6    than once a year?

7         A     At the minimum, at least once a year

8    everybody went through it.

9         Q     You're talking about individuals

10   that were part in the past of the Task Force and

11   are now part of SRG; is that correct?

12        A     Yes, sir.

13        Q     And not members of the PSM?

14        A     Patrol Services Bureau.

15        Q     We are not talking go about members

16   of the PSB, but we're talking about members of

17   the Task Force or we're talking about both?

18        A     We're talking about the members of

19   the Task Force.  We did not have control of the

20   Patrol Services Bureau and their training.

21        Q     Let's go back to Vega 6, the next

22   bullet and the next one.

23        A     The next bullet was we identified

24   that we needed more HazMat technicians.  So, our

25   job was to reach out to the Center for Domestic
```

Page 64

1                         JOSE VEGA

2      Preparedness in Anniston, Alabama or to the EPA

3      course in Edison, New Jersey or to ESU and find

4      out when they were offering the courses and if

5      we would get more people from the Task Forces

6      trained to the level of HazMat technician.

7           Q      Were these re-trainings going to be

8      classroom, drills or a combination?

9           A      For the retraining, they were all

10     going to be classroom training.

11          Q      These would take place at the Bronx

12     Task Force?

13          A      If we did them, yes, it would be

14     taken care of in that building, yes.

15          Q      The next one?

16          A      The next one, the next bullet point,

17     basically, we identify we have our own scuba

18     tanks, but those tanks were different than what

19     other units would use.  So, what we wanted to do

20     was to make sure that we could exchange those

21     tanks to the ones that everybody else so they

22     could -- we could all -- everyone had the same

23     equipment so if there was an emergency I could

24     just trade out a tank without a problem.

25          Q      Is that less of a training and more

Page 65

1                          JOSE VEGA

2      of a equipment issue?

3           A      Yeah, that was we identified a

4      logistical issue, when it came to that.

5           Q      The next bullet point?

6           A      Continuation of command post

7      training and exercises.  As I stated earlier, we

8      had a class for new sergeants, new lieutenants

9      and new captains during their training period

10     when they first got promoted.  The class is

11     called the Command Post Operations course.  So,

12     what we wanted to was to ensure that we could

13     keep on conducting that class.

14          Q      The Command Post Operations course,

15     could you explain a little bit about what that

16     was?

17          A      Yes, sir.  A Command Post Operations

18     course was a one-day course that was offered to

19     all newly-promoted sergeants, lieutenants and

20     captains.  It consisted of lectures and

21     classroom training.  The lectures were on

22     demonstrated tactics, then our NYPD tactics.

23     The other lecture was the Command Post

24     Operations how to set up a command post, how to

25     get it up and running and what equipment you

```
 1                    JOSE VEGA
 2   needed if you were going to be doing an ongoing
 3   detail or affair or anything that you needed a
 4   command post up and you wanted to facilitate the
 5   coordination of resources and communication.  In
 6   the last part of the training, we broke the
 7   class into smaller units and then we gave them
 8   an exercise.  Basically, they had to run either
 9   a parade or a protest and then we would give
10   them like inputs to test their knowledge on what
11   we taught them throughout the day.
12        Q     This was a classroom training, as
13   well as an exercise training?
14        A     But it was all -- it was classroom
15   and exercise, but all conducted in the
16   classroom.  That type of exercise is a
17   functional exercise.  Basically, you sit in a
18   classroom setting, we give you a map and some
19   handouts and then we tell you "This is
20   happening.  How would you have handled it?" and
21   they take care of it that way.
22        Q     Did these trainings involve
23   standards of probable cause for arrest?
24        A     No.  This was only on how to set up
25   a command post and how to run it, in case you
```

```
                                          Page 67

 1                      JOSE VEGA
 2    had a demonstration or some longstanding issue
 3    that necessitated having a command post set up.
 4          Q     Did this include any instruction on
 5    disorderly conduct statute and how it is in play
 6    during sidewalk protests?
 7          A     No, we do not teach anything when it
 8    came to that.
 9          Q     Let's go onto the next one.
10          A     The next one is we have command post
11    training exercises that we will conduct for
12    people assigned to patrol boroughs.  So, this
13    exercise was basically a classroom training and
14    basically we gave them a scenario and they will
15    have to explain to us how they will handle.
16          Q     I will ask you the same question,
17    did this involve any probable cause standards
18    training?
19          A     No, sir.
20          Q     Any instruction in probable cause
21    standards?
22          A     No, sir.
23          Q     Did it involve any instruction in
24    disorderly conduct standards and how it was in
25    play in sidewalk protests?
```

```
 1                    JOSE VEGA
 2        A     No, sir.
 3        Q     Going to the next bullet point, did
 4   that training involve any probable cause
 5   standards instruction?
 6        A     No, sir.
 7        Q     Did that training involve any
 8   instructions on First Amendment standards,
 9   disorderly conduct standards, and how they were
10   played in sidewalk protests?
11        A     No, sir.  Those two bullet points
12   you just brought up, that were command post
13   training for other members of service assigned
14   to the patrol boroughs and how they would handle
15   a situation that would arise.  It could've been
16   either a parade or a high-impact game and, you
17   know, how they would deal with a crowd issue.
18        Q     Looking at the last bullet point on
19   this page, it talks about academy training by
20   Disorder Control; is that accurate?
21        A     Yes, sir.
22        Q     Did Disorder Control conduct
23   training at the academy for each recruit class?
24        A     No, not all the time.
25        Q     It would happen sometimes?
```

Page 69

1                        JOSE VEGA

2         A        What happened was we had -- we

3    had -- from the time I was in the unit to the

4    spring of 2005, we conducted disorder control

5    training for the academy class.  From 2005 to, I

6    believe, the late 2011 or early 2012, the Police

7    Academy decided that they wanted to centralize

8    all training, so their training staff conducted

9    disorder control training.  Then in late 2011 or

10   early 2012, Disorder Control Unit took back that

11   one day of training with the recruits.

12        Q        During the time period that Disorder

13   Control did conduct training at the academy,

14   which is obviously, I think, prior to 2011 and

15   then subsequent to 2011; is that accurate?

16        A        Yes.

17        Q        Did any of the training involve

18   standards of probable cause for arrest?

19        A        No, because what we conducted was

20   crowd control training on line and wedge

21   formations, mass arrests in case of a riot.

22   That's what we were getting them ready for.

23        Q        While Disorder Control was doing

24   trainings at the academy for recruits, did the

25   training include any instruction on the First

```
 1                      JOSE VEGA
 2    Amendment?
 3         A     We don't do that part.  But all
 4    recruits, one of their core comps that I receive
 5    from the academy, they get law instruction.  So,
 6    during that law instruction, it goes over the
 7    Constitution, all the amendments and how they
 8    pertain to all the statutes that they have to
 9    cover in the City of New York.
10         Q     Does Disorder Control conduct that
11    training?
12         A     No, sir.
13              MR. STECKLOW:  Please try and
14              restrict your answer to the
15              questions I'm asking and we'll get
16              through this a lot faster.
17              THE WITNESS:  Okay.
18         Q     During the time that Disorder
19    Control conducted training at the academy for
20    the recruits, did they give any instruction on
21    disorderly conduct statutes and sidewalk
22    protests?
23         A     The only time that we would mention
24    disorderly conduct was during our mass arrest
25    lecture and our mass arrest training.
```

```
                                          Page 71

 1                      JOSE VEGA
 2        Q      That would be at the recruit
 3   training?
 4        A      Yes, sir.
 5        Q      What would you say at the recruit
 6   training involving disorderly conduct and
 7   sidewalk protests?
 8        A      We would explain to them that when
 9   we had to arrest people for disorderly conduct
10   statute, the first thing that it had -- it's a
11   violation.  So we're always stressing in the
12   doesn't that they had to see it, it had to be in
13   their view.  If they didn't see it, obviously,
14   they cannot take the arrest.  Number two, we had
15   to explain to them that when it came to block
16   sidewalk or blocking a street, it has to be real
17   blocking.  It can't be like if someone is
18   standing and the person is walking up to them,
19   they walked around them.  It has to be that
20   people cannot walk passed them and that the
21   protestor was doing this on purpose.  It wasn't
22   a mistake or an accident.  So, that's how we
23   stressed it when we taught the mass arrest part.
24        Q      Is that something that was contained
25   in any writing or any handout that was given to
```

```
                                        Page 72
 1                      JOSE VEGA
 2   the recruits?
 3        A      We didn't give out any handouts at
 4   all.  There was a Power Point on mass arrest and
 5   in that Power Point it explains that -- there
 6   was just a quick part of it said that it had to
 7   be in their view when it came to a violation.
 8        Q      The standard you gave about the
 9   blocking of sidewalk, how was that conveyed to
10   the recruits?
11              Was it conveyed in writing, was it
12   conveyed as a Power Point or was it conveyed
13   solely verbally?
14        A      That was conveyed verbally.
15        Q      There's no documentation of that
16   message being given to the recruits?
17        A      Not that I'm aware of, sir.
18        Q      On any of the trainings that we've
19   gone through that's documented by Vega 6, were
20   there any instructions given on dispersal
21   orders?
22        A      We would explain about the dispersal
23   orders.  We would always emphasis that we don't
24   come up with the dispersal orders.  The Legal
25   Bureau would give them to us.  They vet them to
```

Page 73

1                     JOSE VEGA
2    make sure that what we're reading was correct
3    and then we'd explain to them that when we do
4    dispersal orders, we've always, from the past to
5    even to now, tell them that, number one, make
6    sure you have someone in the back of the crowd
7    much and when you give those orders they're
8    dealt.  If someone at the back of the crowd
9    hears them, then common sense dictates that
10   everyone between me and the officer at the end
11   could also hear the dispersal orders.  The other
12   part was the arresting officers, obviously, the
13   dispersal orders are probably being given for
14   violation.  They have to be present.  We have to
15   see what we're telling them to disperse from, in
16   order for them to articulate properly when it
17   goes to court.
18         Q      Did any of the dispersal order
19   training include how to craft an appropriate
20   dispersal order?
21         A      No.
22         Q      There was no training given on
23   requirement to give an alternative location for
24   protest activity, when giving a dispersal order?
25         A      What -- could you clarify that?  Do

1                    JOSE VEGA

2   you mean that if I told someone to leave

3   somewhere, am I telling them to go somewhere

4   else and they'll be okay; is that what the

5   question is?

6        Q    Yes.

7        A    We do tell them that because the

8   dispersal order means if you leave the area

9   where you are now -- if you don't leave the area

10  you're going to get arrested.  So, the order, as

11  long as they know to move and we tell them where

12  they can go, there should be no issue.

13       Q    Is there instruction given by

14  Disorder Control and any of these forces on how

15  to craft an appropriate dispersal order that

16  includes an alternative location for protest?

17       A    No, we don't do that training.

18       Q    When you just discussed that you do

19  give out the idea that people need to be told to

20  leave and go somewhere else, in which training

21  is that given?

22       A    The Legal Bureau has attorneys and

23  officers that are attorneys and they conduct

24  training with recruits and other members of the

25  service and they go over that part.

```
                                        Page 75

 1                   JOSE VEGA
 2      Q     We did they conduct that training?
 3      A     I don't know what time for the
 4   recruit training that that law part comes.
 5      Q     Do you know if they have any
 6   refresher training, regarding those issues?
 7      A     For the recruits?
 8      Q     Yes.
 9      A     Or for the Task Force or sergeant?
10      Q     For any members of the service.
11      A     The recruits get six months of
12   training.  So, during those six months they go
13   over the law constantly.  So, they are told from
14   day one to the last day, they go over the
15   disorderly conduct because that is one of the
16   main things that you will do when it comes to
17   crowd control.
18              MR. STECKLOW:  I was asking about
19         refresher training.
20      Q     Is refresher training given at the
21   academy to recruits during their cadet time?
22              MS. ROBINSON:  Objection.  You
23         can answer, if you know.
24      A     No, there's no refresher training
25   that I know of because they're there from --
```

```
 1                    JOSE VEGA
 2    they're getting initial training for six months
 3    on how to do the job.
 4         Q    When I'm asking about refresher
 5    training, obviously, we're not talking about
 6    that timeframe.
 7         A    Right.
 8         Q    So, I was asking you if you know of
 9    any refresher training --
10              MR. STECKLOW:  Withdrawn.
11         Q    We have already discussed refresher
12    training when it comes to the M4 weapon?
13         A    Yes, sir.
14         Q    And when it comes to HazMat;
15    correct?
16         A    Yes, sir.
17         Q    I'm asking now, is there refresher
18    training given when it comes to the disorderly
19    conduct statute?
20         A    Not that I'm aware of.  I know
21    members of service receive refresher training,
22    something called "Intac", in-service training,
23    and they're required to go there twice a year.
24    Now, what they go over different things.  At
25    times, they've gone over crowd control stuff,
```

Page 77

1                          JOSE VEGA
2     but I'm not sure in they're conducted every
3     single time.
4          Q     Who conducts the Intac training?
5          A     That is conducted by member assigned
6     to the leadership training section of the police
7     academy.
8          Q     It's not by Disorder Control?
9          A     No, sir.
10          Q     You believe it's by members of the
11     academy who conduct the Intac training?
12          A     Yes, sir.
13          Q     And the Intac training is given to
14     all levels of members of the service, all ranks?
15          A     It's given to ranks under --
16     lieutenants, sergeants, police officers assigned
17     to patrol.
18          Q     At what point are refresher courses
19     given to captains, deputy inspectors,
20     inspectors, assistant chiefs, deputy chiefs and
21     chiefs?
22          A     I know that once a year all
23     executives receive all-out training.  That means
24     that every executive is brought together at the
25     police academy and they receive training over

```
 1                    JOSE VEGA
 2    any relevant issues they need to know about.
 3         Q    Do you know whether or not that
 4    includes disorderly conduct statute and how it
 5    affects persons and protest activity on
 6    sidewalks?
 7         A    I know they go over disorderly
 8    conduct statutes.  They go over how to handle
 9    demonstration.  I don't know if it's specific to
10    a sidewalk.
11         Q    Have you attended these trainings?
12         A    No.  Those are only for executives,
13    captains or above.
14         Q    How is it that you know that they go
15    over disorderly conduct statutes at the
16    trainings?
17         A    Because my last three commanding
18    officers, whenever they've gone, they get a
19    handout and they come back and they go over what
20    the topics are.
21         Q    How big is this handout?
22         A    The size of a pamphlet, I'm going to
23    say.
24         Q    In the pamphlet, it goes over
25    everything that they have reviewed at the
```

```
                                              Page 79
 1                      JOSE VEGA
 2   training?
 3        A      Yes, sir.
 4        Q      Your memory is that includes
 5   disorderly conduct?
 6        A      Yes.
 7        Q      Has that been in every one of the
 8   trainings that these superior officers came back
 9   from?
10        A      No.
11        Q      Which ones do you recall the
12   disorderly conduct statute being discussed?
13        A      There's one that my old commanding
14   officer, Anthony Raganella, went to and that was
15   discussed.  The timeframe that one I don't
16   remember.
17        Q      Do you know where that training was
18   taken?
19        A      All that executive training, when
20   they bring them all out is conducted at the
21   police academy.
22                    MR. STECKLOW:  Obviously, we'll
23                make a request in writing following
24                this, but we're going to ask for the
25                production of any of these handouts
```

```
 1                    JOSE VEGA
 2            that were at the superiors' Intac
 3            training at the police academy.
 4      Q     Is that what it's called?
 5      A     Well, for the nonexecutives, it's
 6   Intac.  For the executives, I believe it's
 7   called "All Out."
 8                MR. STECKLOW:  We will make a
 9            request for the All Out training
10            materials.
11                MS. ROBINSON:  Noted.
12                MR. STECKLOW:  Let's get to
13            seven.  I think you have seven
14            already.  Please review seven and
15            let me know when you've had an
16            chance to do so.
17      Q     Have you had a chance to review Vega
18   7?
19      A     Yes, sir.
20      Q     What is this document?
21      A     This is a proposal that was proposed
22   by Lt. Schwach when he was -- they never gave
23   him the title of commanding officer.  The title
24   they gave him was lieutenant-in-charge, when he
25   was in charge of Disorder Control.  He had a
```

```
                                        Page 81

  1                      JOSE VEGA
  2    proposal to retrain all the borough Task Forces
  3    in all topics pertaining to crowd control.
  4          Q      Was this approved?
  5          A      No.
  6          Q      Why was it not approved?
  7          A      That's above my pay level.  That
  8    went to Chief Camandano (phonetic) at the time
  9    and that's all I know about that one.
 10          Q      Do you know whether this was
 11    instituted or not instituted?
 12          A      It was not instituted.
 13          Q      Do you see on these second and third
 14    page under Training Type, it has some that say
 15    "lecture," some that say "hands on?"
 16          A      Yes, sir.
 17          Q      Would that distinguish between a
 18    mobile exercise drill would be hands on and
 19    lecture would be classroom?
 20          A      Lecture means classroom instruction.
 21    Hands-on training means that we'd be in the
 22    field doing training.
 23          Q      Do you know if any of the specific
 24    sub items were instituted into Disorder Control
 25    training?
```

Page 82

1                    JOSE VEGA

2          A       This training was always in Disorder

3     Control.   What he wanted to do was he just -- he

4     proposed this because he wanted to start doing

5     it again on a more regular basis.

6          Q       When it was declined, did that mean

7     they didn't do it on a regular basis but they

8     continued to do it in some fashion?

9          A       Yes.   When it was declined, he

10    wanted this to be formalized and to be scheduled

11    so every single person could come at a specifics

12    date.   It was declined but this training still

13    occurred in different phases like if we did an

14    exercise then we did crowd control formations or

15    mass arrest tactics or barrier devices.

16         Q       Do you see the column that says

17    "Time?"

18         A       Yes.

19         Q       Were those times as part of the

20    training that did take place or these were the

21    times that were suggested for the

22    more-formalized one that Lt. Schwach wanted?

23         A       The time that he had there was the

24    suggestion for this formalized training because

25    he wanted to show how we were -- where the eight

Page 83

1                        JOSE VEGA
2    hours of training among the two days would go.
3         Q     When Disorder Control conducted
4    training in 2011, how many hours of training
5    were conducted for each group that came for
6    training?
7         A     When we did the CRV training, it
8    usually ran between 30 minutes to an hour, no
9    more than that, because they had to get on their
10   posts.  The CRV post is a counterterrorism post.
11   So, they wanted them to be covered.  When we did
12   the mobilization exercises in the high-crime
13   areas, it ran for no more than 60 minutes.  Then
14   when we did the larger ones in Randall's Island,
15   that could go anywhere between two to four
16   hours.
17        Q     There are 16 hours of time in this
18   document; correct?
19        A     For the formalized training, yes,
20   sir.
21        Q     You just identified that there was
22   no more than two to four hours on the training
23   that were done by Disorder Control; correct?
24        A     Yes, sir.
25        Q     What parts of this were not covered

```
                                          Page 84
 1                      JOSE VEGA
 2   because it was not the 16 hours but it was two
 3   to four hours?
 4         A     Well, the first thing that we don't
 5   cover, the command post management and table
 6   exercise, that was a tabletop exercise.  So we'd
 7   go over how to run a command post because at the
 8   time Task Force was in charge of open command
 9   posts.  So, we'd go over how to run a command
10   post, how to open it and then they would get a
11   tabletop exercise on running a situation.  So,
12   that's never done on the field.
13         Q     Without explanation, just identify
14   which ones were not part of the Disorder Control
15   training?
16         A     The command post management and
17   tabletop exercise.  The less lethal munitions
18   review.  The NYPD mobilization system and sims,
19   and the legalities of civil disorder,
20   introduction to civil disorder and you're
21   welcome administration.
22         Q     You just said "introduction to civil
23   disorder," but did you mean "introduction to
24   disorder control?"
25         A     I'm sorry.  Introduction to disorder
```

Page 85

1                    JOSE VEGA

2   control.  I'm sorry.

3        Q     The ones that you just identified

4   are the ones that were not part of Disorder

5   Control training?

6        A     They're not part when we do the

7   field training for the one hour and two hours

8   and three hours.

9        Q     I believe it was Vega 3, all of the

10  training identified in Vega 3 included just the

11  field training; correct?

12       A     Yes, sir.

13       Q     The items that you've just

14  identified as not being included in the field

15  training means that the individuals trained in

16  Vega 3 did not get those trainings?

17       A     Right, because the stuff listed in

18  Vega 3 is field training.  The items that I told

19  you that were excluded were classroom training.

20                 MR. STECKLOW:  Let's mark this --

21                 are we up to eight?

22                 (Whereupon, at this time, the

23                 above-mentioned 1/16/12 memo was

24                 marked by the reporter as Vega's

25                 Exhibit 8, for identification, as of

Page 86

                        JOSE VEGA

 1
 2            this date.)
 3      Q     Have you had a chance to review what
 4   was marked as Vega 8?
 5      A     Yes, sir.
 6      Q     What's this document?
 7      A     This is an e-mail between my
 8   commanding officer and another individual.  The
 9   e-mail was going over -- the NYPD has a book
10   that's about 65 pages long called "The Disorder
11   Control Guidelines Booklet."  It was initially
12   published in 1993, revised in '97, and the
13   e-mail was is there any substantive changes from
14   the book from then to the time of this e-mail.
15      Q     Did they go through --
16            MR. STECKLOW:  Withdrawn.
17      Q     Does the document identify what
18   areas should be added or revised in the booklet?
19      A     Yes, sir.
20      Q     Does that include anything regarding
21   disorderly conduct?
22      A     No.
23      Q     Does it include anything regarding
24   the First Amendment?
25      A     No.

```
                                              Page 87
 1                      JOSE VEGA
 2        Q      Does it include anything regarding
 3   dispersal orders at protests?
 4        A      No.
 5        Q      Does it include anything involving
 6   sidewalk protest standards for policing?
 7        A      No.
 8               MR. STECKLOW:  Let's mark this as
 9               Vega 9 for identification.
10               (Whereupon, at this time, the
11               above-mentioned 8/11/11 memo was
12               marked by the reporter as Vega's
13               Exhibit 9, for identification, as of
14               this date.)
15               MR. STECKLOW:  Let me know when
16               you're finished looking at that
17               document.
18               THE WITNESS:  Yes, sir.
19        Q      Do you recognize this document?
20        A      Yes, sir.
21        Q      What's this document?
22        A      This was a document from my
23   commanding officer to the deputy commissioner of
24   public information stating that we were -- we,
25   the Disorder Control Unit, was going to conduct
```

```
 1                    JOSE VEGA
 2    a full scale Level II mobilization exercise on
 3    Randall's Island on a specified date.
 4         Q    Do you have an understanding as to
 5    why on this particular date, August of 2011,
 6    there was going to be a full scale Level II
 7    mobilization exercise?
 8         A    Yes, sir.
 9         Q    Why is that?
10         A    It was conducted in August because
11    September is usually the time when the United
12    Nations General Assembly is in session.  There's
13    always a lot of protest activity there.  So, we
14    felt that if we got ready in August, we'd have
15    the United Nations General Assembly covered.  We
16    also have the U.S. Open which comes up at the
17    time.  Not that I'm picking on them, but my
18    team, the Yankees, are always in the playoffs.
19    So, we had a feeling late September playoff
20    games, early October maybe the World Series.
21    So, we felt that was a good time for them to get
22    ready for a lot of the upcoming events that were
23    occurring.
24         Q    In August of 2011, did the City of
25    New York know Occupy Wall Street was going to be
```

```
 1                      JOSE VEGA
 2    a protest that was happening in September of
 3    2011?
 4         A     Not that I'm aware of, sir.
 5         Q     Did the City of New York know that
 6    it was happening?
 7         A     Probably not.
 8         Q     Did this mobilization exercise
 9    occur, in part, due to Occupy Wall Street coming
10    to New York City in September of 2011?
11         A     No, not that I'm aware of also.
12         Q     Were these mobilization exercises,
13    classroom exercises or a mix?
14         A     This one exercise on this document
15    was just all field training.
16         Q     Was there any training as part of
17    this in disorderly conduct standards?
18         A     No.
19         Q     Was there any training as part of
20    this Level II mobilization in First Amendment
21    activity?
22         A     No, sir.
23         Q     Was there any training or
24    instruction, as part of this full scale Level II
25    mobilization in August of 2011, involving the
```

Page 90

1                          JOSE VEGA

2    standards of arrest for sidewalk protests?

3         A     No, sir.

4         Q     Was there any training or

5    instruction in this full scale Level II

6    mobilization in August of 2011 that involved the

7    proper creation of dispersal orders?

8         A     No, there was nothing there about

9    the proper creation of dispersal orders.

10        Q     Was there anything about dispersal

11   orders, at all?

12        A     Part of this exercise was after we

13   conducted the training, we had cadets as actors

14   so they were to take over a part that we made

15   like a sidewalk area and a street area.  They

16   were to block the road.  We were going to then,

17   as part of this exercise, clear this road first

18   by giving them orders and then by either

19   removing them out of the way or arresting them

20   during the exercise.

21        Q     Did the instruction or training

22   include the same type of sidewalk protest as it

23   did in street protest?

24        A     What we did it -- this exercise

25   basically was they were blocking the street.  We

```
                                              Page 91
 1                    JOSE VEGA
 2   didn't use anything with the sidewalk.
 3              MR. STECKLOW:  Next let's mark
 4              this as Vega 10.
 5              (Whereupon, at this time, the
 6              above-mentioned 12/20/11 memo was
 7              marked by the reporter as Vega's
 8              Exhibit 10, for identification, as
 9              of this date.)
10       Q     Have you had a chance to review Vega
11   10?
12       A     Yes, sir.
13       Q     Have you seen this document before?
14       A     Yes, sir.
15       Q     Could you describe what it is?
16       A     This document went from my
17   commanding officer to the commanding officer of
18   the Special Operations Division, and basically
19   it delineated the results of our disorder
20   control training conducted for the Occupy Wall
21   Street movement.
22       Q     Who was the commanding officer of
23   the Special Operations Division?
24       A     At that -- at that time 2011, it
25   would be Chief Wheaton.  Harry J. Wheaton.
```

```
                                            Page 92
 1                       JOSE VEGA
 2        Q      Who is it currently?
 3        A      Still Harry J. Wheaton.
 4        Q      Was Chief Wheaton the commanding
 5   officer of Special Operations Division all
 6   through 2004 to 2011?
 7        A      No.
 8        Q      At what point did he become the
 9   chief of Special Operations Division?
10        A      He took over as chief of Special
11   Operations Division, I believe, June or July of
12   2011.
13        Q      Is this a report summarizing
14   disorder control training that had already
15   occurred?
16        A      Well, what this report summarizes is
17   the training between November 7th and I see the
18   date here December 9th that we conducted
19   disorder control training for various units in
20   the department to get them ready for the Occupy
21   Wall Street movement.
22        Q      This is a memo discussing training
23   in disorder control conducted specifically for
24   --
25                MR. STECKLOW:   Withdrawn.
```

Page 93

1                    JOSE VEGA

2        Q      This document summarizes training

3   that Disorder Control gave to members of the

4   service, specifically related to the Occupy Wall

5   Street movement?

6        A      Yes, sir.

7        Q      And for the members of the service

8   to properly police the Occupy Wall Street

9   movement?

10       A      I don't know about the properly

11   police part.  Our part was to get them ready for

12   civil disobedience, civil disturbance,

13   demonstrations and protests.  So, that's what we

14   conducted our training for.

15       Q      Do all demonstrations and protests

16   involve civil disobedience and civil disorder?

17       A      No.

18       Q      How would you distinguish that in

19   the trainings to these members of the service?

20       A      When we go over any training, we get

21   them ready for what could be the worst thing.

22   But we remind them that the stats say between

23   95, 99 percent of the time, every protest

24   nothing happens.  We're getting you ready for

25   that one to five percent in case something

1                         JOSE VEGA

2    happens.

3         Q      Did Disorder Control do any training

4    for the other 95 percent of the protest times

5    when people were not involved in civil

6    disobedience?

7         A      We conducted training before Occupy

8    Wall Street and we've conducted after Occupy

9    Wall Street, so obviously, we have.

10         Q      The training that are summarized in

11    this Vega 10 document that are related to Occupy

12    Wall Street, did they identify trainings that

13    were given for that other 95 percent when there

14    wasn't civil disorder or civil disobedience?

15         A      We went over the same -- we gave

16    them the same exact training that everybody else

17    got.  What this document summarized was they

18    brought in other units that were not Task Forces

19    to get trained because they felt we needed more

20    people in case we had large amounts of

21    demonstrators and we didn't have enough Task

22    Force people.

23         Q      These were members of Patrol

24    Services Bureau coming in?

25         A      Some were Patrol Services.  Some of

Page 95

1                      JOSE VEGA
2   them were specialized units.
3        Q     Specialized units could mean Scooter
4   Patrol?
5        A     It could be scooter.  It could be
6   School Safety.  It could be members assigned to
7   the Organized Crime Control Bureau.  It could
8   also be people assigned to Counterterrorism or
9   to, I believe, also One Police Plaza.
10                   MR. STECKLOW:  Let's look at
11                School Safety for a second.
12                   THE WITNESS:  Okay.
13       Q     What division or what bureau is
14   School Safety?
15       A     I think they're their own division.
16   They formed a School Safety -- there's a School
17   Safety Division that they fall under.
18       Q     What was their normal job, the
19   School Safety?
20       A     Patrolling the schools and keeping
21   them safe.
22       Q     But they members of the NYPD?
23       A     Yes, sir.
24       Q     They go through recruit training and
25   cadet training?

```
                                       Page 96
 1                    JOSE VEGA
 2        A     Yes.   These members are normal NYPD
 3   police officers, but they are assigned to the
 4   School Safety Division.
 5        Q     According to this document, you
 6   trained 134 members of the School Safety
 7   Division?
 8        A     Yes, sir.
 9        Q     You trained 420 members of the
10   Organized Crime Control --
11        A     Organized Crime Control Bureau, yes,
12   sir.
13        Q     Sixty one members of the Detective
14   Bureau?
15        A     Yes, sir.
16        Q     Three hundred seventy-five members
17   of the One Police Plaza?
18        A     Yes, sir.
19        Q     Seventy members of Counterterrorism?
20        A     Yes.
21        Q     One hundred forty-three members of
22   the Patrol Borough Bronx?
23        A     Patrol Borough, Brooklyn North
24   Impact.
25        Q     And 143 members of that division?
```

```
                                      Page 97

 1                    JOSE VEGA

 2         A      Yes.

 3         Q      And 69 members of the Patrol Borough

 4   Bronx Impact?

 5         A      Yes, sir.

 6         Q      And 124 members of the Housing?

 7         A      Yes.

 8         Q      And 16 members of Patrol Borough

 9   Manhattan North Scooter Task Force?

10         A      Yes, sir.

11         Q      In this time period of November 7th

12   through December 9th, 2011, Disorder Control

13   trained 1,412 members of the service,

14   specifically in relation to Occupy Wall Street?

15         A      These people listed here, yes, those

16   are the numbers we trained specified for that.

17         Q      Were these mobile exercises or

18   classroom training?

19         A      They were all on the field.

20         Q      Did you give any training to these

21   1400 members of the service in disorderly

22   conduct statute?

23         A      No, the field training doesn't go

24   over that.

25         Q      Did you give them any training in
```

```
                                    Page 98

 1                       JOSE VEGA

 2   relation to probable cause standards?

 3        A     No, sir.

 4        Q     Did you give them any training in

 5   First Amendment activity?

 6        A     No, sir.

 7        Q     Did you give them any training in

 8   sidewalk protest standards?

 9        A     No, sir.

10             MR. STECKLOW:  I'm going to mark

11             this one as Vega 11.  I only have

12             this one copy so we'll all have to

13             look it over together.

14             (Whereupon, at this time, the

15             above-mentioned 3/2/11 NYPD document

16             was marked by the reporter as Vega's

17             Exhibit 11, for identification, as

18             of this date.)

19             MR. STECKLOW:  Back on the

20             record.

21        Q     Have you had a chance to review

22   what's been marked as Vega 11?

23        A     Yes, sir.

24        Q     What's that document?

25        A     This is a document from the
```

```
 1                    JOSE VEGA

 2   commanding officer, Disorder Control Unit, to

 3   the commanding officer of Special Operations.

 4   It was basically a summary of training

 5   conducted -- all the training that we conducted

 6   over, I believe, a two-or-three year period.

 7        Q    This was from March of 2011?

 8        A    Yes, sir.

 9        Q    Looking at number two in here, it

10   identifies various types of trainings that took

11   place?

12        A    Yes, sir.

13        Q    Which of those trainings were

14   classroom trainings?

15        A    Which were or were not?

16        Q    Which were?

17        A    The tabletop exercise is classroom

18   training.  Functional exercise is classroom

19   training.  The advanced COBRA refresher known as

20   ACR is classroom training.  Command post

21   operations is classroom training and the unusual

22   disorder plan is classroom training.

23        Q    The tabletop exercises, did those

24   involve First Amendment training?

25        A    No, not that I'm aware.
```

1                    JOSE VEGA

2        Q      Did they involve training in the

3    disorderly conduct statute?

4        A      No.

5        Q      Did they involve training in

6    dispersal orders?

7        A      No.

8        Q      The next one that you said was

9    classroom was the --

10       A      Functional exercise.

11       Q      Did the functional exercise involve

12   First Amendment training?

13       A      No.

14       Q      Did it involve disorderly conduct

15   statute training?

16       A      No.

17       Q      Did it involve any training in

18   sidewalk protest?

19       A      No.

20       Q      What was next one?

21       A      The next one was the advanced COBRA

22   refresher.

23       Q      Did the advanced COBRA refresher

24   training involve First Amendment activity?

25       A      No, sir.

```
1                        JOSE VEGA
2         Q      Did it involve standards of
3   disorderly conduct statute?
4         A      No, sir.
5         Q      Did it involve sidewalk protest and
6   how to properly police sidewalk protests?
7         A      No, sir.
8         Q      The next one that was classroom
9   training was --
10        A      The Command Post Operations.
11        Q      Did the Command Post Operations
12  involve First Amendment activity?
13        A      No, sir.
14        Q      Did the lecture on Command Post
15  Operations involve any training in disorderly
16  conduct statute?
17        A      No, sir.
18        Q      Did the instruction in classroom
19  training in Command Post Operations involve any
20  standards of proper policing of sidewalk
21  protests?
22        A      Not for the sidewalk protests, no.
23  The last one Unusual Disorder Plan Training.
24        Q      Did that involve classroom training?
25        A      That's classroom training, yes, sir.
```

```
                                    Page 102

1                      JOSE VEGA

2         Q      Did that involve First Amendment

3    training?

4         A      No, sir.

5         Q      Did that involve any instruction on

6    the First Amendment whatsoever?

7         A      Excuse me.  No, sir.

8         Q      Did it involve any instruction on

9    disorderly conduct statute?

10        A      No, sir.

11        Q      Did it involve any instruction on

12   proper and constitutional policing of sidewalk

13   protests?

14        A      Not for the sidewalk protest, no,

15   sir.

16        Q      This training included members of

17   service of all ranks; correct?

18        A      Yes, sir.

19        Q      Not just the sergeants or

20   lieutenants and sergeants and police officers;

21   correct?

22        A      Yes, sir.

23        Q      But it included captains, deputy

24   inspectors, inspectors and chiefs; correct?

25        A      Yes, sir.
```

1                    JOSE VEGA

2        Q      This was a document summarizing how

3    many officers were trained in these various

4    exercises by Disorder Control between 2009 and

5    2011?

6        A      Yes, sir.

7        Q      The total number of officers that

8    came through these various trainings was 24,835?

9        A      Yes, sir.

10       Q      That included 22 chiefs?

11       A      Yes.

12       Q      And 29 inspectors?

13       A      Yes.

14       Q      And 37 deputy inspectors?

15       A      Yes.

16       Q      And 184 captains?

17       A      Yes.

18       Q      And 1,456 lieutenants?

19       A      Yes.

20       Q      And 3,402 sergeants?

21       A      Yes.

22       Q      And 18,352 police officers or

23   detectives?

24       A      Yes.  This lists the people that

25   were trained.  The only flaw in this is if you

```
 1                      JOSE VEGA
 2   have a chief who came to this training five
 3   times, he's counted five times.  So, it doesn't
 4   mean there was 22 separate chiefs, that it just
 5   means that 22 members of service in the rank of
 6   chief came to -- to these numbers, it doesn't
 7   mean it was 1,800 individual officers.  Some of
 8   them may have gone to multiple training
 9   exercises.
10        Q    I think what you're saying is this
11   doesn't mean when it says 22 chiefs, it doesn't
12   mean that 22 distinct chiefs?
13        A    Yes, sir.
14        Q    It could be the same chief came five
15   times and therefore it would count as five?
16        A    Yes.
17        Q    These numbers are just showing how
18   many bodies of these ranks came through and had
19   this training?
20        A    Yes, sir.
21        Q    Is this the entire summary of
22   trainings that Disorder Control gave between
23   2009 and 2011?
24        A    On this document, this is the entire
25   summary of trainings that we had conducted.
```

```
 1                       JOSE VEGA
 2        Q      There is no other training that
 3   Disorder Control gave in this timeframe that's
 4   not identified in this document?
 5        A      Not that I'm aware of.
 6               MR. STECKLOW:  I think the time
 7               is now 1:00 o'clock on the dot.
 8               We're going to take a one-hour lunch
 9               break and we'll all be back here at
10               two P.M.  I'm turning this off.
11               (Whereupon, at this time a lunch
12               recess was taken.)
13               MR. STECKLOW:  The time is now
14               2:15.  My name is Wylie Stecklow and
15               we're in my office for the continued
16               deposition of Sgt. Vega.  All the
17               same parties are in the room.  Good
18               afternoon, Sgt. Vega.
19               THE WITNESS:  Good afternoon.
20        Q      Do you know the acronym FURHOOD,
21   F-U-R-H-O-O-D?
22        A      Fort Hood?
23        Q      FURHOOD, F-U-R-H-O-O-D.
24        A      I'm not -- I don't know what that
25   acronym stands for.
```

```
 1                        JOSE VEGA
 2              MR. STECKLOW:  Let's mark this as
 3         Vega 12.
 4              (Whereupon, at this time, the
 5         above-mentioned Ten-page document
 6         was marked by the reporter as Vega's
 7         Exhibit 12, for identification, as
 8         of this date.)
 9              MR. STECKLOW:  Could I see that
10         one for a second.  The one she's not
11         looking at.
12      Q     Have you had a chance to look at
13   what's been marked as Vega 12?
14      A     Yes, sir.
15      Q     Do you recognize this document?
16      A     Yes.
17      Q     What is this document?
18      A     It's a maintaining public order
19   document, and inside of it is a Power Point
20   pertaining to disorderly conduct and loitering
21   in public.
22      Q     Is this a Power Point that is
23   created and utilized by the Disorder Control
24   Unit?
25      A     No, sir, not to my recollection.
```

```
1                    JOSE VEGA
2    I've ever used this.
3         Q     You don't have any knowledge of the
4    information contained in here?
5         A     I understand what loitering is and I
6    understand what disorderly conduct is, and for
7    FURHOOD, I remember that acronym from the
8    academy but I don't know exactly where the
9    letters fall in when it comes to disorderly
10   conduct.
11        Q     FURHOOD is an acronym they use for
12   disorderly conduct; is that correct?
13        A     Yes, sir.
14        Q     It's one they teach at the academy?
15        A     Yes.
16        Q     Do you know if they teach it
17   anywhere else outside of the academy?
18        A     Not that I'm aware of, sir.
19        Q     Do you know if they utilize it in
20   any refresher training?
21        A     Like my unit or anyone else in the
22   police department?
23        Q     Yes.
24        A     If anyone would utilize this, it
25   would probably be someone in the Legal Bureau.
```

1                         JOSE VEGA

2          Q      Have you had any refresher training

3     that included FURHOOD acronym?

4          A      Yes, sir.

5          Q      What was that?

6          A      In 2004 the Legal Bureau was part of

7     training people that came to train anyone other

8     than working for Disorder Control for the

9     Republican National Convention.

10          Q      Did they go over the FURHOOD

11     acronym?

12          A      Yes.

13          Q      And they went over First Amendment

14     standards?

15          A      Yes.

16          Q      They went over standards for

17     sidewalk protests?

18          A      I'm not -- I don't remember if they

19     went over that part.

20          Q      But you attended that training?

21          A      Yes, sir.

22          Q      Was there a similar training in 2011

23     at the beginning, middle or end of Occupy Wall

24     Street?

25          A      No, sir, not that I'm aware of.

```
 1                    JOSE VEGA
 2      Q      We looked before at one of the items
 3  that was the Disorder Control Training for
 4  Occupy Wall Street; correct?
 5      A      I think that could've been the last
 6  one that we had.
 7      Q      That document is specifically about
 8  Disorder Control Training for Occupy Wall
 9  Street; correct?
10      A      Yes, sir.
11      Q      The FURHOOD acronym was not utilized
12  in that training; correct?
13      A      No, sir.
14      Q      There was no training by the Legal
15  Bureau that you attended as part of the Occupy
16  Wall Street training; correct?
17      A      Well this day, no, sir.
18      Q      For any date around Occupy Wall
19  Street was there any training by the Legal
20  Bureau for officers that were going to be
21  policing Occupy Wall Street?
22              MS. ROBINSON:  Objection.  You
23              can answer.
24      A      No, sir.  This training -- because
25  the reap why they weren't there, this is all
```

```
                                            Page 110

1                       JOSE VEGA
2    field training.  So, when we do field training,
3    it basically is line and wedge movements, mass
4    arrest and high-profile arrests.  Those are
5    tactics to utilize on the field.
6         Q     Was that the same tactic that was
7    utilized during the 2004 Republican National
8    Convention?
9         A     Yes, sir.
10        Q     In addition to the disorderly
11   conduct and sidewalk protest tactic?
12        A     Yes, sir.
13        Q     You were trained in 2004 in these
14   field tactics, as well as disorderly control and
15   sidewalk protest issues; correct?
16        A     Yes.
17        Q     Did that same training occur at any
18   point during Occupy Wall Street?
19              We know that the training occurred,
20   as far as field tactics, but now I'm asking
21   about the training regarding First Amendment
22   protest activity and sidewalk protest standards?
23        A     No.  Disorder Control did not
24   conduct any of this legality training.
25                   MR. STECKLOW:  I'm not asking
```

```
 1                    JOSE VEGA
 2             about what Disorder Control
 3             training.
 4        Q     You're saying in 2004 you did not
 5   conduct that training but your participated in
 6   that training?
 7        A     Yes, sir.
 8        Q     I'm asking that same question for
 9   2011.
10             Was there training that you
11   participated in that was related to sidewalk
12   protest standards or First Amendment activity?
13        A     No, sir.
14             MR. STECKLOW:  Mark this as Vega
15             13 for identification.
16             (Whereupon, at this time, the
17             above-mentioned RNC guidelines was
18             marked by the reporter as Vega's
19             Exhibit 13, for identification, as
20             of this date.)
21             MR. STECKLOW:  I'm going to point
22             you to page three and page four.  I
23             ask you to look at what's contained
24             at the top of page three as under
25             number three and the top of page
```

```
                                          Page 112

 1                      JOSE VEGA

 2             four as under (a) Public Streets.

 3                 THE WITNESS:  Okay.  Thank you.

 4        Q      Have you had a chance to review

 5   those two sections of this document?

 6        A      Yes, sir.

 7        Q      Do you recognize this document?

 8        A      Yes, sir.

 9        Q      Is this the RNC guidelines that you

10   referenced before that were created and utilized

11   in training leading up to the Republican

12   National Convention in 2004?

13        A      Yes.

14        Q      Did you receive it at that time, as

15   part of your training?

16        A      Yes, sir.

17        Q      Do you see under number three it

18   talks about "providing ample alternative means

19   of communication to people who are protesting

20   when there's going to be a time, place and

21   manner restriction set in place;" is that

22   accurate?

23        A      Yes.

24        Q      What does that means, as far as

25   police officers policing a sidewalk protest?
```

Page 113

1                        JOSE VEGA

2              MS. ROBINSON:  Are you asking him

3         as Sgt. Vega or are you asking him

4         on behalf of the City?

5              MR. STECKLOW:  I'm asking him on

6         behalf of disorder control training.

7    A      This means that we must allow

8    whatever the message is that they're going to

9    protest we have to allow it, and if they can't

10   get that message out there at that time, we have

11   to allow them an alternative means like another

12   way to get that message across.  Like, if as an

13   example, the best one would be, if they want to

14   protest in the middle of the street because they

15   need to be within sight and sound of the

16   facility, but being in the middle of the street

17   could be dangerous for them because they could

18   be run over, we have to provide an alternative.

19   We'll put you somewhere else where you can still

20   get the message, they can still hear you, but

21   you'd be safe from any vehicle -- you know, for

22   public safety reasons.

23   Q      Is that any training that's provided

24   by Disorder Control?

25   A      Disorder Control does not provide

```
 1                    JOSE VEGA
 2    this training.
 3         Q     Did it provide in 2004?
 4         A     No, it was provided to us but we
 5    specifically did not do this training.
 6         Q     It was not provided by Disorder
 7    Control in 2011, at any time?
 8         A     No, sir.
 9         Q     Did Disorder Control get this type
10    of training in 2011 during Occupy Wall Street?
11         A     No, sir.
12         Q     Looking at what's on page four as A,
13    this identifies that "Demonstrations on streets
14    may be restricted but any limitation imposed
15    must be minimal and consistent with a concern
16    for public safety;" is that accurate?
17         A     Yes, sir.
18         Q     Why is public safety an issue that
19    is identified here when they're talking about
20    the street or sidewalk protest?
21         A     The public safety public issue part
22    is -- you have the right to protest, but you
23    can't take the street where a non-protester
24    cannot get to work or cannot go to school or
25    cannot just walk around.  The same thing with a
```

```
 1                    JOSE VEGA
 2   vehicle.  You can protest if you want on the
 3   street but it has to be safe in a safe manner.
 4   We can't have you blocking traffic where a car
 5   could run you over or where vehicles cannot move
 6   whatsoever.  So, we can restrict that.  Like, if
 7   you wanted to march, we can speak with the
 8   organizer and tell you "We'll give you half the
 9   sidewalk and the other half belongs to people
10   who are not protesting and maybe one lane of
11   traffic so traffic can still drive, you can
12   still get your part walk in the street but
13   you'll be safe when it comes to that.
14        Q     Is there a standard of a
15   clear-and-present danger that is involved in
16   this type of restriction?
17                   MS. ROBINSON:  Again, are you
18                   asking him as St. Vega or are you
19                   asking him on behalf of the City?
20                   MR. STECKLOW:  I'm asking him on
21                   behalf of the City as it related to
22                   disorder control training.
23        A     Could you repeat that question?  I'm
24   sorry.
25                   MR. STECKLOW:  Sure.
```

1                          JOSE VEGA

2          Q      In the standard that you just went

3     there about when protest can be restricted

4     either on the street or on the sidewalk dealt a

5     little bit with public safety?

6          A      Yes, sir.

7          Q      I'm asking if there's a standard of

8     a clear-and-present danger rule that is part of

9     that safety analysis and, if yes, if that's

10    taught by Disorder Control?

11         A      There is no set standard for that

12    because all streets, all areas are different and

13    fluid.  So, you protesting on Wall Street on a

14    Friday is not the same as protesting on a

15    Sunday.  A lot less traffic.  A lot less people.

16    So, the areas that we give you for public safety

17    could be different.  Depends on the time, the

18    date and even if there's a holiday.

19         Q      Specifically to the standard of

20    clear-and-present danger, is that a term that

21    you've heard of before?

22         A      Yes.

23         Q      Is that a term that you have been

24    taught before?

25         A      Yes.

```
 1                    JOSE VEGA
 2        Q      Where have you been taught that
 3   term?
 4        A      Any training that the Legal Bureau
 5   provided to us when it came to crowd control,
 6   civil disobedience, they went over the
 7   clear-and-present danger part.
 8        Q      Is that a standard that you then
 9   instructed at any Disorder Control training?
10        A      I don't use that specific
11   terminology when it comes to that.
12        Q      Were you instructed with a different
13   terminology?
14        A      What I go over is the zones of
15   safety, and I'll explain to them the zone of
16   safety to protect the protestor and protect the
17   public both at the same time.
18        Q      Is that the same as what you were
19   taught, as far as what the clear-and-present
20   danger standard is?
21        A      Yes.
22        Q      The bottom of this paragraph that we
23   were just reviewing, it talks about how "it
24   would be almost impossible to justify a
25   restriction that entirely prohibits a peaceful
```

```
 1                    JOSE VEGA
 2   demonstration on public streets;" do you see
 3   that?
 4        A     Yes, sir.
 5        Q     Do you agree with that?
 6        A     Yes.
 7        Q     Have you been trained in that
 8   standard?
 9        A     Yes.
10        Q     Where have you been trained in that
11   standard?
12        A     The Legal Bureau went over that with
13   us, whenever they conducted a training with
14   Disorder Control.
15        Q     Is that a standard that you train at
16   Disorder Control to the members of the service
17   that come to Disorder Control for training?
18        A     Yes, sir.
19        Q     What setting do you give that
20   training?
21        A     Whenever we conduct the field
22   training -- well, with the field training we're
23   setting up line and wedge formations and a line
24   formation would be to stop someone from going
25   somewhere.  So, we'll go over that.  That only
```

1                        JOSE VEGA

2    happens when we have to restrict someone from

3    coming somewhere because of danger or because

4    they're not supposed to be there.  But for

5    peaceful, if the people are peaceful and there's

6    no danger, then we allow them a much more leeway

7    as to what they want.  In the last paragraph, if

8    we have a hundred thousand people and it's

9    peaceful, you can give them a lot more space

10   than you would be on a crowd that you anticipate

11   a problem.

12        Q     On the zones of safety that you

13   mentioned earlier, where does that term arise

14   from?

15        A     That's something that I've come up

16   with over the years with my experience in

17   providing crowd control training and in working

18   details.

19        Q     Is a zone of safety concerned with a

20   threat to public disorder?

21        A     Yes.

22        Q     Can you explain how so?

23        A     Well, the zone of safety, we want to

24   provide a safe environment not just for the

25   public that's not protesting but for the

1                    JOSE VEGA

2   protesters themselves and for First Responders.

3   If you have a block completely blocked off and

4   vehicles can't get through, I've heard more than

5   once told "But it's just traffic," and I

6   understand that.  But what if a fire truck can't

7   get through to combat a fire or an ambulance

8   can't get through for a sick person?  Now we're

9   endangering people.  So, when we set up our

10  zones of safety, it is to provide a safe haven

11  for our protesters, a safe haven for our public

12  and also a safe haven for responders to get

13  through in order to conduct their jobs.

14      Q     Is that zones of safety something

15  that occurs at the beginning of protest, does it

16  occur when there's a trigger in a protest?

17               When does that occur?

18      A     It can occur -- it's a very fluid

19  situation.  It could occur in the planning of a

20  protest.  So, if you have something happening in

21  a specific area, you have to plan for

22  everything.  Whether you have a lot of people, a

23  little people, zones of safety, people going to

24  work in vehicles, or it could be for a

25  spontaneous protest that occurs then you have to

```
                                          Page 121

  1                     JOSE VEGA

  2    look at the area.  Every area is fluid and the

  3    geography can change from block to block,

  4    neighborhood to neighborhood and borough to

  5    borough.

  6         Q     Do you use any video in Disorder

  7    Control training?

  8         A     Yes,sir.

  9         Q     What type of video do you use?

 10         A     We usually use past incidents and

 11    those videos we can get them off of YouTube and

 12    we'll show like news clips of civil

 13    disobedience, civil disorder from around the

 14    world and also that occurs in America to explain

 15    to them -- the video will reinforce what we're

 16    trying to teach people.

 17         Q     Has that video changed between 2004

 18    and 2011?

 19         A     Yes.

 20         Q     How often is it updated?

 21         A     Whenever anything comes up new on

 22    YouTube.  So, if you have had a riot that

 23    happened ten days ago somewhere and we conduct

 24    training, we can actually go to YouTube, which

 25    is an open source, and we can just show them
```

```
 1                    JOSE VEGA
 2   what was happening there.  So, whenever anything
 3   happens, we can update anything we want using
 4   YouTube without a problem.
 5         Q      Is there a specific data base or
 6   file that you have of various videos that you've
 7   used in disorder control training?
 8         A      There are some videos that we've
 9   kept on hand.  There are times that we've taped
10   ourselves during formations and then when we
11   teach people we show them "This is what we want
12   you to do when we do the formation," and it's
13   just reinforcing our instruction.
14         Q      The ones that you find on YouTube,
15   do you save them in a file, as well?
16         A      No.  Those we just stream them
17   through the Internet when we do our training.
18         Q      How do you document which ones
19   you're utilizing?
20         A      We don't.  If we keep something
21   specifically, the name of the document and it
22   will go down whenever we -- and we'll come for
23   training, we would write down what kind of
24   training they're getting.  When it comes to
25   video, we don't document it.  It's like a
```

1                    JOSE VEGA

2    current event.  Today, there was a shooting in

3    Maryland.  So, tomorrow if I did active shooter

4    training, I would access those videos that the

5    news used to reinforce what I'm trying to teach.

6         Q    In three months from now, if you

7    wanted to look at that active Maryland shooter

8    video, would you go back to YouTube for it or

9    would you look for a note about where you found

10   it?

11        A    I would just go to YouTube.

12        Q    How would you remember that, oh,

13   yeah, that was the Maryland one that I wanted to

14   look at?

15        A    I would fall back on my memory and

16   my training.

17        Q    And your training being what?

18        A    If I'm training an active shooter,

19   then I know what is it that I'm going to show

20   them.  I wouldn't just forget oh, the Maryland

21   shooting.  Three months from now, I would know

22   what that shooting is.  As an instructor, I

23   would remember that.

24        Q    In 2011, what video did you use in

25   training about sidewalk protest?

Page 124

1                        JOSE VEGA

2       A       We always show the Battle in

3   Seattle, the 1999 video to show how sidewalks

4   and streets will be lost if the anarchists were

5   allowed to run amok without being stopped.

6       Q       Is that a video that you continue to

7   show today?

8       A       We still show it just to show --

9   we'll show that and once, so people understand

10  history, because the big thing when we teach our

11  classes is that history will repeat itself.  So,

12  we'll show them that so they understand where

13  modern protesting started and how it's evolved

14  over time.

15      Q       Do you utilize any videos from the

16  Republican National Convention in 2004?

17      A       We don't utilize because there

18  really is not much on the RNC -- I'm sorry, on

19  the Republican National Convention.  There's not

20  a lot of stuff there, so we rarely use anything

21  from there.

22      Q       Are you aware that there was

23  multiple lawsuits brought against the City of

24  New York regarding sidewalk protests at the

25  Republican National Convention?

```
                                        Page 125

 1                     JOSE VEGA

 2        A     Yes, sir.

 3        Q     Have you looked at video underlying

 4   some of those lawsuits to see if there was

 5   anything there to utilize in the teaching of

 6   disorder control?

 7        A     I've not used and of the videos or

 8   seen any of the videos from what happened during

 9   the Republican National Convention.

10        Q     Are you aware of the August 31, 2004

11   Fulton Street protest at the Republican National

12   Convention?

13        A     Yes, sir.

14        Q     Are you aware that there were

15   multiple arrests made that day?

16        A     Yes, sir.

17        Q     Are you aware that there was a

18   lawsuit brought pursuant to the multiple arrests

19   made that day?

20        A     Yes, sir.

21        Q     Are you aware that a federal judge

22   granted summary judgment to the protesters

23   stating that they were unconstitutionally

24   arrested on Fulton Street that day?

25             MS. ROBINSON:   Objection.
```

```
                                        Page 126

 1                     JOSE VEGA

 2               Outside the scope.  You can answer.

 3        A     Yes, sir.

 4        Q     Have you looked at the video of

 5   those arrests to see if there's any use Disorder

 6   Control could make with that video in training?

 7        A     No, I have not used or looked at any

 8   of those videos.

 9        Q     Has Disorder Control updated its

10   curriculum or training, at all, based on that

11   decision from the federal judge regarding the

12   August 31st, 2004 Fulton Street arrests at the

13   RNC?

14        A     Yes, we have.

15        Q     How have you updated your training?

16        A     One of the major updates was during

17   that incident, the incident commander in charge

18   of that area, they utilized the orange barrier

19   mesh in a way that's not consistent in how we

20   always used it.  So, that was one of the changes

21   we made to our lesson plans.

22        Q     Is there any other change made,

23   other than how the orange barrier mesh was used?

24        A     The other change was there's a word

25   called "kettling" and that's a tactic that was
```

                                            Page 127

1                          JOSE VEGA

2    taught in the '80s and '90s throughout America.

3    The deal was that you would funnel the

4    protestors into an area in which you could

5    control it easier and then you made your

6    arrests.  That was removed because one of the

7    big reasons is you forced people into an area

8    and it makes it more dangerous.  So, the idea is

9    don't force people somewhere into a tighter

10   area.  You want to work in a larger area.  So,

11   kettling was another change that was made.

12        Q     Was there any other change made to

13   how Disorder Control trained, based on the

14   arrests at Fulton Street on August 31st, 2004?

15        A     No, sir.

16        Q     You previously testified that in

17   anticipation of today's deposition you observed

18   a video and you identified a Bronx incident or

19   something to that effect; is that accurate?

20        A     Yes, sir.

21        Q     Were you aware that multiple elected

22   officials had written complaints to the NYPD,

23   concerning the police conduct of that day?

24        A     That I was not aware of, sir.

25        Q     But you watched that video; correct?

```
 1                    JOSE VEGA
 2       A     Yes, sir.
 3       Q     How long was that video?
 4       A     The part I saw, I think, was 12 to
 5  13 minutes, in total, I believe.
 6       Q     Did you watch all of it?
 7       A     Yes, sir.
 8       Q     How many times.
 9       A     Once.
10       Q     What was your understanding of the
11  police conduct that you saw on that video?
12       A     Conduct in what way?  How they acted
13  or what they did, their actions?
14       Q     Yes.
15       A     It's hard to quantify what was done
16  on a video because, number one, I wasn't there
17  and number two, I don't know what the sidewalk
18  or what the actions were of the people before
19  the police was close.  In the video, there's a
20  part, as with the executive speaking to the lady
21  in charge, they have closed tables up against
22  the fence.  Now, I don't know whether those
23  tables were opened before the police came and
24  then were closed once they showed up.  So, it's
25  hard to give opinion on a video that doesn't
```

```
1                        JOSE VEGA
2    show the actions before we showed up.
3         Q    So, you don't have an opinion on
4    whether the police conduct that day was proper
5    or improper?
6         A    I can't give a good opinion because
7    I have to see everything and not just the parts
8    that you showed to me.
9         Q    Do you have an opinion of whether or
10   not the police conduct in arresting individuals
11   in the video that you observed comported with
12   the training of Disorder Control?
13        A    Once again, I can't answer that
14   correctly.  I don't know what the actions were
15   of the individuals being arrested before we
16   showed up.
17        Q    But you were able to see 12 minutes
18   of action; correct?
19        A    Yes.
20        Q    And you could see 12 minutes of
21   conduct; correct?
22        A    Yes.
23        Q    And you didn't see arrests in the
24   first minute; correct?
25        A    No.
```

```
                                        Page 130
 1                        JOSE VEGA
 2        Q      You saw arrests after a few minutes;
 3   correct?
 4        A      Yes.
 5        Q      People were being told to disperse
 6   and walk and they started marching around the
 7   block; correct?
 8        A      Yes.
 9        Q      And then people were arrested in
10   that moment; correct?
11        A      Yes.
12        Q      Did you see anything on the video
13   that you could see that was occurring that would
14   give probable cause to the officers to make
15   those arrests?
16              MS. ROBINSON:  Objection.  You
17              can answer.
18        A      Again, I really can't say because
19   I'm seeing their angle of the video.  So, it's
20   hard for me to give -- I can't give a proper
21   answer when I'm only seeing their angle, and I
22   don't know what they were doing when we showed
23   up.  The police are called somewhere and the
24   person's conduct stops.  Where we have proof to
25   show that they were doing something improper,
```

```
 1                    JOSE VEGA
 2    then they'll be arrested.  But the video would
 3    show that at that time they weren't doing
 4    something.  The video can be shown to show
 5    anything.
 6         Q     You've previously testified that for
 7    disorderly conduct arrest, the officer has to
 8    see the conduct; correct?
 9         A     It has to be in their presence.
10         Q     Was there anything you could see in
11    the video that would give you, as a person
12    watching, sufficient knowledge of probable cause
13    to make an arrest for disorderly conduct?
14         A     I can't answer that properly because
15    I'm looking at the video and if I was there
16    live, depending on what angle, if you're on one
17    side of the angle you could see something.  If
18    you're on another angle, you may not see
19    nothing.  So, I never will give an opinion on a
20    video that someone shot.  I'd have to be there.
21         Q     Did you see any pedestrians being
22    blocked in the video?
23         A     I didn't see in that video, at that
24    time, a pedestrian being block.  But I don't
25    know what occurred before the video was shot.
```

```
 1                    JOSE VEGA
 2        Q     Is it unlawful for people to have a
 3   table on a sidewalk?
 4        A     It depends.  There are rules and
 5   regulations in place of where you can place a
 6   table, how far it has to be from a corner, how
 7   far from a business.  It depends on where they
 8   are and what is on that block.
 9        Q     Was there any business that was
10   visible in the video on that block or was it an
11   empty lot around the fence?
12        A     From the angle I saw it, it looks
13   like there was an empty lot on that fence.
14        Q     Are people allowed in First
15   Amendment activity to set up a table on a
16   sidewalk on a block that's surrounding an empty
17   lot?
18                    MS. ROBINSON:  Objection.  You
19               can answer, if you know.
20        A     I'm not sure of the answer.  But
21   odds are good that they can, as long as it
22   doesn't block.  But like I mentioned earlier,
23   the tables were closed when I saw the video.
24        Q     You never saw the tables blocking
25   anything; correct?
```

                              JOSE VEGA

1

2        A      The closed tables or the open

3    tables?

4        Q      Did you see open tables?

5        A      On that part of the video, there was

6    nothing open.  But, like I said, I would like to

7    see the whole video from when the incident

8    begins not from when they decide to start to

9    take it.

10                  MR. STECKLOW:  I'm asking you

11                  specific questions.  I'd appreciate

12                  you trying to answer the specific

13                  question that I'm asking and not in

14                  a different way or not a question

15                  that you're hoping I would ask for.

16                  THE WITNESS:  Okay.

17                  MR. STECKLOW:  I'm not asking

18                  about what happened 20 minutes

19                  before.

20        Q      Do you know what happened 20 minutes

21    before the video started?

22        A      Absolutely not.

23        Q      So all we know is what we can see on

24    the video; right?

25        A      Yes.

Page 134

1                    JOSE VEGA

2              MR. STECKLOW:  All I'm asking

3              questions about is what do you see

4              on the video, not about what may or

5              may not have happened 20 minutes

6              before.

7         Q    Did you see any open table on the

8    video?

9         A    On the video I saw, there are no

10   open tables.

11        Q    I'm asking you that question, and

12   it's a simple answer, no, there's no open

13   tables; can we agree to that?

14        A    Sure.  Yes.

15        Q    Did you see any tables blocking the

16   sidewalk on the video?

17        A    No.

18        Q    Did you see any reason or probable

19   cause for arrest of individuals on the video?

20        A    On the video, I saw no reason.

21        Q    Did the conduct that you could see

22   on the video of the police and how they

23   interacted with the protesters comport with the

24   training given at Disorder Control?

25              MS. ROBINSON:  Objection.  You

```
 1                    JOSE VEGA
 2           can answer.
 3      A     I saw no misconduct from the
 4   officers, so everything they did seemed to be
 5   correct.
 6      Q     The arrests that you saw that they
 7   made comported with the training given at
 8   Disorder Control?
 9      A     The mass arrest training that we
10   give that comported to what was being done on
11   the video.
12                MR. STECKLOW:  Let's mark this as
13                Vega 14.
14                (Whereupon, at this time, the
15                above-mentioned Training memo was
16                marked by the reporter as Vega's
17                Exhibit 14, for identification, as
18                of this date.)
19                MR. STECKLOW:  Mark this as Vega
20                15.
21                (Whereupon, at this time, the
22                above-mentioned 4/1/12 e-mail was
23                marked by the reporter as Vega's
24                Exhibit 15, for identification, as
25                of this date.)
```

                          JOSE VEGA

1

2          Q       Have you had a chance to look at

3     what is marked Vega 15?

4          A       Yes, sir.

5          Q       Have you seen this before?

6          A       I saw it when I was reviewing the

7     paperwork for here, but I didn't see it when

8     this originally came out.

9          Q       This talks about impact lectures for

10    captains and lieutenants?

11         A       Yes, sir.

12         Q       It was given by Disorder Control?

13         A       Yes, sir.

14         Q       It was given in March of 2012?

15         A       I don't think see the date March

16    2012.  I see it says April 4th was the last

17    session.

18         Q       I'm looking at the e-mail section

19    from below from Raganella, Saturday, March 31st.

20         A       Yes.

21         Q       You're copied on that; correct?

22         A       Yes.

23         Q       What is an impact lecture?

24         A       Well, the -- it's not a lecture.

25    What happened is the NYPD for I forget how long

1                    JOSE VEGA

2    set up impact zones throughout the city.  Those

3    are high-crime zone.  So, when police officers

4    left the academy, they're sent to an impact

5    zone.  There were lieutenants and captains who

6    were in charge of those impact zones.  So, those

7    captains and lieutenants from the impact zones

8    were sent to Disorder Control for training.

9          Q     What type of training did they

10   receive?

11         A     According to this e-mail, they

12   received crowd control training and protocol for

13   crowd control training, what the patrol borough

14   Task Forces can do, along with mass arrest

15   theories, the protocols of mass arrests and

16   legalities for supervisors.

17         Q     This is Disorder Control training or

18   is it some other type of training?

19         A     Other type of training pertaining to

20   Disorder Control.

21         Q     Was this training conducted by

22   Disorder Control or by others?

23         A     It was conduct by the Disorder

24   Control Unit, yes.

25         Q     This was lieutenants and captains?

Page 138

1                        JOSE VEGA

2        A       Yes, sir.

3        Q       Where was it given?

4        A       This was given at the Disorder

5   Control base which was the old Bronx Task Force

6   base in the Bronx.

7        Q       What type of materials were used in

8   this lecture?

9        A       This is classroom lecture.  So, if

10  it's classroom lecture, it's all Power Points.

11       Q       Were there any handouts that were

12  part of this?

13       A       Not that I know of.

14       Q       Do you know if disorderly conduct

15  standards were reviewed, as part of this

16  training?

17       A       Not that I know of because anything

18  with these executives was conducted by the CO.

19  I did not conduct this training.

20                   MR. STECKLOW:  Let's look at what

21               has been marked as Exhibit 14.  Take

22               a look at it.

23       Q       Have you ever seen this document

24  before?

25       A       Yes, sir.

```
 1                    JOSE VEGA
 2       Q     When did you see this document?
 3       A     I saw it when I was reviewing the
 4  documents for this deposition.
 5       Q     Did you say it, at any time prior to
 6  that?
 7       A     I don't recall seeing this before
 8  this.
 9       Q     Was the information in this document
10  incorporated into Disorder Control training?
11       A     We didn't incorporate it into our
12  training.
13       Q     Did anyone else incorporate it into
14  Disorder Control training?
15       A     Yes, sir.
16       Q     Who was that?
17       A     Lt. Albano from the Legal Division.
18  Whenever we needed anything done when it come to
19  legalities, he was the person who would teach
20  that.
21       Q     Did he teach this information at
22  Disorder Control training?
23       A     Whenever we needed him, yes, he
24  would.
25       Q     In 2004 to 2011, when did he do
```

```
                                        Page 140
 1                        JOSE VEGA
 2   that?
 3        A     2004 he did it for the Republican
 4   National Convention and then whenever Commanding
 5   Officer Anthony Raganella conducted any Disorder
 6   Control training when he went over legalities
 7   for executives, Lt. Albano would help him with
 8   that.
 9        Q     This item is dated December 2007;
10   correct?
11        A     Yes, sir.
12        Q     I think we can agreed that Lt.
13   Albano did not train on this in 2004 for the
14   RNC; correct?
15        A     Yes, sir.
16        Q     From December of 2007 to September
17   30th, 2012, can you tell me the dates upon which
18   Lt. Albano instructed on this at Disorder
19   Control.
20        A     I don't know the dates because I was
21   not present.  Whenever there was legality
22   training, I was not present for that.  I mostly
23   conducted all of our field training.
24        Q     If you were not present at the
25   legality training, how are you sure that this
```

1                        JOSE VEGA

2    specific information was trained on?

3        A    Because he went over disorderly

4    conduct, and anything with disorderly conduct

5    would come from documents like this.

6        Q    Are you doing this from firsthand

7    knowledge or are you doing this just from logic

8    and you think because this is disorderly conduct

9    information and he was training on disorderly

10   conduct, he must have been training on this?

11       A    It would come from logic because

12   this is a training memo that came up from the

13   police academy.  So, all the training memos are

14   circulated among all the training units.  So, it

15   would be very remiss for someone to conduct

16   training without using the training memo that is

17   specified to use.

18       Q    But you don't have any firsthand

19   knowledge that this was actually utilized in

20   such a manner as you described it?

21       A    By Lt. Albano, no, sir, no firsthand

22   knowledge.

23       Q    You don't have any firsthand

24   knowledge of Lt. Albano or anyone else; correct?

25       A    No, sir.

1                      JOSE VEGA

2              MR. STECKLOW:  Let's mark this

3         one as Vega 16.

4              (Whereupon, at this time, the

5         above-mentioned 9/12/12 e-mail was

6         marked by the reporter as Vega's

7         Exhibit 16, for identification, as

8         of this date.)

9      Q      Have you had a chance to review what

10  was marked Vega 16?

11     A      Yes, sir.

12     Q      Have you seen this item before?

13     A      Yes.

14     Q      When was the first time that you saw

15  it?

16     A      I -- when I sent this e-mail was the

17  first time I sent it because I actually sent

18  this e-mail to my commanding officer.

19     Q      This concerned Disorder Control

20  coverage from September 14th to September 17,

21  2012 for Occupy Wall Street?

22     A      Yes, sir.

23     Q      Do you see that there's certain

24  aspects that are redacted; correct?

25     A      Yes, sir.

```
 1                       JOSE VEGA
 2        Q      The first thing that's redacted
 3   seems like it would be the phone number for
 4   Captain Raganella?
 5        A      Yes.
 6        Q      And then your entire message, he was
 7   a captain, at the time?
 8        A      Yes, sir.
 9        Q      Your entire message to Captain
10   Raganella was redacted; correct?
11        A      Yes, there's nothing there so it's
12   redacted completely.
13        Q      Do you recall what you wrote there?
14              MS. ROBINSON:  Objection.  I'm
15              going to direct the witness not to
16              answer.
17              MR. STECKLOW:  Can you direct him
18              to answer whether he recalls what
19              was there?  I'm not asking what was
20              there yet.  I asked if he recalls.
21              MS. ROBINSON:  You can answer.
22        A      I recall, yes.
23        Q      Did it involve Occupy Wall Street?
24        A      Yes.
25        Q      Was it a personal matter?
```

```
                                        Page 144

1                       JOSE VEGA

2         A       No.

3         Q       Was it a police matter concerning

4    the number of units or training units to be

5    supplied at Occupy Wall Street?

6         A       It was -- this pertained to our

7    coverage.  So, not the outside units but what

8    DCU's coverage would be for that time period

9    listed in the attachment.

10        Q       When you talk about DCU'S coverage

11   would be, do you mean by training or just to

12   have specific officers at locations?

13        A       It's the specific officers and

14   the -- excuse me, the specific equipment that

15   would be at the location.

16        Q       So, the number of officers, the

17   types of equipment that would be at the

18   location, that was the information that's been

19   redacted?

20        A       And the other thing, whenever we sub

21   any coverage, it would have the officers' names,

22   the vehicle number and probably the contact

23   information.  So, that's probably what's

24   redacted here which is the vehicle numbers

25   which are tactical vehicles and if you know the
```

```
 1                        JOSE VEGA
 2   tactical number, you know what equipment is in
 3   there.  So, we try to keep, you know, the laymen
 4   shouldn't know, and the phone numbers of the
 5   officers assigned.
 6        Q     There's not hundreds of officers in
 7   Disorder Control but there's only a handful;
 8   correct?
 9        A     Yes, sir.
10        Q     So, it could be somewhere between
11   one and ten names that were there?
12        A     At the time working, we probably had
13   about 12 people, in total.  So, it could be
14   anything between two to 12 because no one works
15   by themselves.
16               MS. ROBINSON:  If you have a
17               Bates number for this, we can review
18               the redactions because I don't see
19               why it's redacted.
20               MR. STECKLOW:  I don't know why.
21               I think I asked about it and I don't
22               know the Bates are not printed on
23               this.  But I do have the Bates
24               number for it.
25               MS. ROBINSON:  Then just send me
```

```
 1                    JOSE VEGA
 2             an e-mail and we can revisit that.
 3       Q     Between 2004 and 2011, were there
 4   any changes or updates to Disorder Control
 5   training based on changes of law?
 6       A     Not that I'm aware of.  Not with
 7   changes of law.
 8       Q     Was there any changes or update to
 9   Disorder Control Training between 2004 and 2011
10   based on case law interpretation of statutes?
11       A     No, sir, not that I'm aware of
12   either.
13             MR. STECKLOW:  The time is now
14             3:00 o'clock.  We are going to take
15             a short break.
16             (Whereupon, at this time a brief
17             recess was taken.)
18             MR. STECKLOW:  Mark this as Vega
19             17.
20             (Whereupon, at this time, the
21             above-mentioned 3/8/12 e-mail was
22             marked by the reporter as Vega's
23             Exhibit 17, for identification, as
24             of this date.)
25             MR. STECKLOW:  I will make a
```

```
                                         Page 147
 1                     JOSE VEGA
 2              written record, as well.  We're
 3              going to request a copy of the video
 4              utilized that is, for lack of a
 5              better term, the Battle in Seattle
 6              utilized in the DCU training.
 7                   MS. ROBINSON:  Noted.
 8         Q     Looking at what was marked Vega 17,
 9    do you recognize this document?
10         A     Yes, sir.
11         Q     What is this document?
12         A     It's an e-mail from my old
13    commanding officer, Anthony Raganella, to all
14    the Task Force commanding officers.  The e-mail
15    basically the subject was he had come from a
16    preplanning meeting for May Day and he wanted to
17    go over what the meeting was about and to
18    explain to everybody about the use of shields in
19    case things get bad and not to forget their
20    training.
21         Q     Does Raganella quote Chief Esposito
22    in this e-mail?
23         A     Yes.  The quote the exact words were
24    "Train, train, train especially with the
25    shields."
```

```
                              JOSE VEGA
 1
 2        Q      Due to these instructions or orders
 3   from Chief Esposito, was there significant
 4   Disorder Control training that was undertaken
 5   with the Task Force?
 6        A      We didn't do any extra training.  We
 7   just continued doing the same training we would
 8   always do.
 9        Q      The volume of training did not
10   increase from this point, in anticipation of the
11   May 1st protest?
12        A      No, sir.
13        Q      Did the type of training change?
14        A      The context did change, yes, sir.
15   We added a shield component, how to use -- how
16   to best use a shield.
17        Q      Do you have any idea how many
18   members of the service were trained by DCU
19   between March 8th and May 1st of 2012?
20        A      No, sir.
21        Q      Was there any change to the Disorder
22   Control training, due to this message, in
23   updated training on First Amendment activity?
24        A      No, sir.
25        Q      Was there any change or update in
```

```
                                        Page 149
 1                    JOSE VEGA
 2   Disorder Control training, due this to memo, in
 3   disorderly conduct statute training?
 4        A     No, sir.
 5        Q     Was there training or updates to
 6   Disorder Control training --
 7                MR. STECKLOW:  Withdrawn.
 8        Q     Was there any change or update to
 9   Disorder Control training between March 2012 and
10   May 1st, 2012 in sidewalk protest standards at
11   Disorder Control?
12        A     No, sir.
13                MR. STECKLOW:  Mark this as Vega
14                18.
15                (Whereupon, at this time, the
16                above-mentioned 9/16/10 e-mail was
17                marked by the reporter as Vega's
18                Exhibit 18, for identification, as
19                of this date.)
20                MR. STECKLOW:  I'll show you what
21                was marked Vega 18.  I ask you to
22                take a second to look at it and let
23                me know when you have.
24                While we have a second, let's
25                mark the first one is 19 and the
```

```
                                        Page 150

 1                   JOSE VEGA

 2           second one is 20.

 3               (Whereupon, at this time, the

 4           above-mentioned Mass arrest document

 5           was marked by the reporter as Vega's

 6           Exhibit 19, for identification, as

 7           of this date.)

 8               (Whereupon, at this time, the

 9           above-mentioned Police omnipresence

10           document was marked by the reporter

11           as Vega's Exhibit 20, for

12           identification, as of this date.)

13               MS. ROBINSON:  Can we go off the

14           record a second?

15               MR. STECKLOW:  Yeah.

16               (Discussion held off the

17           record.)

18     Q     Let me show you what was marked as

19   Vega Exhibit 18.

20               Have you had a chance to review what

21   was marked as Vega 18?

22     A     Yes, sir.

23     Q     Do you recognize this document?

24     A     I never seen this document before.

25   This is the first time I've actually seen it.
```

```
 1                    JOSE VEGA
 2        Q      Do you see on the first page of this
 3   document is an e-mail?
 4        A      Yes, sir.
 5        Q      Do you understand who this e-mail
 6   was from, who it's to and what it's in reference
 7   to?
 8        A      It is in reference to training for
 9   the recruit training school.  It's about
10   resisting arrest information and what they talk
11   about is they're going to be adding that to the
12   arrest plan of the Intac cycle.
13        Q      This is going to be added to the
14   recruit training?
15        A      Yes, sir.
16        Q      The Intac cycle you previously
17   explained was a recruit training?
18        A      The recruit training is one thing.
19   The Intac cycle is for officers that are no
20   longer in the police academy.  They're regular
21   officers on patrol and this is their in-service
22   training they go to twice a year.
23        Q      They go to it at the academy?
24        A      Sometimes it's at the academy.
25   Sometimes it's at the range.  It depends on what
```

```
 1                    JOSE VEGA
 2   type of training they're going to do and then
 3   they have the location.
 4                    MR. STECKLOW:  We're going to
 5                make a request, I presume we have
 6                this already, but for any and all
 7                materials of Intac training
 8                regarding First Amendment activity,
 9                protest activity, disorderly conduct
10                statutes and dispersal orders.
11                    MS. ROBINSON:  Noted.
12        Q     Did you receive Intac training
13   individually?
14        A     I have received it in the past.
15        Q     Did you receive this training that's
16   identified by Vega 18 as part of your Intac
17   training?
18        A     No, sir.
19        Q     Have you received Intac training,
20   since 2010?
21        A     No, sir.
22        Q     Let's look at Vega 19.
23              Have you seen this before?
24        A     Yes, sir.
25        Q     What is this?
```

1                    JOSE VEGA

2       A      This is one of the slides from a

3  Power Point that Disorder Control uses for mass

4  arrest training.

5       Q      Previously, you testified that the

6  training is given involves the five percent of

7  protests that result in riot or violence;

8  correct?

9       A      Yes, sir.

10      Q      When it's talking about on this

11  document mass arrest versus riot, is that part

12  of the 95 percent of protest that you don't do

13  the training or the five percent of protests

14  that you do do the training on?

15      A      What I said before was it's not that

16  there's 95 percent we don't train.  What I said

17  was, and I'm sorry if I didn't make it clear,

18  the percentage of protests that become bad is

19  between five percent to one percent.  The

20  various amounts -- 95 percent of protests

21  history has shown do not become riotous, do not

22  become dangerous.  That's what I meant.  Not

23  that 95 percent of the time we don't train.

24      Q      For this mass arrest versus riot, is

25  that part of the two to five percent or the 95

1                         JOSE VEGA

2    percent?

3         A     This is part of the overall training

4    that we give them.  I don't understand what you

5    mean by two to five or 95.

6         Q     You identified that 95 percent of

7    protests are good?

8         A     Yes.

9         Q     Or don't become violent, don't have

10   disorder and only two to five percent become

11   riotous or have disorder; correct?

12        A     Yes.  Yes.

13        Q     I've asking if this slide of mass

14   arrest versus riot encompasses a hundred percent

15   of the protests, the two to five percent that

16   you discussed become riotous or disorderly, or

17   the 95 percent that don't?

18        A     This would encompass the 100 percent

19   of protest that a person would go to.

20        Q     Where on hear is it discussed the

21   nonviolent protest?

22        A     This one slide doesn't discuss that.

23   All this slide says is if you have a mass arrest

24   situation, these are people that want to get

25   arrested, you go nice and slow because you're

                        JOSE VEGA
1
2   not going to have no issues.  If you have a riot
3   and you don't go slow, you have to address that
4   issue quickly.  That's all this slide says.
5        Q    What is the situation when you have
6   a group of protesters on a sidewalk engaging in
7   First Amendment activity, who do not want to get
8   arrested but yet the police are telling them
9   they must disperse or they will get arrested or
10  something like that, how does that play in to
11  the mass arrest versus riot?
12       A    We don't discuss any of that.
13  This -- excuse me.  This Power Point that we
14  teach, it is taught for when people want to get
15  arrested.  So, it's a tactic that we teach so we
16  go over it.  We're don't -- we're not going to
17  teach a tactic for people that don't want to get
18  arrested.  This is a tactic we teach for people
19  that want to get arrested so we can safely
20  extricate them from one location to another and
21  as quickly and safety and as efficiently as
22  possible.
23       Q    Going back to the percentages that
24  you raised earlier that I'm trying to
25  understand, in the two to five percent of

1                    JOSE VEGA

2    protests, does that include this mass arrest

3    situation where demonstrators want to be

4    arrested but are passive?

5         A     No.  The two to five percent are --

6    that's a percentage that the FBI did a study

7    many years ago based on a book written by a man

8    named Raphael Mumbasi, and he mentioned that he

9    studied riots throughout history and said that

10   five percent of them will probably become

11   violent and the other 95 will not.  So, that's

12   where we get that stat from.

13        Q     That's discussing riots?

14        A     That's discussing demonstrations.

15   95 percent of them will be passive, no issue

16   whatsoever.  Five percent of them have the

17   chance to become very, very riotous.

18                   MR. STECKLOW:  Let's look at what

19                   was marked as Vega 20.

20        Q     Have you had a chance to review

21   that?

22        A     Yes, sir.  I'm good.

23        Q     Do you recognize this document?

24        A     Yes, sir.

25        Q     What is this?

1                    JOSE VEGA

2        A     This is our -- one page from a Power

3   Point from -- the Power Point is -- it is force

4   multipliers.  That's the name of the Power Point

5   and this is one of the slides there.

6        Q     Does this talk about the initial

7   approach of the police into a disordered

8   situation?

9        A     Yes.  What this slide is part one

10  and this teaches the different levels of force.

11  Number one being police omnipresence.  That's

12  the first level of force that's present.  Any

13  time the police show up, omnipresence is the

14  first use of force that occurs.

15       Q     By omnipresence, what does that

16  mean?

17       A     Someone just standing there.  Like,

18  can be there in uniform standing in front of

19  people, that's omnipresence, right there.

20       Q     Is a single officer present by

21  himself considered omnipresence?

22       A     Yes, because if you have a large

23  group doing something and there was no police

24  there, there's no police there.  But one officer

25  starts to create omnipresence and that law is

```
1                    JOSE VEGA
2   present, at the time.
3        Q     The first bullet point here talk
4   about both demonstrations and disorders;
5   correct?
6        A     Yes, sir.
7        Q     Does that get us to that hundred
8   percent of activity, rather than five percent
9   and 95 percent?
10       A     Yes, sir.
11       Q     And two to five percent is what you
12  were talking about before about what become
13  disorder and 95 percent of demonstrations do not
14  become disorder?
15       A     The two to five percent will be
16  violent disorder is what we consider a riot.
17  The other 95 percent will be the demonstrations
18  not disorder.
19       Q     This is talking about police
20  omnipresence for both demonstrations and
21  disorders as one; correct?
22       A     Yes, sir.
23       Q     That the second one discusses how
24  people react to a police presence or simply says
25  that; correct?
```

1                        JOSE VEGA

2          A      Yes, sir.

3          Q      The third one talks about a team

4     approach.

5                 What is a team approach?

6          A      If you work together as a team

7     instead of as a single individual, if you

8     have -- you have a crowd and you have one

9     individual attempting to control the crowd, a

10    little difficult.  If you come in as a team, the

11    numbers start to favor you.  It's a lot easier

12    to deal with a crowd when you have a lot of

13    police officers compared to just one and you

14    have to work together as a team.

15         Q      That's for both demonstrations that

16    are peaceful, as well as disorders and violent

17    riots?

18         A      Yes, sir.

19         Q      This indicates -- could you read

20    what the third bullet point is?

21         A      "Team approach intimidates a crowd

22    and reduces the need for force."

23         Q      That is a training item that's

24    trained to officers of how to deal with both

25    demonstrations and disorders; correct?

```
                                    Page 160

1                      JOSE VEGA

2        A      Yes, sir.

3               MR. STECKLOW:  Let's go off the

4               record.

5               (Discussion held off the

6               record.)

7        Q      Does Disorder Control do training on

8  sit-in type protests?

9        A      Yes, sir.

10       Q      What's the training that's given

11 concerning sit-in type protests?

12       A      For the scenario that you describe

13 about sit-in type protests, that is part of our

14 mass arrest training.  For the sit-in protests

15 and the mass areas, it's in conduction, we show

16 them what to do when a person is sitting in

17 somewhere and how to safely and easily remove

18 them from the situation.

19               MR. STECKLOW:  Let's mark this as

20               Vega 21.

21               (Whereupon, at this time, the

22               above-mentioned Sit-in arrest

23               document was marked by the reporter

24               as Vega's Exhibit 21, for

25               identification, as of this date.)
```

```
                                    Page 161
 1                    JOSE VEGA
 2              MR. STECKLOW:  Back on the
 3         record.
 4    Q       Have you seen document 21 before?
 5    A       Yes, sir.
 6    Q       What is document 21?
 7    A       This is part of a Power Point that
 8  Disorder Control Unit teaches pertaining to mass
 9  arrests.
10       Q       Is this a specific subset of that
11  Power Point specifically about protestor sit-in
12  type of arrests?
13       A       Yes, sir.
14       Q       What is the training that's given by
15  Disorder Control about how to handle a protester
16  sit-in type of arrest?
17       A       What we go over is, first of all, we
18  surround the individual.  It's always eight
19  officers and one person being arrested.  We do
20  for safety reasons for ourselves and safety for
21  the protester.  Then we explain to them how to
22  get the person out.  One of the first things we
23  tell them is ask the protester "Do you want to
24  walk out," and when they walk out 95 percent of
25  the way down.  If not, there's a way to carry
```

```
 1                    JOSE VEGA
 2   out that individual or bring him out on his
 3   heels.
 4        Q     Is there instruction here about what
 5   to do, prior to making a determination the
 6   person is actually under arrest?
 7        A     Yes.  I don't see that part in here.
 8   But in the Power Point, we go over the equipment
 9   that you have, and then prior to the arrest
10   being ordered, there is instruction given on
11   what you should catalog in your memo book and
12   then there's in the Power Point itself, there's
13   two sample warnings.  It says "sample warnings."
14   There's an example of the warnings that are
15   given before the arrest is carried out.
16        Q     Be a specific as you can about the
17   type of training given that if an individual is
18   sitting on a sidewalk during a protest, how the
19   officers are supposed to conduct themselves
20   before, during and after making an arrest?
21        A     Okay.  If an individual is sitting
22   on a sidewalk and is determined that he's going
23   to be placed under arrest because he's blocking
24   the sidewalk and people can't pass, we tell the
25   officers the first thing before you do anything,
```

1                         JOSE VEGA

2   make sure you've got all your equipment first

3   because once we start arresting people we don't

4   want to stop because it looks inefficient.  So

5   make sure you have all your equipment first.

6   Number two, make you see what is occurring.

7   Afterwards you tell them the incident commander

8   or someone who designates will explain to the

9   people what they're doing incorrect, read them

10  the warnings and give them a specific time to

11  vacate the area or they'll be place under

12  arrest.  All that is told to the officers who

13  catalog that in their memo book.  Afterwards, if

14  the people do not comply, then we'll explain to

15  them "Now you'll be placed under arrest."  We

16  tell them what they're being arrested for, and

17  then the officers have been instructed to arrest

18  them, and then the training of the eight

19  officers will surround that one person to go to

20  the front to ensure that no one goes and attacks

21  us from the front.  The next two officers are

22  always our arresting officers.  The next two

23  will flank the sides and the last two will watch

24  the rear, and then they will bring that person

25  out.  We'll lift them up, handcuff them and we

Page 164

1                         JOSE VEGA

2    walk them out.  If the person wishes to be

3    carried, the last two officers they will come

4    in, cross his legs and then together they'll

5    lift up that person and bring them out.

6         Q     How does Disorder Control train the

7    officers to determine that somebody is

8    determined to get arrested and isn't ready to

9    get up and walk away?

10        A     What we explain to them when we do

11   the training is that they have to be present

12   when we read the orders.  They have to be

13   present and they have to understand.  So, we'll

14   tell them "Did you see what I saw?  Do you

15   understand why they're being arrested?"  If the

16   people do not leave and the order is given, then

17   they start arresting.  At no time -- we tell our

18   officers at no time are they to start making

19   arrests unless order to by a supervisor and that

20   supervisor is not going to do no arrests until

21   he's ordered to by the incident commander.

22        Q     And the incident commander is not

23   going to authorize those arrests unless these

24   protocols are followed?

25        A     For these -- yeah, they will follow

```
 1                       JOSE VEGA
 2   the protocols of reading the warnings, giving
 3   the protester time to leave and then if they
 4   don't do it, the arrests are ordered.
 5              MR. STECKLOW:  Alright, Amy.
 6              It's your witness.
 7              MS. ROBINSON:  I just have a
 8              couple of questions for you.
 9   EXAMINATION BY
     MS. ROBINSON:
10        Q     What is the role of the Disorder
11   Control Unit at a protestor demonstration?
12        A     The role of the Disorder Control
13   Unit at a protest or demonstration is very
14   simple.  We provide tactical and logistical
15   support to the incident command.
16        Q     During a protest or a demonstration
17   during, let's say, Occupy Wall Street for
18   example, does any member of the Disorder Control
19   order that arrests be made?
20        A     No, ma'am.  We don't -- we don't
21   order anyone to be arrested.  One of us may read
22   the order, but that's after he's been given the
23   go ahead by the incident command.
24        Q     Then also with respect to Occupy
25   Wall Street, did any members of the Disorder
```

1                    JOSE VEGA

2    Control Unit actually make arrests?

3        A    No, no one from the Disorder Control

4    Unit made any arrest during that time period.

5                  MS. ROBINSON:  That's all I have.

6                  MR. STECKLOW:  Okay.  The time is

7                  now 3:39 P.M. and we are off the

8                  record.

9                  (Whereupon, at 3:39 P.M., these

10                 proceedings were concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 167

STATE OF _____ )

                         )  :ss

COUNTY OF _____)


        I, JOSE VEGA, the witness

herein, having read the foregoing

testimony of the pages of this deposition,

do hereby certify it to be a true and

correct transcript, subject to the

corrections, if any, shown on the attached

page.


                    _____

                    JOSE VEGA




Sworn and subscribed to before me,

this _____ day of _____, 2018.


_____

        Notary Public

1                           JOSE VEGA
2                       I N D E X
3     WITNESS              EXAMINATION BY        PAGE      LINE
4     JOSE VEGA          MR. STECKLOW              4         7
      JOSE VEGA           MS. ROBINSON           165        10
5
      REQUESTS                                   PAGE      LINE
6
7     Provide requested documentation            23        19
8     Provide requested documentation            80        11
9     Provide training video                    147         7
10    Provide requested documentation           152        11
11                   INDEX TO VEGA EXHIBITS
12    EXHIBIT          DESCRIPTION               PAGE      LINE
13    Exhibit 1   30(b)(6) notice                12        18
14    Exhibit 2   Advanced command               33        24
                  leadership training
15                section
16    Exhibit 3   DCU Level I & II               37        16
                  mobilization
17
      Exhibit 4   4/1971 Legal Bureau            37        21
18                bulletin
19    Exhibit 5   2/2017 Legal Bureau            38         2
                  bulletin
20
      Exhibit 6   NYPD six-month plan            38         7
21
      Exhibit 7   DCU 09053                      52        13
22
      Exhibit 8   1/16/12 memo                   86         3
23
      Exhibit 9   8/11/11 memo                   87        15
24
      Exhibit 10  12/20/11 memo                  91        10
25

Page 169

1                          JOSE VEGA
    Exhibit 11 3/2/11 NYPD document          98      19
2
    Exhibit 12 Ten-page document            106       9
3
    Exhibit 13 RNC guidelines               111      21
4
    Exhibit 14 Training memo                135      19
5
    Exhibit 15  4/1/12 e-mail               136       2
6
    Exhibit 16 9/12/12 e-mail               142       9
7
    Exhibit 17 3/8/12 e-mail                146      25
8
    Exhibit 18 9/16/10 e-mail               149      20
9
    Exhibit 19 9/16/10 e-mail               150       8
10
    Exhibit 20 Police omnipresence          150      13
11             document
12  Exhibit 21 Sit-in arrest document       161       2
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 170

1

2                           CERTIFICATION

3

4           I, ANITA M. CUMMO, a notary public in and for

5       the State of New York, do hereby certify:

6           THAT the witness whose testimony is hereby

7       before set forth, was duly sworn by me; and

8       that the within transcript is a true record of the

9       testimony given by said witness.  I further certify

10      that I am not related, either by blood or marriage,

11      to any of the parties to this action; and

12          THAT I am in no way interested in the outcome

13      of this matter.

14          IN witness whereof, I have hereunto set my

15      hand this third day of October 2018.

16

17

18                  ANITA M. CUMMO

19

20

21

22

23

24

25

Page 171

1                    INSTRUCTIONS TO WITNESS

2

3          Please read your deposition over carefully

4     and make any necessary corrections. You should state

5     the reason in the appropriate space on the errata

6     sheet for any corrections that are made.

7          After doing so, please sign the errata sheet

8     and date it.

9          You are signing same subject to the changes

10    you have noted on the errata sheet, which will be

11    attached to your deposition.

12         It is imperative that you return the original

13    errata sheet to the deposing attorney within thirty

14    (30) days of receipt of the deposition transcript by

15    you. If you fail to do so, the deposition transcript

16    may be deemed to be accurate and may be used in court.

17

18

19

20

21

22

23

24

25

Page 172

1                         E R R A T A

2

3

4

5          I wish to make the following changes,

6      for the following reasons:

7

8      PAGE LINE

9      ____  ____  CHANGE:_____

10     REASON:_____

11     ____  ____  CHANGE:_____

12     REASON:_____

13     ____ ____  CHANGE:_____

14     REASON:_____

15     ____ ____  CHANGE: _____

16     REASON:_____

17     ____ ____  CHANGE: _____

18     REASON:_____

19

20     _____        _____

            JOSE VEGA                            DATE

21

22     SUBSCRIBED AND SWORN TO BEFORE

23     ME THIS ____DAY OF_____, 201 .

24

       _____        _____

25     NOTARY PUBLIC                    COMMISSION EXPIRES

| & |
| --- |
| **&**   37:12 168:16 |

| 0 |
| --- |
| **025**   42:8,12,19 |
| **0800**   36:4 |
| **09053**   52:9 168:21 |

| 1 |
| --- |
| **1**   12:12,16,19 13:6 46:4 168:13 |
| **1,412**   97:13 |
| **1,456**   103:18 |
| **1,800**   104:7 |
| **1/16/12**   85:23 168:22 |
| **10**   91:4,8,11 94:11 168:4,24,24 |
| **100**   2:10 154:18 |
| **10007**   2:11 |
| **10013**   2:6 |
| **10452**   4:12 |
| **106**   169:2 |
| **10:31**   1:14 4:13 |
| **10th**   43:21 46:9 |
| **11**   44:7,8,15 48:25 98:11,17,22 168:8 168:10 169:1 |
| **111**   169:3 |
| **11:00**   44:10 |
| **11:09**   28:11 |
| **11:30**   44:15 |
| **11:46**   38:8,9 |
| **11th**   43:8,14 |
| **12**   5:6 106:3,7,13 128:4 129:17,20 145:13,14 168:13 169:2 |
| **12/20/11**   91:6 168:24 |
| **124**   97:6 |

**1278**   4:11 28:18
**13**   5:7 111:15,19 128:5 168:21 169:3,10
**134**   96:6
**135**   169:4
**136**   169:5
**14**   135:13,17 138:21 169:4
**1400**   97:21
**142**   169:6
**143**   96:25
**14545**   49:16
**146**   169:7
**147**   168:9
**149**   169:8
**14th**   142:20
**15**   1:8 44:9 135:20 135:24 136:3 168:23 169:5
**150**   169:9,10
**152**   168:10
**16**   83:17 84:2 97:8 142:3,7,10 168:16 169:6
**161**   169:12
**165**   168:4
**17**   142:20 146:19 146:23 147:8 169:7
**17th**   48:11
**18**   149:14,18,21 150:19,21 152:16 168:13 169:8
**18,352**   103:22
**184**   103:16
**19**   149:25 150:6 152:22 168:7 169:1,4,9
**1970**   17:7,10

**1971**   51:15,23 52:3
**1993**   86:12
**1995**   24:3
**1998**   24:10
**1999**   124:3
**1:00**   105:7
**1st**   24:10 53:5,6,15 53:15,17,17 148:11,19 149:10

| 2 |
| --- |
| **2**   33:15,22,25 168:14,19 169:5 169:12 |
| **2/2017**   37:22 168:19 |
| **20**   1:14 133:18,20 134:5 150:2,11 156:19 169:8,10 |
| **200**   55:11 |
| **2001**   24:16 25:4,7 25:12 30:21 |
| **2004**   28:12 29:21 30:9,15,23 61:22 61:23 62:2 92:6 108:6 110:7,13 111:4 112:12 114:3 121:17 124:16 125:10 126:12 127:14 139:25 140:3,13 146:3,9 |
| **2005**   24:23 25:12 25:20 69:4,5 |
| **2006**   25:25 |
| **2007**   140:9,16 |
| **2009**   103:4 104:23 |
| **201**   172:23 |
| **2010**   26:9,13 152:20 |
| **2011**   28:13 29:21 30:10,23 31:12,13 |

32:16 36:17 38:20 53:6,13,14,15,15 56:22 61:22,23 62:3 69:6,9,14,15 83:4 88:5,24 89:3 89:10,25 90:6 91:24 92:6,12 97:12 99:7 103:5 104:23 108:22 111:9 114:7,10 121:18 123:24 139:25 146:3,9
**2012**   30:16 69:6,10 136:14,16 140:17 142:21 148:19 149:9,10
**2016**   27:3
**2017**   17:23 51:16 51:23 52:4
**2018**   1:14 167:21 170:15
**20th**   28:25
**21**   160:20,24 161:4 161:6 168:17 169:3,12
**217**   1:12 2:5 4:14
**22**   103:10 104:4,5 104:11,12
**23**   168:7
**2300**   44:6
**24**   6:25 7:4 168:14
**24,835**   103:8
**24th**   48:8
**25**   42:13,14 169:7
**25th**   43:14
**26th**   25:25
**29**   103:12
**2:15**   105:14

**3**

**3**   37:14 38:13
  40:23 41:6 49:14
  85:9,10,16,18
  168:16,22
**3,402**   103:20
**3/2/11**   98:15 169:1
**3/8/12**   146:21
  169:7
**30**   1:20 4:2 5:9
  11:23 12:14 24:6
  39:15 83:8 168:13
  171:14
**30th**   24:2 30:15
  140:17
**31**   125:10
**31st**   126:12 127:14
  136:19
**31th**   48:10
**33**   168:14
**37**   103:14 168:16
  168:17
**38**   168:19,20
**3:00**   146:14
**3:30**   44:13,15
**3:39**   166:7,9

**4**

**4**   37:19 51:3 168:4
  168:17
**4/1/12**   135:22
  169:5
**4/1971**   37:17
  168:17
**420**   96:9
**45**   39:15
**4940**   170:17
**4th**   26:8 136:16

**5**

**5**   37:24 168:19
**5/11**   42:16
**5/25**   43:12
**52**   168:21
**5th**   24:22

**6**

**6**   1:20 4:2 5:9
  11:23 12:14 38:5
  52:16 59:16 63:21
  72:19 168:13,20
**6/2**   43:13
**60**   83:13
**63rd**   43:9,16
**65**   86:10
**69**   97:3
**6th**   2:5

**7**

**7**   52:7,10 80:18
  168:4,9,20,21
**70s**   17:22
**7130**   1:8
**7:00**   44:11,12
**7th**   92:17 97:11

**8**

**8**   85:25 86:4
  168:22 169:9
**8/11/11**   87:11
  168:23
**80**   168:8
**80s**   127:2
**86**   168:22
**87**   168:23
**8th**   148:19

**9**

**9**   87:9,13 168:23
  169:2,6
**9/12/12**   142:5
  169:6

**9/16/10**   149:16
  169:8,9
**9/17**   48:25
**9/17/11**   47:19
  48:22
**9/17/12**   47:20
**9/24**   48:7,13
**90**   15:22
**90s**   127:2
**91**   168:24
**95**   93:23 94:4,13
  153:12,16,20,23
  153:25 154:5,6,17
  156:11,15 158:9
  158:13,17 161:24
**96**   24:9
**97**   86:12
**98**   169:1
**99**   49:5 93:23
**9th**   92:18 97:12

**a**

**a.m.**   1:14 28:11
  38:9
**ability**   7:7,11,15
  7:20 13:7
**able**   8:14 41:11
  129:17
**absolutely**   44:5
  133:22
**academy**   19:2
  23:25 24:2,5
  28:24 29:17 30:7
  30:8,18 34:9
  68:19,23 69:5,7,13
  69:24 70:5,19
  75:21 77:7,11,25
  79:21 80:3 107:8
  107:14,17 137:4
  141:13 151:20,23
  151:24

**acceptable**   5:22
  9:10 10:6
**access**   123:4
**accident**   71:22
**accomplish**   53:7
  53:10,18,24
**accurate**   36:19
  68:20 69:15
  112:22 114:16
  127:19 171:16
**accurately**   6:17
  7:8,12,16,20
**acr**   99:20
**acronym**   49:21
  105:20,25 107:7
  107:11 108:3,11
  109:11
**acted**   128:12
**action**   129:18
  170:11
**actions**   128:13,18
  129:2,14
**active**   57:17 123:3
  123:7,18
**activity**   73:24 78:5
  88:13 89:21 98:5
  100:24 101:12
  110:22 111:12
  132:15 148:23
  152:8,9 155:7
  158:8
**actors**   90:13
**added**   86:18
  148:15 151:13
**adding**   151:11
**addition**   110:10
**additional**   16:23
**address**   4:10 47:6
  155:3
**administration**
  84:21

**advanced** 33:19
99:19 100:21,23
168:14
**affair** 66:3
**affect** 7:7,11,15,19
**afternoon** 44:13
105:18,19
**agency** 2:15
**agency's** 60:4
**ago** 5:7 13:11,19
13:23 15:19 18:8
19:25 21:6,13,17
121:23 156:7
**agree** 9:4 11:23
118:5 134:13
**agreed** 3:6,11,14
3:18 140:12
**ahead** 165:23
**air** 29:9 36:6 55:23
60:23
**alabama** 60:7 64:2
**albano** 139:17
140:7,13,18
141:21,24
**alcohol** 6:24
**allison** 14:20
**allow** 113:7,9,11
119:6
**allowed** 124:5
132:14
**alright** 165:5
**alternative** 73:23
74:16 112:18
113:11,18
**ambulance** 120:7
**amendment** 40:3
68:8 70:2 86:24
89:20 98:5 99:24
100:12,24 101:12
102:2,6 108:13
110:21 111:12

132:15 148:23
152:8 155:7
**amendments** 70:7
**america** 121:14
127:2
**amok** 124:5
**amount** 45:13
49:23,25 60:18
**amounts** 94:20
153:20
**ample** 112:18
**amy** 2:11 165:5
**analysis** 116:9
**anarchists** 124:4
**angle** 130:19,21
131:16,17,18
132:12
**anita** 1:21 170:4
170:18
**anniston** 60:7 64:2
**anniversary** 48:17
**annual** 19:15 61:4
**answer** 5:21 6:9
6:13 8:18,20 9:2,3
10:22 27:17 36:20
36:25 70:14 75:23
109:23 126:2
129:13 130:17,21
131:14 132:19,20
133:12 134:12
135:2 143:16,18
143:21
**answers** 11:11,12
11:15,18
**anthony** 21:3,4
26:10 79:14 140:5
147:13
**anticipate** 119:10
**anticipation** 20:18
22:21 127:17
148:10

**anybody** 15:6,8,10
**anytime** 44:10
**appreciate** 133:11
**approach** 157:7
159:4,5,21
**appropriate** 73:19
74:15 171:5
**approve** 53:8
**approved** 81:4,6
**april** 136:16
**area** 35:10 39:7
42:23 45:12 46:5
46:7 49:10,11
55:24 57:17 74:8
74:9 90:15,15
120:21 121:2,2
126:18 127:4,7,10
127:10 163:11
**areas** 29:6 42:21
54:12 58:6 83:13
86:18 116:12,16
160:15
**ari** 1:4
**arrest** 18:21 33:5
33:7 35:2,3 66:23
69:18 70:24,25
71:9,14,23 72:4
82:15 90:2 110:4
131:7,13 134:19
135:9 137:14
150:4 151:10,12
153:4,11,24
154:14,23 155:11
156:2 160:14,22
161:16 162:6,9,15
162:20,23 163:12
163:15,17 166:4
169:12
**arrested** 35:4
74:10 125:24
129:15 130:9

131:2 154:25
155:8,9,15,18,19
156:4 161:19
163:16 164:8,15
165:21
**arresting** 73:12
90:19 129:10
163:3,22 164:17
**arrests** 69:21
110:4 125:15,18
126:5,12 127:6,14
129:23 130:2,15
135:6 137:15
161:9,12 164:19
164:20,23 165:4
165:19 166:2
**articulate** 73:16
**asked** 13:14 39:12
143:20 145:21
**asking** 9:18 32:11
32:16 56:4 61:13
70:15 75:18 76:4
76:8,17 110:20,25
111:8 113:2,3,5
115:18,19,20
116:7 133:10,13
133:17 134:2,11
143:19 154:13
**aspects** 142:24
**assembly** 88:12,15
**assigned** 50:10
59:6 67:12 68:13
77:5,16 95:6,8
96:3 145:5
**assignment** 24:4,6
27:4
**assistant** 40:13
77:20
**atmosphere** 56:2
**attached** 16:15,24
167:12 171:11

attachment  144:9
attacked  55:25
attacks  163:20
attempting  159:9
attended  78:11
  108:20 109:15
attorney  14:23
  20:22 171:13
attorneys  2:4,9
  14:16 19:24 22:24
  23:8 74:22,23
august  24:16,22
  25:4,7,12,12,20
  26:13 88:5,10,14
  88:24 89:25 90:6
  125:10 126:12
  127:14
authorize  164:23
available  46:15
avenue  4:11 28:18
  29:2
average  45:15
avims  2:7
aware  7:6,10,23
  47:8,24 48:20,24
  49:6 52:5 72:17
  76:20 89:4,11
  99:25 105:5
  107:18 108:25
  124:22 125:10,14
  125:17,21 127:21
  127:24 146:6,11
awareness  49:3
  55:20

**b**

b  1:20 4:2 5:9
  11:23 12:14
  168:13
back  9:3 12:25
  25:24 28:10 38:7
  38:10 49:13 50:19

  56:18 59:16 63:21
  69:10 73:6,8
  78:19 79:8 98:19
  105:9 123:8,15
  155:23 161:2
bad  17:18 147:19
  153:18
ball  13:20
barrier  82:15
  126:18,23
base  10:2 28:17
  29:10 31:10 56:13
  56:14 122:5 138:5
  138:6
based  126:10
  127:13 146:5,10
  156:7
basic  35:14
basically  21:24
  34:23 52:25 57:9
  64:17 66:8,17
  67:13,14 90:25
  91:18 99:4 110:3
  147:15
basis  21:20 82:5,7
bates  23:21 49:16
  145:17,22,23
battle  124:2 147:5
beck  1:3
beginning  108:23
  120:15
begins  133:8
begun  47:19
behalf  1:5 9:6 11:8
  11:12,18 48:2
  113:4,6 115:19,21
believe  8:8 9:18
  11:20 14:19,20
  17:4 27:20 48:12
  48:25 51:5 69:6
  77:10 80:6 85:9

  92:11 95:9 99:6
  128:5
believes  9:20
belongs  115:9
bennett  29:8,18
berger  1:4
best  13:7,25 14:2
  28:15 113:13
  148:16
better  147:5
biannually  59:13
bicycles  57:11
big  35:4 57:19
  78:21 124:10
  127:7
bike  57:8
binding  11:16
biological  55:19
  56:2
bit  65:15 116:5
block  71:15 90:16
  120:3 121:3,3
  130:7 131:24
  132:8,10,16,22
blocked  120:3
  131:22
blocking  71:16,17
  72:9 90:25 115:4
  132:24 134:15
  162:23
blood  170:10
bodies  104:18
book  86:9,14
  156:7 162:11
  163:13
booklet  86:11,18
borough  45:7
  46:10,13,14 57:21
  57:24 58:10 81:2
  96:22,23 97:3,8
  121:4,5 137:13

borough's  50:8
boroughs  45:7
  67:12 68:14
bottom  117:22
bought  27:18
bound  11:18
break  12:7 37:3,7
  105:9 146:15
breathable  56:3
brief  12:9 28:8
  37:8 146:16
briefly  23:22
briefs  16:18
bring  23:11 49:3
  79:20 162:2
  163:24 164:5
bringing  46:13
broad  10:5
broke  66:6
broken  45:6
bronx  4:11 20:5
  28:17 29:16,23
  30:9,17,20,25
  45:11 56:13 64:11
  96:22 97:4 127:18
  138:5,6
brooklyn  45:9,9
  96:23
brought  68:12
  77:24 94:18
  124:23 125:18
building  64:14
bullet  53:19,21
  54:9 55:17 63:22
  63:23 64:16 65:5
  68:3,11,18 158:3
  159:20
bulletin  18:4
  37:18,23 51:23
  168:18,19

**bulletins** 17:2,21
17:25 51:19
**bureau** 14:24
16:18 17:2,8,21,24
18:3 37:17,22
49:22 50:4,9
51:18,23 63:14,20
72:25 74:22 94:24
95:7,13 96:11,14
107:25 108:6
109:15,20 117:4
118:12 168:17,19
**burglaries** 42:24
**business** 132:7,9

**c**

**c** 2:2 25:9,9
**cadet** 75:21 95:25
**cadets** 90:13
**call** 18:11 19:7
21:9,9,12 35:20,21
44:6 46:4,6 47:4
**called** 13:10 21:10
21:21 28:17 32:22
34:7 38:23 46:17
46:24 47:9,12,14
47:23,25 48:21,23
56:14 65:11 76:22
80:4,7 86:10
126:25 130:23
**calling** 46:8 50:17
**camandano** 81:8
**capacity** 5:12 9:9
**captain** 32:10
33:11 143:4,7,9
**captains** 32:6,22
40:12 65:9,20
77:19 78:13
102:23 103:16
136:10 137:5,7,25
**caption** 41:18 42:8

**car** 115:4
**care** 64:14 66:21
**carefully** 171:3
**carried** 31:10
162:15 164:3
**carry** 161:25
**case** 57:17 66:25
69:21 93:25 94:20
146:10 147:19
**catalog** 162:11
163:13
**cataloging** 49:23
**caught** 46:21
**cause** 33:4,7 39:24
66:23 67:17,20
68:4 69:18 98:2
130:14 131:12
134:19
**cbrne** 55:18
**center** 39:8,16,18
39:19,22 43:19,20
60:8 63:25
**centralize** 69:7
**centre** 1:12 2:5
4:14
**certain** 36:2 45:13
49:10 60:18
142:23
**certification** 3:8
170:2
**certify** 167:10
170:5,9
**chance** 12:18
33:24 38:17 41:5
51:7 52:15 80:16
80:17 86:3 91:10
98:21 106:12
112:4 136:2 142:9
150:20 156:17,20
**chances** 8:8

**change** 8:25 9:4
27:5,6,8 32:20
52:24 57:19 121:3
126:22,24 127:11
127:12 148:13,14
148:21,25 149:8
172:9,11,13,15,17
**changed** 26:25
52:2 56:24 57:2,5
121:17
**changes** 8:15
86:13 126:20
146:4,5,7,8 171:9
172:5
**charge** 3:21 26:16
26:18 57:16 60:15
60:20 80:24,25
84:8 126:17
128:21 137:6
**charles** 1:4
**check** 41:2
**chemical** 55:19,25
**chief** 32:7 39:12
52:22 81:8 91:25
92:4,9,10 104:2,6
104:14 147:21
148:3
**chiefs** 40:13,14
77:20,20,21
102:24 103:10
104:4,11,12
**child** 47:3
**church** 2:10
**circulated** 141:14
**citi** 29:6,7
**city** 1:9,17 2:10
4:17 9:7,9,15,19
10:13,18,21,23
11:3,8,12,16,24
14:16 32:12 45:5
48:3 58:11 60:16

62:16 70:9 88:24
89:5,10 113:4
115:19,21 124:23
137:2
**civil** 84:19,20,22
93:12,12,16,16
94:5,14,14 117:6
121:12,13
**clarify** 50:23
73:25
**class** 32:21 33:6
56:9 65:8,10,13
66:7 68:23 69:5
**classes** 31:8 55:20
124:11
**classroom** 28:19
28:19 29:3,3,13
30:5,7,16,24 31:9
31:16,18,23,24
32:18 33:9 40:18
40:24 41:9 54:7
54:18 56:7,9 64:8
64:10 65:21 66:12
66:14,16,18 67:13
81:19,20 85:19
89:13 97:18 99:14
99:17,18,20,21,22
100:9 101:8,18,24
101:25 138:9,10
**classrooms** 29:24
30:3
**clear** 90:17 115:15
116:8,20 117:7,19
153:17
**clips** 121:12
**close** 128:19
**closed** 128:21,24
132:23 133:2
**cobra** 60:15,18
99:19 100:21,23

column   82:16
combat   120:7
combination   64:8
come   19:12 39:13
    40:15 45:14 56:17
    72:24 78:19 82:11
    118:17 119:15
    122:22 139:18
    141:5,11 147:15
    159:10 164:3
comes   19:2 57:7
    63:2 75:4,16
    76:12,14,18 88:16
    107:9 115:13
    117:11 121:21
    122:24
coming   35:10 36:3
    89:9 94:24 119:3
command   18:22
    32:22,25 33:19
    34:14 65:6,11,14
    65:17,23,24 66:4
    66:25 67:3,10
    68:12 84:5,7,8,9
    84:16 99:20
    101:10,11,14,19
    165:15,23 168:14
commander   42:22
    126:17 163:7
    164:21,22
commanding   21:3
    26:17 52:20,21,25
    53:3 58:7,12
    78:17 79:13 80:23
    86:8 87:23 91:17
    91:17,22 92:4
    99:2,3 140:4
    142:18 147:13,14
comments   22:17
commission
    172:25

commissioner
    87:23
common   73:9
communicate
    20:21
communicated
    21:2
communication
    66:5 112:19
compared   159:13
complaints   127:22
completely   120:3
    143:12
comply   163:14
component   148:15
comport   134:23
comported   129:11
    135:7,10
comps   70:4
concern   114:15
concerned   119:19
    142:19
concerning   9:19
    10:23 127:23
    144:3 160:11
concluded   166:10
condition   7:7,11
conduct   17:6,22
    29:5 32:17 42:20
    43:2 51:19,24
    52:3 54:13 57:6,8
    57:11 58:16 60:7
    61:7 67:5,11,24
    68:9,22 69:13
    70:10,21,24 71:6,9
    74:23 75:2,15
    76:19 77:11 78:4
    78:8,15 79:5,12
    86:21 87:25 89:17
    97:22 100:3,14
    101:3,16 102:9

106:20 107:6,10
    107:12 110:11,24
    111:5 118:21
    120:13 121:23
    127:23 128:11,12
    129:4,10,21
    130:24 131:7,8,13
    134:21 137:23
    138:14,19 141:4,4
    141:8,10,15 149:3
    152:9 162:19
conducted   28:16
    29:13,20 30:4,16
    30:24 32:8 34:20
    36:18,24 45:11
    56:11,12 59:3,25
    66:15 69:4,8,19
    70:19 77:2,5
    79:20 83:3,5
    88:10 90:13 91:20
    92:18,23 93:14
    94:7,8 99:5,5
    104:25 118:13
    137:21 138:18
    140:5,23
conducting   36:7
    38:24 54:14 57:16
    65:13
conduction   160:15
conducts   55:18
    77:4
confines   42:14
    43:20 46:10
confused   10:8
    11:2
conjunction   49:25
consider   158:16
considered   62:5
    62:11 157:21
consisted   34:20
    35:9 65:20

consistent   114:15
    126:19
constantly   35:16
    57:18 62:22 75:13
constitution   70:7
constitutional
    102:12
constraints   36:21
consumed   6:24
contact   144:22
contained   71:24
    107:4 111:23
context   148:14
continuation
    54:10,11 65:6
continue   26:23
    53:18 54:14 55:16
    56:19 124:6
continued   82:8
    105:15 148:7
control   25:3,7,14
    25:16,25 26:3,4,7
    26:11,16,21 27:19
    27:22,25 28:13
    29:5,12 30:4,16,24
    32:17 33:9 34:4
    39:14 50:15,18,22
    50:24 52:20 53:10
    53:23 55:18 56:18
    57:4,8,9,15 60:3
    60:12,15 61:6,8,11
    61:20 62:2,24
    63:19 68:20,22
    69:4,9,10,13,20,23
    70:10,19 74:14
    75:17 76:25 77:8
    80:25 81:3,24
    82:3,14 83:3,23
    84:14,24 85:2,5
    86:11 87:25 91:20
    92:14,19,23 93:3

94:3 95:7 96:10
96:11 97:12 99:2
103:4 104:22
105:3 106:23
108:8 109:3,8
110:14,23 111:2
113:6,24,25 114:7
114:9 115:22
116:10 117:5,9
118:14,16,17
119:17 121:7
122:7 125:6 126:6
126:9 127:5,13
129:12 134:24
135:8 136:12
137:8,12,13,17,20
137:22,24 138:5
139:10,14,22
140:6,19 142:19
145:7 146:4,9
148:4,22 149:2,6,9
149:11 153:3
159:9 160:7 161:8
161:15 164:6
165:11,12,18
166:2,3
**convention** 108:9
110:8 112:12
124:16,19,25
125:9,12 140:4
**conversation** 21:7
21:14,23
**conveyed** 72:9,11
72:12,12,14
**coordination** 66:5
**copied** 136:21
**copy** 3:20 12:7
98:12 147:3
**core** 70:4
**corner** 132:6

**corporation** 2:9
13:10,16 14:5
**correct** 8:9 9:15
10:24 11:9,13,18
12:2 14:21 27:23
29:25 30:18 32:19
33:11 48:3 51:16
51:20 63:11 73:2
76:15 83:18,23
85:11 102:17,21
102:24 107:12
109:4,9,12,16
110:15 127:25
129:18,21,24
130:3,7,10 131:8
132:25 135:5
136:21 140:10,14
141:24 142:24
143:10 145:8
153:8 154:11
158:5,21,25
159:25 167:11
**corrections** 167:12
171:4,6
**correctly** 129:14
**could've** 68:15
109:5
**counsel** 2:9 3:7,19
13:11,16 14:5
51:11
**count** 104:15
**counted** 104:3
**counterterrorism**
39:9,12 57:15
83:10 95:8 96:19
**county** 167:4
**couple** 13:11
18:10 19:24 21:6
165:8
**course** 23:19
32:23 33:4,8

34:14 55:21,22
58:17,21 60:5,7,10
64:3 65:11,14,18
65:18
**courses** 64:4 77:18
**court** 1:2 3:17
7:25 73:17 171:16
**cover** 70:9 84:5
**coverage** 142:20
144:7,8,10,21
**covered** 83:11,25
88:15
**cowan** 1:4
**craft** 73:19 74:15
**create** 157:25
**created** 58:8
106:23 112:10
**creation** 90:7,9
**crime** 42:21,23,25
43:2,5 54:12
83:12 95:7 96:10
96:11 137:3
**critical** 39:5 49:19
**cross** 164:4
**crowd** 29:5,12
35:6,14 39:14
57:4,7,9 61:8,10
61:20 62:2,23
68:17 69:20 73:6
73:8 75:17 76:25
81:3 82:14 117:5
119:10,17 137:12
137:13 159:8,9,12
159:21
**crv** 38:23 39:2,4
39:14,17,23 40:6
40:17 41:3,22,22
41:24 44:24 45:13
49:16,19,24 50:16
50:19,22,24 54:7
54:10 62:6 83:7

83:10
**crv010** 43:18
**cummo** 1:22 170:4
170:18
**current** 60:22
61:14 123:2
**currently** 61:7
92:2
**curriculum**
126:10
**cv** 1:8
**cycle** 151:12,16,19

**d**

**d** 58:15,15 59:9
105:21,23 168:2
**d'adamo** 58:15
**danger** 35:11
115:15 116:8,20
117:7,20 119:3,6
**dangerous** 113:17
127:8 153:22
**data** 10:2 122:5
**date** 12:17 13:17
33:23 37:15,20,25
38:6 48:13 52:12
62:23 82:12 86:2
87:14 88:3,5 91:9
92:18 98:18 106:8
109:18 111:20
116:18 135:18,25
136:15 142:8
146:24 149:19
150:7,12 160:25
171:8 172:20
**dated** 140:9
**dates** 31:15 140:17
140:20
**day** 23:5 26:8
47:13,13 48:15,18
48:21,25 49:6,11
50:14,17,25 59:14

61:9 65:18 66:11
69:11 75:14,14
109:17 125:15,19
125:24 127:23
129:4 147:16
167:21 170:15
172:23
**days** 13:21 15:19
18:7 19:25 21:6
47:16 50:20 83:2
121:23 171:14
**dcu** 29:20 52:9
147:6 148:18
168:16,21
**dcu's** 144:8,10
**dcv** 37:12
**deal** 68:17 127:3
159:12,24
**dealt** 73:8 116:4
**december** 48:10
53:6,15,17 92:18
97:12 140:9,16
**decide** 46:15 133:8
**decided** 69:7
**decision** 46:14
126:11
**declined** 82:6,9,12
**deemed** 171:16
**defendant** 1:10,18
2:9
**define** 47:17,18
**delineated** 91:19
**demonstrated**
65:22
**demonstration**
47:14 67:2 78:9
118:2 165:11,13
165:16
**demonstrations**
93:13,15 114:13
156:14 158:4,13

158:17,20 159:15
159:25
**demonstrator**
18:20
**demonstrators**
94:21 156:3
**department** 2:10
14:16 32:3 45:6
50:11 92:20
107:22
**depending** 44:8,13
131:16
**depends** 116:17
132:4,7 151:25
**deploy** 36:8
**deployed** 39:8
57:14
**deployment** 60:16
60:17
**deployments**
57:15
**deposed** 4:23 5:2
5:15 13:12 22:2
**deposing** 21:25
171:13
**deposition** 1:17
3:9,15,21 4:16
8:24 9:8,23 11:15
11:24 12:2,21
13:9 15:3,7 18:5
20:9,19,23 21:15
21:23 22:10,13,16
22:18,21 23:2
37:6 51:12 105:16
127:17 139:4
167:9 171:3,11,14
171:15
**deputy** 40:13
77:19,20 87:23
102:23 103:14

**describe** 27:13
91:15 160:12
**described** 141:20
**description** 168:12
**designates** 163:8
**designation** 45:4
**detail** 48:24 49:6,8
49:12 60:20 66:3
**detail's** 49:2
**details** 18:11 22:9
22:12 119:18
**detective** 96:13
**detectives** 103:23
**determination**
162:5
**determine** 164:7
**determined**
162:22 164:8
**developing** 46:19
**development** 34:8
**devices** 82:15
**dictates** 73:9
**different** 21:15,16
39:9 54:3 64:18
76:24 82:13
116:12,17 117:12
133:14 157:10
**differentiate** 44:22
**difficult** 159:10
**direct** 25:6,8
143:15,17
**disapprove** 53:8
**discretionary** 27:2
**discuss** 22:9,12
154:22 155:12
**discussed** 11:7
29:23 34:15 51:14
74:18 76:11 79:12
79:15 154:16,20
**discusses** 158:23

**discussing** 92:22
156:13,14
**discussion** 22:7
27:11 28:4 30:13
150:16 160:5
**disjointed** 31:4
37:6
**disobedience**
93:12,16 94:6,14
117:6 121:13
**disorder** 19:8,21
25:2,7,14,16,25
26:3,4,7,11,16,20
27:18,22,24 28:13
30:4,16,24 32:17
33:8 34:4 50:14
50:18,22,24 52:20
53:10,23 55:17
56:18 57:15 60:3
60:12,15 61:6
68:20,22 69:4,9,10
69:12,23 70:10,18
74:14 77:8 80:25
81:24 82:2 83:3
83:23 84:14,19,20
84:23,24,25 85:4
86:10 87:25 91:19
92:14,19,23 93:3
93:16 94:3,14
97:12 99:2,22
101:23 103:4
104:22 105:3
106:23 108:8
109:3,8 110:23
111:2 113:6,24,25
114:6,9 115:22
116:10 117:9
118:14,16,17
119:20 121:6,13
122:7 125:6 126:5
126:9 127:13

129:12 134:24
135:8 136:12
137:8,17,20,22,23
138:4 139:10,14
139:22 140:5,18
142:19 145:7
146:4,9 148:4,21
149:2,6,9,11 153:3
154:10,11 158:13
158:14,16,18
160:7 161:8,15
164:6 165:10,12
165:18,25 166:3
**disordered** 157:7
**disorderly** 17:6,22
51:19,24 52:3
67:5,24 68:9
70:21,24 71:6,9
75:15 76:18 78:4
78:7,15 79:5,12
86:21 89:17 97:21
100:3,14 101:3,15
102:9 106:20
107:6,9,12 110:10
110:14 131:7,13
138:14 141:3,4,8,9
149:3 152:9
154:16
**disorders** 158:4,21
159:16,25
**dispersal** 72:20,22
72:24 73:4,11,13
73:18,20,24 74:8
74:15 87:3 90:7,9
90:10 100:6
152:10
**disperse** 73:15
130:5 155:9
**distinct** 53:23,25
54:2 104:12

**distinction** 11:3
45:25 50:5
**distinguish** 81:17
93:18
**district** 1:2,2
**disturbance** 93:12
**division** 29:10
91:18,23 92:5,9,11
95:13,15,17 96:4,7
96:25 139:17
**document** 8:19
9:23,25 10:5,9
12:25 13:2 19:9
19:16,20 22:21
34:13 38:12,14,19
38:21 40:22 41:12
41:15,16,19 42:6
43:12 49:13 52:19
53:20 80:20 83:18
86:6,17 87:17,19
87:21,22 89:14
91:13,16 93:2
94:11,17 96:5
98:15,24,25 103:2
104:24 105:4
106:5,15,17,19
109:7 112:5,7
122:18,21,25
138:23 139:2,9
147:9,11 150:4,10
150:23,24 151:3
153:11 156:23
160:23 161:4,6
169:1,2,11,12
**documentation**
72:15 168:7,8,10
**documented** 72:19
**documents** 15:24
16:3,4,10,17,20,23
18:8,11,14,15 23:3
23:5,11,16 51:8,10

51:11 139:4 141:5
**doing** 36:21 39:14
43:9 46:9 54:12
56:22 66:2 69:23
71:21 81:22 82:4
130:22,25 131:3
141:6,7 148:7
157:23 163:9
171:7
**domestic** 60:8
63:25
**dot** 105:7
**double** 41:2
**downtown** 49:10
**dressed** 58:9
**drill** 43:2 56:8
81:18
**drills** 29:4 42:21
44:23,25 54:14,17
64:8
**drive** 115:11
**drugs** 7:3
**dsu** 45:23
**due** 89:9 148:2,22
149:2
**duly** 4:3 170:7
**duty** 11:25

**e**

**e** 2:2,2,14,14 4:2,2
16:13,16 20:16
22:25 23:4 86:7,9
86:13,14 135:22
136:18 137:11
142:5,16,18 146:2
146:21 147:12,14
147:22 149:16
151:3,5 168:2
169:5,6,7,8,9
172:1
**earlier** 51:14 65:7
119:13 132:22

155:24
**early** 26:12 69:6
69:10 88:20
**easier** 127:5
159:11
**easily** 160:17
**edison** 60:5 64:3
**edward** 1:3
**effect** 3:16 127:19
**efficiently** 155:21
**efforts** 22:25
**eight** 39:9 45:6,19
54:15,20,22 55:7
55:13 57:24 58:6
58:6,7 82:25
85:21 161:18
163:18
**either** 12:24 15:11
30:17 31:5 33:10
45:11 53:25 55:25
60:3 62:15 66:8
68:16 90:18 116:4
146:12 170:10
**elderly** 47:3
**elected** 127:21
**electronic** 9:25
10:2
**eleven** 53:21
**emergency** 33:2
60:10 64:23
**emphasis** 72:23
**empty** 132:11,13
132:16
**encompass** 154:18
**encompasses**
154:14
**endangering**
120:9
**engaging** 155:6
**ensure** 65:12
163:20

enter   23:25 55:24
   57:17
entered   24:2
entire   25:14 26:3
   104:21,24 143:6,9
entirely   117:25
entitled   20:4
entity   1:9
entry   42:16 43:23
environment
   119:24
environmental
   60:4
epa   64:2
equipment   64:23
   65:2,25 144:14,17
   145:2 162:8 163:2
   163:5
errata   171:5,7,10
   171:13
especially   147:24
esposito   147:21
   148:3
esq   2:6,7,11
esu   64:3
eve   48:14,15
evening   44:10
event   46:25 123:2
events   88:22
everybody   63:8
   64:21 94:16
   147:18
everyday   39:5
evolved   124:13
exact   18:24 31:15
   47:13 94:16
   147:23
exactly   48:8 107:8
examination   4:6
   165:9 168:3

examined   3:19 4:5
example   9:17 47:2
   113:13 162:14
   165:18
exchange   64:20
excluded   85:19
excuse   29:7 31:14
   102:7 144:14
   155:13
executive   77:24
   79:19 128:20
executives   32:9
   77:23 78:12 80:6
   138:18 140:7
exercise   35:17,20
   35:25 36:8,22
   45:12 54:6,22
   56:8 62:8 66:8,13
   66:15,16,17 67:13
   81:18 82:14 84:6
   84:6,11,17 88:2,7
   89:8,14 90:12,17
   90:20,24 99:17,18
   100:10,11
exercises   36:18,21
   37:4 43:15 44:25
   54:19 65:7 67:11
   83:12 89:12,13
   97:17 99:23 103:4
   104:9
exhibit   12:16,19
   13:6 33:22,25
   37:14,19,24 38:5
   52:10 85:25 87:13
   91:8 98:17 106:7
   111:19 135:17,24
   138:21 142:7
   146:23 149:18
   150:6,11,19
   160:24 168:12,13
   168:14,16,17,19

168:20,21,22,23
   168:24 169:1,2,3,4
   169:5,6,7,8,9,10
   169:12
exhibits   168:11
exist   57:25
existence   47:9
expect   10:17,22
experience   34:11
   119:16
expires   172:25
explain   39:2 45:3
   65:15 67:15 71:8
   71:15 72:22 73:3
   117:15 119:22
   121:14 147:18
   161:21 163:8,14
   164:10
explained   151:17
explaining   39:11
explains   72:5
explanation   84:13
expressly   9:12
   10:14
extra   47:5 148:6
extreme   35:11
extricate   155:20

**f**

f   49:17 105:21,23
facilitate   66:4
facility   113:16
fail   7:18 171:15
fair   22:2,16
fall   95:17 107:9
   123:15
far   110:20 112:24
   117:19 132:6,7
fashion   82:8
faster   70:16
favor   159:11

fbi   156:6
federal   1:19 62:16
   125:21 126:11
feel   62:21
feeling   88:19
fell   48:18
felony   42:25
felt   88:14,21 94:19
fence   128:22
   132:11,13
field   28:20,22 29:3
   29:6,7,9,12,16,18
   34:18,19,22 35:7
   35:15,18,24 40:20
   40:25 41:3 54:20
   55:7 57:7 81:22
   84:12 85:7,11,14
   85:18 89:15 97:19
   97:23 110:2,2,5,14
   110:20 118:21,22
   140:23
fifth   44:17
file   36:8 122:6,15
filing   3:8
find   37:3 47:4 64:3
   122:14
fine   22:5
finest   36:10
finish   5:20 17:14
finished   24:5
   47:19 87:16
fire   120:6,7
first   4:3 13:15,19
   14:7,19 15:14,25
   16:8,11,21 20:16
   24:4,6 40:3 42:15
   44:3,5,8,16 47:13
   47:13 48:5,7,21
   50:18 54:9 58:25
   62:10 65:10 68:8
   69:25 71:10 84:4

86:24 89:20 90:17
98:5 99:24 100:12
100:24 101:12
102:2,6 108:13
110:21 111:12
120:2 129:24
132:14 142:14,17
143:2 148:23
149:25 150:25
151:2 152:8 155:7
157:12,14 158:3
161:17,22 162:25
163:2,5
**firsthand** 141:6,18
141:21,23
**five** 21:8,22 29:14
51:5,6 58:9 93:25
96:16 104:2,3,14
104:15 153:6,13
153:19,25 154:5
154:10,15 155:25
156:5,10,16 158:8
158:11,15
**flank** 163:23
**flaw** 103:25
**flood** 49:2
**floor** 2:5
**floyd** 29:8,18
**fluid** 116:13
120:18 121:2
**follow** 164:25
**followed** 164:24
**following** 53:11
79:23 172:5,6
**follows** 4:5
**foot** 57:10
**force** 3:16 24:14
28:17 29:16,24
30:9,17,20,25
34:22 44:18,22
45:2,3,8,13,19,21

45:22 46:6,7,12
49:22 50:2,6,7,7
56:4,13 57:7,13,22
57:24 60:17 63:10
63:17,19 64:12
75:9 84:8 94:22
97:9 127:9 138:5
147:14 148:5
157:3,10,12,14
159:22
**forced** 127:7
**forces** 32:4 42:2
45:15 46:13 54:15
54:20,22 55:7,14
58:6 64:5 74:14
81:2 94:18 137:14
**foregoing** 167:8
**forget** 63:2 123:20
136:25 147:19
**form** 3:12
**formalized** 82:10
82:22,24 83:19
**formation** 35:2
118:24 122:12
**formations** 34:21
34:24 35:2 69:21
82:14 118:23
122:10
**formed** 95:16
**former** 21:2
**forster** 2:15
**fort** 105:22
**forth** 170:7
**forty** 96:21
**found** 123:9
**four** 35:9 51:4,5
59:14 83:15,22
84:3 111:22 112:2
114:12
**fourth** 44:17 55:17

**frequency** 36:24
**frequently** 55:5
**friday** 116:14
**front** 12:25 38:14
45:23 157:18
163:20,21
**full** 4:7 88:2,6
89:24 90:5
**fulton** 125:11,24
126:12 127:14
**functional** 66:17
99:18 100:10,11
**funnel** 127:3
**furhood** 105:20,23
107:7,11 108:3,10
109:11
**furnished** 3:20
**further** 3:11,14,18
170:9
**future** 19:7

**g**

**g** 4:2
**galvin** 2:15
**game** 68:16
**games** 88:20
**gear** 55:23
**general** 88:12,15
**geographical** 58:9
**geography** 121:3
**george** 1:3
**getting** 35:13
69:22 76:2 93:24
122:24
**give** 15:18 19:2
21:8 22:17 36:19
36:24 42:25 66:9
66:18 70:20 72:3
72:25 73:7,23
74:19 97:20,25
98:4,7 115:8
116:16 118:19

119:9 128:25
129:6 130:14,20
130:20 131:11,19
135:10 154:4
163:10
**given** 27:2 51:11
55:22 59:24 71:25
72:16,20 73:13,22
74:13,21 75:20
76:18 77:13,15,19
94:13 134:24
135:7 136:12,14
138:3,4 153:6
160:10 161:14
162:10,15,17
164:16 165:22
170:9
**giving** 8:9 58:23
73:24 90:18 165:2
**go** 5:15 9:3,13,13
17:11 20:8 22:3
23:23 28:2 35:22
35:24 36:6 59:14
61:25 62:13,18,19
62:22 63:15,21
67:9 74:3,12,20,25
75:12,14 76:23,24
78:7,8,14,19 83:2
83:15 84:7,9
86:15 93:20 95:24
97:23 108:10
114:24 117:14
118:25 121:24
122:22 123:8,11
147:17 150:13
151:22,23 154:19
154:25 155:3,16
160:3 161:17
162:8 163:19
165:23

**goes** 44:8,12,14
70:6 73:17 78:24
163:20
**going** 4:21 5:15
8:24 12:6 13:12
13:14 17:11 23:15
28:6 31:9 37:2,6
46:6 50:14,16
53:4 59:16 61:15
62:10 64:7,10
66:2 68:3 74:10
78:22 79:24 86:9
87:25 88:6,25
90:16 98:10 105:8
109:20 111:21
112:20 113:8
118:24 120:23
123:19 143:15
146:14 147:3
151:11,13 152:2,4
155:2,16,23
162:22 164:20,23
**good** 88:21 105:17
105:19 129:6
132:21 154:7
156:22
**grab** 12:7
**granted** 125:22
**group** 57:14 58:3
58:8 83:5 155:6
157:23
**groups** 36:2
**guess** 5:6 13:22
16:5
**guessing** 13:13
**guidelines** 5:17
86:11 111:17
112:9 169:3
**gym** 29:2

**h**

**h** 25:9,9 105:21,23
**half** 115:8,9
**hand** 122:9 170:15
**handcuff** 163:25
**handful** 145:7
**handle** 67:15
68:14 78:8 161:15
**handled** 66:20
**handout** 71:25
78:19,21
**handouts** 66:19
72:3 79:25 138:11
**hands** 81:15,18,21
**happen** 46:5 55:5
68:25
**happened** 31:5
47:14 48:9 61:22
61:23 69:2 121:23
125:8 133:18,20
134:5 136:25
**happening** 35:22
66:20 89:2,6
120:20 122:2
**happens** 20:8
61:21 93:24 94:2
119:2 122:3
**happy** 43:6
**hard** 128:15,25
130:20
**harry** 91:25 92:3
**haven** 120:10,11
120:12
**hazard** 5:6 16:5
**hazmat** 55:18,21
56:5,9 57:3 59:17
59:21 60:4,6,9,13
60:19,24 63:24
64:6 76:14
**hear** 6:3 73:11
113:20 154:20

**heard** 13:19
116:21 120:4
**hears** 73:9
**heels** 162:3
**held** 1:20 22:7
27:11 28:4 30:13
150:16 160:5
**help** 6:12 47:5
140:7
**hereto** 3:7
**hereunto** 170:14
**hesitated** 56:14
**high** 35:7,8 42:21
42:23,23,24 43:2
54:12 68:16 83:12
110:4 137:3
**history** 23:24
124:10,11 153:21
156:9
**holiday** 116:18
**hood** 105:22
**hoping** 53:10
133:15
**hour** 15:18 83:8
85:7 105:8
**hours** 6:25 7:4
15:22 44:7 62:17
83:2,4,16,17,22
84:2,3 85:7,8
**housing** 97:6
**hundred** 96:16,21
119:8 154:14
158:7
**hundreds** 145:6

**i**

**icahn** 28:21 42:5,9
42:11,13
**idea** 35:12 42:22
43:3 49:3 74:19
127:8 148:17

**identification**
12:17 33:22 37:15
37:20,25 38:5
52:11 85:25 87:9
87:13 91:8 98:17
106:7 111:15,19
135:17,24 142:7
146:23 149:18
150:6,12 160:25
**identified** 29:14
31:6 40:23 41:8
41:14 45:19 48:12
49:9,14 50:20
63:23 65:3 83:21
85:3,10,14 105:4
114:19 127:18
152:16 154:6
**identifies** 38:21
41:24,24 42:10
99:10 114:13
**identify** 28:12
31:11 38:19 41:11
41:22 52:18 53:3
54:16 56:6 64:17
84:13 86:17 94:12
**ii** 37:12 45:24 46:2
46:12 88:2,6
89:20,24 90:5
168:16
**image** 10:2
**imagine** 23:17
**impact** 68:16
96:24 97:4 136:9
136:23 137:2,4,6,7
**imperative** 171:12
**imposed** 114:14
**impossible** 117:24
**improper** 129:5
130:25
**inch** 16:6

incident 33:2
126:17,17 127:18
133:7 163:7
164:21,22 165:15
165:23
incidents 121:10
include 10:22 14:7
67:4 69:25 73:19
86:20,23 87:2,5
90:22 156:2
included 85:10,14
102:16,23 103:10
108:3
includes 74:16
78:4 79:4
including 9:24
incorporate
139:11,13
incorporated
139:10
incorrect 163:9
increase 148:10
index 168:11
indicate 42:17
44:20 45:17
indicates 159:19
indicating 43:13
43:19
individual 5:12
60:24 86:8 104:7
159:7,9 161:18
162:2,17,21
individually 1:5
152:13
individuals 60:22
61:25 63:9 85:15
129:10,15 134:19
inefficient 163:4
inform 11:25
information 9:24
10:2,23 87:24

107:4 139:9,21
141:2,9 144:18,23
151:10
informed 13:11
initial 59:20,24,25
62:5,10 76:2
157:6
initially 86:11
inputs 66:10
inside 39:19
106:19
inspector 26:15
58:14
inspectors 32:6
40:13,13 77:19,20
102:24,24 103:12
103:14
instituted 81:11
81:11,12,24
instructed 117:9
117:12 140:18
163:17
instruction 17:12
31:10 67:4,20,23
68:5 69:25 70:5,6
70:20 74:13 81:20
89:24 90:5,21
101:18 102:5,8,11
122:13 162:4,10
instructions 22:17
68:8 72:20 148:2
171:1
instructor 123:22
instructors 59:5
intac 76:22 77:4
77:11,13 80:2,6
151:12,16,19
152:7,12,16,19
interacted 134:23
interested 170:12

internet 122:17
interpretation
146:10
intimidates 159:21
introduction
84:20,22,23,25
involve 39:23 40:2
40:17 51:19 66:22
67:17,23 68:4,7
69:17 93:16 99:24
100:2,5,11,14,17
100:24 101:2,5,12
101:15,19,24
102:2,5,8,11
143:23
involved 35:13
39:10 90:6 94:5
115:15
involves 40:24
41:9 153:6
involving 71:6
87:5 89:25
island 28:21 29:17
34:18,19,25 35:16
36:4,9 42:4,9,11
42:14 45:10 83:14
88:3
issue 65:2,4 67:2
68:17 74:12
114:18,21 155:4
156:15
issued 17:22,23
19:9 51:15,16
issues 75:6 78:2
110:15 155:2
item 8:20 40:23
140:9 142:12
159:23
items 81:24 85:13
85:18 109:2

**j**

j 4:2 91:25 92:3
january 27:3
javits 39:8,16,18
39:21 43:19,20
jersey 60:6 64:3
job 5:11 22:4
62:23 63:25 76:3
95:18
jobs 120:13
john 58:14
joining 11:4
jon 2:7
joni 2:15
jose 1:18 4:1,9,17
5:1 6:1 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1

| | **k** | **l** | **left** 25:16 26:15 |
|---|---|---|---|

85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:7,16 168:1,4,4 169:1 172:20

**joseph** 2:17
**judge** 125:21 126:11
**judgment** 125:22
**july** 26:8,8,12 92:11
**june** 24:2 25:25 53:5,15,17 92:11
**justify** 117:24

**k**

**keep** 65:13 122:20 145:3
**keeping** 44:21 95:20
**kept** 32:3 45:20 62:23 122:9
**kettling** 126:25 127:11
**kind** 9:24 10:16 35:19 122:23
**know** 6:7,9,10,14 8:18 9:3,18 10:9 10:17 11:5 18:23 19:15 21:25 22:3 22:4 34:6 36:23 49:4 51:6,22,25 52:2 53:7 57:17 68:17 74:11 75:3 75:5,23,25 76:8,20 77:22 78:2,3,7,9 78:14 79:17 80:15 81:9,10,23 87:15 88:25 89:5 93:10 105:20,24 107:8 107:16,19 110:19 113:21 123:19,21 128:17,22 129:14 130:22 131:25 132:19 133:20,23 138:13,14,17 140:20 144:25 145:2,3,4,20,22 149:23
**knowing** 35:22
**knowledge** 66:10 107:3 131:12 141:7,19,22,24
**known** 99:19
**knows** 9:20

**l**

**l** 2:14
**lack** 147:4
**lady** 14:18 128:20
**lane** 115:10
**large** 28:18,21 54:21 58:3 94:20 157:22
**larger** 83:14 127:10
**larry** 1:4
**lasts** 61:9
**late** 14:3 26:12 69:6,9 88:19
**law** 2:10 7:25 14:16 52:2 70:5,6 75:4,13 146:5,7,10 157:25
**lawsuit** 125:18
**lawsuits** 124:23 125:4
**layman** 55:22
**laymen** 145:3
**laymen's** 44:7
**leadership** 33:20 34:8 77:6 168:14
**leading** 112:11
**learn** 62:25
**learned** 63:2
**leave** 26:4,7 74:2,8 74:9,20 164:16 165:3
**leaving** 35:11
**lecture** 65:23 70:25 81:15,19,20 101:14 136:23,24 138:8,9,10
**lectures** 65:20,21 136:9
**leeway** 119:6

**left** 25:16 26:15 137:4
**legal** 14:23 16:18 17:2,8,21,24 18:3 18:23,24 37:17,22 51:18,23 72:24 74:22 107:25 108:6 109:14,19 117:4 118:12 139:17 168:17,19
**legalities** 84:19 137:16 139:19 140:6
**legality** 110:24 140:21,25
**legs** 164:4
**lesson** 18:9,17,19 18:20,23 126:21
**lethal** 84:17
**letters** 107:9
**level** 37:12 45:23 46:2,2,3,4,6,8,12 46:23 64:6 81:7 88:2,6 89:20,24 90:5 157:12 168:16
**levels** 40:6,8,9 77:14 157:10
**lieutenant** 32:2,6 32:19 80:24
**lieutenants** 40:12 41:18,19 65:8,19 77:16 102:20 103:18 136:10 137:5,7,25
**lift** 163:25 164:5
**limitation** 114:14
**line** 34:21 42:10 43:23 69:20 110:3 118:23,23 168:3,5 168:12 172:8

**lines** 34:23 43:13
**list** 37:4 41:16
**listed** 54:5 85:17
  97:15 144:9
**lists** 103:24
**little** 8:2 65:15
  116:5 120:23
  159:10
**live** 131:16
**local** 46:5 47:5
**localized** 46:4
**located** 28:18,24
  29:25 30:3
**location** 28:13
  29:24 30:6,18,25
  43:2,3 58:10 60:9
  73:23 74:16
  144:15,18 152:3
  155:20
**locations** 27:14
  29:11,14,19 30:4
  58:10 60:2 144:12
**logic** 141:7,11
**logistical** 55:6
  65:4 165:14
**loitering** 106:20
  107:5
**long** 15:17,21 21:7
  24:8,15 25:22
  46:20 62:9 74:11
  86:10 128:3
  132:21 136:25
**longer** 57:3,25
  151:20
**longstanding** 67:2
**look** 15:24 16:3,7
  22:20 51:2,4
  52:15 95:10 98:13
  106:12 111:23
  121:2 123:7,9,14
  136:2 138:20,22

149:22 152:22
  156:18
**looked** 109:2
  125:3 126:4,7
**looking** 33:17
  41:12 43:7 49:13
  53:24 59:17 68:18
  87:16 99:9 106:11
  114:12 131:15
  136:18 147:8
**looks** 132:12 163:4
**lost** 124:4
**lot** 28:22 29:8
  31:15 36:21 39:21
  39:22 42:5 43:4
  70:16 88:13,22
  116:15,15 119:9
  120:22 124:20
  132:11,13,17
  159:11,12
**lt** 80:22 82:22
  139:17 140:7,12
  140:18 141:21,24
**lunch** 105:8,11

**m**

**m** 1:21 58:15 59:9
  170:4,18
**m4** 57:11,14 58:18
  59:11,13 76:12
**m5** 58:17
**ma'am** 165:20
**mail** 16:13,16
  22:25 23:4 86:7,9
  86:13,14 135:22
  136:18 137:11
  142:5,16,18 146:2
  146:21 147:12,14
  147:22 149:16
  151:3,5 169:5,6,7
  169:8,9

**mails** 20:16
**main** 35:14 75:16
**maintained** 10:18
**maintaining** 18:22
  106:18
**major** 126:16
**making** 162:5,20
  164:18
**man** 156:7
**management** 84:5
  84:16
**manhattan** 24:13
  24:25 28:25 45:8
  45:8 46:11,11
  97:9
**manner** 112:21
  115:3 141:20
**map** 66:18
**march** 24:9 48:11
  99:7 115:7 136:14
  136:15,19 148:19
  149:9
**marching** 130:6
**mark** 12:11 33:14
  37:10 52:7 85:20
  87:8 91:3 98:10
  106:2 111:14
  135:12,19 142:2
  146:18 149:13,25
  160:19
**marked** 12:15,19
  33:16,21,25 37:13
  37:18,23 38:4,12
  51:3 52:9,16
  85:24 86:4 87:12
  91:7 98:16,22
  106:6,13 111:18
  135:16,23 136:3
  138:21 142:6,10
  146:22 147:8
  149:17,21 150:5

150:10,18,21
  156:19 160:23
**marriage** 170:10
**maryland** 123:3,7
  123:13,20
**mass** 18:21 35:2
  69:21 70:24,25
  71:23 72:4 82:15
  110:3 135:9
  137:14,15 150:4
  153:3,11,24
  154:13,23 155:11
  156:2 160:14,15
  161:8
**materials** 80:10
  138:7 152:7
**matter** 12:2,4
  143:25 144:3
  170:13
**meacham** 1:4
**mean** 9:24 20:15
  49:8,12 54:16
  58:22 62:25 74:2
  82:6 84:23 95:3
  104:4,7,11,12
  144:11 154:5
  157:16
**meaning** 45:2
**means** 35:25 45:4
  49:18 74:8 77:23
  81:20,21 85:15
  104:5 112:18,24
  113:7,11
**meant** 36:5,6
  153:22
**medication** 7:18
**medications** 7:14
**meet** 14:4 15:2,6
**meeting** 14:19
  15:11,17,21 16:11
  16:12 19:24 20:16

20:17 22:24
147:16,17
**member** 55:9 77:5
165:18
**members** 33:10
40:7 44:23 45:18
55:11 57:12 60:17
60:19 63:13,15,16
63:18 68:13 74:24
75:10 76:21 77:10
77:14 93:3,7,19
94:23 95:6,22
96:2,6,9,13,16,19
96:21,25 97:3,6,8
97:13,21 102:16
104:5 118:16
148:18 165:25
**memo** 85:23 87:11
91:6 92:22 135:15
141:12,16 149:2
162:11 163:13
168:22,23,24
169:4
**memory** 28:15
79:4 123:15
**memos** 141:13
**mental** 7:10
**mention** 70:23
**mentioned** 1:21
12:14 33:19 37:12
37:17,22 38:3
52:9 85:23 87:11
91:6 98:15 106:5
111:17 119:13
132:22 135:15,22
142:5 146:21
149:16 150:4,9
156:8 160:22
**mesh** 126:19,23
**message** 36:10
72:16 113:8,10,12

113:20 143:6,9
148:22
**met** 13:15 15:8,14
15:16,19,25 16:8
18:7
**michelle** 1:4
**middle** 108:23
113:14,16
**minimal** 114:15
**minimum** 63:7
**minute** 12:7 28:7
129:24
**minutes** 15:22
21:8,22 39:15
44:9 83:8,13
128:5 129:17,20
130:2 133:18,20
134:5
**misconduct** 135:3
**missing** 47:2,3
**mistake** 71:22
**mitchell** 14:20
15:5,9
**mix** 89:13
**mntf** 24:15
**mob025** 42:16
**mob063** 42:17
43:8,12,13
**mobex** 35:20,21
**mobile** 35:17 37:4
81:18 97:17
**mobilization** 29:4
35:20,25 36:7,17
37:13 38:20,22
41:3 42:6,7,20
43:15 45:12,24
46:3,12 47:4,8
48:21,23 49:7
54:6,11,18,19,21
56:7 62:8 83:12
84:18 88:2,7 89:8

89:12,20,25 90:6
168:16
**mobilizations**
41:25 42:3,19
46:17,23 47:11,23
47:24
**modern** 124:13
**moment** 54:25
130:10
**monday** 14:11
39:5
**money** 49:5
**month** 38:3 48:17
53:5 168:20
**months** 13:11,18
13:20,23 53:2,4,11
53:14,24 75:11,12
76:2 123:6,21
**morning** 44:11,12
**mos** 31:20 45:18
**move** 74:11 115:5
**movement** 91:21
92:21 93:5,9
**movements** 110:3
**mso** 61:10
**multiple** 104:8
124:23 125:15,18
127:21
**multipliers** 157:4
**mumbasi** 156:8
**municipal** 1:9
**munitions** 84:17
**mustered** 49:10

| n |
|---|

**n** 2:2,14 59:9
168:2
**name** 4:7,15 14:19
19:20 34:22 47:15
49:2 56:15 59:7
105:14 122:21
157:4

**named** 156:8
**names** 144:21
145:11
**national** 57:6
108:9 110:7
112:12 124:16,19
124:25 125:9,11
140:4
**nations** 88:12,15
**necessary** 8:8
171:4
**necessitated** 67:3
**neck** 59:4,9,10
**need** 5:19,20 8:25
31:6 36:8 46:25
47:3 74:19 78:2
113:15 159:22
**needed** 63:24 66:2
66:3 94:19 139:18
139:23
**needs** 62:13
**neighborhood**
121:4,4
**never** 32:8 62:15
80:22 84:12
131:19 132:24
150:24
**new** 1:2,2,9,13,13
1:17,22 2:6,6,10
2:11,11 4:4,11,17
9:7,9,15,19 10:13
10:18,21,24 11:4,8
11:12,16 32:12,23
45:5 48:3,13,15
52:4 58:11 60:5
60:16 62:16 64:3
65:8,8,9 70:9
88:25 89:5,10
121:21 124:24
170:5

newly 32:21 65:19
news 121:12 123:5
nice 154:25
nicer 8:3
night 44:15
nightmare 55:6
ninth 25:19,22
non 35:6 114:23
nonexecutives
  80:5
nonviolent 154:21
normal 95:18 96:2
north 24:14,25
  45:8,9,10 96:23
  97:9
notary 1:22 3:15
  4:4 167:24 170:4
  172:25
note 9:22 123:9
noted 80:11 147:7
  152:11 171:10
notice 12:8,14,21
  36:3,15 61:14
  168:13
notification 18:12
  19:4,6,10,12
november 92:17
  97:11
number 49:9
  71:14 73:5 99:9
  103:7 111:25
  112:17 128:16,17
  143:3 144:4,16,22
  145:2,17,24
  157:11 163:6
numbers 97:16
  104:6,17 144:24
  145:4 159:11
nypd 10:12,16,18
  10:23 11:3 16:19
  23:24 27:15 38:3

62:19 65:22 84:18
  86:9 95:22 96:2
  98:15 127:22
  136:25 168:20
  169:1
nypd's 34:8 60:10

**o**

o 2:14 4:2 58:15
  59:9 105:21,21,23
  105:23
o'clock 44:10,11
  44:12 105:7
  146:14
oath 7:24 8:3
objection 27:16
  61:12 75:22
  109:22 125:25
  130:16 132:18
  134:25 143:14
objections 3:12
observed 127:17
  129:11
obviously 8:2
  69:14 71:13 73:12
  76:5 79:22 94:9
occupied 20:4
occupy 47:7,9,10
  47:15,18 61:19
  88:25 89:9 91:20
  92:20 93:4,8 94:7
  94:8,11 97:14
  108:23 109:4,8,15
  109:18,21 110:18
  114:10 142:21
  143:23 144:5
  165:17,24
occur 89:9 110:17
  120:16,17,18,19
occurred 31:11
  39:18 82:13 92:15
  110:19 131:25

occurring 43:5
  88:23 130:13
  163:6
occurs 120:15,25
  121:14 157:14
october 88:20
  170:15
odds 132:21
offered 54:3 60:10
  61:18 65:18
offering 64:4
office 2:9 4:14
  19:11,13 105:15
officer 2:15 21:3
  26:18 31:21,25
  41:13 52:20,21,25
  53:3 58:12 73:10
  79:14 80:23 86:8
  87:23 91:17,17,22
  92:5 99:2,3 131:7
  140:5 142:18
  147:13 157:20,24
officers 31:22
  32:18 36:2 40:11
  41:20 43:4 46:21
  49:9 58:7 73:12
  74:23 77:16 78:18
  79:8 96:3 102:20
  103:3,7,22 104:7
  109:20 112:25
  130:14 135:4
  137:3 144:12,13
  144:16,21 145:5,6
  147:14 151:19,21
  159:13,24 161:19
  162:19,25 163:12
  163:17,19,21,22
  164:3,7,18
officials 127:22
oh 123:12,20

okay 5:18 6:23
  10:19 17:15 28:2
  46:3 47:21 49:19
  51:9 70:17 74:4
  95:12 112:3
  133:16 162:21
  166:6
old 28:24 79:13
  138:5 147:12
omnipresence
  150:9 157:11,13
  157:15,19,21,25
  158:20 169:10
once 2:5,4,15 13:13
  24:4 63:5,5,6,7
  77:22 120:5 124:9
  128:9,24 129:13
  163:3
ones 42:3 64:21
  79:11 83:14 84:14
  85:3,4 122:14,18
ongoing 55:4 66:2
open 29:6 84:8,10
  88:16 121:25
  133:2,4,6 134:7,10
  134:12
opened 128:23
operations 29:10
  32:23 34:23 52:22
  52:23 57:7 65:11
  65:14,17,24 91:18
  91:23 92:5,9,11
  99:3,21 101:10,11
  101:15,19
opinion 128:25
  129:3,6,9 131:19
orange 126:18,23
order 19:3 55:24
  73:16,18,20,24
  74:8,10,15 106:18
  120:13 164:16,19

165:19,21,22
**ordered** 162:10
164:21 165:4
**orders** 72:21,23,24
73:4,7,11,13 87:3
90:7,9,11,18 100:6
148:2 152:10
164:12
**organized** 58:3
95:7 96:10,11
**organizer** 115:8
**original** 171:12
**originally** 136:8
**outcome** 170:12
**outs** 18:11
**outside** 42:5
107:17 126:2
144:7
**overall** 154:3

**p**

**p** 2:2,2,14
**p.m.** 44:7,8 105:10
166:7,9
**packard** 1:3
**page** 42:15 43:11
44:17 45:23 49:15
68:19 81:14 106:5
111:22,22,24,25
114:12 151:2
157:2 167:13
168:3,5,12 169:2
172:8
**pages** 44:16 49:15
86:10 167:9
**pamphlet** 78:22
78:24
**paper** 9:25
**paperwork** 136:7
**parade** 48:16,19
66:9 68:16

**paragraph** 117:22
119:7
**park** 13:20
**parking** 28:22
29:8 39:21,22
42:5
**part** 12:5 53:16
63:10,11 66:6
70:3 71:23 72:6
73:12 74:25 75:4
82:19 84:14 85:4
85:6 89:9,16,19,24
90:12,14,17 93:11
93:11 108:6,19
109:15 112:15
114:21 115:12
116:8 117:7 128:4
128:20 133:5
138:12,15 152:16
153:11,25 154:3
157:9 160:13
161:7 162:7
**participated** 111:5
111:11
**participating**
40:16
**particular** 10:16
88:5
**parties** 3:7 105:17
170:11
**parts** 18:25 83:25
129:7
**pass** 162:24
**passed** 71:20
**passive** 156:4,15
**patrick's** 48:15,18
**patrol** 36:23 39:13
45:7,7 46:10
49:22,24 50:4,9
63:14,20 67:12
68:14 77:17 94:23

94:25 95:4 96:22
96:23 97:3,8
137:13 151:21
**patrolling** 95:20
**pay** 81:7
**peaceful** 117:25
119:5,5,9 159:16
**pedestrian** 131:24
**pedestrians**
131:21
**people** 32:24 35:3
35:21 36:23 39:13
44:9 45:14 49:24
50:2,9 62:19 63:4
64:5 67:12 71:9
71:20 74:19 94:5
94:20,22 95:8
97:15 103:24
108:7 112:19
115:9 116:15
119:5,8 120:9,22
120:23,23 121:16
122:11 124:9
127:7,9 128:18
130:5,9 132:2,14
145:13 154:24
155:14,17,18
157:19 158:24
162:24 163:3,9,14
164:16
**percent** 49:4,5
93:23,25 94:4,13
153:6,12,13,16,19
153:19,20,23,25
154:2,6,10,14,15
154:17,18 155:25
156:5,10,15,16
158:8,8,9,11,13,15
158:17 161:24
**percentage** 153:18
156:6

**percentages**
155:23
**perception** 49:4
**period** 26:19
28:16 47:25 55:4
65:9 69:12 97:11
99:6 144:8 166:4
**perishable** 62:24
**person** 15:15,16
21:25 22:2,16
47:3 62:18 71:18
82:11 120:8
131:11 139:19
154:19 160:16
161:19,22 162:6
163:19,24 164:2,5
**person's** 130:24
**personal** 5:10 6:21
143:25
**personally** 5:8
32:8,13
**personnel** 44:24
45:22 56:5 58:4
**persons** 78:5
**perspective** 18:23
**pertain** 70:8
**pertained** 144:6
**pertaining** 16:17
17:5 29:4 81:3
106:20 137:19
161:8
**phases** 82:13
**phone** 15:15 143:3
145:4
**phonetic** 81:8
**physical** 7:6
**picking** 88:17
**place** 1:21 34:18
42:4 44:4 48:24
49:6 59:2 64:11
82:20 99:11

112:20,21 132:5,5
163:11
**placed** 162:23
163:15
**plaintiffs** 1:7,19
2:4
**plan** 18:23 38:3
53:5 99:22 101:23
120:21 151:12
168:20
**planned** 46:20
**planning** 120:19
**plans** 18:10,17,19
18:20 19:8,18,22
126:21
**platoon** 43:25 44:5
44:6,8,11,14
**play** 67:5,25
155:10
**played** 68:10
**playoff** 88:19
**playoffs** 88:18
**plaza** 31:7 95:9
96:17
**please** 4:7 9:22
28:12 37:10 70:13
80:14 171:3,7
**plt** 43:24
**point** 10:8 24:12
24:18,20 25:10,11
26:4,6,10 54:9
64:16 65:5 68:3
68:18 72:4,5,12
77:18 92:8 106:19
106:22 110:18
111:21 148:10
153:3 155:13
157:3,3,4 158:3
159:20 161:7,11
162:8,12

**points** 53:19,21
68:11 138:10
**police** 18:25 28:23
29:17 30:7,8,18
31:7,21,25 34:9
36:13 40:11 41:13
41:20 43:4 45:6
46:18,21 49:9
50:11 69:6 77:6
77:16,25 79:21
80:3 93:8,11 95:9
96:3,17 101:6
102:20 103:22
107:22 112:25
127:23 128:11,19
128:23 129:4,10
130:23 134:22
137:3 141:13
144:3 150:9
151:20 155:8
157:7,11,13,23,24
158:19,24 159:13
169:10
**policing** 87:6
101:20 102:12
109:21 112:25
**policy** 10:16,17
**possible** 35:12
155:22
**post** 18:22 32:22
32:25 34:14 50:19
50:25 61:19 65:6
65:11,14,17,23,24
66:4,25 67:3,10
68:12 83:10,10
84:5,7,10,16 99:20
101:10,11,14,19
**posts** 83:10 84:9
**power** 72:4,5,12
106:19,22 138:10
153:3 155:13

157:2,3,4 161:7,11
162:8,12
**practice** 62:25
**practicing** 43:4
**precinct** 24:7
25:19,23 39:6
42:8,13,19,22 43:9
43:16,21 44:24
45:12,18 46:9
47:6 50:13
**precincts** 42:21
50:10
**preparation** 15:3
15:7 18:4 20:22
**prepare** 23:2
**prepared** 12:22
13:2,5
**preparedness** 60:8
64:2
**preparing** 13:8
**preplanning**
147:16
**presence** 131:9
158:24
**present** 4:10 14:18
41:17,20 73:14
115:15 116:8,20
117:7,19 140:21
140:22,24 157:12
157:20 158:2
164:11,13
**presumably** 49:15
**presume** 152:5
**previously** 127:16
131:6 151:16
153:5
**printed** 145:22
**prior** 9:3 21:17
51:12 55:4 58:23
59:3 69:14 139:5
162:5,9

**privacy** 2:15
**probable** 33:4,7
39:24 66:23 67:17
67:20 68:4 69:18
98:2 130:14
131:12 134:18
**probably** 14:2
73:13 89:7 107:25
144:22,23 145:12
156:10
**problem** 64:24
119:11 122:4
**proceedings**
166:10
**produced** 23:18
**production** 79:25
**profile** 35:7,8
110:4
**prohibits** 117:25
**promoted** 24:18
24:20,22 25:13,18
32:21,24 52:23
65:10,19
**promotion** 27:3
**proof** 130:24
**proper** 36:25 90:7
90:9 101:20
102:12 129:4
130:20
**properly** 73:16
93:8,10 101:6
131:14
**proposal** 80:21
81:2
**proposed** 80:21
82:4
**protect** 117:16,16
**protection** 60:4
**protest** 35:4 48:13
66:9 73:24 74:16
78:5 87:6 88:13

89:2 90:22,23
93:23 94:4 98:8
100:18 101:5
102:14 110:11,15
110:22,22 111:12
112:25 113:9,14
114:20,22 115:2
116:3 120:15,16
120:20,25 123:25
125:11 148:11
149:10 152:9
153:12 154:19,21
162:18 165:13,16
**protester** 114:23
161:15,21,23
165:3
**protesters** 120:2
120:11 125:22
134:23 155:6
**protesting** 112:19
115:10 116:13,14
119:25 124:13
**protestor** 71:21
117:16 161:11
165:11
**protestors** 40:3
127:4
**protests** 40:4 67:6
67:25 68:10 70:22
71:7 87:3 90:2
93:13,15 101:6,21
101:22 102:13
108:17 124:24
153:7,13,18,20
154:7,15 156:2
160:8,11,13,14
**protocol** 137:12
**protocols** 137:15
164:24 165:2
**provide** 113:18,25
114:3 119:24

120:10 165:14
168:7,8,9,10
**provided** 23:4
27:14 113:23
114:4,6 117:5
**provides** 61:6
**providing** 112:18
119:17
**psb** 49:17,21 50:3
50:9,12,21 63:16
**psm** 63:13
**public** 1:22 3:16
4:4 19:3 43:6
87:24 106:18,21
112:2 113:22
114:16,18,21,21
116:5,16 117:17
118:2 119:20,25
120:11 167:24
170:4 172:25
**published** 86:12
**pulling** 36:23
**purpose** 71:21
**pursuant** 1:19
125:18
**put** 23:14 31:8
55:23 113:19

**q**

**qualification** 59:5
**qualify** 60:18
**quantify** 128:15
**quarterly** 54:14
**queens** 45:9,10
**question** 3:12 5:25
6:3,6,10,13,22
8:14,17 17:14
67:16 74:5 111:8
115:23 133:13,14
134:11
**questions** 4:22
5:20 6:20 70:15

133:11 134:3
165:8
**quick** 37:7 72:6
**quickly** 35:12
46:19 155:4,21
**quote** 147:21,23

**r**

**r** 2:2,14 59:9
105:21,23 172:1,1
**radio** 36:12,13
**radiological** 55:20
**raganella** 21:3,5
26:10,15 79:14
136:19 140:5
143:4,10 147:13
147:21
**raised** 155:24
**ran** 83:8,13
**randall's** 28:20
29:17 34:18,19,25
35:16 36:3,9 42:4
42:9,11,14 83:14
88:3
**range** 59:4,6
151:25
**rank** 26:25 32:5,9
32:18 61:10 104:5
**ranks** 31:21,21,22
31:25 33:10 40:10
41:13 77:14,15
102:17 104:18
**raphael** 156:8
**rapid** 50:8
**rarely** 124:20
**reach** 36:2 63:25
**react** 158:24
**read** 8:6 23:5
159:19 163:9
164:12 165:21
167:8 171:3

**reading** 73:2
165:2
**ready** 13:5 32:24
69:22 88:14,22
92:20 93:11,21,24
164:8
**real** 71:16
**really** 124:18
130:18
**reap** 109:25
**rear** 163:24
**reason** 6:16 56:13
60:14 134:18,20
171:5 172:10,12
172:14,16,18
**reasons** 39:10
113:22 127:7
161:20 172:6
**recall** 13:17 18:6
19:14 29:11,22
33:12 48:6,7
79:11 139:7
143:13,22
**recalls** 143:18,20
**receipt** 171:14
**receive** 16:10
50:18 70:4 76:21
77:23,25 112:14
137:10 152:12,15
**received** 16:13
41:14 50:21
137:12 152:14,19
**receiving** 22:24
**recess** 12:10 28:9
37:9 105:12
146:17
**recognize** 87:19
106:15 112:7
147:9 150:23
156:23

**recollection** 8:18
8:22 106:25
**record** 4:8 9:25
17:18 22:6,8
27:10,12 28:3,5,11
30:12,14 34:3
38:8,11 98:20
147:2 150:14,17
160:4,6 161:3
166:8 170:8
**recorded** 9:24
**recording** 8:19
**recruit** 31:14
68:23 71:2,5 75:4
95:24 151:9,14,17
151:18
**recruits** 31:13
69:11,24 70:4,20
72:2,10,16 74:24
75:7,11,21
**redacted** 142:24
143:2,10,12
144:19,24 145:19
**redactions** 145:18
**reduces** 159:22
**refer** 9:7,14 10:12
10:21
**reference** 151:6,8
**referenced** 112:10
**referring** 9:8,14
10:13
**refreshed** 8:19,21
62:7,8
**refresher** 57:16
58:17,21,23 59:11
59:13,14,18 60:13
60:25 61:5,8,8,11
61:20 62:2,6,11,14
62:18,20 75:6,19
75:20,24 76:4,9,11
76:17,21 77:18

99:19 100:22,23
107:20 108:2
**refreshers** 57:12
60:21
**regarding** 51:24
75:6 86:20,23
87:2 110:21
124:24 126:11
152:8
**regular** 82:5,7
151:20
**regulations** 1:20
132:5
**reinforce** 121:15
123:5
**reinforcing** 122:13
**related** 57:10 93:4
94:11 111:11
115:21 170:10
**relating** 17:21
**relation** 97:14
98:2
**releases** 16:19
**relevant** 78:2
**remember** 6:13
8:25 13:25 14:2
17:3,9,9 79:16
107:7 108:18
123:12,23
**remind** 32:14
93:22
**remiss** 141:15
**remove** 160:17
**removed** 127:6
**removing** 90:19
**repeat** 115:23
124:11
**replaced** 57:21
**report** 92:13,16
**reporter** 12:15
33:21 37:14,18,23

38:4 52:10 85:24
87:12 91:7 98:16
106:6 111:18
135:16,23 142:6
146:22 149:17
150:5,10 160:23
**representative** 9:9
**representing** 3:19
11:24
**republican** 108:9
110:7 112:11
124:16,19,25
125:9,11 140:3
**request** 79:23 80:9
147:3 152:5
**requested** 168:7,8
168:10
**requests** 23:16
168:5
**required** 60:25
76:23
**requirement**
62:12,17 73:23
**reread** 23:6
**rescue** 35:8,8,12
**reserved** 3:13
**resisting** 151:10
**resources** 46:25
47:5 66:5
**respect** 165:24
**respective** 3:7
**responders** 120:2
120:12
**response** 35:23
39:5 49:19 50:8
57:13 58:8
**responsibilities**
27:6
**restrict** 70:14
115:6 119:2

**restricted** 114:14
116:3
**restriction** 112:21
115:16 117:25
**result** 153:7
**results** 91:19
**retrain** 81:2
**retraining** 59:18
60:13,21 61:2,4
62:14 64:9
**return** 171:12
**review** 12:18 18:8
18:16 19:7,23
20:3,11 33:24
38:17 41:5 51:7
51:12 80:14,17
84:18 86:3 91:10
98:21 112:4 142:9
145:17 150:20
156:20
**reviewed** 16:21
18:4 19:5 20:13
20:15,18 78:25
138:15
**reviewing** 117:23
136:6 139:3
**revised** 86:12,18
**revisit** 146:2
**rifles** 57:14
**right** 4:22 9:20
29:22 42:15 76:7
85:17 114:22
133:24 157:19
**rights** 40:3
**riot** 69:21 121:22
153:7,11,24
154:14 155:2,11
158:16
**riotous** 153:21
154:11,16 156:17

**riots** 156:9,13
  159:17
**rise** 32:5
**rnc** 111:17 112:9
  124:18 126:13
  140:14 169:3
**road** 90:16,17
**robberies** 42:23
**robbery** 46:24
  47:2
**robbie** 25:9 26:6
  26:14
**robinson** 2:11
  14:13,15,23 15:6
  15:10 23:19 27:16
  27:23,24 61:12,17
  75:22 80:11
  109:22 113:2
  115:17 125:25
  130:16 132:18
  134:25 143:14,21
  145:16,25 147:7
  150:13 152:11
  165:7,9 166:5
  168:4
**rodman's** 59:4,7,9
**role** 165:10,12
**room** 8:2 15:10,13
  105:17
**rule** 1:20 4:2 116:8
**rules** 1:19 5:16
  132:4
**run** 66:8,25 84:7,9
  113:18 115:5
  124:5
**running** 49:17,20
  65:25 84:11

**s**

**s** 2:2,14,14 4:2
  25:9

**safe** 43:6 95:21
  113:21 115:3,3,13
  119:24 120:10,11
  120:12
**safely** 35:3 155:19
  160:17
**safety** 95:6,11,14
  95:16,17,19 96:4,6
  113:22 114:16,18
  114:21 116:5,9,16
  117:15,16 119:12
  119:19,23 120:10
  120:14,23 155:21
  161:20,20
**salary** 27:7,9
**sample** 162:13,13
**saturday** 48:9
  136:19
**save** 122:15
**saving** 35:10
**saw** 128:4,11
  130:2 132:12,23
  132:24 134:9,20
  135:3,6 136:6
  139:3 142:14
  164:14
**saying** 22:15
  104:10 111:4
**says** 41:2,18 42:7
  42:8,8,12,17 43:7
  45:23 49:14,16,21
  52:22 82:16
  104:11 136:16
  154:23 155:4
  158:24 162:13
**scale** 88:2,6 89:24
  90:5
**scenario** 67:14
  160:12
**schedule** 31:4,8

**scheduled** 82:10
**school** 95:6,11,14
  95:16,16,19 96:4,6
  114:24 151:9
**schools** 95:20
**schwach** 25:9 26:6
  26:15 80:22 82:22
**scooter** 95:3,5
  97:9
**scope** 126:2
**scuba** 55:23 64:17
**sda** 1:8
**sealing** 3:8
**seattle** 124:3 147:5
**second** 14:9,10
  16:12 20:17 28:3
  28:25 34:24 44:3
  44:11,16 48:9
  53:16 54:10 56:18
  81:13 95:11
  106:10 149:22,24
  150:2,14 158:23
**section** 33:20 34:8
  77:6 136:18
  168:15
**sections** 112:5
**sedgwick** 4:11
  28:18
**see** 14:22,25 18:17
  38:14 42:15 71:12
  71:13 73:15 81:13
  82:16 92:17 106:9
  112:17 118:2
  125:4 126:5 129:7
  129:17,20,23
  130:12,13 131:8
  131:10,17,18,21
  131:23 133:4,7,23
  134:3,7,15,18,21
  136:7,15,16 139:2
  142:23 145:18

**151:2 162:7 163:6**
  164:14
**seeing** 130:19,21
  139:7
**seen** 91:13 125:8
  136:5 138:23
  142:12 150:24,25
  152:23 161:4
**send** 39:6 145:25
**sense** 73:9
**sent** 137:4,8
  142:16,17,17
**separate** 38:22
  43:15 53:22,25
  54:2 104:4
**september** 1:14
  30:15 48:8 88:11
  88:19 89:2,10
  140:16 142:20,20
**sergeant** 23:23
  24:18,21 25:10,13
  27:4 31:21,25
  41:13 75:9
**sergeants** 40:11
  41:20 65:8,19
  77:16 102:19,20
  103:20
**series** 88:20
**service** 33:10 40:7
  50:9 55:9,12
  60:11 68:13 74:25
  75:10 76:21,22
  77:14 93:4,7,19
  97:13,21 102:17
  104:5 118:16
  148:18 151:21
**services** 49:22
  50:4 63:14,20
  94:24,25
**session** 88:12
  136:17

**set** 31:7 32:25 34:23 65:24 66:24 67:3 112:21 116:11 120:9 132:15 137:2 170:7,14

**setting** 18:21 33:9 54:23 66:18 118:19,23

**seven** 47:16 49:15 52:14 80:13,13,14

**seventh** 44:17

**seventy** 96:16,19

**sgt** 4:17,23 25:9 32:13 105:16,18 113:3

**sharkey** 2:17

**shea** 29:8,17

**sheet** 171:6,7,10 171:13

**shield** 148:15,16

**shields** 147:18,25

**shooter** 57:18 123:3,7,18

**shooting** 59:4,6 123:2,21,22

**short** 146:15

**shot** 54:20 55:12 131:20,25

**show** 23:20 36:4 46:25 82:25 121:12,25 122:11 123:19 124:2,3,7,8 124:8,9,12 129:2 130:25 131:3,4 149:20 150:18 157:13 160:15

**showed** 128:24 129:2,8,16 130:22

**showing** 43:8 104:17

**shown** 131:4 153:21 167:12

**shows** 43:12

**sic** 19:18 44:3

**sick** 120:8

**side** 131:17

**sides** 163:23

**sidewalk** 40:3 67:6 67:25 68:10 70:21 71:7,16 72:9 78:10 87:6 90:2 90:15,22 91:2 98:8 100:18 101:5 101:6,20,22 102:12,14 108:17 110:11,15,22 111:11 112:25 114:20 115:9 116:4 123:25 124:24 128:17 132:3,16 134:16 149:10 155:6 162:18,22,24

**sidewalks** 78:6 124:3

**sight** 113:15

**sign** 171:7

**signature** 170:17

**signed** 3:15,16

**significant** 148:3

**signing** 171:9

**similar** 108:22

**similarly** 1:5

**simple** 134:12 165:14

**simply** 27:6 46:21 158:24

**sims** 84:18

**single** 77:3 82:11 157:20 159:7

**sir** 4:19 5:13 6:2,5 6:8,11,18 7:17,22 8:5,12,16,23 9:5 9:11,21 10:7,11,20 10:25 11:6,10 12:3,20,23 13:4 14:8,14 15:4,20 16:2,9,14,22 18:2 18:18 20:20 23:10 23:13 25:5,15,21 26:22,24 29:15 30:2,19,22 31:2,19 33:13 34:2,5,12,16 36:14,16 38:16,18 39:4,25 40:5,19,21 41:7,10 43:10,17 43:22 44:2,19 48:4 51:13,17,21 51:25 52:5,17 53:13 54:24 55:15 56:20,23,25 57:23 58:2,20,24 59:23 63:12 65:17 67:19 67:22 68:2,6,11,21 70:12 71:4 72:17 76:13,16 77:9,12 79:3 80:19 81:16 83:20,24 85:12 86:5,19 87:18,20 88:8 89:4,22 90:3 91:12,14 93:6 95:23 96:8,12,15 96:18 97:5,10 98:3,6,9,23 99:8 99:12 100:25 101:4,7,13,17,25 102:4,7,10,15,18 102:22,25 103:6,9 104:13,20 106:14 106:25 107:13,18 108:4,21,25

109:10,13,17,24 110:9,12 111:7,13 112:6,8,16 114:8 114:11,17 116:6 118:4,18 121:8 125:2,13,16,20 126:3 127:15,20 127:24 128:2,7 136:4,11,13 138:2 138:25 139:15 140:11,15 141:21 141:25 142:11,22 142:25 143:8 145:9 146:11 147:10 148:12,14 148:20,24 149:4 149:12 150:22 151:4,15 152:18 152:21,24 153:9 156:22,24 158:6 158:10,22 159:2 159:18 160:2,9 161:5,13

**sit** 66:17 160:8,11 160:13,14,22 161:11,16 169:12

**sitting** 14:13,22 160:16 162:18,21

**situated** 1:6

**situation** 46:18 47:6 68:15 84:11 120:19 154:24 155:5 156:3 157:8 160:18

**six** 38:3 48:17 52:13 53:2,4,5,11 53:14,24 75:11,12 76:2 168:20

**sixth** 44:17

**sixty** 96:13

size  78:22
skill  62:24
slide  154:13,22,23
  155:4 157:9
slides  153:2 157:5
slow  154:25 155:3
smaller  66:7
solely  45:18 72:13
somebody  50:12
  50:13 62:13 164:7
sorry  17:15,19
  36:5 53:16 84:25
  85:2 115:24
  124:18 153:17
sort  33:3
sound  113:15
source  121:25
south  45:9,9,10
  46:11,11
southern  1:2
space  29:3 119:9
  171:5
speak  14:12 21:4
  21:19 115:7
speaking  22:23
  128:20
special  27:4 29:10
  52:21,22 91:18,23
  92:5,9,10 99:3
specialized  95:2,3
specific  40:7,9
  46:14 49:8 50:10
  58:19 62:12,17
  78:9 81:23 117:10
  120:21 122:5
  133:11,12 141:2
  144:12,13,14
  161:10 162:16
  163:10
specifically  92:23
  93:4 97:14 109:7

114:5 116:19
  122:21 161:11
specifics  82:11
specified  88:3
  97:16 141:17
spell  59:7
spoke  14:17 21:6
  21:12,18,21
spontaneous
  120:25
spring  14:3 69:4
springtime  13:25
square  48:13
srg  57:12,21 58:3
  58:8,13,14 59:12
  60:17 63:11
srg2  56:14
ss  167:3
st  48:15,18 115:18
stadium  28:21
  29:8,17 42:5,9,11
  42:13
staff  69:8
staged  39:20
staging  39:7
stamped  23:21
  49:16
stand  43:25
standard  6:21
  72:8 115:14 116:2
  116:7,11,19 117:8
  117:20 118:8,11
  118:15
standards  33:4
  39:24 57:6 62:16
  66:23 67:17,21,24
  68:5,8,9 69:18
  87:6 89:17 90:2
  98:2,8 101:2,20
  108:14,16 110:22
  111:12 138:15

149:10
standing  71:18
  157:17,18
stands  39:4 50:3,9
  105:25
start  4:22 8:25
  13:8 18:13 33:16
  44:9 62:25 82:4
  133:8 159:11
  163:3 164:17,18
started  13:13
  124:13 130:6
  133:21
starting  30:23
  52:13
starts  44:6 157:25
stat  156:12
state  1:22 4:4,7
  167:2 170:5 171:4
stated  65:7
staten  45:10
states  1:2
stating  87:24
  125:23
station  42:4
stats  44:21 45:20
  93:22
statute  67:5 71:10
  76:19 78:4 79:12
  97:22 100:3,15
  101:3,16 102:9
  149:3
statutes  17:5 70:8
  70:21 78:8,15
  146:10 152:10
stay  25:13 60:22
stayed  26:2,20
stecklow  2:5,6 4:6
  4:13,15,20 5:14
  6:19 12:6,11
  14:21 17:11,17

18:13 22:6 23:14
  23:22 27:10,20
  28:2,6,10 30:11
  32:11 33:14 37:2
  37:10 38:7,10
  51:2 52:6,13
  56:16 61:15 70:13
  75:18 76:10 79:22
  80:8,12 85:20
  86:16 87:8,15
  91:3 92:25 95:10
  98:10,19 105:6,13
  105:14 106:2,9
  110:25 111:14,21
  113:5 115:20,25
  133:10,17 134:2
  135:12,19 138:20
  142:2 143:17
  145:20 146:13,18
  146:25 149:7,13
  149:20 150:15
  152:4 156:18
  160:3,19 161:2
  165:5 166:6 168:4
stipulated  3:6,11
  3:14,18
stipulations  3:1
stop  118:24 163:4
stopped  124:5
stops  130:24
strategic  58:8
stream  122:16
street  1:12 2:5,10
  4:15 28:25 39:21
  47:7,11,15,18 49:2
  71:16 88:25 89:9
  90:15,23,25 91:21
  92:21 93:5,8 94:8
  94:9,12 97:14
  108:24 109:4,9,16
  109:19,21 110:18

113:14,16 114:10
114:20,23 115:3
115:12 116:4,13
125:11,24 126:12
127:14 142:21
143:23 144:5
165:17,25
street's 47:9
streets 112:2
114:13 116:12
118:2 124:4
stressed 71:23
stressing 71:11
strips 29:9
studied 156:9
study 29:4 156:6
stuff 76:25 85:17
124:20
sub 81:24 144:20
subject 12:2 53:5
147:15 167:11
171:9
subscribed 167:20
172:22
subsequent 59:21
69:15
subsequently 26:2
subset 161:10
substantive 86:13
sufficient 131:12
suggested 82:21
suggestion 82:24
summarized 94:10
94:17
summarizes 92:16
93:2
summarizing
92:13 103:2
summary 99:4
104:21,25 125:22

summertime
13:24
sunday 39:6
116:15
superior 79:8
superiors 80:2
supervisor 25:6,8
164:19,20
supervisors
137:16
supplied 144:5
support 34:24
165:15
supposed 119:4
162:19
sure 13:13 23:6
64:20 73:2,6 77:2
115:25 132:20
134:14 140:25
163:2,5
surround 161:18
163:19
surrounding
132:16
swetman 1:5
sworn 3:17 4:3,21
11:11 167:20
170:7 172:22
system 84:18

t

t 2:14 49:17 172:1
table 84:5 132:3,6
132:15 134:7
tables 128:21,23
132:23,24 133:2,3
133:4 134:10,13
134:15
tabletop 84:6,11
84:17 99:17,23
tactic 110:6,11
126:25 155:15,17

155:18
tactical 57:8
144:25 145:2
165:14
tactics 18:21,21
65:22,22 82:15
110:5,14,20
take 7:18 12:6
13:22 15:18 21:8
28:6 34:17 37:2,7
45:14 58:25 60:3
60:9 64:11 66:21
71:14 82:20 90:14
105:8 114:23
133:9 138:21
146:14 149:22
taken 1:18 7:3
12:10 28:9 37:9
64:14 79:18
105:12 146:17
talk 27:21 47:17
144:10 151:10
157:6 158:3
talked 37:5
talking 17:25
47:12 63:9,15,16
63:17,18 76:5
114:19 153:10
158:12,19
talks 43:18 59:18
68:19 112:18
117:23 136:9
159:3
tank 55:23 60:23
64:24
tanks 64:18,18,21
taped 122:9
task 24:14 28:17
29:16,23 30:9,17
30:20,25 32:3
41:25 44:18,22

45:2,3,8,13,19,21
45:22 46:6,7,12,13
49:22,25 50:6,7,7
54:15,20,22 55:7
55:13 56:4,13
57:13,21,24 58:6
60:17 63:10,17,19
64:5,12 75:9 81:2
84:8 94:18,21
97:9 137:14 138:5
147:14 148:5
taught 32:23 33:9
34:3,6,7,14,25
35:7,15 66:11
71:23 116:10,24
117:2,19 127:2
155:14
teach 33:6 35:3,5
67:7 107:14,16
121:16 122:11
123:5 124:10
139:19,21 155:14
155:15,17,18
teaches 157:10
161:8
teaching 125:5
team 88:18 159:3
159:5,6,10,14,21
tech 59:17
technical 34:22
technician 55:21
60:5,6,9,25 64:6
technicians 56:5
59:21 63:24
techs 60:19
tell 5:25 6:4 8:4,20
8:21 22:20 49:17
66:19 73:5 74:7
74:11 115:8
140:17 161:23
162:24 163:7,16

164:14,17
**telling**   73:15 74:3
155:8
**ten**   21:8,22 106:5
121:23 145:11
169:2
**term**   9:23 10:5
35:17,19 39:4
116:20,23 117:3
119:13 147:5
**terminology**
117:11,13
**terms**   44:7
**test**   35:12 66:10
**testified**   4:5
127:16 131:6
153:5
**testify**   6:17 7:8,12
7:15,20 9:19 11:8
12:22 13:2,5
**testifying**   11:17
**testimony**   22:10
22:13 31:17 167:9
170:6,9
**text**   49:15
**thank**   112:3
**theoretically**
26:17
**theories**   137:15
**thick**   16:6
**thing**   5:10 21:11
34:25 35:4,6
71:10 84:4 93:21
114:25 124:10
143:2 144:20
151:18 162:25
**things**   35:15 38:22
75:16 76:24
147:19 161:22
**think**   29:20 69:14
80:13 95:15

104:10 105:6
109:5 128:4
136:15 140:12
141:8 145:21
**third**   29:2 35:6
44:3,14,17 54:13
60:8 81:13 159:3
159:20 170:15
**thirty**   171:13
**thousand**   119:8
**threat**   119:20
**three**   13:23 26:18
35:9,14 39:11,15
43:15 44:13 45:15
47:24 60:2 78:17
85:8 96:16,21
99:6 111:22,24,25
112:17 123:6,21
**tighter**   127:9
**time**   1:21 3:13
4:13 11:2 12:9,13
13:15 14:7,9,10
15:14,25 16:8,21
21:18 22:2 24:19
25:8,14 26:3,14
28:8,11,16 29:5,7
33:18 35:10 36:20
36:22 37:8,11,16
37:21 38:2,8,25
42:20 44:4 45:16
46:11,16,20 47:10
47:25 52:8 54:15
54:25 55:8 62:10
68:24 69:3,12
70:18,23 75:3,21
77:3 81:8 82:17
82:23 83:17 84:8
85:22 86:14 87:10
88:11,17,21 91:5
91:24 93:23 97:11
98:14 105:6,11,13

106:4 111:16
112:14,20 113:10
114:7 116:17
117:17 124:14
131:3,24 135:14
135:21 139:5
142:4,14,17 143:7
144:8 145:12
146:13,16,20
149:15 150:3,8,25
153:23 157:13
158:2 160:21
163:10 164:17,18
165:3 166:4,6
**timeframe**   47:22
61:13 76:6 79:15
105:3
**times**   5:2 14:4,12
28:23 39:11,15
76:25 82:19,21
94:4 104:3,3,15
122:9 128:8
**title**   27:3,7,8 80:23
80:23
**today**   5:9 6:17 7:8
7:12,16,21,24 8:9
9:6 12:22 26:23
36:3 56:19 123:2
124:7
**today's**   15:3,7
18:5 20:18,22
23:2 51:12 127:17
**told**   13:13 21:24
31:6 50:14 74:2
74:19 75:13 85:18
120:5 130:5
163:12
**tomorrow**   123:3
**top**   44:18 49:16
111:24,25

**topic**   12:24 13:6
**topics**   78:20 81:3
**total**   10:24 15:23
49:17 103:7 128:5
145:13
**totals**   49:20
**trade**   64:24
**traffic**   115:4,11,11
116:15 120:5
**train**   39:13 54:4
57:18 108:7
118:15 140:13
147:24,24,24
153:16,23 164:6
**trained**   31:9 64:6
85:15 94:19 96:6
96:9 97:13,16
103:3,25 110:13
118:7,10 127:13
141:2 148:18
159:24
**training**   16:4,18
18:9,12,14,15 19:7
19:15,17,17,21
20:8 27:14,18,19
27:21,22,25 28:14
28:16,19,20,23
29:12,16,21 30:5
31:6,7,16,18,20,23
31:24 32:18 33:3
33:20 34:17,18,20
35:7,15,18,24
38:23,24 39:2,14
39:17,17,23,24
40:2,6,16,17,18,20
40:24,25 41:4,9,14
41:17,21 43:9,15
44:4 49:25 50:15
50:16,18,22,22,24
53:23 54:2,2,10
55:18,19 56:3,4,7

56:10,21 57:4,4,5
57:9 58:22,23,25
59:3,20,22,24,25
62:5,7,9,22,24
63:20 64:10,25
65:7,9,21 66:6,12
66:13 67:11,13,18
68:4,7,13,19,23
69:5,8,8,9,11,13
69:17,20,25 70:11
70:19,25 71:3,6
73:19,22 74:17,20
74:24 75:2,4,6,12
75:19,20,24 76:2,5
76:9,12,18,21,22
77:4,6,11,13,23,25
79:2,17,19 80:3,9
81:14,21,22,25
82:2,12,20,24 83:2
83:4,4,6,7,19,22
84:15 85:5,7,10,11
85:15,18,19 89:15
89:16,19,23 90:4
90:13,21 91:20
92:14,17,19,22
93:2,14,20 94:3,7
94:10,16 95:24,25
97:18,20,23,25
98:4,7 99:4,5,18
99:19,20,21,22,24
100:2,5,12,15,17
100:24 101:9,15
101:19,23,24,25
102:3,16 104:2,8
104:19 105:2
107:20 108:2,7,20
108:22 109:3,8,12
109:14,16,19,24
110:2,2,17,19,21
110:24 111:3,5,6
111:10 112:11,15

113:6,23 114:2,5
114:10 115:22
117:4,9 118:13,17
118:20,22,22
119:17 121:7,24
122:7,17,23,24
123:4,16,17,18,25
126:6,10,15
129:12 134:24
135:7,9,15 137:8,9
137:12,13,17,18
137:19,21 138:16
138:19 139:10,12
139:14,22 140:6
140:22,23,25
141:9,10,12,13,14
141:16,16 144:4
144:11 146:5,9
147:6,20 148:4,6,7
148:9,13,22,23
149:2,3,5,6,9
151:8,9,14,17,18
151:22 152:2,7,12
152:15,17,19
153:4,6,13,14
154:3 159:23
160:7,10,14
161:14 162:17
163:18 164:11
168:9,14 169:4
**trainings** 30:17,24
32:7 38:20 41:23
45:18 53:9 54:7,7
54:7,8 56:19 61:6
62:20 64:7 66:22
69:24 72:18 78:11
78:16 79:8 85:16
93:19 94:12 99:10
99:13,14 103:8
104:22,25

**transcript** 8:7,10
8:15 167:11 170:8
171:14,15
**transferred** 24:11
24:13,17,19,24
25:2,19,24
**transition** 26:19
**trial** 3:13
**trigger** 120:16
**truck** 120:6
**true** 11:21 167:10
170:8
**trust** 10:4
**truth** 8:4
**truthfully** 6:17 7:8
7:12,15,20
**try** 35:5 70:13
145:3
**trying** 10:5 121:16
123:5 133:12
155:24
**turning** 105:10
**twice** 14:6 22:24
59:15 76:23
151:22
**two** 12:7 13:22
15:22 17:4,21,24
20:10,12,14 38:22
43:11,12 47:11
51:8,10,18 68:11
71:14 83:2,15,22
84:2 85:7 99:6,9
105:10 112:5
128:17 145:14
153:25 154:5,10
154:15 155:25
156:5 158:11,15
162:13 163:6,21
163:22,23 164:3
**type** 8:19 32:25
34:17 42:25 54:3

54:8 56:21,23
66:16 81:14 90:22
114:9 115:16
121:9 137:9,18,19
138:7 148:13
152:2 160:8,11,13
161:12,16 162:17
**types** 41:23 53:9
99:10 144:17

**u**

**u** 105:21,23
**u.s.** 88:16
**unaware** 46:18
**unclear** 6:6
**unconstitutionally**
125:23
**underlying** 125:3
**underneath** 49:21
**understand** 5:24
8:6,11,13 12:5
107:5,6 120:6
124:9,12 151:5
154:4 155:25
164:13,15
**understanding**
17:20 88:4 128:10
**understood** 13:14
56:16
**undertake** 22:25
**undertaken** 148:4
**uniform** 157:18
**union** 48:13
**unit** 25:3,7,14 50:8
52:20 54:3 60:11
69:3,10 87:25
99:2 106:24
107:21 137:24
161:8 165:11,13
166:2,4
**united** 1:2 88:11
88:15

**units** 36:8 44:4
64:19 66:7 92:19
94:18 95:2,3
141:14 144:4,4,7
**unlawful** 132:2
**unusual** 19:8,17
19:21 99:21
101:23
**upcoming** 88:22
**update** 122:3
146:8 148:25
149:8
**updated** 121:20
126:9,15 148:23
**updates** 126:16
146:4 149:5
**use** 9:23 10:9
28:22 29:2 45:15
46:15 60:23 64:19
91:2 107:11
117:10 121:6,9,10
123:24 124:20
126:5 141:17
147:18 148:15,16
157:14
**uses** 153:3
**usually** 21:19,19
28:20 35:9 39:7
39:20 46:24 54:4
56:12 83:8 88:11
121:10
**utilize** 28:23
107:19,24 110:5
124:15,17 125:5
**utilized** 30:20
106:23 109:11
110:7 112:10
126:18 141:19
147:4,6
**utilizing** 122:19

**v**

**v** 4:2
**vacate** 163:11
**various** 27:13
92:19 99:10 103:3
103:8 122:6
153:20
**vega** 1:18 4:1,9,18
4:24 5:1 6:1 7:1
8:1 9:1 10:1 11:1
12:1,11,19 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1,13 33:1,15,25
34:1 35:1 36:1
37:1 38:1,13 39:1
40:1,23 41:1,5
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1,14 50:1
51:1,3 52:1,7,16
53:1 54:1 55:1
56:1 57:1 58:1
59:1,16 60:1 61:1
62:1 63:1,21 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1,19 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1,17 81:1 82:1
83:1 84:1 85:1,9
85:10,16,18 86:1,4
87:1,9 88:1 89:1
90:1 91:1,4,10
92:1 93:1 94:1,11
95:1 96:1 97:1

98:1,11,22 99:1
100:1 101:1 102:1
103:1 104:1 105:1
105:16,18 106:1,3
106:13 107:1
108:1 109:1 110:1
111:1,14 112:1
113:1,3 114:1
115:1,18 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1,13,19 136:1
136:3 137:1 138:1
139:1 140:1 141:1
142:1,3,10 143:1
144:1 145:1 146:1
146:18 147:1,8
148:1 149:1,13,21
150:1,19,21 151:1
152:1,16,22 153:1
154:1 155:1 156:1
156:19 157:1
158:1 159:1 160:1
160:20 161:1
162:1 163:1 164:1
165:1 166:1 167:1
167:16 168:1,4,4
168:11 169:1
172:20
**vega's** 12:16 33:21
37:14,19,24 38:4
52:10 85:24 87:12
91:7 98:16 106:6
111:18 135:16,23
142:6 146:22
149:17 150:5,11
160:24

**vehicle** 35:8,8 39:5
39:7 49:20 113:21
115:2 144:22,24
**vehicles** 35:9
115:5 120:4,24
144:25
**verbally** 5:21
72:13,14
**versus** 153:11,24
154:14 155:11
**vet** 72:25
**video** 10:3 20:4,7
20:8 22:20 121:6
121:9,15,17
122:25 123:8,24
124:3,6 125:3
126:4,6 127:18,25
128:3,11,16,19,25
129:11 130:12,19
131:2,4,11,15,20
131:22,23,25
132:10,23 133:5,7
133:21,24 134:4,8
134:9,16,19,20,22
135:11 147:3
168:9
**videos** 16:7 19:23
20:3,6,10,11,12,14
20:17 121:11
122:6,8 123:4
124:15 125:7,8
126:8
**view** 71:13 72:7
**violation** 71:11
72:7 73:14
**violence** 153:7
**violent** 35:6 154:9
156:11 158:16
159:16
**visible** 132:10

volume   148:9

**w**

w   25:9
wait   5:19 17:13
waived   3:10
walk   71:20 114:25
  115:12 130:6
  161:24,24 164:2,9
walked   71:19
walking   71:18
wall   47:7,9,10,15
  47:18 49:2 88:25
  89:9 91:20 92:21
  93:4,8 94:8,9,12
  97:14 108:23
  109:4,8,16,18,21
  110:18 114:10
  116:13 142:21
  143:23 144:5
  165:17,25
want   32:14 35:3
  46:4 113:13 115:2
  119:7,23 122:3,11
  127:10 154:24
  155:7,14,17,19
  156:3 161:23
  163:4
wanted   44:22 49:3
  53:7,12,18 54:13
  64:19 65:12 66:4
  69:7 82:3,4,10,22
  82:25 83:11 115:7
  123:7,13 147:16
warnings   162:13
  162:13,14 163:10
  165:2
watch   40:15 128:6
  163:23
watched   127:25
watching   131:12

way   6:7 11:17,20
  45:20 66:21 90:19
  113:12 126:19
  128:12 133:14
  161:25,25 170:12
we've   23:7 49:13
  72:18 73:4 94:8
  122:8,9
weapon   55:25
  56:2 58:19 76:12
wedge   34:21 69:20
  110:3 118:23
wedges   34:24
week   21:13,17
  26:19 39:11,15
  48:8
weekly   21:20
weeks   13:20
welcome   84:21
went   18:9 23:5
  50:19 62:6,7 63:4
  63:8 79:14 81:8
  91:16 94:15
  108:13,16,19
  116:2 117:6
  118:12 140:6
  141:3
whatsoever   6:18
  102:6 115:6
  156:16
wheaton   91:25,25
  92:3,4
whereof   170:14
wide   29:6
wish   172:5
wishes   164:2
withdrawn   30:11
  76:10 86:16 92:25
  149:7
witness   3:19 4:3
  4:19 5:9,18 6:23

11:17,24 17:15,19
  32:15 51:9 70:17
  87:18 95:12
  105:19 112:3
  133:16 143:15
  165:6 167:7 168:3
  170:6,9,14 171:1
word   10:9 18:24
  126:24
wording   52:24
words   8:9 10:15
  147:23
work   44:14 49:11
  58:11 114:24
  120:24 127:10
  159:6,14
working   50:13
  108:8 119:17
  145:12
works   145:14
world   88:20
  121:14
worst   93:21
write   122:23
writing   23:15
  71:25 72:11 79:23
written   127:22
  147:2 156:7
wrong   56:15
wrote   143:13
wylie   2:5,6,7 4:15
  38:9 105:14
wylielaw.com   2:7

**x**

x   1:3,12 168:2

**y**

yankees   88:18
yeah   65:3 123:13
  150:15 164:25

year   19:16 30:21
  59:15 62:17 63:5
  63:5,6,7 76:23
  77:22 99:6 151:22
year's   48:13,15
years   5:7 57:5
  119:16 156:7
york   1:2,2,9,13,13
  1:17,22 2:6,6,10
  2:11,11 4:4,12,17
  9:7,10,15,19 10:13
  10:18,22,24 11:4,8
  11:12,16 32:12
  45:5 48:3 52:4
  58:11 60:16 62:16
  70:9 88:25 89:5
  89:10 124:24
  170:5
youtube   121:11,22
  121:24 122:4,14
  123:8,11

**z**

zone   117:15
  119:19,23 137:3,5
zones   39:9 117:14
  119:12 120:10,14
  120:23 137:2,6,7

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.