Document Bearing Bates D020862-D020867 is confidential pursuant to the Confidentiality Order in this action (ECF No. 76), and has been filed via hand delivery.