DCU 09-053

POLICE DEPARTMENT
CITY OF NEW YORK

September 30, 2009

From:        Commanding Officer, Disorder Control Unit

To:          Chief of Special Operations

Subject:     **PROPOSAL FOR PATROL BOROUGH TASK FORCE TRAINING**

      1.    Among the many responsibilities of the Disorder Control Unit is the task of training members of the service with regard to disorder control tactics. In fact, the first mission of DCU when the unit was formed in the early 1990s was to create a training program for the entire department and to implement that plan. The training at the time consisted of basic disorder control information, and a practical "hands-on" session using disorder control formations (commonly referred to as "lines and wedges").

      2.    Later in the 1990s, DCU incorporated additional tactics into its training program, including Mass Arrest tactics, Looting/Arrest tactics, and a high-profile vehicle rescue tactic (designed to address the Reginald Denny incident during the Los Angeles riots in 1992). These tactics were reviewed and updated in advance of the training conducted prior to the 2004 Republican National Convention.

      3.    Although task forces are encouraged to conduct regular disorder control training sessions. DCU conducts these sessions when requested. DCU also conducts disorder control training sessions at the full-scale exercises that the unit conducts.

      4.    In August of 2009, four members of the service from DCU attended a three-day MCATI (Managing Civil Actions in Threat Incidents) course offered through the Department of Homeland Security. The course includes a review of the history of riots, use of riot control agents, a review of demonstrator tactics, and introduces some disorder control tactics not currently used by the NYPD. Bolstered by the new training, DCU staff would like to begin a new training initiative for Patrol Borough Task Force members.

      5.    A recent meeting of Task Force Training personnel revealed that few task forces are conducting regular disorder control training sessions for their members, and those that are doing so are only reviewing 1-2 different tactics at brief sessions. Additionally, many members of the Borough Task Forces are newly assigned, and have never received appropriate disorder control training since their time in the Police Academy.

6. The Disorder Control Unit proposes the creation of a two-day disorder control training course, the curriculum for which will be researched and written by DCU. The course will be offered on (2) consecutive days each week (the days will rotate to accommodate the various charts worked by Task Force M.O.S.), on all three platoons. Proposed course schedule as follows:

**Day One:**

| **Block of Instruction** | **Training Type** | **Time** |
|---|---|---|
| **Welcome/Administrative** | paperwork | 15 minutes |
| **Introduction to disorder control** <br> *A review of civil disorder, to include NYC draft Riots, demonstrations in the 1960s, L.A. riots in 1992, Crown Heights and Washington Heights Unrest in early 1990s, G20/FTAA protests.* | lecture | 60 minutes |
| **Legalities of Civil Disorder** <br> *A review of the first amendment disorderly conduct, riot, etc, and review of arrest warnings and proper legal procedures at protests* | lecture | 45 minutes |
| **Disorder Control Formations I** <br> *A hands-on review of disorder control formations to include lines and wedges, support formations, and encirclement tactics* | hands-on | 75 minutes |
| **Mass Arrest Tactics** <br> *A hands-on review of mass arrest tactics 4-person arrest carries, sit-in protests, use of flex-cuffs and mass arrest procedures* | hands-on | 60 minutes |
| **Meal** | | 60 minutes |
| **Barrier Devices** <br> *A hands-on review of barrier devices including mesh, wood and metal barriers, and their formations* | hands-on | 30 minutes |
| **Demonstrator tactics** <br> *A review of demonstrator tactics Including protest organization and improvised weapons* | lecture | 75 minutes |
| **NYPD Mobilization System and CIMS** <br> *Review of mobilization levels and basic City-wide Incident Management System* | lecture | 60 minutes |

**Day Two:**

| Block of Instruction | Training Type | Time |
|---|---|---|
| **Disorder Control Formations II** *A hands-on review of disorder control formations to include lines and wedges, support formations, and encirclement tactics, using shields and/or gas masks* | hands-on | 75 minutes |
| **Looting/Arrest Tactics** *A review of tactics for clearing A block of looters and restoring order* | hands-on | 45 minutes |
| **High-profile vehicle rescue** *A review of the 3-vehicle tactic To rescue individuals/M.O.S. Trapped in a large disorderly crowd* | hands-on | 60 minutes |
| **Meal** | | 60 minutes |
| **Less-lethal Munitions Review** *A review of the NYPD's current LLMs Including pepper spray and pepperball launcher* | lecture and hands-on | 60 minutes |
| **Command Post Management and Tabletop Exercise** | lecture | 120 minutes |
| **Review** *Practical exercise incorporating Disorder control tactics in 3 scenarios* | hands-on | 60 minutes |

      7.      To facilitate this training and ensure that Patrol Borough Task Forces continue to train their members to appropriate standards, DCU also proposes the re-establishment of Task Force Training Teams.  Each Patrol Borough Task Force will be asked to identify a Training Sergeant and two Training Officers for their command's training team.  These M.O.S. will go through the first of the proposed training classes, but over the course of three days, where they will get a more intensive review of the course.  These M.O.S. will assist DCU staff as Instructors during the general training sessions (2-3 per class from the 8 task forces so as not of adversely affect their time off patrol).  In this fashion, DCU will be able to conduct a greater number of sessions, and at the end of the cycle, each Task Force will have three qualified M.O.S. to conduct their own in-house training.

     8.     It is expected that it will be necessary to conduct this training cycle from late October, 2009, through April, 2010 to schedule enough training "slots" for all Borough Task Force M.O.S. to attend. Once this has been accomplished, DCU intends to conduct these sessions a few times each year, to ensure that M.O.S. newly assigned to Borough Task Forces receive this training.

     9.     For your review.

     Robert Schwach
     Lieutenant