Document Bearing Bates D004307-D004319 is confidential pursuant to the Confidentiality Order in this action (ECF No. 76), and has been filed via hand delivery.