Document Bearing Bates D015266-D015270 is confidential pursuant to the Confidentiality Order in this action (ECF No. 76), and has been filed via hand delivery.