Document Bearing Bates D003965-D004023 is confidential pursuant to the Confidentiality Order in this action (ECF No. 76), and has been filed via hand delivery.