Document Bearing Bates D004729-D004734 is confidential pursuant to the Confidentiality Order in this action (ECF No. 76), and has been filed via hand delivery.