<u>REPORT UNDER</u>
PSB #551s12

**POLICE DEPARTMENT
CITY OF NEW YORK**

March 26, 2012

From:    Chief of Patrol

To:      Commanding Officers, All Patrol Boroughs

Subject:  **HANDOUT FOR OCCUPY WALL STREET DEMONSTRATIONS**

    1.    In order to maintain professionalism and have basic instructions disseminated to the Uniformed Members of the Service assigned to Occupy Wall Street demonstration(s), the attached handout *"Police Officer's Guidelines at Demonstrations"* will be distributed to **ALL Uniformed Members of the Service** on **ALL TOURS**.

    2.    For your **INFORMATION** and **STRICT COMPLIANCE**.

James P. Hall
**CHIEF OF PATROL**

JPH/mg

# Police Officer's Guidelines at Demonstrations

1. Officers are reminded that it is vital to **WORK AS A TEAM!!**
2. Do not **act independently**.
3. Officers should **refrain from verbal confrontation** with demonstrators.
4. Ensure that **minimum amount of force necessary** is used to achieve objectives.
5. No unnecessary conversation (with each other and/or demonstrators)
6. Do not become *complacent* regardless of your assignment.
7. No congregating (maintain *proper distances* between officers)
8. Remember everything is on video. Be *professional* at all times.
9. Sidewalks must remain clear to pedestrian traffic (specifically around Zucotti Park)

### Required Equipment
- **Personal Protective Equipment** (PPE's) at all times
- **Pepper Spray**
    - Hold pepper spray in upright position
    - Aim and discharge pepper spray into subject's eyes for maximum effectiveness
    - Officers should use two (2) one (1) second bursts at a minimum distance of 3 feet
    - Avoid discharging pepper spray indiscriminately over a large area for disorder control
    - Be aware of other MOS and DO NOT use if other MOS will be incapacitated.
- **Baton and Gloves**
- **Helmet with visor** (available)

### Vehicles
- Do not drive through disorder when responding
- Park Department Vehicles in designated areas
- Do not block other vehicle when parking department vehicles

### Radio
- Make sure radio is tuned to designated frequency
- **No Unauthorized radio transmissions**

### Barriers
- Metal Barriers will be *interlocked* on top and bottom
- Members of the Service should not enter demonstration pens unless extreme emergency or in a Team Led organized fashion

### Record important information in memo book:
- Post and or sector boundaries
- Location and phone number of **Command post** and **Arrest Processing Area**

### Task Force Officers/Arrest Team responsibilities:
- Each Officer will have at least **5 flex cuffs** available, and *be familiar with their operation.*
- Make sure you *identify* your arrestee
    - Know **charges** of your arrest: *Articulate details: Confer with Supervisor*
    - Know **complainant** of your arrest
    - **Where** your arrest is being taken
- All Task Forces have been **supplied with cameras** and should follow Patrol Guide procedure 213-06 (Large Scale Arrest Processing) when making arrests mass arrests, if possible