# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

### Providing Exemplary Legal Service Since 1888

**KEVIN G. COOPER**
DIRECT DIAL: 212-545-4717
FACSIMILE: 212-545-4653
KCooper@whafh.com

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
70 W. MADISON ST., SUITE 1400
CHICAGO, IL 60602
312-984-0000

**April 5, 2019**

**Via ECF:**

The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *George Packard, et al.,* v. *City of New York*, No. 1:15-cv-7130-AT (SDA)

Dear Judge Aaron:

Pursuant to Your Honor's Individual Rules, Plaintiffs submit this letter requesting the Court order the following exhibits attached to the Declaration of Wylie Stecklow to be filed under seal.

The following exhibits were marked Confidential pursuant to the Confidentiality Order (ECF No. 76) and concern either records deemed confidential by Defendant as to its internal communications and procedures, or the arrests of Plaintiffs and the members of the Class.

| | | | | |
|---|---|---|---|---|
| Exhibit 4 | Exhibit 24 | Exhibit 50 | Exhibit 75 | Exhibit 97 |
| Exhibit 5 | Exhibit 31 | Exhibit 51 | Exhibit 76 | Exhibit 98 |
| Exhibit 6 | Exhibit 33 | Exhibit 52 | Exhibit 77 | Exhibit 119 |
| Exhibit 7 | Exhibit 34 | Exhibit 55 | Exhibit 78 | Exhibit 120 |
| Exhibit 8 | Exhibit 35 | Exhibit 56 | Exhibit 79 | Exhibit 98 |
| Exhibit 9 | Exhibit 36 | Exhibit 58 | Exhibit 80 | Exhibit 119 |
| Exhibit 10 | Exhibit 37 | Exhibit 59 | Exhibit 81 | Exhibit 120 |
| Exhibit 12 | Exhibit 38 | Exhibit 60 | Exhibit 82 | Exhibit 121 |
| Exhibit 13 | Exhibit 40 | Exhibit 63 | Exhibit 83 | Exhibit 122 |
| Exhibit 15 | Exhibit 42 | Exhibit 66 | Exhibit 84 | Exhibit 123 |
| Exhibit 16 | Exhibit 43 | Exhibit 69 | Exhibit 85 | Exhibit 124 |
| Exhibit 17 | Exhibit 45 | Exhibit 70 | Exhibit 86 | Exhibit 125 |
| Exhibit 18 | Exhibit 47 | Exhibit 72 | Exhibit 87 | Exhibit 126 |
| Exhibit 19 | Exhibit 48 | Exhibit 73 | Exhibit 94 | Exhibit 127 |
| Exhibit 20 | Exhibit 49 | Exhibit 74 | Exhibit 96 | Exhibit 130 |

Accordingly, Plaintiffs respectfully request that these Exhibits be lodged with the Clerk of the Court.

Respectfully submitted,

_/s/_____
Kevin G. Cooper, Esq.
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP