# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

**Providing Exemplary Legal Service Since 1888**

**KEVIN G. COOPER**
DIRECT DIAL: 212-545-4717
FACSIMILE: 212-545-4653
KCooper@whafh.com

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
70 W. MADISON ST., SUITE 1400
CHICAGO, IL 60602
312-984-0000

April 19, 2019

<u>Via ECF:</u>

The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re: *George Packard, et al.,* v. *City of New York*, No. 1:15-cv-7130-AT (SDA)

Dear Judge Aaron:

    Pursuant to Your Honor's Individual Rules, Plaintiffs submit this letter requesting the Court order the following exhibits attached to the April 19, 2019 Declaration of Wylie Stecklow to be filed under seal.

    The following exhibits were marked Confidential pursuant to the Confidentiality Order (ECF No. 76) and concern either records deemed confidential by Defendant as to its internal communications and procedures.

| Exhibit J | Exhibit K | Exhibit L | Exhibit M |

    Accordingly, Plaintiffs respectfully request that these Exhibits be ordered to be lodged with the Clerk of the Court.

    Respectfully submitted,

    /s/
    Kevin G. Cooper, Esq.
    WOLF HALDENSTEIN ADLER
      FREEMAN & HERZ LLP