**PLACE HOLDER FOR EXHIBIT FILED UNDER SEAL**

EXHIBIT 152