

Wylie Stecklow, Esq.
233 Broadway, Suite 820
New York, New York 10279
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

May 24, 2019

**VIA ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: <u>Packard v. City Of NY</u>, 15CV7130(AT)(SDA)

Dear Honorable Judge:

Pursuant to your Honor's Individual Rules, Plaintiffs submit this letter requesting the Court order the following exhibits attached to the Declaration I filed in further support of Plaintiffs Summary Judgment motion (Docket 292) to be filed under seal.

The following exhibits were marked Confidential pursuant to the Confidentiality Order (Docket 76) and concern either records deemed confidential by Defendant as to its internal communications, or the arrests of the Plaintiffs.

Exhibits 154 (Docket 292-2).

Accordingly, Plaintiffs respectfully request that this Exhibit be lodged with the Clerk of the Court.

Respectfully submitted,

Wylie M. Stecklow, Esq.