USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE PACKARD, EDWARD BECK, MICHELLE BERGER, ARI COWAN, individually and on behalf of all others similarly situated,

                  Plaintiffs,

-against-

CITY OF NEW YORK, a municipal entity,

                  Defendant.

15 Civ. 7130 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the court holiday on October 12, 2020, the final pre-trial conference scheduled for October 12, 2020, is ADJOURNED to **October 13, 2020**, at **12:00 p.m.**

    SO ORDERED.

Dated: May 13, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge