UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE PACKARD, EDWARD BECK, MICHELLE BERGER, ARI COWAN, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

CITY OF NEW YORK, a municipal entity,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/10/2020_

15 Civ. 7130 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that the parties shall appear for a conference on **July 16, 2020, at 11:00 a.m.**, to discuss Defendant's motion to adjourn the trial in this action, ECF No. 337.

    The conference will proceed using the Court's videoconferencing software. Chambers will email the parties instructions on how to participate in the conference. Members of the public may access the proceeding by calling (917) 933-2166, and entering conference ID 937312571.

    SO ORDERED.

Dated: July 10, 2020
       New York, New York

                                ANALISA TORRES
                           United States District Judge