```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
GEORGE PACKARD, EDWARD BECK,
MICHELLE BERGER, ARI COWAN,
individually and on behalf of all others similarly
situated,

                        Plaintiffs,

-against-

CITY OF NEW YORK, a municipal entity,

                        Defendant.

15 Civ. 7130 (AT)

**PRETRIAL
SCHEDULING ORDER**

ANALISA TORRES, District Judge:

      For the reasons stated at the status conference held on July 16, 2020, the trial scheduled to commence on October 19, 2020, is ADJOURNED to **June 7, 2021.** The pretrial deadlines set in the Court's March 25, 2020 pretrial scheduling order, ECF No. 329, are VACATED. The Clerk of Court is directed to terminate the motion at ECF No. 337.

      It is ORDERED that the parties shall submit a joint pre-trial order by **May 3, 2021.** The joint pretrial order and related submissions are to be submitted as follows:

      In accordance with Paragraph V.B of the Court's Individual Practices in Civil Cases, the parties shall submit a proposed joint pre-trial order to the Court by PDF and Word attachment to an e-mail by **May 3, 2021**.

      In accordance with Paragraphs V.C and V.D of the Court's Individual Practices, each party shall file and serve along with the joint pre-trial order all required pre-trial filings, including motions addressing any evidentiary issues or other matters that should be resolved *in limine*, joint requests to charge, joint proposed verdict forms, and joint proposed *voir dire* questions.

      In accordance with Paragraph V.C(v) of the Court's Individual Practices, the parties shall deliver to the Court by **May 3, 2021**, one copy of each documentary exhibit sought to be admitted, pre-marked (*i.e.*, labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

      In accordance with Paragraph V.F of the Court's Individual Practices, by **May 10, 2020**, the parties shall file, if necessary, any objections to another party's requests to charge or proposed *voir dire* questions, any opposition to any motion *in limine*, and any opposition to any legal argument in a pre-trial memorandum.

Counsel for all parties shall appear for a final pre-trial conference on **June 2, 2021**, at **1:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

Trial shall commence at **9:00 a.m.** on **June 7, 2021**.  In accordance with Paragraph V.H of the Court's Individual Practices, trial will be conducted from 9:00 a.m. to 2:15 p.m. with a break from 11:15 to 11:45 a.m.  During the jury selection and jury deliberation phases, court will be in session from 9:00 a.m. to 5:00 p.m. with a break from 1:00 to 2:00 p.m.

SO ORDERED.

Dated: July 16, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge