UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

GEORGE PACKARD, EDWARD BECK, : 15-Cv-7130 (SHS)
ARI COWAN, and MICHELLE BERGER,
Individually and on behalf of all others :
similarly situated,

                                              :      ORDER
              Plaintiffs,

                -v-

CITY OF NEW YORK,

              Defendant
--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       The Court has received the parties' joint letter dated November 1, 2022 [Doc. No. 365] requesting an adjournment of the trial in this matter in order to attempt to settle it prior to trial.

       IT IS HEREBY ORDERED that:

1.     That motion is granted;

2.     The trial of this action shall begin on Monday, May 8, 2023;

3.     Any motions *in limine* are due on or before February 24, 2023; oppositions to any motions are due by March 10, 2023; and

4.     By February 24, 2023, the parties shall submit all required pretrial filings, including their proposed joint pretrial order, requests to charge, verdict form, and *voir dire* questions in accordance with paragraphs 3 A and B of this Court's Individual Rules.

Dated: New York, New York
       November 18, 2022

                                                             SO ORDERED:

                                                            Sidney H. Stein, U.S.D.J.