UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

GEORGE PACKARD, EDWARD BECK, : 15-Cv-7130 (SHS)
ARI COWAN, and MICHELLE BERGER,
Individually and on behalf of all others :
similarly situated,
                                               : ORDER
              Plaintiffs,
                                               :

        -v-
                                               :

CITY OF NEW YORK,
                                             :
             Defendant
----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the conference scheduled for February 15, 2023, at 1:00 p.m. is moved up to 12:00 p.m.

Dated: New York, New York
       February 10, 2023

                                                    SO ORDERED:

                                                   Sidney H. Stein, U.S.D.J.