USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| George Packard et al., | |
| Plaintiffs, | 1:15-cv-07130 (SHS) (SDA) |
| -against- | ORDER SCHEDULING |
| City of New York, | SETTLEMENT CONFERENCE |
| Defendant. | |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, March 6, 2023, at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

DATED:   New York, New York
         February 23, 2023

_____
STEWART D. AARON
United States Magistrate Judge