UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

GEORGE PACKARD, EDWARD BECK,  :  15-Cv-7130 (SHS)
ARI COWAN, and MICHELLE BERGER,
Individually and on behalf of all others  :
similarly situated,

                                :  ORDER
          Plaintiffs,

                                :
        -v-

                                :
CITY OF NEW YORK,

                                :
          Defendant
---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    The joint pretrial order, any motions in limine, proposed jury charges and, if you wish, proposed voir dire, are due on or before March 24, 2023;

      2.    Responses to any motions in limine are due on or before April 7, 2023; and

      3.    The trial of this action remains at May 8, 2023, at 9:30 a.m. and will be held in Courtroom 23A.

Dated: New York, New York
           February 23, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.