UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

GEORGE PACKARD, EDWARD BECK,          :          15-Cv-7130 (SHS)
ARI COWAN, and MICHELLE BERGER,
Individually and on behalf of all others      :
similarly situated,

                                                   :          ORDER
                    Plaintiffs,

                                                   :

          -v-
                                                   :

CITY OF NEW YORK,
                                                   :
                    Defendant.
--------------------------------------------------------x


SIDNEY H. STEIN, U.S. District Judge.

          Magistrate Judge Stewart D. Aaron having informed the Court that this matter has been
resolved,

          IT IS HEREBY ORDERED that:

          1.          The parties shall file a stipulation of dismissal with prejudice on or before April
13, 2023;

          2.          Pending entry of the stipulation of dismissal with prejudice, the matter remains set
for trial on May 8 at 9:30 a.m.,

          3.          Unless a stipulation of dismissal with prejudice is filed by April 13, the joint
pretrial order, any motions in limine, proposed jury charges and, if the parties wish, proposed
voir dire, are due on or before April 13, 2023. Responses to any motions in limine are due on or
before April 20, 2023.

Dated: New York, New York
          March 8, 2023

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.