UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

GEORGE PACKARD, EDWARD BECK, ARI COWAN and
MICHELLE BERGER, individually and on behalf of a class of
all others similarly situated,

                                    Plaintiffs,

-against-

THE CITY OF NEW YORK,

                                    Defendant.
------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-7130 (SHS) (SDA)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       MARCH 15, 2023

WYLIE STECKLOW PLLC
*Attorneys for Plaintiffs*
Carnegie Hall Tower
152 W. 57th Street, Ste. 8th Floor
New York, New York 10019

By: _____
    Wylie Stecklow, Esq.
    *Attorney for Plaintiffs*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
   City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Brian Francolla
    *Senior Counsel*

SO ORDERED:

_____
HON. SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2023

2