UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

GEORGE PACKARD, EDWARD BECK, : 15-Cv-7130 (SHS)
ARI COWAN, and MICHELLE BERGER,
Individually and on behalf of all others :
similarly situated,
                                   : ORDER
         Plaintiffs,
                                   :
     -v-
                                   :
CITY OF NEW YORK,
                                   :
         Defendant.
----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     IT IS HEREBY ORDERED that the Clerk of Court is directed to change the caption in this matter as follows:

----------------------------------------------------------x

        GEORGE PACKARD, EDWARD BECK, :
        ARI COWAN, and MICHELLE BERGER,
                                  :
              Plaintiffs,
                                  :
     -v-
                                  :
        CITY OF NEW YORK,
                                  :
              Defendant.

----------------------------------------------------------x

Dated: New York, New York
       April 4, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.